FILED
2012 APR 17 PM 3:53
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ADAM GARDENHIRE,<br><br>  Defendant. | CR No. CR12-0345<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 39A: Aiming a Laser Pointer at an Aircraft] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 39A]

On or about March 29, 2012, in Los Angeles County, within the Central District of California, defendant ADAM GARDENHIRE knowingly aimed the beam of a laser pointer at an aircraft, namely a Cessna Citation, tail #N673QS, operated by Netjet, in the special aircraft jurisdiction of the United States, and in the flight path of said aircraft.

## COUNT TWO

[18 U.S.C. § 39A]

On or about March 29, 2012, in Los Angeles County, within the Central District of California, defendant ADAM GARDENHIRE knowingly aimed the beam of a laser pointer at an aircraft, namely a Pasadena Police Department helicopter, tail #N911FA, in the special aircraft jurisdiction of the United States, and in the flight path of said aircraft.

A TRUE BILL

/S/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Section

MELISSA MILLS
Assistant United States Attorney
National Security Section