## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

CR 12 - 0345

Case Number _____ Defendant Number 1 _____

U.S.A. v. Adam Gardenhire _____ Year of Birth 1993 _____

☑ Indictment        ☐ Information        Investigative agency (FBI, DEA, etc.) FBI _____

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as N/A**

### OFFENSE/VENUE

a. Offense charged as a:

☐ Misdemeanor     ☐ Minor Offense     ☑ Felony

☐ Petty Offense     ☐ Class B Misdemeanor

b. Date of offense 3/29/12 _____

c. County in which first offense occurred

  Los Angeles _____

d. The crimes charged are alleged to have been committed in:

CHECK ALL THAT APPLY

☑ Los Angeles        ☐ Ventura

☐ Orange             ☐ Santa Barbara

☐ Riverside          ☐ San Luis Obispo

☐ San Bernardino     ☐ Other _____

Citation of offense _____

_____

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?        ☑ No        ☐ Yes

  IF YES   Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

_____

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: n/a _____

  Case Number _____

  Charging _____

_____

The complaint:        ☐ is still pending

  ☐ was dismissed on: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

  ☐ Yes*        ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

  ☐ Yes*        ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT ?** ☑ Yes        ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

☐ is still pending before Judge/Magistrate Judge

_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

  ☐ Yes*        ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

  ☐ Yes*        ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?

  ☐ Yes        ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:     ☐ Yes        ☐ No

IF YES, list language and/or dialect:

_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**OTHER**

☑ Male                    ☐ Female
☑ U.S. Citizen            ☐ Alien
Alias Name(s) _____

_____

This defendant is charged in:     ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?      ☐ Yes      ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud      ☐ public corruption
☐ government fraud                  ☐ tax offenses
☐ environmental issues             ☐ mail/wire fraud
☐ narcotics offenses               ☐ immigration offenses
☐ violent crimes/firearms          ☐ corporate fraud
☑ Other: aiming laser at aircraft

_____

_____

_____

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: n/a _____

b. Posted bond at complaint level on: _____
   in the amount of $ _____

c. PSA supervision?        ☐ Yes      ☑ No
d. Is a Fugitive           ☐ Yes      ☑ No
e. Is on bail or release from another district:

_____

f. ☐ Has not been arrested but will be notified by summons to appear.

g. Warrant requested.      ☑ Yes      ☐ No

Defendant is **in** custody:

a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number:

_____

d. ☐ Solely on this charge. Date and time of arrest:

_____

e. On another conviction:    ☐ Yes         ☐ No
   IF YES ☐ State          ☐ Federal    ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes       ☐ No
   IF YES ☐ State          ☐ Federal    AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20  ____ 21  ____ 40

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

_____

_____

_____

_____

Date 4/16/12 _____        _____
                                              *Signature of Assistant U.S. Attorney*

                                              Melissa Mills _____
                                              *Print Name*