# *Memorandum*



| Subj: | Date: |
|---|---|
| UNITED STATES v. ADAM GARDENHIRE, | April 16, 2012    CR12-0345 |

| To: | From: |
|---|---|
| TERRY NAFISI<br>Clerk, United States District Court<br>Central District of California | MELISSA MILLS<br>Assistant United States Attorney<br>Criminal Division |

2012 APR 17 PM 3:53  CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES   FILED

For purposes of determining whether the above-referenced matter being filed on April 17, 2012 should be assigned to the Honorable Michael W. Fitzgerald, it

    [ X ] is

    [ ] is not

(1) a matter pending in the National Security Section or one in which the National Security Section has previously been involved; or (2) a matter in which current Assistant United States Attorney Patrick Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

MELISSA MILLS
Assistant United States Attorney
Criminal Division