# United States Pretrial Services

United States District Court
Central District of California



George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

## PASSPORT RECEIPT

Defendant's name: Adam Gardenhire

Name on passport, if different:

Passport number: 459936187 / Passport card #C01964110

Country of origin: United States

Date passport issued: 9/2/2009

Expiration date of passport: 9/1/19

Ordered by court in the Central District of California or (district) CA/C

Docket Number: 2:12-CR-00345

Surrendered by and date (print and sign): Adam Gardenhire 4/19/12
4-19-2012

Received by and date (print and sign):
PSO Ileen DeGronia 4/19/12

Returned to and date (print and sign):

Returned by and date (print and sign):

Purpose returned:

Address (if mailed):

CAC PSA 41 12/06

[ ] HQ & Supervision Unit

U.S. Courthouse
312 North Spring Street, Room 754
Los Angeles, CA 90012-4708
213-894-4726 / FAX 213-894-0231

[ ] Investigation Unit

Edward R. Roybal Federal Building
255 East Temple Street, Room 1178
Los Angeles, CA 90012-3326
213-894-5568 / FAX 213-894-8892

[ ] Santa Ana Branch

Ronald Reagan Federal Building
411 West Fourth Street, Room 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570

[ ] Riverside Branch

George E. Brown, Jr. Courthouse
3470 Twelfth Street, Room 161
Riverside, CA 92501
951-328-4490 / FAX 951-328-4489

FILED 2012 APR 19 AM 11:50 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY: