# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:12-CR-00345     Recorder: CS 04/18/2012     Date: 04/18/2012

Present: The Honorable Carla Woehrle, U.S. Magistrate Judge

Court Clerk: La'Ree M. Trepagnier          Assistant U.S. Attorney: Vicki Chou

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| ADAM GARDENHIRE<br>    BOND-PRESENT | CRAIG A. HARBAUGH<br>    DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Stephen V. Wilson.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 6/12/2012 at 9:00 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

The Judge's Discovery Order issued.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 03
Initials of Deputy Clerk: LMH by TRB