# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CR12-0345 |
| v. | | **CR** 1 |
| ADAM GARDENHIRE | | **WARRANT FOR ARREST** |
| | Defendant(s) | |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   **ADAM GARDENHIRE**

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n):  ☐ Complaint  ☒ Indictment  ☐ Information   ☐ Order of Court   ☐ Probation Violation Petition   ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Aiming a Laser Pointer at an Aircraft**

in violation of Title **18**: United States Code, Section(s) **39A:**

| Terry Nafisi | April 17, 2012       LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY:  SUZANNE H. SEGAL |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

ARRESTED WITHIN THE C/CA
BY: FBI
ON: 4/18/12
SIGNED:

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |
| | WARRANT FOR ARREST |

CR-12 (07/04)   PAGE 1 OF 2