FILED
CLERK U.S. DISTRICT COURT
MAY 2 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. <u>2:12CR00345</u> |
|---|---|
| Plaintiff, | ) <u>ORDER REFERRING DEFENDANT TO</u> |
| | ) <u>CASA PROGRAM JUDICIAL OFFICER</u> |
| v. | ) <u>AND MAKING SPEEDY TRIAL</u> |
| | ) <u>FINDINGS</u> |
| <u>Adam Gardenhire,</u> | ) |
| Defendant. | ) **DENIED** |

    Defendant being under consideration for participation in the Conviction And Sentence Alternatives ("CASA") program, and defendant and defendant's attorney having executed the Speedy Trial Waiver attached as Exhibit A, THE COURT FINDS AND ORDERS AS FOLLOWS:

    1.  As to defendant, this case is referred to the Honorable Dean D. Pregerson, a CASA Program Judicial Officer, for all purposes, subject to a final determination that defendant is selected for participation in the CASA program. If defendant is not selected for participation in the CASA program, this case shall be returned to this court for all further proceedings.

    2.  A period of 45-days from the date of this order is necessary for the CASA Program Judicial Officer to make the final determination whether defendant will be selected for participation in the CASA program. Pursuant to 18 U.S.C.

3161(h)(1)(G), (h)(2), and (h)(7)(A), with respect to defendant this 45-day period shall be excluded from the time within which the trial of this case must commence based on the following findings:

    (a) Pursuant to 18 U.S.C. 3161(h)(1)(G), this period results from consideration by the court of a proposed plea agreement to be entered into by the defendant and the attorney for the Government as a condition of defendant's possible participation in the CASA program;

    (b) By analogy to 18 U.S.C. 3161(h)(2), this period is one during which defendant and the government will be determining whether to enter into a written agreement for post-guilty plea diversion pursuant to which, as part of the CASA program, should defendant demonstrate good conduct during a specified period of time, defendant would receive significant benefits; and

    (c) Pursuant to 18 U.S.C. 3161(h)(7)(A), the ends of justice served by excluding this period outweigh the best interest of the public and the defendant in a speedy trial because the failure to provide defendant with the time required for a determination that might enable defendant to participate in the CASA program would result in a miscarriage of justice.

**DENIED**

DATED: May 23, 2012

Stephen V. Wilson
United States District Judge

-2-