# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CR12-0345 |
| v. | | CR                                    1 |
| ADAM GARDENHIRE | | WARRANT FOR ARREST |
| | Defendant(s) | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest __ADAM GARDENHIRE__
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐Complaint ■Indictment
☐Information   ☐Order of Court   ☐Probation Violation Petition   ☐Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Aiming a Laser Pointer at an Aircraft**

in violation of Title __18__: United States Code, Section(s) __39A:__

| Terry Nafisi | April 17, 2012    LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY: SUZANNE H. SEGAL |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

ARRESTED WITHIN THE C/CA
BY: FBI
ON: 4/18/2012
SIGNED:

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

WARRANT FOR ARREST

CR-12 (07/04)                                                                                        PAGE 1 OF 2