ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
MELISSA EPSTEIN MILLS (Cal. State Bar No.: 248529)
Assistant United States Attorney
National Security Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0627
    Facsimile: (213) 894-6436
    E-mail:    Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 12-345-SVW |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION REGARDING REQUEST FOR |
| v. | ) (1) CONTINUANCE OF TRIAL DATE AND |
| | ) (2) FINDINGS OF EXCLUDABLE TIME |
| ADAM GARDENHIRE, | ) PERIODS PURSUANT TO SPEEDY TRIAL |
| | ) ACT |
| Defendant. | ) |
| | ) CURRENT TRIAL DATE: 6/12/12 |
| | ) PROPOSED TRIAL DATE: 8/14/12 |

    Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Melissa Mills, and defendant Adam Gardenhire, both individually and by and through his counsel of record, Deputy Federal Public Defender Craig Harbaugh, hereby stipulate as follows:

    1.    The Indictment in this case was filed on April 17, 2012. Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on

April 18, 2012. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before June 27, 2012.

2. On April 18, 2012, the Court set a trial date of June 12, 2012.

3. Defendant is released on bond pending trial. The parties estimate that the trial in this matter will last approximately three to four days.

4. By this stipulation, defendant moves to continue the trial date to August 14, 2012. This is the first request for a continuance.

5. The parties request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

    a. Defendant is charged with violations of 18 U.S.C. § 39A: aiming a laser pointer at an aircraft. The government has produced discovery to the defense.

    b. On or about April 23, 2012, defendant was accepted into the CASA post-plea diversion program, pending approval by this Court of defendant's request for transfer to a CASA Judge. On or about May 14, 2012, defendant's request for transfer was submitted to this Court. On May 23, 2012, this Court denied defendant's request.

    c. Defense counsel is currently scheduled to litigate the following case: Trial starting on June 19, 2012, in United States v. Hugo Garcia, NO. 12-CR-217-PA. Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

d. In light of the foregoing, counsel for defendant also represents that additional time is necessary to confer with defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur. Defense counsel represents that failure to grant the continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. Defendant believes that failure to grant the continuance will deny him continuity of counsel and adequate representation.

f. The government does not object to the continuance.

g. The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

6. For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period June 12, 2012, through August 14, 2012, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and

defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

5/24/12
DATE

MELISSA MILLS
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

1  I am Adam Gardenhire's attorney. I have carefully discussed
2  every part of this stipulation and the continuance of the trial
3  date with my client. I have fully informed my client of his
4  Speedy Trial rights. To my knowledge, my client understands
5  those rights and agrees to waive them. I believe that my
6  client's decision to give up the right to be brought to trial
7  earlier than August 14, 2012, is an informed and voluntary one.

9  5/24/12
   DATE                    CRAIG HARBAUGH  per email authorization
10                         Deputy Federal Public Defender

11                         Attorney for Defendant
                           Adam Gardenhire

13  I have read this stipulation and have carefully discussed it
14  with my attorney. I understand my Speedy Trial rights. I
15  voluntarily agree to the continuance of the trial date, and give
16  up my right to be brought to trial earlier than August 14, 2012.
17  I understand that I will be ordered to appear in Courtroom 6 of
18  the Federal Courthouse, 312 N. Spring Street, Los Angeles,
19  California on August 14, 2012, at 9:00 a.m.

21  May 24, 2012
    DATE                   ADAM GARDENHIRE

5