1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | ROBERT E. DUGDALE
Assistant United States Attorney
3 | Chief, Criminal Division
MELISSA EPSTEIN MILLS (Cal. State Bar No.: 248529)
4 | Assistant United States Attorney
National Security Section
5 |      1300 United States Courthouse
     312 North Spring Street
6 |      Los Angeles, California 90012
     Telephone: (213) 894-0627
7 |      Facsimile: (213) 894-6436
     E-mail:     Melissa.Mills@usdoj.gov
8 |
Attorneys for Plaintiff
9 | UNITED STATES OF AMERICA

10

               UNITED STATES DISTRICT COURT

11

        FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

| UNITED STATES OF AMERICA, | ) | CR No. 12-345-SVW |
|---|---|---|
| 13           Plaintiff, | ) | STIPULATION REGARDING REQUEST FOR |
| 14 | ) | (1) CONTINUANCE OF TRIAL DATE AND |
|          v. | ) | (2) FINDINGS OF EXCLUDABLE TIME |
| 15 | ) | PERIODS PURSUANT TO SPEEDY TRIAL |
| ADAM GARDENHIRE, | ) | ACT |
| 16 | ) | |
|          Defendant. | ) | **CURRENT TRIAL DATE: 8/14/12** |
| 17 | ) | **PROPOSED TRIAL DATE: 10/2/12** |
| 18 | ) | PROPOSED MOTION HEARING DATE: |
| | ) | 9/4/12, 11:00 a.m. |

19

20      Plaintiff United States of America, by and through its

21 attorney of record, Assistant United States Attorney Melissa

22 Mills, and defendant Adam Gardenhire, both individually and by

23 and through his counsel of record, Deputy Federal Public Defender

24 Craig Harbaugh, hereby stipulate as follows:

25      1.   The Indictment in this case was filed on April 17,

26 2012.  Defendant first appeared before a judicial officer

27 of the court in which the charges in this case were pending on

28

1   April 18, 2012.  The Speedy Trial Act, 18 U.S.C. § 3161,

2   originally required that the trial commence on or before June 27,

3   2012.

4       2.   On April 18, 2012, the Court set a trial date of June

5   12, 2012.

6       3.   Defendant is released on bond pending trial.  The

7   parties estimate that the trial in this matter will last

8   approximately three to four days.

9       4.   The Court has previously continued the trial date in

10   this case from June 12, 2012, to August 14, 2012, and found the

11   interim period to be excluded in computing the time within which

12   the trial must commence, pursuant to the Speedy Trial Act.

13       5.   By this stipulation, defendant moves to continue the

14   trial date to October 2, 2012, and further requests a motion

15   hearing date of September 4, 2012, and a briefing schedule as

16   follows: motions due August 6, 2012; oppositions due August 20,

17   2012; and replies due August 27, 2012.  This is the second

18   request for a continuance.

19       6.   The parties request the continuance based upon the

20   following facts, which the parties believe demonstrate good cause

21   to support the appropriate findings under the Speedy Trial Act:

22       a.   Defendant is charged with violations of 18 U.S.C. §

23   39A: aiming a laser pointer at an aircraft.  The government has

24   produced discovery to the defense.

25       b.   Defense counsel is currently scheduled to litigate

26   trial in the matter of United States v. Cetric Fletcher,

27   09-1092(A)-CAS, a multi-defendant trial scheduled to commence on

28   September 11, 2012.  Additionally, defense counsel just concluded

1  a trial in the matter of United States v. Hugo Garcia, 12-217-PA

2  (trial from July 3-10, 2012; deliberations took place on the last

3  day but defense counsel was required to remain at the

4  courthouse).  Defense counsel further is scheduled to litigate

5  the following matters: In re Extradition of Arthur Patterson, CV

6  11-5459-ODW-(MRW), reply brief due Aug. 3, 2012; extradition

7  hearing on Aug. 22, 2012; McDermott v. Patrick, CV 04-00457-DOC

8  (Capital habeas) - supplemental briefing due Jul. 30, 2012;

9  Williams v. Chappelle, CV 00-10637-DOC (Capital Habeas) -

10  supplemental briefing due Aug. 3, 2012; and Trinidad v. Thomas,

11  No. 09-56999 (en banc) - Petition for Writ of Certiorari due Sep.

12  3, 2012.  Accordingly, counsel represents that he will not have

13  the time that he believes is necessary to prepare to try this

14  case on the current trial date.

15          c.   In light of the foregoing, counsel for defendant

16  also represents that additional time is necessary to confer with

17  defendant, conduct and complete an independent investigation of

18  the case, conduct and complete additional legal research

19  including for potential pre-trial motions, review the discovery

20  and potential evidence in the case, and prepare for trial in the

21  event that a pretrial resolution does not occur.  Defense counsel

22  represents that failure to grant the continuance would deny him

23  reasonable time necessary for effective preparation, taking into

24  account the exercise of due diligence.

25          d.   Defendant believes that failure to grant the

26  continuance will deny him continuity of counsel and adequate

27  representation.

28          e.   The government does not object to the continuance.

3

1    f.   The requested continuance is not based on

2 congestion of the Court's calendar, lack of diligent preparation

3 on the part of the attorney for the government or the defense, or

4 failure on the part of the attorney for the Government to obtain

5 available witnesses.

6    7.   For purposes of computing the date under the Speedy

7 Trial Act by which defendant's trial must commence, the parties

8 agree that the time period August 14, 2012, through October 2,

9 2012, inclusive, should be excluded pursuant to 18 U.S.C.

10 §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the

11 delay results from a continuance granted by the Court at

12 defendant's request, without government objection, on the basis

13 of the Court's finding that: (i) the ends of justice served by

14 the continuance outweigh the best interest of the public and

15 defendant in a speedy trial; (ii) failure to grant the

16 continuance would be likely to make a continuation of the

17 proceeding impossible, or result in a miscarriage of justice;

18 and (iii) failure to grant the continuance would unreasonably

19 deny defendant continuity of counsel and would deny defense

20 counsel the reasonable time necessary for effective preparation,

21 taking into account the exercise of due diligence.

22 ///

23 ///

24 ///

25

26

27

28

4

1   8.   Nothing in this stipulation shall preclude a finding

2   that other provisions of the Speedy Trial Act dictate that

3   additional time periods be excluded from the period within which

4   trial must commence.   Moreover, the same provisions and/or other

5   provisions of the Speedy Trial Act may in the future authorize

6   the exclusion of additional time periods from the period within

7   which trial must commence.

8        IT IS SO STIPULATED.

9                              ANDRÉ BIROTTE JR.
                               United States Attorney

10                             ROBERT E. DUGDALE
                               Assistant United States Attorney
11                             Chief, Criminal Division

12   _7/16/12_____    _____
     DATE
13                             MELISSA MILLS
                               Assistant United States Attorney

14                             Attorneys for Plaintiff
                               United States of America

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I am Adam Gardenhire's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial

3  date with my client. I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands

5  those rights and agrees to waive them.  I believe that my

6  client's decision to give up the right to be brought to trial

7  earlier than October 2, 2012, is an informed and voluntary one.

8

9   37-16-12

    _____          _____
    DATE                             CRAIG HARBAUGH

10                                   Deputy Federal Public Defender

11                                   Attorney for Defendant
                                     Adam Gardenhire
12

13   I have read this stipulation and have carefully discussed it

14  with my attorney.  I understand my Speedy Trial rights.  I

15  voluntarily agree to the continuance of the trial date, and give

16  up my right to be brought to trial earlier than October 2, 2012.

17  I understand that I will be ordered to appear in Courtroom 6 of

18  the Federal Courthouse, 312 N. Spring Street, Los Angeles,

19  California on September 4, 2012, at 11:00 a.m., and again on

20  October 2, 2012, at 9:00 a.m.

21

22   July 16, 2012

    _____          _____
23  DATE                             ADAM GARDENHIRE

24

25

26

27

28

6