# Exhibit A

## DECLARATION OF ADAM GARDENHIRE

I, Adam Gardenhire, hereby state and declare as follows:

1.     I am the defendant in this case. I reside at 6416 Bakman, North Hollywood, California. The property consists of two buildings, a guest house which was converted from a larger garage and the main building which is where I live. The main building has four bedrooms, one of them belonging to my grandmother, another belonging to my grandfather, my aunt's second bedroom, and the smallest one, which is where I stay. Attached to the main building is a smaller garage that has been converted into my aunt's primary bedroom.

2.     In my grandfather's room is a walk-in closet. Because our house is very small, all of us have permission to store items in my grandfather's closet. Prior to March 29, 2012, I have stored numerous items in my grandfather's closet.

3.     On March 29, 2012, I stored a laser in a shoe box in my grandfather's closet. At that time, I had permission to use the laser and I possessed it to the exclusion of everyone except the original owner. The original owner was not present at the house on that date. Neither my grandfather, my grandmother, my aunt, nor anyone else located at the house knew I was in possession of a laser.

4.     In the late evening of March 29, 2012, police officers came to my house. My aunt, Rachelle Gardenhire, was standing at the front door and yelled at me to come outside. When I came outside, I saw at least seven police officers, possibly more. The officers ordered me to come outside. I could see the officers possessed firearms in holsters on their belt. As the officers were talking to me, they had their hands resting on their firearms. I asked the officers if I could go back inside the house but the officers refused my request. The officers then began interrogating me. Prior to questioning, I was not read my *Miranda* rights. After I made repeated denials, I eventually admitted that I had used a laser. Either before or after I admitted to doing so, the officers handcuffed me.

5. The officers demanded to know where the laser was located. I told them

1  that it was in a shoe box in my grandfather's closet.  I was never asked to give

2  consent to search for the laser.  I did not give consent.  Had the officers asked

3  permission to search for the laser, I would have refused.

4      6.  At no time, did I authorize my aunt to speak on my behalf or otherwise

5  authorize my aunt to grant consent to the officers to search my room or my

6  grandfather's closet for any of my property, including the laser.

7      I declare under penalty of perjury that the foregoing is true and correct.

8      Executed this 6th day of August, 2012, at Los Angeles, California.

9

10

11  ADAM GARDENHIRE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit B

## DECLARATION OF RACHELLE GARDENHIRE

I, Rachelle Gardenhire, hereby state and declare as follows:

1.    I am the maternal aunt of Adam Gardenhire. I live at 6416 Bakman, North Hollywood, California. The property consists of two buildings, a guest house which was converted from a larger garage and the main building which is where I live. The main building has four bedrooms, one of them belonging to my mother, another belonging to my father, my second bedroom where I sleep at night, and the smallest one, which is where Adam stays. Attached to the main building is a smaller garage that has been converted into my bedroom. There is no direct access to the main house from my room.

2.    In my grandfather's room is a walk-in closet. Because our house is very small, all of us have permission to store items in my grandfather's closet. Prior to March 29, 2012, I have stored numerous items in my grandfather's closet.

3.    In the late evening on March 29, 2012, I was inside my room watching television. I was thirsty and decided to get a drink of water from the kitchen in the main building. As I walked outside my front door, I heard noises near the front gate. I continued to walk toward the main house (which is in the opposite direction of the gate). I heard rattling and it sounded like someone was attempting to open the gate. I heard a voice say that they were the police. I responded, "How do I know you're the police?" They repeated that they were the police. I told them that I was going to call the police and I continued walking towards the front door of the house. The officers then told me to stop and put my hands up. I stopped and turned around and put my hands up. They then asked me to open the gate. As I walked towards the gate, I noticed several shadowy figures. After I opened the gate, approximately 6 officers came into the yard area. An officer directed two officers to go along the side of the garage/my room. The officers did not show any weapons but they appeared to be armed. Around the same time, a helicopter was hovering overhead and shining a floodlight on our house.

1       4.  The officers asked me who else lived in the house.  When I told them that

2  my nephew lived here, they wanted to know where he was currently.  I told them I did

3  not know for certain, believing he might be in the back of the main house doing

4  laundry.  I began to walk towards the main house to look for Adam Gardenhire.  The

5  officers followed me to the door.  One officer asked if he could come inside to talk to

6  my father who was sitting right near the entry way.  I agreed to let him talk to him.

7  As I walked inside, two officers entered the main house through the rear french doors.

8       5.  Eventually, we found Adam.  The officers ordered Adam to come outside.

9  Adam complied.  The officers directed Adam to sit in one of the lawn chairs in the

10  front of the house.  I don't recall when it occurred but at some point the officers

11  handcuffed Adam.  Officers interrogated Adam.  I was present when the officers

12  questioned Adam for several minutes.  I was also yelling at Adam because I was

13  upset that all of the officers were at our house.

14       6.  Adam eventually admitted that he had a laser.  The officers asked me if

15  they could search Adam's room.  I consented to the search.  The officers never told

16  me that I could refuse.  I did not believe I could say no.  I showed the officers into the

17  room and the officers began conducting a visual search of his room.

18  / / /

19  / / /

20  / / /

21

22

23

24

25

26

27

28

1        7.  Soon after, the officers asked to search my father's walk-in closet.  I again

2 consented to the search.  The officers never told me that I could refuse.  I did not

3 believe I could say no.

4       I declare under penalty of perjury that the foregoing is true and correct.

5       Executed this __l_ō__ day of August, 2012, at Los Angeles, California.

6

7                                  RACHELLE GARDENHIRE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28