- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  04/01/2012

ADAM GARDENHIRE, date of birth ███████, social security number ███████, address ███████, North Hollywood, California, home phone number (818) ███████, California identification card number ███████, was interviewed at the Los Angeles Police Department's North Hollywood Station. After being advised of the identity of the interviewing agents and the nature of the interview, GARDENHIRE provided the following:

Before beginning the interview, agents provided GARDENHIRE with an FD-395 Advice of Rights form, which was read out loud to GARDENHIRE as he read along. GARDENHIRE stated that he understood the form and GARDENHIRE agreed to speak with agents. GARDENHIRE signed the form, waiving his rights. That form is attached to and made part of this report.

GARDENHIRE is a student at Aggeler Continuation High School in Chatsworth, California. GARDENHIRE explained that he graduated from high school last year but he did not pass the California exit exams so he had attended Aggeler High School to help him study for the exit test. GARDENHIRE took the exit exam again approximately three months ago and was waiting for the results. GARDENHIRE said since he re-took the test, he had not been attending the school.

GARDENHIRE has not been arrested in the past. He is not a terrorist and he has not been "in trouble" before. GARDENHIRE added that he was bored and shining a laser at airplanes was a "big mistake."

GARDENHIRE does not own a laser. He convinced a friend who also attends Aggeler High School named ALEX RODRIGUEZ to let him borrow RODRIGUEZ's green laser pointer. RODRIGUEZ lives in Canoga Park near the intersection of DeSoto Avenue and Sherman Way but GARDENHIRE refused to provide an exact location or phone number for RODRIGUEZ.

On Tuesday (March 27, 2012) he had dinner with RODRIGUEZ. After dinner, RODRIGUEZ showed GARDENHIRE his green laser. They aimed it at parked cars, stop signs, and other things in the neighborhood. GARDENHIRE said they did not aim the laser at moving

Investigation on   03/30/2012   at   North Hollywood, California

File # ███████                                    Date dictated _____

SA David Gates
by SA Kevin Hogg

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

97 DC 10 12

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of __Adam Gardenhire__ , On __03/30/2012__ , Page __2__

cars or at airplanes that night. GARDENHIRE was impressed with the laser because the beam went very far.

On Wednesday, March 28, 2012 GARDENHIRE went to RODRIGUEZ's home to hang out. GARDENHIRE asked if he could borrow the green laser. GARDENHIRE recalled that RODRIGUEZ did not want to let GARDENHIRE take it, but GARDENHIRE eventually convinced RODRIGUEZ to let him have it for a few days. RODRIGUEZ warned GARDENHIRE not to shine the laser at anyone's eyes because it would blind people. GARDENHIRE added that RODRIGUEZ was very concerned about the laser because it was expensive, estimated at forty to fifty dollars, and RODRIGUEZ did not want GARDENHIRE to break it.

After receiving the laser on Wednesday, GARDENHIRE took it home. That night, he used the laser in his backyard. He used the laser to play with cats. GARDENHIRE said he was bored and alone as he played with the laser. GARDENHIRE stated that he did not shine the laser at any aircraft on Wednesday night.

On Thursday, March 29, 2012 GARDENHIRE spent the day babysitting his siblings until 5 p.m. GARDENHIRE lives with his grandparents and after eating dinner with them, GARDENHIRE took the laser outside. He was alone. Initially, he shined it down the street.

Thursday night, GARDENHIRE stated that he shined the laser at a helicopter "a couple times" then he struck two planes with the laser. GARDENHIRE said he hit the helicopter "two to three times" and he hit two different planes two times.

GARDENHIRE described holding the laser on the aircraft for three to four seconds on each strike. GARDENHIRE stated that he tried intentionally to hit the aircraft. He added, "It was a big mistake." GARDENHIRE stated he never saw the laser hit the planes but he pointed the laser at the airplanes.

GARDENHIRE said he was outside for approximately twenty minutes at first. He hit the helicopter and then went inside because he thought the helicopter might be a police helicopter. When the helicopter went away, he went outside and hit two consecutive planes going into the Burbank Airport. GARDENHIRE estimated that took five to ten minutes.

Then GARDENHIRE went back in the house because he heard a helicopter coming and he thought they might be coming for him.

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ___Adam Gardenhire_____ , On _03/30/2012_ , Page __3__

    GARDENHIRE went to his grandfather's bedroom and put the laser in a shoe box. Then GARDENHIRE put the shoe box on a shelf at the top of his grandfather's closet. GARDENHIRE explained that he was scared because the helicopter had returned and was shining a bright light directly at the house. GARDENHIRE went to his room and closed the door after hiding the laser.

    A few minutes later, police officers knocked on the door. GARDENHIRE heard his aunt, who was in the house, yelling for him to come downstairs. GARDENHIRE went downstairs and police officers asked him if he had a green laser. GARDENHIRE said he did not have a laser. The officers also asked if he had been shining a laser at planes or helicopters. GARDENHIRE said he had not.

    GARDENHIRE said he then admitted to the officers that he had shined a green laser at the helicopter and at planes. GARDENHIRE told the officers where he had hidden the laser. GARDENHIRE told the officers he could go and get the laser.

    GARDENHIRE added that when he shined the laser, he didn't think about the dangers of what he was doing. GARDENHIRE said, "I was just bored." GARDENHIRE added that he would not do it again.

FD-395 (Rev. 2-28-97)

# ADVICE OF RIGHTS

Place __NORTH HOLLYWOOD__
Date __3/30/2012__
Time __1:02 A.M.__

## YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Signed __Adam Hardenbrue__

Witness: __[signature] 18533__

Witness: __Kevin R. Hogg   15476__

Time: __1:04 A.M.__