SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
CRAIG A. HARBAUGH (No. 194309)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-7865
Facsimile (213) 894-0081

Attorneys for Defendant
ADAM GARDENHIRE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 12-345-SVW |
|---|---|---|
| Plaintiff, | ) | **EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO FILE DEFENDANT'S REPLY BRIEF; DECLARATION OF COUNSEL** |
| v. | ) | |
| ADAM GARDENHIRE, | ) | |
| Defendant. | ) | |

    Defendant Adam Gardenhire, by and through his attorney of record, Deputy Federal Public Defender Craig A. Harbaugh, hereby applies to this Honorable Court for an order shortening time to file his reply brief.

    The Government does not oppose this application.  This application is based upon the attached declaration of counsel.

DATED: August 28, 2012            Respectfully submitted,

                                              SEAN K. KENNEDY
                                            Federal Public Defender

                                         By */s/ Craig A. Harbaugh*
                                            CRAIG A. HARBAUGH
                                            Deputy Federal Public Defender

## **DECLARATION OF CRAIG A. HARBAUGH**

I, Craig A. Harbaugh, hereby state and declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am a Deputy Federal Public Defender in the Central District of California. I represent defendant in this action.

2. Due to unforeseen circumstances, I was unable to complete the reply brief by August 27, 2012 and needed one additional day to file it.

3. On August 28, 2012, I sent an email message to Assistant United States Attorney Melissa Mills requesting the Government's position regarding the instant request. AUSA Mills indicated that the Government did not oppose the application to shorten time by one day.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

DATED: August 28, 2012       */s/ Craig A. Harbaugh*
                                                CRAIG A. HARBAUGH
                                                Deputy Federal Public Defender