SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
CRAIG A. HARBAUGH (No. 194309)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-7865
Facsimile (213) 894-0081

Attorneys for Defendant
ADAM GARDENHIRE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 12-345-SVW |
|---|---|
| Plaintiff, | ) ORDER |
| v. | ) |
| ADAM GARDENHIRE, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that defendant's application for order shortening time is granted.

Date: August  30 , 2012

_____
HON. STEPHEN V. WILSON
United States District Judge