# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.  2:12-cr-00345-SVW | Date  August 31, 2012 |

Present: The Honorable  **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

Interpreter

| Paul M. Cruz | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Adam Gardenhire | | | X | N/A | | | |

**Proceedings:**   IN CHAMBERS re SUBPOENAED DOCUMENTS

   On August 28, 2012, the Court received Affidavit from the City of Burbank - Police Department, pertaining to the above-named defendant.

                                                                          :
                                              Initials of Deputy Clerk    PMC

cc: USPO
    USM
    PSLA

# CITY OF BURBANK - POLICE DEPARTMENT
200 N. THIRD STREET
Burbank, CA. 91510-6459
Record Bureau (818) 238-3140

## AFFIDAVIT

In the Matter of:

UNITED STATE OF AMERICA VS.

ADAM GARDENHIRE

Case No: 12-00345-SVW

I, _____ DEBORAH WILSON _____, as Custodian of Records, declare the following:

(a) That I am a duly-authorized Custodian of Records for the **Burbank Police Department** and have the authority to certify said records, and;

(b) The copy of the records attached to this affidavit is a true copy of all the records described in the Subpoena Duces Tecum, and;

(c) The records were prepared by the personnel of the **Burbank Police Department** in the ordinary course of business at or near the time of the act, condition or event.

(d) Certain information may have been deleted under Public Records Act, Government Code 6254 (f), or 6254 (f)(1) and (f)(2).

■ A thorough search of our files revealed no records or other documents, called for in Subpoena.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge.

Executed on August 23, 2012
at **Burbank, California** by _____
                                                         Custodian of Records

attachments

CRAIG A. HARBAUGH (No. 194309)
Deputy Federal Public Defender
(E-mail: Craig_Harbaugh@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-7865
Facsimile (213) 894-0081

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 12-00345-SVW |
| v. | |
| Adam Gardenhire, | SUBPOENA IN A CRIMINAL CASE |
| DEFENDANT(S). | |

TO: Burbank Police Department 200 N. 3rd Street Burbank, CA 91502

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Hon. Stephen V. Wilson

Place: U.S. Courthouse, 312 N. Spring St., 2nd Floor, Los Angeles, CA 90012 , Courtroom: 6

Date: September 4, 2012 , Time: 11:00 a.m.

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

Please see attachment.



Terry Nafisi, Clerk of Court

August 14, 2012
Date

CR-21 (09/08)     SUBPOENA IN A CRIMINAL CASE     Page 1 of 2

✓

POLICE DEPARTMENT
City of Burbank
P.O. Box 6459
BURBANK, CA 91510 - 6459

RECORDS SECTION

DATE: 9/4/12
TIME: 11:00AM
ROOM: 6

SVW

U.S. COURTHOUSE
312 N. SPRING ST., 2ND FL
LOS ANGELES, CA  90012

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 28 2012
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

9001237019B

U.S. POSTAGE  PITNEY BOWES
ZIP 91502 $ 000.45°
02 1W
0001371861 AUG. 23. 2012