UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:12-cr-00345-SVW | Date | September 4, 2012 |
|---|---|---|---|

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Paul M. Cruz | Deborah Gackle | Melissa E. Mills |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Adam Gardenhire | | X | X | Craig A. Harbaugh, DFPD<br>David Sutton, DFPD | | X | X |

**Proceedings:**  [22]  MOTION to Suppress Unlawfully Obtained Statements and Evidence Filed by Defendant Adam Gardenhire

　　　Hearing held. Witnesses are called, sworn, and testify. Exhibits are identified and admitted. The matter is submitted. Order to issue.

|  | : | 54 |
|---|---|---|
| | Initials of Deputy Clerk | PMC |

cc: USPO
　　USM
　　PSLA