# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:12-cr-00345-SVW |
| Date | September 12, 2012 |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

Interpreter

| Paul M. Cruz | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Adam Gardenhire | X | | X | N/A | | | |

**Proceedings:**   IN CHAMBERS ORDER: HEARING TRANSCRIPT

    The Court orders the Reporter to produce a transcript of the hearing on September 4, 2012 for the Motion to Suppress filed by Defendant Adam Gardenhire.  The cost of the transcript shall be split between the parties.

    SO ORDERED.

|  | : |
|---|---|
| Initials of Deputy Clerk | PMC |

cc: USM
    PSA