UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

---

THE HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE PRESIDING

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CR 12-345-SVW |
| | ) | |
| | ) | |
| ADAM GARDENHIRE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

MONDAY, SEPTEMBER 4, 2012

EVIDENTIARY HEARING

_____

DEBORAH K. GACKLE, CSR, RPR
United States Courthouse
312 North Spring Street, Room 402A
Los Angeles, California 90012
(213) 620-1149

```
1    APPEARANCES OF COUNSEL:

2

3

4         For the Plaintiff:

5

6              ANDRÉ BIROTTE, JR.
               UNITED STATES ATTORNEY
7              BY:  MELISSA MILLS
               ASSISTANT UNITED STATES ATTORNEY
8              1400 United States Courthouse
               312 North Spring Street
9              Los Angeles, California  90012

10

11             ALSO PRESENT:  FBI SPECIAL AGENT DAVID GATES

12

13

14        For the Defendant:

15

16             SEAN K. KENNEDY
               PUBLIC DEFENDER
17             BY:  CRAIG HARBAUGH
               BY:  DAVID JOSEPH SUTTON
18             DEPUTY PUBLIC DEFENDERS
               321 East Second Street
19             Los Angeles, California  90012

20

21                          - - - - -

22

23

24

25
```

```
 1                         I N D E X

 2

 3  GOVERNMENT'S WITNESSES:    DIRECT   CROSS   REDIRECT   RECROSS

 4

 5

 6      ARNOLD, DANNEL                   9        22

 7      SCHAEFER, JOHN                  24        31

 8      DAVENPORT, THOMAS               33

 9      WOOLNER, MICHAEL                63

10

11

12  DEFENSE WITNESSES:         DIRECT   CROSS   REDIRECT   RECROSS

13

14    GARDENHIRE, ADAM          51       56       62

15

16

17                    E X H I B I T S

18

19  DEFENSE                                          RECEIVED

20

21   101, 102, 103                                      52

22

23                      - - - - -

24

25
```

1    **LOS ANGELES, CALIFORNIA; MONDAY, SEPTEMBER 4, 2012; 11:25 A.M.**

2                             - - - - -

3

4           THE CLERK:  Item No. 4, CR 12-345-SVW, United States

5    of America versus Adam Gardenhire.

6           Counsel, please state your appearances.

7           MS. MILLS:  Good morning, Your Honor.  Melissa Mills

8    on behalf of the United States.  With me at counsel table is

9    FBI Special Agent David Gates.

10          MR. HARBAUGH:  Good morning, Your Honor.  Craig

11   Harbaugh and David Sutton on behalf of Adam Gardenhire, who is

12   present.

13          THE COURT:  This is the time for hearing on

14   defendant's motion to suppress.  How do the parties intend to

15   proceed?  Are you asking for an evidentiary hearing,

16   Mr. Harbaugh?

17          MR. HARBAUGH:  Yes, Your Honor.

18          THE COURT:  In that regard, who do you wish to

19   cross-examine, and are you offering any -- well, I mean, the

20   witnesses that you intend to support your claim you've provided

21   declarations for, correct?

22          MR. HARBAUGH:  Yes, Your Honor.  The government and I

23   have spoken prior to the hearing.  The parties will stipulate

24   with regard to the direct testimonies of Adam Gardenhire,

25   Officer Wolner and Officer Davenport.  We intended to simply go

1   over some photographs and some of the scene with

2   Mr. Gardenhire, and then we intended to cross-examine officers

3   Davenport and Wolner and then also call Officer Smith and --

4   sorry -- officers Arnold, Schaefer, who were also present at

5   the scene.

6              THE COURT:  Those are two other officers, Arnold and

7   Schaefer?

8              MR. HARBAUGH:  Yes, Your Honor.

9              THE COURT:  There aren't any declarations for them;

10  is that right?

11             MR. HARBAUGH:  No, Your Honor.  They're government

12  agents, and we had no opportunity to --

13             THE COURT:  I see.  Well --

14             Well, how -- I'm not restricting you timewise, but

15  can you give me any estimate as to how long your examinations

16  of those four officers will take, just for our internal

17  purposes.

18             MR. HARBAUGH:  Your Honor, I believe, just to be

19  safe, an hour and a half, probably tops two hours.

20             THE COURT:  Yes.  And do you intend to cross-examine

21  the defendant?

22             MS. MILLS:  Yes, Your Honor, I do.  I anticipate that

23  it will be rather brief, depending, of course, on the

24  additional matter that the defense draws out on direct.

25             THE COURT:  Do you intend to cross-examine -- was it

1    the aunt who filed the declaration also?

2           MS. MILLS:  It's my understanding the defense intends

3    to withdraw the aunt's declaration.

4           MR. HARBAUGH:  Your Honor, we're not calling the

5    aunt.

6           THE COURT:  I see.  Then we have a fairly busy day,

7    busier than I thought.  Are the officers here now?

8           MS. MILLS:  They are, Your Honor.  There are, I

9    believe, six law enforcement officers.

10          THE COURT:  I hate to -- only four, two of them are

11   not needed, unless you intend to call them, right?  Only

12   Schaefer and Arnold are going to be called, in addition to

13   Wolner and the other one.

14          MR. HARBAUGH:  Your Honor, the only thing is with

15   regard to the helicopter's presence at the scene.  In the event

16   Arnold, Schaefer, Wolner or Davenport do not have specific

17   information regarding that or sufficient -- for our purposes

18   being sufficient, then we could call Officer Mendenhal, who is

19   the helicopter pilot.

20          MS. MILLS:  Your Honor, to expedite things, I believe

21   we could probably speak with Officer Mendenhal outside and

22   probably stipulate to what his testimony would be.

23          THE COURT:  Let me ask this:  With regard to the

24   change of pleas, are those defendants in custody or not in

25   custody?

```
 1                MR. NICOLAYSEN:  Greg Nicolaysen, counsel for

 2   Mr. Bugaev, present in custody.

 3                MR. PEARMAN:  Kim Pearman for Mr. Tynon.  He is

 4   present in custody.

 5                THE COURT:  Are they both at the MDC?

 6                MR. NICOLAYSEN:  They are, Your Honor -- I speak only

 7   for my client.

 8                MR. PEARMAN:  Yes, he is at the MDC.

 9                THE COURT:  Well, I would like to organize things

10   this way:  I'd like to move forward with the evidentiary

11   hearing, because there are a number of police officers who are

12   here and I think it's a better use of time, and put the change

13   of pleas off until tomorrow or Thursday.

14                Can the parties do that tomorrow?

15                MR. NICOLAYSEN:  Is Your Honor available in the

16   morning?

17                THE COURT:  Yes.

18                MR. NICOLAYSEN:  Fine, Your Honor.

19                MR. PEARMAN:  In the morning, Your Honor?

20                THE COURT:  Yes, 10 o'clock?

21                (Discussion held off the record)

22                THE COURT:  Would you be available to come back

23   tomorrow, Ms. Translator?

24                THE INTERPRETER:  Yes, Your Honor.

25                THE COURT:  10 o'clock then.  Thank you for
```

1    cooperating.

2            (Unrelated matters reported, not transcribed herein)

3            THE COURT:  Let's get back to the evidentiary

4    hearing.

5            MR. HARBAUGH:  Your Honor --

6            THE COURT:  Here's what I'd like to do:  I'd like to

7    see if some of the peripheral officers that you mentioned have

8    relevant testimony or not.  In other words, you indicated that

9    you weren't sure.  So we know that you want to cross-examine

10   those who provided declarations, and certainly we'll hear that

11   as extensively as you wish.  But I'd like to not have these

12   other officers hanging around if they don't have anything to

13   add.  So let's try to call them first, and we can move to

14   cross-examination of those who have filed declarations.

15           Who do you want to call first?

16           MR. HARBAUGH:  Your Honor, the defense would call

17   Officer Arnold.

18           THE COURT:  All right.  Let's call Arnold.

19           THE CLERK:  Please stand behind the court reporter.

20           (Witness sworn)

21           THE WITNESS:  I do.

22           THE CLERK:  Please be seated.

23           State your full name and spell it for the record.

24           THE WITNESS:  Dannel, D-a-n-n-e-l, Arnold,

25   A-r-n-o-l-d.

```
 1        DANNEL ARNOLD, GOVERNMENT'S WITNESS, SWORN, TESTIFIED:

 2                          CROSS-EXAMINATION

 3   BY MR. HARBAUGH:

 4   Q.   Officer Arnold, on March 29th, 2012, you received a

 5   dispatch regarding a laser-pointing incident involving Netjets.

 6             THE COURT:  Involving what?

 7             MR. HARBAUGH:  Netjets check aircraft.

 8             THE WITNESS:  I actually contacted the pilot

 9   directly.  He contacted me directly, and I notified dispatch.

10   BY MR. HARBAUGH:

11   Q.   And then based upon that, you ultimately ended up at the

12   6416 Bakman address where Mr. Gardenhire was.

13   A.   Correct.

14   Q.   What time did you arrive?

15   A.   I don't remember.

16   Q.   Would looking at your report refresh your recollection as

17   to what time you arrived?

18   A.   It would.

19             THE COURT:  Why don't you just -- you don't have to

20   go through the --

21             MR. HARBAUGH:  Formality, Your Honor --

22             THE COURT:  -- formality, because there's no jury,

23   and you can read from his report and --

24   ///

25   ///
```

```
 1   BY MR. HARBAUGH:
 2   Q.   According to your report, it says at 2100 hours, you were
 3   notified by the Pasadena airship to respond to Victory
 4   Boulevard in Tujunga after receiving a laser strike, and then
 5   at that time, you arrived at the Bakman scene.
 6           Do you recall how much later after receiving that
 7   phone call that you arrived there?
 8   A.   I would say approximately somewhere between eight and 12
 9   minutes and -- something in that range.
10   Q.   So around 12 -- around 9:15 you arrived at the address.
11   A.   I would say somewhere around there.
12   Q.   When you arrived, other officers were present?
13   A.   Yes.
14   Q.   How many other officers?
15   A.   There were two officers, myself and Officer Schaefer from
16   my department, two Glendale officers.
17   Q.   When you arrived, you were wearing the police uniform that
18   you're wearing today?
19   A.   Correct.
20   Q.   With your firearm?
21   A.   Yes, sir.
22   Q.   The other officers, describe what they were wearing and
23   the numbers that you can recall.
24   A.   I'm sorry?
25   Q.   Please describe the number of -- first the number of
```

1   officer -- excuse me.

2          How many other officers were present, then, total at

3   that time you arrived?

4   A.   There was four initially:  Myself, Officer Schaefer and

5   two Glendale officers, and then Sergeant Davenport.  So there

6   was five within several minutes.

7   Q.   Do you remember the names of the Glendale officers?

8   A.   I only met them once, so I wouldn't -- I think Wolner --

9   Officer Wolner was one.  I don't remember the other one

10  offhand.

11  Q.   What was their attire?

12  A.   What was their attire?

13  Q.   Yes.

14  A.   They were wearing a one-piece flight suit-type uniform,

15  like a jumpsuit, like it was green, green jumpsuit.

16  Q.   As far as you saw, did everyone have weapons?  All the

17  officers have weapons?

18  A.   Myself, Officer -- Sergeant Davenport -- I don't remember.

19  They had just come in from a flight, so I don't remember

20  whether or not they were wearing a Sam Brown.  I don't recall.

21  Myself, Sergeant Davenport and then Officer Schaefer, we

22  were -- we had weapons.

23  Q.   So what did you do when you arrived at the Bakman address?

24  A.   When we first got there, we were communicating with the

25  airship and trying to pin down the location of where the

1   airstrike was coming from -- or the laser strike -- excuse

2   me -- was coming from.  We triangulated on that Bakman address,

3   and then we approached that address just to assess if we could

4   see any laser or anyone at the address.

5   Q.    Okay.  What did you do specifically?

6   A.    We were out front trying to make contact with the

7   residents inside.  I was standing in front of the residence.

8   To my left, which would have been the north side of the

9   residence, near what looked like a -- maybe a driveway, the two

10  Glendale officers were there.  I'm not -- I don't recall

11  exactly where Officer Schaefer was, and Sergeant Davenport was

12  near the front pedestrian entrance gate of the residence.  And

13  it was from there we were trying to locate somebody there.

14  Q.    So did you yell command -- so a woman ultimately came out?

15  A.    That's my recollection, yes.

16  Q.    Did you yell commands to the woman?

17  A.    I did not.

18  Q.    Who did?

19  A.    Sergeant Davenport made contact with her first.

20  Q.    So eventually you came inside the gate.

21  A.    Correct.

22  Q.    How many officers came inside the gate?

23  A.    Would have been the five of us.

24  Q.    Where did you go?

25  A.    When I entered the gate, Sergeant Davenport was already

```
 1    talking with -- I believe it might have been the aunt that came
 2    out first.  She exited from one of the front rooms.  Sergeant
 3    Davenport contacted her, was speaking with her.  I entered.
 4    The other officers entered behind me.  I went and poked my head
 5    just inside the doorway of the room that she existed to make
 6    sure there was no other people that were going to come out and
 7    surprise us, and then once I was reasonably sure that we were
 8    safe, then I went and stood by Sergeant Davenport.
 9    Q.   Was the woman patted down?
10    A.   No.
11    Q.   Did you --
12    A.   Not that I saw.
13    Q.   Was anything done to determine whether she had weapons?
14    A.   Not that I witnessed.
15    Q.   Okay.  So you say the front room, and that's the room
16    closest to the gate, correct?
17    A.   Yes, to the street side, yes.
18    Q.   Now, there was actually an entrance further away --
19    correct -- separate entrance than that room?
20    A.   Yes, there was another door.
21    Q.   Did any officers enter that --
22    A.   Not immediately.
23    Q.    -- door?
24    A.   Not immediately.
25    Q.   When did they enter it?
```

```
 1   A.   Not until after Sergeant Davenport asked if we would go
 2   and look for a laser.
 3   Q.   Were you present when he requested that?
 4   A.   I was present.
 5   Q.   Who else was present when he asked that?
 6   A.   I'm not exactly sure who was -- I mean, we were -- all
 7   five of us were in the courtyard, so would have been two
 8   Glendale officers, Officer Schaefer, myself and Sergeant
 9   Davenport.
10   Q.   What did you -- to clarify your role, after sticking your
11   head into this front room, what did you do next?
12   A.   I just stood by while he was --
13            THE COURT:  Who is "he"?
14            THE WITNESS:  Sergeant Davenport was speaking with
15   the woman to ascertain whether or not there was anybody else in
16   the house that would have had a laser that might have been
17   shining it at the airplane or the air unit.
18   BY MR. HARBAUGH:
19   Q.   Okay.  How long did that conversation take place?
20   A.   Just a couple minutes.
21   Q.   What do you remember next?
22   A.   He asked if he would go in and look to see if there was a
23   laser there.
24            THE COURT:  Who is "he"?
25            THE WITNESS:  I'm sorry.  Sergeant Davenport asked if
```

1   he could go in and see if there was a laser there, and he

2   followed the woman inside the house.

3   BY MR. HARBAUGH:

4   Q.   And where were the other officers at this time?

5   A.   Somewhere in the courtyard.

6   Q.   Okay.  What happened next?

7   A.   I believe the suspect, Mr. Gardenhire, came outside, and

8   that's when the other Glendale officer was asking him

9   questions.

10  Q.   And the Glendale officer, that was Officer Wolner?

11  A.   Yes, I believe so.

12  Q.   He was the first one asking questions?

13  A.   I think he was the only one that questioned him.

14  Q.   Who was present when Officer Wolner was talking to him?

15  A.   Would have been myself, I believe it was the other

16  Glendale officer -- and I don't remember his name -- and

17  Officer Schaefer, but I don't know where Officer Schaefer was

18  standing.  I think he was closer toward the entrance of the

19  courtyard.

20  Q.   Where were you in relation to the suspect when Officer

21  Wolner was questioning him?

22  A.   Approximately four or five feet away, and a couple feet

23  way from officer Wolner.

24  Q.   What about the other officers?  How close were they in

25  relation to Mr. Gardenhire?

```
1    A.   I don't recall.

2    Q.   Were they next to you, were they further away -- you

3    mentioned someone was at the gate when Officer --

4    A.   I believe Officer Schaefer was further behind me toward

5    the gate -- the entrance to the property, and the other

6    Glendale officer was somewhere to my left, but I don't recall

7    exactly where he was.

8    Q.   What did Officer Wolner say to Mr. Gardenhire?

9    A.   I don't recall the entire conversation, but he was asking

10   him questions about whether or not he had a laser.

11   Q.   And Mr. Gardenhire denied that?

12   A.   He denied -- at first he denied having a laser, and then

13   he said had a red-colored light.  Officer Wolner asked him if

14   he had a green laser, and he said he had a red light, but I

15   wasn't following his conversation completely because once he

16   started asking the suspect questions, my job at that point is

17   to make sure that that officer is secure, so my attention is

18   focused on other areas in the house.  It was dark, so I'm

19   looking around the yard and I'm looking behind me to make sure

20   that there is nobody else on scene that could pose a threat to

21   us.

22   Q.   Did you conduct a protective sweep of the yard?

23   A.   No, not at that time.

24   Q.   Did you send any officers to do that?

25   A.   No.  As far as I know, Officer Schaefer was standing near
```

1  the front gate, and the other two officers were to my left, and

2  Officer Wolner was questioning Mr. Gardenhire.

3  Q.   Let me back up.  You said Officer Wolner -- the Glendale

4  officers were at the north end, at the -- basically behind the

5  main house, correct -- on the street?

6  A.   Yeah, the front of house, and they were on one side of the

7  property, I was in the middle, and Sergeant Davenport and

8  Officer Schaefer were on the other side.

9  Q.   What did Officer Wolner tell you that he observed prior to

10 you and the other officers entering the yard?

11 A.   I'm not sure who said it, but I heard one of the officers

12 to my left, which would have been one of the Glendale officers,

13 said that they saw a male suspect running back and forth inside

14 the residence.

15 Q.   Did he say anything else?

16 A.   Not that I recall.

17 Q.   Did he say that he observed the person do anything else

18 besides run?

19 A.   Not that I recall.  Just that I -- running back and forth

20 inside the residence.

21 Q.   How long did officers Wolner's -- that initial

22 interrogation, how long did that take?

23 A.   I think initially it was only maybe four or five minutes

24 tops.

25 Q.   Okay.  So after that and during this time, Mr. Gardenhire

1   is denying any involvement with a green laser.

2   A.   At first he said that he had a red light, but as Officer

3   Wolner continued to question him, he eventually said that he

4   had a green laser.

5   Q.   Mr. Gardenhire was sitting down at this time?

6   A.   Yes, he was sitting down.

7   Q.   Mr. Gardenhire, was he handcuffed at this time?

8   A.   I believe he may have been.  I don't recall actually.  I

9   know he was handcuffed at some point during that time.  I don't

10  exactly remember when he was handcuffed.

11  Q.   Is it possible he was handcuffed before he identified the

12  green laser?

13  A.   I don't recall.

14  Q.   When Mr. Gardenhire came out, he asked to go back in the

15  house, correct?

16  A.   Mr. Gardenhire asked to go back in the house?

17  Q.   If he could go back in the house?

18  A.   I don't recall that.

19  Q.   Was Mr. Gardenhire permitted -- was he told he was free to

20  leave at that time?

21  A.   I don't -- I don't remember that question or request ever

22  coming up.

23  Q.   Well, whether there was a request or not, was

24  Mr. Gardenhire told he was free to leave?

25  A.   Not that I recall.

1  Q.   Was Mr. Gardenhire patted down for weapons when he came

2  out?

3  A.   I would be make an assumption.  I don't remember.

4  Q.   Well, you indicated that you were concerned.  You were

5  keeping an eye out because you weren't sure if someone could

6  come and have weapons.  Is standard protocol to pat down a

7  suspect for weapons?

8  A.   It's typical when we contact a suspect that they're patted

9  down for weapons.

10 Q.   And as far as you recall, you were following according to

11 protocol.

12 A.   Well, I was, but I didn't contact the subject myself.  I

13 didn't contact Mr. Gardenhire.

14 Q.   But you were approximately four feet away when he was

15 contacted?

16 A.   Four to five feet, but, again, like I said, my attention

17 was spread not only to the subject but also the area around and

18 behind me.

19 Q.   Officer Wolner directed Mr. Gardenhire to have a seat

20 outside?

21 A.   I can't say for sure if he directed him to have a seat.  I

22 just remember that he was sitting at one point.

23 Q.   When Officer Wolner was questioning?

24 A.   Yes.

25 Q.   And you were present when Officer Davenport was talking to

```
 1    the woman through the gate before he came in?

 2    A.    Not until after he entered the property.  When the

 3    Glendale officers were saying that they had seen someone

 4    running through the house, I moved to the north end of the

 5    property to see if I could see what they were talking about in

 6    case they needed any cover on that side.  Once they lost visual

 7    contact, at some point when I was out front I heard Sergeant

 8    Davenport speaking to somebody over by his location, and it was

 9    at that time that I went back over and he was entering the

10    property, and then I went in with him.

11    Q.    The police helicopter was present during at least the

12    initial arrival of the officers.

13    A.    Correct.

14    Q.    Approximately how long was the police helicopter

15    shining -- present above?

16    A.    From the time I arrived in the general area, and then we

17    found the location, I would say it was, to the best of my

18    recollection, somewhere -- be 15 or 20 minutes before we

19    actually had an address that we felt was the address and then

20    maybe several minutes after that.  I don't recall specifically.

21    I didn't make any notes to the time that he left the scene.

22    Q.    When Officer Wolner was talking to Mr. Gardenhire, the

23    helicopter was present at that time?

24    A.    Possibly for part of that time.  Like I said, I don't

25    recall how long he was there after we made contact.
```

```
1   Q.   And the helicopter was shining a light into his yard?

2   A.   Initially, but I think -- not much longer after we made

3   contact he wasn't shining the light.

4   Q.   But you could still hear the helicopter?

5   A.   Somewhere in the distance for a short period of time.  I

6   don't recall exactly how long.

7            MR. HARBAUGH:  One moment, Your Honor.

8            THE COURT:  Yes.

9   BY MR. HARBAUGH:

10  Q.   You arrived at 9:15.  This was in late March.  The -- at

11  that time, it was complete darkness, correct?

12  A.   It was.

13  Q.   I mean, the sun wasn't out?

14  A.   Correct.

15  Q.   There weren't street lights on the side of

16  Mr. Gardenhire's street, correct?

17  A.   No, I don't think so.

18  Q.   And the yard was dark.

19  A.   Other than some yard -- just some lighting around the

20  house, it was fairly dark.

21  Q.   Were you or any of the officers shining flashlights?

22  A.   Yes.

23  Q.   During this entire time?

24  A.   No.  While we were looking around, I had my light.

25  Q.   Did Officer Wolner shine a light in Mr. Gardenhire's face
```

1    at any time?

2    A.   Not that I recall.

3              MR. HARBAUGH:  Nothing further, Your Honor.

4              THE COURT:  Anything from the government?

5              MS. MILLS:  Very briefly, Your Honor.

6                     **REDIRECT EXAMINATION**

7    BY MS. MILLS:

8    Q.   Officer Arnold, you said that you witnessed Sergeant

9    Davenport talking with the aunt and the aunt giving her consent

10   to go inside the house; is that right?

11   A.   Correct.

12   Q.   Did the aunt exhibit any kind of reluctance?  Did you see

13   her as being reluctant or as being cooperative with the police?

14   A.   Very cooperative.

15   Q.   And you also testified that you were standing nearby when

16   the defendant talked with Officer Wolner?

17   A.   Correct.

18   Q.   And you heard the defendant tell Officer Wolner that he

19   had a green laser?

20   A.   Yeah, I remember bits and pieces.  I remember that he said

21   at first that he had a red light, and then he admitted to

22   having a green laser, and then he gave him the location of

23   where he hid the laser.

24   Q.   And then after defendant gave the officer the location of

25   the laser, did you hear the officer ask defendant if he could

```
 1    go inside the house and get the laser?
 2    A.   Yes, I did.
 3    Q.   Did you recall what defendant's answer was?
 4    A.   I don't remember specifically the verbiage, but there was
 5    a -- I'm trying to think of the word, what the correct word
 6    would be -- the reply was consent.  Whether she said, Sure,
 7    come on in, or, Yes, you can come in, I don't remember the
 8    exact phraseology, but there was consent given that I heard.
 9    Q.   By defendant himself?
10    A.   By both, actually.  The defendant gave the location and
11    said it was okay, and that's when they entered.
12    Q.   Okay.  You testified that defendant was handcuffed at some
13    point before you left the scene.
14         Do you remember exactly when he was handcuffed?
15    A.   I don't recall exactly when.
16    Q.   Thank you.
17         Nothing further, Your Honor.
18         MR. HARBAUGH:  No further questions.
19         THE COURT:  Thank you, Officer.
20         Call the next officer of this character.
21         MR. HARBAUGH:  The defense calls Officer Schaefer,
22    Your Honor.
23         THE CLERK:  Please step forward and stand behind the
24    court reporter.  Raise your right hand.
25         (Witness sworn)
```

```
 1                THE WITNESS:  I do.

 2                THE CLERK:  Please be seated.

 3                State your full name and spell it for the record.

 4                THE WITNESS:  John Timothy Schaefer, J-o-h-n,

 5  T-i-m-o-t-h-y, S-c-h-a-e-f-e-r.

 6  JOHN SCHAEFER; GOVERNMENT WITNESS, SWORN, TESTIFIED:

 7                       CROSS-EXAMINATION

 8  BY MR. HARBAUGH:

 9  Q.  Officer Schaefer, what agency are you with?

10  A.  Burbank Airport Police Department.

11  Q.  And in March 29th of this year, you responded to a

12  laser-pointing incident where the suspect address was at 6416

13  Bakman Avenue?

14  A.  From what I remember, yes.

15  Q.  When did you arrive at that -- this is Mr. Gardenhire's

16  address.

17                When did you arrive at that address?

18  A.  I haven't reviewed the report for months, but it must have

19  been in the late p.m. hours, around midnight maybe.

20  Q.  Who was with you at the time?

21  A.  I drove myself in my own unit, but I met Officer Arnold

22  down there, as well as some air-support officers from another

23  agency.

24  Q.  What did you do when you arrived at the address?

25  A.  We got on a tactical radio channel to communicate with
```

```
 1    each other and set up a perimeter in the area around the home

 2    and try to pinpoint exactly where the laser was coming from

 3    that was affected the aircraft.

 4    Q.   Eventually, you ended up outside the gate at

 5    Mr. Gardenhire's address.

 6    A.   Yes.

 7    Q.   So I want to talk to you specifically about that.  How

 8    many officers were present at that time?  And this is before

 9    entering the gate.

10    A.   Sure.  I'd say five to seven.

11    Q.   And they were all in uniform?

12    A.   Yeah, I think the air-support guys had kind of like their

13    fatigues on, like a green, but I was in the police uniform,

14    yeah.

15    Q.   And you had your sidearm?

16    A.   I did, yes.

17    Q.   So what did you observe when you were standing outside the

18    gate?

19    A.   Outside of his home?

20    Q.   Yes, outside the gate.

21    A.   Okay.  We were -- I was a little up the street, and they

22    were -- there was some commotion out front trying to find who

23    was in the house, and I was just maintaining the perimeter.  I

24    saw the individual stick his head out the rear of the house and

25    then go back in the home, and then a few minutes later they
```

```
 1   made contact with him at the front of house.
 2   Q.   When you say "commotion," what did you hear?  Was there
 3   yelling?
 4   A.   Yeah, there was family members yelling for the
 5   individual -- that the police are looking for him and what did
 6   he do and stuff like that.
 7   Q.   Where were you -- you said you were up the street a
 8   little?
 9   A.   Not far up the street, I mean just --
10   Q.   Approximately how far?
11   A.   Probably 20 feet away from the chain-link entrance to his
12   home.
13   Q.   What were the officers saying at this time?
14   A.   They were just asking if anyone was in the home, that
15   someone is shining lasers at aircraft so -- I couldn't hear
16   exactly every word, but I heard that part.
17   Q.   At the time -- excuse me.
18        So ultimately you came into the residence.
19   A.   Yeah.
20   Q.   When you arrived into the residence, what did you --
21   excuse me -- in the yard area when you passed through the gate,
22   what did you observe?
23   A.   My sergeant, Sergeant Davenport, was making contact with
24   the individual, and there were five to seven other officers
25   there.  You know, the scene was pretty secure.  So I kind of
```

```
 1   took up a role of answering questions for family members and

 2   calming them down and trying to answer their questions.

 3   Q.   Who was that?

 4   A.   Who was that?  To my best guess, there were two women.  I

 5   would guess it was a mom and an aunt, maybe.

 6   Q.   Now, you were -- how far away were you from Officer

 7   Davenport when he -- Sergeant Davenport when he was talking to

 8   Mr. Gardenhire?

 9   A.   I was pretty close, probably 12 to 15 feet or so.

10   Q.   Mr. Gardenhire was seated at this time?

11   A.   No, I don't believe so.  I think he wasn't seated until

12   later.

13   Q.   Now, you could overhear what Sergeant Davenport was

14   saying?

15   A.   I could, yeah.

16   Q.   And what Mr. Gardenhire was saying?

17   A.   Yeah, not the entire conversation because, again, I was

18   trying to calm down family members and make sure the scene was

19   secure, so ...

20   Q.   Now, at this -- from what you overheard, Mr. Gardenhire

21   was denying any involvement.

22   A.   I didn't overhear that, no.

23   Q.   He didn't -- you didn't hear him admit anything to

24   Sergeant Davenport.

25   A.   Eventually, he said that he did and the laser was in the
```

1  house.

2  Q.   Was that to Sergeant Davenport?

3  A.   I don't know.  My back was kind of turned to whoever was

4  having the conversation with him.

5  Q.   Did you see Sergeant Davenport talk to the other woman in

6  the -- excuse me.

7        You had indicated there were two women there.  Did

8  you identify who they are?

9  A.   I didn't.  I knew they were family by the way they were

10  talking with him.  They were upset that he was following the

11  footsteps of an uncle, or something, that was in jail and

12  something that to that extent.

13  Q.   Were you present when Sergeant Davenport was talking to

14  the other woman?

15  A.   I'm sure I was, but I don't recall that.

16  Q.   When did Sergeant Davenport go inside the house?

17  A.   I remember there was -- I don't know who was questioning

18  him, but he wanted to send us to a different room, and I think

19  someone went in and didn't find it in that room, and he finally

20  told them exactly where it was, and then they located a laser

21  light.  So I think it was the second place he mentioned.  I

22  don't know if he initially told the truth.

23  Q.   Did Sergeant Davenport obtain consent from any of the

24  women prior to entering?

25  A.   I don't know.

1   Q.   Mr. Gardenhire was handcuffed.

2   A.   Eventually he was handcuffed, yes.

3   Q.   Do you know, was this before or after they found the

4   laser?

5   A.   I can't say for sure, but I would imagine after they

6   located the laser, yes.

7   Q.   It's possible it was before?

8   A.   Sure.

9            THE COURT:  I don't want to eliminate any questions

10   from you, but when you ask a question that something is

11   possible, it doesn't help me, and I'm trying hard to figure out

12   what happened.

13           MR. HARBAUGH:  Yes, Your Honor.

14           THE COURT:  If you ask possible, anything is

15   possible.

16   BY MR. HARBAUGH:

17   Q.   Did Sergeant Davenport, or any other officers, pat down

18   Mr. Gardenhire when he came out of the house?

19   A.   Not that I saw, no.

20   Q.   Were any protective sweeps conducted of the house?

21   A.   I didn't go in the house, so I'm not sure.

22   Q.   Did you see any other officers go in the house?

23   A.   I did when they went to look for the laser light, but I'm

24   not sure the extent of their search.

25   Q.   Prior to that -- it's your understanding -- was before or

1    after Mr. Gardenhire admitted there was a laser?

2    A.    After.

3    Q.    Did you see the officers go in at any time before that?

4    A.    No.

5    Q.    Did you use the radio to call in to Sergeant Davenport

6    that Mr. Gardenhire identified where the laser was located?

7    A.    No.

8    Q.    You said you were listening to a secure network that you

9    guys were using.

10          Did you hear the other officers call that in to

11   Sergeant Davenport?

12   A.    I mean, we were all in the same area, so I don't remember

13   any radio conversation with any of us.  I mean, we were all

14   within earshot of each other.

15   Q.    Are you familiar with Officer Wolner with the Glendale

16   Police Department?

17   A.    I'm not, no.

18   Q.    Did you see any other officers besides Sergeant Davenport

19   question Mr. Gardenhire?

20   A.    I didn't, no.

21          MR. HARBAUGH:  Nothing further, Your Honor.

22          THE COURT:  Anything further?

23          MS. MILLS:  Yes, Your Honor.

24   ///

25   ///

1        **<u>REDIRECT EXAMINATION</u>**

2    BY MS. MILLS:

3    Q.   Officer Schaefer, you testified that your back was turned

4    and so you were not able to see who was talking with defendant;

5    is that right?

6    A.   Yes.

7    Q.   Did you see -- when you saw Sergeant Davenport eventually

8    enter the house, did you see if he entered the house with one

9    of the women?

10   A.   I can't recall.

11   Q.   And did you hear anybody ask the defendant where the laser

12   was?

13   A.   I heard it, yes.

14   Q.   Do you know who that was?

15   A.   I don't.

16   Q.   Did you hear defendant give an answer?

17   A.   Yes.  He gave an answer, and then I believe he -- it was

18   the wrong answer, and he gave another correct answer.

19   Q.   Okay.  Did you hear them ask if they could -- ask

20   defendant if they could go inside the house and look for the

21   laser?

22   A.   I can't recall.

23             MS. MILLS:  Thank you.

24             THE COURT:  Thank you, sir.  You're excused.

25             THE WITNESS:  Thank you.

```
 1          THE COURT:  Is there one other witness in this
 2  category?
 3          MR. HARBAUGH:  Your Honor, the government
 4  indicated -- and I don't know if the court possibly at the
 5  end -- potentially we could just probably stipulate to what
 6  the -- one of the pilots would say regarding the presence of a
 7  helicopter just for any interest of time, and we can proceed to
 8  cross-examining the two main witnesses.
 9          THE COURT:  Then let's come back at 1:15, and we'll
10  start with the cross-examination of Wolner and...
11          MR. HARBAUGH:  Wolner and Davenport, Your Honor.
12          MS. MILLS:  Thank you, Your Honor.
13          (Noon recess)
14
15  LOS ANGELES, CALIFORNIA; MONDAY, SEPTEMBER 17, 2012; 3:00
16                          P.M.
17                      - - - - -
18
19          THE COURT:  Resuming the suppression hearing in the
20  Gardenhire case, and counsel are present with the defendant.
21          I think we're at the point -- are we not -- of
22  cross-examining the witnesses who filed declarations?
23          MR. SUTTON:  Correct, Your Honor.
24          THE COURT:  Which one first?
25          MR. SUTTON:  Sergeant Davenport, Your Honor.
```

```
 1              THE COURT:  Davenport.  Let's call him.

 2              THE CLERK:  The witness will step forward and stand

 3   behind the court reporter.  Raise your right hand.

 4              (Witness sworn)

 5              THE WITNESS:  Yes, I do.

 6              THE CLERK:  Please be seated.  State your full name

 7   and spell it for the record.

 8              THE WITNESS:  Thomas Davenport, D-a-v-e-n-p-o-r-t.
```

**THOMAS DAVENPORT; GOVERMENT WITNESS, SWORN, TESTIFIED:**

**DIRECT EXAMINATION BY DECLARATION**

**CROSS-EXAMINATION**

```
12   BY MR. SUTTON:

13   Q.   Good afternoon, Sergeant Davenport.

14              You were part of the team that arrived at 6416 Bakman

15   on March 29 of 2012, right?

16   A.   Yes, that's correct.

17   Q.   And you were brought there based on an allegation of

18   several laser strikes towards the aircraft, right?

19   A.   Correct.

20   Q.   What time was this?

21   A.   Probably between 9:30 and 10:00 o'clock somewhere.

22   Q.   So this is at nighttime?

23   A.   Yes.

24   Q.   Completely dark?

25   A.   Yes.
```

```
1    Q.    Sun was down?

2    A.    Yes.

3    Q.    Now, when you arrived to 6416 Davenport -- excuse me --

4    Bakman -- I apologize -- there hadn't been any laser strikes

5    for approximately ten minutes, right?

6    A.    Approximately ten minutes, yes.

7    Q.    And how many officers did you arrive with?

8    A.    Myself; I had two other police officers from our

9    department, Schaefer and Arnold; and then two Glendale police

10   officers, so a total of five of us.

11   Q.    And did the air support units ever relay any information

12   about the person who was potentially striking -- or firing the

13   lasers at aircrafts?

14   A.    Over the -- just what I got over the air is they

15   identified the house itself but did not identify a person, no.

16   Q.    Male or female?

17   A.    No.

18   Q.    Large build, small build?

19   A.    No.

20   Q.    So you had no clue who you were looking for?

21   A.    No.

22   Q.    You didn't know if this person may be armed?

23   A.    Did not know.

24   Q.    If they were a parolee?

25   A.    Did not know.
```

```
 1   Q.   When you arrived at 6416 Bakman, this address is -- it's
 2   enclosed by a large gate, right?
 3   A.   Yes.
 4   Q.   It's a white wrought-iron gate, correct?
 5   A.   It was a fence.
 6   Q.   Fence.  The fence comes up to about, say, five-and-a-half
 7   feet?
 8   A.   I don't recall that.
 9   Q.   And there's no street lights surrounding the --
10   A.   It was dark.
11   Q.   It was dark.  And the actual house at 6416, it's set off
12   approximately ten to 15 feet from the fence, right?
13   A.   Correct.
14   Q.   And the house, it's not illuminated by large lights or
15   anything --
16   A.   There were lights in the front of the house.
17   Q.   Were those motion lights or were those constant lights?
18   A.   All I know is there were lights.
19   Q.   But the general area was dark, correct?
20   A.   Correct.
21   Q.   Again, you had no clue who you were looking for at that
22   time, right?
23   A.   That's correct.
24   Q.   You saw a figure in the darkness going into the house?
25   A.   Yes.
```

```
 1   Q.   And you ordered that person over to the fence, right?

 2   A.   I asked her to come over, yes.

 3   Q.   So you conversationally asked her?

 4   A.   I saw her running around, and I identified myself as a

 5   police officer, and I asked her to come over to the gate,

 6   please.

 7   Q.   And you were wearing the uniform, or were you wearing --

 8   A.   Full police uniform.

 9   Q.   And you had a sidearm?

10   A.   Yes.

11   Q.   Did you have a taser?

12   A.   Yes.

13   Q.   Bulletproof vest?

14   A.   No.

15   Q.   Were you wearing a medallion, or did you have just a

16   normal badge?

17   A.   Just a normal badge.

18   Q.   So you said "Police"?

19   A.   Yes.

20   Q.   This person was running.

21   A.   Correct.

22   Q.   In the darkness?

23   A.   Yes.

24   Q.   You didn't know whether she was on parole?

25   A.   Did not know.
```

1    Q.    Whether she was armed?

2    A.    Did not know.

3    Q.    You, in fact, told her to show her hands, right?

4    A.    No, I did not.

5    Q.    You did not tell her to show her hands?

6    A.    I -- at one point when -- there was two separate issues:

7    At one point when she first came up to the gate, I asked her to

8    keep her hands where I could see them, correct.

9    Q.    Because it's dark.

10   A.    Correct.

11   Q.    You don't know who you're looking for.

12   A.    Correct.

13   Q.    You don't know if this person is armed.

14   A.    Correct.

15   Q.    You don't know if this person is on parole.

16   A.    That's correct.

17   Q.    Or may be violent and want to hurt a police officer,

18   right?

19   A.    Yes.

20   Q.    Now, yourself and the other officers, you went to a

21   private tactical line, right?

22   A.    A what now?

23   Q.    A tactical line.  I believe the other officers have

24   testified that all the officers on the scene went to a separate

25   radio line.

```
 1   A.   Oh, radio frequency?

 2   Q.   Correct.

 3   A.   Yeah, we went to a Burbank -- channel three, I believe.

 4   Q.   That's -- so there wouldn't be chatter from any other

 5   patrolmen or airships, right?

 6   A.   No.

 7   Q.   And Officer Schaefer and other officers, in fact, took a

 8   tactical position around the house, right?

 9   A.   I have no knowledge of that.

10   Q.   During the time that you're approaching the fence, Officer

11   Wolner stated that he saw someone running around in the house,

12   right?

13   A.   I heard that.  I didn't hear it at that time.

14   Q.   So he didn't report -- no one ever reported to you someone

15   was running around in the house?

16   A.   Not at that time.

17   Q.   When did someone tell you that?

18   A.   Once the aunt had let us into the yard, she had to go get

19   a key and open the gate and let us in.  I heard that sometime

20   at the beginning of the investigation.

21   Q.   And at the beginning of the investigation, you didn't know

22   who was inside the house, right?

23   A.   That's correct.

24   Q.   You didn't know if that person was armed.

25   A.   Correct.
```

```
1    Q.   You didn't know if that was a parolee.

2    A.   Correct.

3    Q.   You didn't know of that was a violent person.

4    A.   Correct.

5    Q.   You didn't know if that person wanted to harm police

6    officers.

7    A.   That's correct.

8    Q.   You asked the aunt to let you into the locked entry into

9    the gate.

10   A.   Yeah, I asked her if we could come in and speak to her.

11   Q.   And you asked her whether or not she was flashing a laser

12   or knew of anyone flashing a laser.

13          THE COURT:  I'm having trouble hearing you.

14          MR. SUTTON:  I'm sorry.

15   Q.   You asked her if she had been flashing the laser.

16   A.   I explained to her why we were there.  I didn't actually

17   ask her if she was flashing a laser.  I just told her why we

18   were there.

19   Q.   And did she say that she knew of any laser activity from

20   her house?

21   A.   No.

22   Q.   You asked her to open the gate, right?

23   A.   Yeah, I asked her if we could come in and speak to her.  I

24   did not know the gate was locked.

25   Q.   She never invited you in, in the first instance?
```

```
 1    A.    No.

 2    Q.    She led you into the yard of the house, past the gate,

 3    correct?

 4    A.    She had to go back into the house and get a key and then

 5    came then back to the gate, opened the gate and invited us in.

 6    Q.    And she led you inside the interior of the yard.

 7    A.    Into the yard itself, yes.

 8    Q.    About 15 to 20 feet back from the fence in a small,

 9    enclosed tent area, right?

10    A.    Patio-type area, yes.

11    Q.    Now, Officer Schaefer, Officer Wolner, Officer Arnold --

12    A.    Yes.

13    Q.    -- you all moved towards that area?

14    A.    Yes.

15    Q.    And, again, there were people inside the house, correct?

16    A.    I asked -- I didn't know who was in the house at that

17    point.

18    Q.    When did Mr. Gardenhire come outside?

19    A.    I asked the aunt who was in the house.  She explained to

20    me that it was her grandparents and her nephew, and I asked how

21    old the nephew was.  She said 18.  And I asked her -- I'd like

22    speak to him.

23    Q.    So she told you he was 18 years old?

24    A.    Yes.

25    Q.    He came outside, right?
```

1   A.   She went in and found him.

2   Q.   He came and spoke to you?

3   A.   Yes, he did.

4   Q.   And this was on the patio?

5   A.   Yes, it was.

6   Q.   So you were speaking to an 18-year-old boy with five

7   police officers, basically?

8   A.   You know, at that point I don't know where the other

9   police officers were.  I mean, I don't know where in the yard

10  they were, but it wasn't five of us all in one spot, no.

11  Q.   You previously testified that all the officers moved

12  towards --

13  A.   Yeah, we all went in, and from there I don't know where

14  the other officers had gone.

15  Q.   All five officers had firearms?

16  A.   That's correct.

17  Q.   They were uniformed?

18  A.   Yes.

19  Q.   Some were in normal, I guess, police uniforms, others in

20  flight --

21  A.   Yeah, two Glendale helicopter pilots were both in their

22  flight jumpsuits.

23  Q.   Did they have sidearms, as well?

24  A.   Yes, they did.

25  Q.   Were they strapped onto their thigh or is it on --

```
1    A.   I don't recall if they were shoulder holsters or on the

2    thighs.  I do not recall.

3    Q.   Now, you had a conversation with Mr. Gardenhire.

4    A.   I did.

5    Q.   This is after he came out of house, right?

6    A.   Yes.

7    Q.   You patted him down before?

8    A.   No, I did not.

9    Q.   You spoke to him about whether or not he had a laser,

10   right?

11   A.   That's correct.

12   Q.   Whether or not he was --

13            THE COURT:  Say that again.

14            MR. SUTTON:  Whether or not he had a laser.

15   Q.   Whether or not he flashed aircrafts?

16   A.   Yes, I did ask him that.

17   Q.   You asked this approximately twice, right?

18   A.   Possibly twice, yes.

19   Q.   More than once.

20   A.   Well, I only asked him each question one time.

21   Q.   And he denied --

22   A.   Correct.

23   Q.   -- each time, right?

24            You asked the aunt whether she knew anything about a

25   laser, as well, right?
```

```
1    A.   Yes.

2    Q.   And she also denied.

3    A.   That's correct.

4    Q.   So at that point, you then walked away from

5    Mr. Gardenhire?

6    A.   That's correct, yes.

7    Q.   You were still with other officers, right?

8    A.   Yes.

9    Q.   You were speaking to the aunt?

10   A.   Yes.

11   Q.   Now, you knew that Mr. Gardenhire was 18 years old?

12   A.   Yes, I did.

13   Q.   And you knew that actually lived in the --

14   A.   Yes --

15   Q.   -- apartment.

16        Now, you asked for consent to search the house,

17   right?

18   A.   I didn't ask for consent to search the house, I asked the

19   aunt if I could look in the house.  I did not request a search,

20   no.

21   Q.   This is after Mr. Gardenhire denied having a laser?

22   A.   That's correct.

23   Q.   And the aunt stated she didn't know anything about a

24   laser.

25   A.   That's correct.
```

```
 1              THE COURT:  You know something?  Your voice trails
 2   away, and it's not helpful, because I'm trying to hear what
 3   you're saying, and you have a tendency to speak and then your
 4   words just sort of fly away.  May I suggest that you keep
 5   yourself closer to that microphone.  Maybe that will help.
 6              MR. SUTTON:  I apologize, Your Honor.
 7              THE COURT:  I do want to hear what you say.
 8              MR. SUTTON:  Thank you, Your Honor.
 9   Q.   You never asked Mr. Gardenhire for consent to go inside
10   the house, correct?
11   A.   No, I did not.
12   Q.   And you were about ten feet away.
13   A.   That's approximately, yes.
14   Q.   So you don't know whether or not Mr. Gardenhire actually
15   heard what you were saying to the aunt.
16   A.   I believe he was close enough to hear that.
17   Q.   But you don't know --
18   A.   I do not know that, no.
19   Q.   -- if he heard.
20              MR. SUTTON:  May I have a moment, Your Honor?
21              THE COURT:  Yes.
22   BY MR. SUTTON:
23   Q.   When you were speaking to Ms. Gardenhire, Mr. Gardenhire's
24   aunt, Officer Wolner, he was next to Mr. Gardenhire, right?
25   A.   We were in the same -- I would say -- I don't know if he
```

1    was next to him, but we were together on the patio.

2    Q.   As you entered the house, Officer Wolner began speaking to

3    Mr. Gardenhire?

4    A.   I went over and spoke to the aunt, and we entered the

5    house.  I was a not aware that Officer Wolner was talking to

6    him.

7                MR. SUTTON:  Nothing further.  Thank you, Your Honor.

8                THE COURT:  Anything further from you?

9                MS. MILLS:  Yes, Your Honor.

10                        **REDIRECT EXAMINATION**

11   BY MS. MILLS:

12   Q.   Sergeant Davenport, you testified that you walked into the

13   house after defendant's aunt said that you could look around;

14   is that right?

15   A.   That's correct, yes.

16   Q.   And did defendant's aunt go with you into the house at

17   that time?

18   A.   Yes, she was next to me the entire time.

19   Q.   Where was defendant at this time?

20   A.   He was still out on the patio with the other police

21   officers.

22   Q.   Was he near the front door?

23   A.   Approximately ten feet away.

24   Q.   Did you walk into the front door with his aunt?

25   A.   It was a door.  I believe it was the front door of the

```
 1  house, but it was a door that was within ten feet of where we

 2  were standing on the patio.

 3  Q.   Okay.  So defendant was about ten feet or so away from

 4  that door that --

 5  A.   Correct.

 6  Q.   -- with his aunt.

 7       Was he oriented in a way that he could have seen you

 8  go into that house?

 9  A.   Yes.

10       THE COURT:  Why is that relevant?  Why did you ask

11  that question.

12       MS. MILLS:  Your Honor, the government's position is

13  the defendant would have been able to see the aunt go into the

14  house and he didn't object.

15       THE COURT:  Why is that relevant?

16       MS. MILLS:  It's relevant because the defendant has

17  raised an argument that the government has deliberately

18  circumvented his participated objection, and so if the police

19  are walking right into the --

20       THE COURT:  Is there any dispute about whose house it

21  was?

22       MS. MILLS:  No, Your Honor, I don't believe so.

23       THE COURT:  So under the governing law, what right

24  would the defendant have to prevent the officer from going in

25  the house if the aunt who owns the house said he could.  I
```

```
1    mean, that is a big "if."

2         MS. MILLS:  Yes.  Your Honor, my understanding of the

3    law under Georgia v. Randolph, as the defense has raised in its

4    papers, is that a co-tenant who objects to a search has an

5    equal right to object to that.  That's certainly the argument

6    that the defendant has raised.

7         THE COURT:  But, I mean, what does a co-tenant mean?

8    I mean, is that what he is, a co-tenant?

9         MR. HARBAUGH:  Yes, Your Honor, the aunt and

10   Mr. Gardenhire are both residing in the house owned by the

11   grandparents.

12        THE COURT:  But, I mean, I'll have to determine that

13   legal issue after I determine the facts, but doesn't that, to

14   some degree, depend upon where in the house the search

15   occurred?  In other words, co-tenant could have a right to

16   restrict a search in a certain part of the house that is part

17   of the house that the co-tenant maintains a privacy interest

18   in.

19        MS. MILLS:  Yes, Your Honor.

20        THE COURT:  If someone is a co-tenant just by living

21   there and doesn't own the house, are you saying this case

22   supports the idea that that co-tenant can deny the officer's

23   entry to the house?

24        MS. MILLS:  That's certainly their argument --

25        THE COURT:  I'm asking you.
```

```
 1              MS. MILLS:  Yes, Your Honor, and I think that --
 2              THE COURT:  Is that what you think the case says?
 3              MS. MILLS:  I think that's an accurate read of the
 4   case, Your Honor, to the extent that the parties have equal
 5   dominion over that.  So to the extent that we're talking about
 6   common areas of the house, that would be accurate.  As we get
 7   into where the laser was actually found -- I'm sorry.
 8              As we get into where the laser was actually found,
 9   which was in the grandfather's closet, there's evidence from
10   the defendant -- and there will be, I believe, from this
11   witness as well -- that both the defendant and his aunt had
12   access to that closet and had the right to store things there.
13   So I believe they --
14              THE COURT:  We're talking about two different things.
15   I'm just inquiring, not deciding, whether someone who lives in
16   a house that he doesn't own can deny the officers' entry into
17   the house at all.  That's what I'm asking now, not whether they
18   have a right to look at a certain part of the house or not.
19   You're suggesting that the defendant could do that.
20              MS. MILLS:  I believe that's right, Your Honor.
21              THE COURT:  I see.  All right.  Then the question is
22   relevant.  Go ahead.
23              MS. MILLS:  Thank you, Your Honor.
24   Q.  Sergeant Davenport, your declaration states that you were
25   in the house and you asked the aunt for consent to search her
```

1    father's closet; is that accurate?

2    A.   Yes.

3    Q.   Do you need to explain that further?

4    A.   A little bit.  Once the radio transmission came out that

5    the defendant had admitted that the laser was in the

6    grandfather's closet, that's when I asked the aunt where is the

7    grandfather's room.

8    Q.   Did you ask her for -- I sorry.

9         Did defendant's aunt ever tell you that she had

10   permission to use that closet?

11   A.   She said that it was more of a community closet, that

12   everybody in the house used it to store the stuff -- to store

13   their belongings.

14        MS. MILLS:  Your Honor, may I approach the witness

15   with an exhibit?  I have a copy for the court and the clerk as

16   well.

17        THE COURT:  Yes.

18        MS. MILLS:  Thank you.

19        THE CLERK:  Exhibit placed before the witness.

20   BY MS. MILLS:

21   Q.   Sergeant Davenport, you have just been handed an exhibit

22   which is marked as Government's Exhibit 1.

23        Do you recognize that document?

24   A.   Yes, I do.

25   Q.   What is it?

1    A.    This is the handwritten dispatch log that the airport

2    dispatchers -- when they hear radio transmissions from

3    officers, they write down the time and what was said.

4               MR. HARBAUGH:  Objection, foundation, Your Honor.

5               THE COURT:  What is that?

6               MR. HARBAUGH:  Objection, foundation.  He didn't

7    prepare this document.  He's -- not there's no evidence that he

8    is involved in anything with the dispatch so --

9               THE COURT:  When did you first see this before today?

10              THE WITNESS:  It was handed -- I requested it from

11   our dispatch.

12              THE COURT:  When?

13              THE WITNESS:  Just within probably four or five days

14   ago.

15              THE COURT:  What's the point of this document?

16              MS. MILLS:  Your Honor, there's, on page two, some

17   notations about the time that events occurred on this evening

18   and specifically 2201.  I believe it states the time that the

19   officer saw the man without the shirt running, and at 2213 the

20   subject and laser were taken into custody.  I believe that

21   supports the timeline that we're talking about here, that it

22   was a very short period of time.

23              MR. HARBAUGH:  Your Honor, we would object on

24   hearsay.

25              THE COURT:  In other words, he didn't prepare this --

```
 1              MR. HARBAUGH:  Exactly, Your Honor.

 2              THE COURT:  Well, I mean, I'll sustain the objection.

 3              MS. MILLS:  Yes, Your Honor.

 4              Nothing further, Your Honor.

 5              THE COURT:  Thank you, sir.

 6              Call the next witness.

 7              MR. HARBAUGH:  Your Honor, if we could, we'd like to

 8   call Mr. Gardenhire now because we wanted to lay the foundation

 9   with regard to the photographs, which will help explain the

10   next witness's testimony.

11              THE COURT:  Yes, you can do that.

12              MR. HARBAUGH:  So the defense calls Mr. Gardenhire as

13   a witness.

14              THE CLERK:  Stand behind the court reporter.

15              (Defendant sworn)

16              THE CLERK:  Please be seated.  State your full name

17   and spell it for the record.

18              THE DEFENDANT:  Adam Gardenhire, A-d-a-m,

19   G-a-r-d-e-n-h-i-r-e.

20         ADAM GARDENHIRE; DEFENSE WITNESS, SWORN, TESTIFIED:

21                        DIRECT EXAMINATION

22   BY MR. HARBAUGH:

23   Q.  Mr. Gardenhire, please turn to the exhibit binder Exhibits

24   101, 102 and 103.

25   A.  Okay.
```

1    Q.   Have you looked at each -- all three of them?

2    A.   Yes.

3    Q.   And, just generally, what are those photographs of?

4    A.   The first -- the 101 --

5    Q.   I'll go individually.  Just generally, what are they?

6    A.   My house.

7    Q.   And that's at the house, 6416 Bakman?

8    A.   Yes.

9    Q.   And these photographs accurately depict your house on

10   March 29, 2012?

11   A.   Yes.

12           MR. HARBAUGH:  Your Honor, at this time, I would move

13   to admit Exhibits 101, 102 and 103.

14           THE COURT:  Received.

15           (Defense Exhibits 101, 102 and 103 received in

16   evidence.)

17   BY MR. HARBAUGH:

18   Q.   First, turning your attention to defense Exhibit 101,

19   please describe for us what we're seeing.

20   A.   That's the -- my entrance to the house where you enter

21   walking, the pedestrian entrance.

22   Q.   Is this -- can you tell us in relation to the street,

23   would the street be behind us?

24   A.   Yeah, the street is right behind on this side.

25   Q.   Okay --

```
 1                THE COURT:  When you say "behind us," I don't know
 2    what --
 3                MR. HARBAUGH:  I'm sorry --
 4                THE COURT:  Is it in the forefront of the picture or
 5    the background --
 6                MR. HARBAUGH:  Exactly.
 7    Q.   Is the street basically off this picture?
 8    A.   Off the picture in --
 9    Q.   Okay.  Then you said that -- excuse me.
10                Can you identify where the gate is.
11    A.   This right here.  Yeah, that one.
12    Q.   Okay.  The witness is pointing here.
13                And then this -- can you describe the layout of the
14    house from this perspective.  So this first basically building
15    here, what is that?
16    A.   That's my aunt's room.
17    Q.   Can you describe that generally.
18    A.   It's just -- it was a garage converted into a room.
19    Q.   Okay.  And then what's immediately behind that?
20    A.   That's the inside of the house.  That's the dining room
21    and the kitchen area.
22    Q.   Okay.  And then orienting you to here --
23    A.   Right there is the living room and going into the
24    bedrooms.
25    Q.   And where is the front entrance to the house?
```

```
1    A.   There really is no front entrance.  That's the way I
2    entered.  Everybody enters --
3    Q.   So I'm pointing here.  Is that the front entrance of the
4    house?
5    A.   Yes.
6    Q.   Immediately to the right, what is that?
7    A.   Where you --
8    Q.   This umbrella here.
9    A.   Oh, that's just the patio.
10   Q.   Okay.
11        THE COURT:  Is that green a lawn or is it something
12   else, the green on the ground.
13   BY MR. HARBAUGH:
14   Q.   Is that a tarp on the fence there?
15   A.   Yeah, it's a tarp.
16   Q.   Okay.  And then turning your attention to Exhibit 102,
17   what does that indicate?
18   A.   That's just the rest of the fence going into the other
19   side of the yard where we parked the cars.
20   Q.   Okay.  And that's the steal -- that detached garage --
21   A.   Yeah.
22   Q.   -- area where your aunt lives?
23        THE REPORTER:  One at a time, please.
24        MR. HARBAUGH:  Sorry.
25   Q.   This building right here is what again?
```

1    A.   The attached -- that's my aunt's room.

2    Q.   Okay.  And then finally to Exhibit 103, is this your house

3    looking towards the gate?

4    A.   Yes.

5    Q.   To the outside?

6    A.   Uh-huh.

7    Q.   And what is this area here where the canopy is?

8    A.   That's the same -- that's the patio.  All that is the

9    patio.  Where the umbrella is, that is the other picture you

10   were just showing me.  That's just the back of it.

11   Q.   And where in relation to the patio were you interrogated?

12   A.   Right where that blue pool was, the blue pool that's

13   standing on its end.

14   Q.   Okay.  Can you describe the lighting in your backyard.

15   A.   The what?

16   Q.   I'm sorry.  In this front area where we're talking where

17   the patio -- you know, where the canopy -- that area, what's --

18   describe what lighting is out in the --

19   A.   Lighting?

20   Q.   Yes.

21   A.   Oh, there's just one motion light in the -- near the

22   canopy.

23          MR. HARBAUGH:  Nothing further, Your Honor.

24          THE COURT:  All right.

25          You may step down.

```
 1              Do you have any questions?

 2              MS. MILLS:  Your Honor, I would like to cross-examine

 3   the defendant on his declaration.  I don't know if now is the

 4   appropriate time.

 5              THE COURT:  Perhaps now, yes.

 6              MS. MILLS:  Thank you, Your Honor.

 7                       CROSS-EXAMINATION

 8   BY MS. MILLS

 9   Q.   Mr. Gardenhire, you came outside because your aunt asked

10   you to come outside, right?

11   A.   Correct.

12   Q.   And so you went outside and you saw the officers?

13   A.   Yes.

14   Q.   And you walked over to talk to them, right?

15   A.   Yeah, they called me over.

16   Q.   Okay.  Who did you speak with that night?  How many

17   officers?

18   A.   There was about six or seven.

19   Q.   Did you speak with all of them?

20   A.   No, I spoke with -- I don't remember his name -- the one

21   that was just up here.

22   Q.   Okay.  You talked to Sergeant Davenport?

23   A.   Yes.

24   Q.   Did you talk to him -- describe the conversation that you

25   had with him.
```

```
 1    A.    He was asking me about a laser, if I knew anybody that had

 2    a laser on that street, if I knew anybody that was pointing

 3    lasers or anything about lasers.  I said no, and he kept asking

 4    me questions.

 5    Q.    What other questions did he ask you?

 6    A.    Do I know anybody who has lasers on the block; do my

 7    nextdoor neighbors have lasers; were you having a laser; did

 8    you point a laser.

 9    Q.    And approximately how long did that conversation last?

10    A.    Four minutes, four -- real quick.

11    Q.    So you denied having a laser, knowing anything about

12    lasers, and then he walked away, right?

13    A.    No, I didn't walk away.

14    Q.    No, he walked away, right --

15    A.    Yeah --

16    Q.    -- Mr. Davenport?

17    A.    -- I believe so.

18    Q.    Did he walk over to talk to your aunt?

19    A.    Yeah.

20    Q.    Okay.  And did one of the other officers approach you?

21    A.    They were just standing there.  They weren't talking to

22    me.

23    Q.    You never talked to any other offices?

24    A.    Not right then.  Later, yes.

25    Q.    Okay.  How long until another officer spoke with you?
```

```
1    A.   Five minutes.

2    Q.   What were you doing in the meantime?

3    A.   They were talking to my aunt, and they want -- the

4    other -- I was just standing there with the other officers.

5    Q.   Okay.  So you were just standing there not talking to the

6    officers, just watching one officer talking to your aunt?

7    A.   Correct.

8    Q.   And then at some point you saw your aunt and that officer

9    walk inside, right?

10   A.   They were talking and then they told me to walk in front

11   of the house.  That was when I talked to the other officer, and

12   then he went inside with my aunt.

13   Q.   "He" being Sergeant Davenport?

14   A.   Yes.  Sorry about that.

15   Q.   And you saw him walk into the house?

16   A.   Correct.

17   Q.   Okay.  And so then you're speaking with another officer.

18   Do you know his name?

19   A.   No, I do not.

20   Q.   Can you describe him?

21   A.   I think it was the second -- the bald head.

22   Q.   Was he wearing a pilot suit or was he wearing a police

23   uniform?

24   A.   No, I think he was wearing a black -- the regular police

25   uniform.
```

```
1    Q.   Describe that conversation, please.

2    A.   He was asking me questions about the lasers, too.

3    Q.   What did he ask you?

4    A.   Do you have the laser?  Did you point a laser?

5    Q.   What did you say?

6    A.   No.

7    Q.   Did there come a time when you admitted having a laser?

8    A.   Yeah.

9    Q.   How long was that after you started talking with him, with

10   that second officer?

11   A.   About a minute after.

12   Q.   Okay.  And did you tell that officer where the laser was?

13   A.   No, I told the other guy -- Sergeant -- what's his name?

14   The guy with the --

15   Q.   Sergeant Davenport?

16   A.   Yeah.  I told him where it was.

17   Q.   Okay.  This is after Sergeant Davenport and your aunt

18   already went into the house.  Did they come back outside and

19   then you told him?

20   A.   No.  They were on the porch.

21   Q.   Okay.  You testified that you saw them go inside the

22   house, right?

23   A.   Yes.

24   Q.   So then at some point, they came back out onto the

25   porch --
```

```
 1   A.   No, no, They didn't go inside the house yet.  They were on

 2   the porch.

 3   Q.   Okay.  So this was before they went inside the house?

 4   A.   Correct.

 5   Q.   And then at that point, you told Sergeant Davenport where

 6   the laser was?

 7   A.   Yes.

 8   Q.   At that point, you told Sergeant Davenport that he could

 9   go and get the laser, right.

10   A.   No, he never asked me.

11   Q.   Did officer -- did the other officer that you spoke

12   with --

13   A.   No one ever asked me.

14   Q.   -- ask you about the laser?

15        After you confessed, you were arrested and taken to

16   the police station, right?

17   A.   Yes.

18   Q.   You were interviewed there by the FBI, right?

19   A.   Correct.

20        MR. HARBAUGH:  Objection, relevance, Your Honor.

21        THE COURT:  Overruled.

22   BY MS. MILLS:

23   Q.   During that interview, you told FBI Special Agent David

24   Gates that you told the officer --

25        THE COURT:  Wait a second.  Is there a motion to
```

1   suppress that statement, too?

2            MR. HARBAUGH:  As a fruit of the --

3            THE COURT:  You can proceed.  Go ahead.

4            MS. MILLS:  Thank you, Your Honor.

5   Q.   Didn't you then tell Special Agent David Gates during that

6   interview that you told the officer that he could go and get

7   the laser from where you had hidden it?

8   A.   I don't remember that.  I -- they didn't ask me if they

9   can go in.  They were talking to my aunt.

10  Q.   Okay.  So if that FBI Special Agent's report written right

11  after he talked to you --

12           THE COURT:  Why do you ask a question like that?

13           MS. MILLS:  Thank you, Your Honor.

14           THE COURT:  You should know better than to ask a

15  question like.

16           MS. MILLS:  Yes, Your Honor.

17  Q.   In your declaration, you state that officers demanded to

18  know where the laser was located.

19           What did that mean?  What did they say?

20  A.   They wanted to know where the laser was.  They told me you

21  have to tell us.

22  Q.   What words did they use exactly?

23  A.   I don't remember the exact words, but they just -- it's

24  they just wanted to know where the laser was.

25  Q.   Did they ask you where the laser was?

```
 1    A.    Yeah.

 2    Q.    None of these officers had their guns drawn, right?

 3    A.    No.

 4    Q.    Nobody patted you down, right?

 5    A.    Not until later.

 6    Q.    Not until after you had already confessed.

 7    A.    Yes.

 8    Q.    Okay.  And you weren't handcuffed until you had already

 9    confessed, were you?

10    A.    I was just sitting down on a chair, and there was another

11    officer.  It was LAPD.  Then they patted me down and put me in

12    handcuffs.

13    Q.    That was after you confessed, right?

14    A.    Correct.

15          MS. MILLS:  Nothing further.  Thank you.
```

### REDIRECT EXAMINATION

```
17    BY MR. HARBAUGH:

18    Q.    You talked about you were asked questions by the officers,

19    and I want to talk first about Sergeant Davenport.

20          Did Sergeant Davenport accuse you of having a laser

21    and using it?

22    A.    Well, it seemed like he knew I was -- he didn't -- it

23    seemed like he knew I was the one.

24    Q.    What were the things that he was saying that made you

25    think that?
```

```
 1   A.   He was like, Well, where is the laser?  Do you know

 2   anybody that has a laser?  Then he was like just, Be straight

 3   up, be honest.  I don't really remember what -- all the words

 4   he said.

 5   Q.   What about the other officer.  Did he ever accuse you or

 6   suggest that he knew that you had pointed a laser?

 7   A.   No.

 8            MR. HARBAUGH:  Nothing further, Your Honor.

 9            THE COURT:  Thank you, sir.  You can step down.

10            Call the next witness.

11            MR. HARBAUGH:  Your Honor, the defense calls Officer

12   Wolner.

13            THE CLERK:  Please step forward.  Stand behind the

14   court reporter.

15            (Witness sworn)

16            THE WITNESS:  I do.

17            THE CLERK:  Please be seated.  State your full name

18   and spell it for the record.

19            THE WITNESS:  Full name is Michael; last name of

20   Woolner.  Last name is spelled W-o-o-l-n-e-r.

21      MICHAEL WOOLNER; GOVERMENT WITNESS, SWORN, TESTIFIED:

22               DIRECT EXAMINATION BY DECLARATION

23                       CROSS-EXAMINATION

24   BY MR. HARBAUGH:

25   Q.   Officer Wolner, you were one of the officers who reported
```

```
1    to Mr. Gardenhire's residence in March of this year?

2    A.    Yes, sir.

3    Q.    So you were initially in the neighborhood because you

4    weren't certain which location was firing the laser, correct?

5    A.    Correct.

6    Q.    You were actually at the adjacent property, correct?

7    A.    Initially, that's where I responded yes.

8    Q.    And then you moved over to Mr. Gardenhire's residence?

9    A.    That's correct.

10   Q.    Initially, you were on the northern part of the residence,

11   right?

12   A.    Yes, sir.

13   Q.    Outside the gate?

14   A.    Yes.

15   Q.    This is kind of the back part of the house.

16   A.    Depends on how you're looking at the house, I suppose.

17   Q.    Here, I'd like to show you Defense Exhibit 102.  This has

18   been introduced.  This is a view of the house from the street,

19   correct?

20   A.    I believe so.

21   Q.    And this location -- you actually -- in relation to this

22   house, you were actually located over here to the left?

23   A.    Yes.

24   Q.    That's initially when you arrived at the residence?

25   A.    Yes.
```

```
1    Q.    Now, at that location, you saw into the living room --

2    correct? -- of the house.

3    A.    Yes.

4    Q.    You saw who you learned later was Mr. Gardenhire.

5    A.    Yes.

6    Q.    Saw him without a shirt.

7    A.    Yes.

8    Q.    Pacing back and forth.

9    A.    Yes.

10   Q.    He engaged in furtive gestures.  What do you mean by

11   "furtive"?

12   A.    He appeared to be in a frantic state, and he was moving

13   around within the house very quickly from the eastern portion

14   of the interior of the house towards the southwestern portion,

15   which I later learned was the front-door area.

16   Q.    What did you think he was doing?

17   A.    Possibly concealing evidence.

18   Q.    You thought he might be stashing evidence?

19   A.    Either stashing evidence or retrieving a weapon.  At that

20   point, I was unsure he was -- in the manner -- in the way he

21   was acting.

22   Q.    So in that moment, you were concerned that he actually a

23   weapon or might be retrieving one.

24   A.    Could have been, yes.

25   Q.    Now, based upon your concerns, you warned the other
```

1    officers, correct?

2    A.    Yes.

3    Q.    You told them they needed to proceed with caution.

4    A.    Yes.

5    Q.    Mr. Gardenhire might be dangerous, correct?

6    A.    I don't know that I said he was dangerous.  I don't recall

7    ever saying he was dangerous.

8    Q.    You didn't know if he was dangerous.

9    A.    I recall telling the officers what I viewed through the

10   window and said to use caution.

11   Q.    And you actually -- back to what you observed, you

12   actually -- based upon his actions, you believed that he was

13   the laser suspect, correct?

14   A.    At that moment I was still unsure.

15   Q.    You actually told Agent Gates here that his actions

16   indicated to you that the laser suspect was in that house,

17   correct?

18   A.    I don't recall when I would have said that.

19   Q.    How about less than a month ago when you met with Agent

20   Gates.  He prepared on report a August 10, based upon your

21   interview with him, with actually Ms. Mills present?

22   A.    Okay.

23   Q.    Do you recall that?

24   A.    Yes, I do.

25   Q.    Actually, you indicated to him that the -- his actions

1    indicated to you that the laser suspect was in that house.

2    A.    Okay.

3    Q.    I'm asking you:  Is that true?

4    A.    I kind of had an idea based on what I was observing at

5    that point that we were probably at the right location.

6    Q.    So you had a suspicion.

7    A.    Yes.

8    Q.    And you relayed that suspicion to the other officers.

9    A.    I believe so, yes.

10   Q.    And this is before going into the house.

11   A.    Correct.

12   Q.    Now, as we indicated, you were located to the left of this

13   building.  This is Defense Exhibit 102.

14   A.    Yes, sir.

15   Q.    Now, I'm showing you -- this is the gate entrance, this is

16   the pedestrian entrance to the house, Exhibit 101.

17          Now, when the officers entered -- excuse me.  When

18   you were located at back part, you and one other officer were

19   there, correct?

20   A.    Yes.

21   Q.    The other officers were at the pedestrian gate, correct?

22   A.    Yes.

23   Q.    Approximately how many officers were over at the gate?

24   A.    At that point I don't know because it was dark, and I

25   could not see how many officers were down there.

```
1    Q.   Approximately how many did you see?

2    A.   Maybe three.

3    Q.   And then you heard an officer yelling commands to the

4    woman -- to a woman in that front area.

5    A.   That's correct.

6    Q.   What were those commands he was yelling to her?

7    A.   I believe he yelled something like, Come over here.  I

8    couldn't hear everything that was being said, but I heard there

9    was an interaction, and I heard commands being given for

10   somebody to come toward the officers that were at that

11   pedestrian gate.

12   Q.   Now, did you -- prior to the gate being opened, did you

13   come over to those officers?  Did you join them?

14   A.   No.

15   Q.   You remained back in the back of the house.

16   A.   Correct.

17   Q.   When did you eventually -- you're aware that the officers

18   eventually entered the gate, correct?

19   A.   Yes.

20   Q.   How soon after did you join them inside the yard?

21   A.   Probably within less than a minute.

22   Q.   Now, when you arrived, Mr. Gardenhire was outside.

23   A.   Correct.

24   Q.   Correct?

25        Sergeant Davenport was talking to him.
```

```
 1   A.    Correct.

 2   Q.    And you were close by when he was talking to him, correct?

 3   A.    Correct.

 4   Q.    You could hear what he was saying.

 5   A.    Yes.

 6   Q.    You heard Mr. Gardenhire deny having a laser.

 7   A.    Correct.

 8   Q.    Denied pointing a laser.

 9   A.    Correct.

10   Q.    Denied any involvement.

11   A.    Correct.

12   Q.    Now, after this discussion with Mr. Gardenhire, Sergeant

13   Davenport went over to the woman who you learned was

14   Mr. Gardenhire's aunt.

15   A.    Yes.

16   Q.    Now, at that point, you were -- you didn't go over to talk

17   to him with the aunt.

18   A.    No.

19   Q.    You were focused on Mr. Gardenhire, correct?

20   A.    Correct.

21   Q.    You were actually very close to Mr. Gardenhire at that

22   moment.

23   A.    Yes, sir.

24   Q.    Couple feet away.

25   A.    Yes.
```

1    Q.   Now, Sergeant Davenport had gone a distance away where the

2    aunt was, correct?

3    A.   Correct.

4    Q.   Now, you actually didn't hear Sergeant Davenport ask the

5    aunt for permission to come into the house.

6    A.   I did not.

7    Q.   Now, Sergeant Davenport went into the house.

8    A.   Yes.

9    Q.   After he went into the house, you started asking

10   Mr. Gardenhire questions.

11   A.   Correct.

12   Q.   You told Mr. Gardenhire you didn't arrive by -- to the

13   house by accident.

14   A.   Correct.

15   Q.   You told him that the helicopter that was circling

16   overhead was a police helicopter with very sophisticated

17   equipment.

18   A.   Correct.

19   Q.   That allows him to see things in the darkness.

20   A.   Correct.

21   Q.   You told him that the helicopter had directed us

22   specifically to his house, correct?

23   A.   Correct.

24   Q.   And that you knew he was the person responsible for

25   shining the laser, correct?

1   A.   Correct?

2   Q.   So you didn't ask him at this point, correct?  You're

3   telling him he is the person who did it, correct?

4   A.   Not exactly.  I was telling him what I personally believed

5   at that moment.

6   Q.   Then you told him, Just be honest about what happened, be

7   a man and tell us the truth.

8   A.   Correct.

9   Q.   Now, the other officers were in that vicinity when you

10  were talking to him, correct?

11  A.   Yes.

12  Q.   You had a firearm.

13  A.   Yes.

14  Q.   The other officers had firearms.

15  A.   Yes.

16  Q.   And at the time you guys initially came into the house.

17  The helicopter was overhead.

18  A.   What do you mean by came in the house?

19  Q.   Excuse me.  When you came into the yard, the helicopter

20  was overhead.

21  A.   Yes, it was.

22  Q.   You actually pointed out the helicopter to Mr. Gardenhire

23  when you were talking to him.

24  A.   Correct.

25  Q.   Mr. Gardenhire eventually indicated that he had a laser

```
 1   and it was in the house, correct?

 2   A.   Yes.

 3   Q.   You didn't ask Mr. Gardenhire for consent, correct?

 4   A.   Correct.

 5   Q.   Now, did you tell the other officers to radio in to

 6   Sergeant Davenport that Mr. Gardenhire confessed?

 7   A.   I did not.

 8   Q.   Do you know which officer did that?

 9   A.   I do not.

10   Q.   Did you report his statement to anyone else at that point?

11   A.   At that point, no.

12   Q.   But the other officers were right there in the vicinity,

13   correct?

14   A.   Correct.

15   Q.   So they probably overheard what --

16   A.   Correct.

17   Q.   You were actually just a couple feet away from

18   Mr. Gardenhire when he was -- when you were questioning him,

19   correct?

20   A.   Correct.

21   Q.   Mr. Gardenhire actually asked to go get a drink,

22   correct -- drink of water?

23   A.   I don't recall that.

24            MR. HARBAUGH:  One moment, Your Honor.

25            THE COURT:  Yes.
```

```
 1              MR. HARBAUGH:  Nothing further, Your Honor.

 2              THE COURT:  Anything from the government?

 3              MS. MILLS:  No, Your Honor.  Thank you.

 4              THE COURT:  Thank you, sir.  You may step down.

 5              Call the next witness.

 6              MR. HARBAUGH:  Your Honor, that concludes our

 7    witnesses that we're calling.

 8              THE COURT:  Are you calling any witnesses?

 9              MS. MILLS:  Your Honor, I'm not.  It's my

10    understanding that the defense intends to withdraw their

11    declaration from --

12              THE COURT:  Who?

13              MS. MILLS:  Their declaration from Ms. Gardenhire.

14    The defense intends to withdraw it.  I would request that they

15    put that on the record if --

16              MR. HARBAUGH:  Your Honor, we're not relying on

17    Ms. Gardenhire's declaration.

18              THE COURT:  So you're withdrawing it?

19              MR. HARBAUGH:  Yes, Your Honor.

20              THE COURT:  So that completes the evidentiary part of

21    the case.  I'll hear some argument from you as to why I should

22    grant the motion.

23              MR. HARBAUGH:  Thank you, Your Honor.  Your Honor, in

24    this case, law enforcement established a police-dominated

25    environment in Mr. Gardenhire's home.  A person in his shoes,
```

1    an 18-year-old male, would not have believed he was free leave.

2    Having five armed officers in his yard, along with a helicopter

3    hovering overhead, would not suggest to him, or really anyone

4    in that situation, that they were free to disregard questioning

5    by the officer and simply walk away.  Your Honor, based upon

6    that, all of his statements to law enforcement should be

7    suppressed.

8         Secondly, Your Honor, the court had questions about

9    the *Georgia v Randolph* case, and this is with regard to the

10   search.  In this case, law enforcement -- the only person that

11   had any information, as law enforcement knew, about this laser

12   was Mr. Gardenhire.  The aunt denied any knowledge of it, and

13   so law enforcement turned their attention to Mr. Gardenhire.

14   They asked him all of the questions with regard to his

15   potential involvement, including the location of the laser, and

16   then radioed and then walked in and spoke to the aunt with

17   regard to the search while avoiding asking Mr. Gardenhire the

18   question.  And law enforcement --

19        THE COURT:  Asking him what question?

20        MR. HARBAUGH:  Asking him could they search for the

21   laser.  And as set forth in the declaration that the government

22   stipulated to, that Mr. Gardenhire had access, had authority

23   over the closet where the laser was stored at the time he

24   had -- he had exclusive control and possession over the laser,

25   and he had community access to that area, that this was a

```
 1   common storage facility.  And so, Your Honor, he clearly had
 2   standing to exclude.  And here, law enforcement deliberately
 3   avoided asking him questions with regard -- or asking him for
 4   consent because they knew what his answer would be.  And the
 5   government attempts to bring out an alleged statement made to
 6   Agent Gates as to whether he granted consent, but we heard from
 7   both Sergeant Davenport and Officer Wolner that neither of them
 8   asked Mr. Gardenhire for consent.  And so it's simply a red
 9   herring.
10        Your Honor, based -- the government can't circumvent
11   Randolph by excluding a person from the scene, and here the
12   government tries to make a big deal out of the fact that
13   Mr. Gardenhire, standing a distance away, saw his aunt go in
14   with the officer.  Mr. Gardenhire, as well as Officer Wolner,
15   had no idea what Sergeant Davenport had requested of the aunt
16   or what they had discussed, whether he had ordered his aunt to
17   go into the house.  He had no idea.  And Officer Wolner was at
18   the same position as Mr. Gardenhire and had the same
19   opportunity, or lack thereof, of hearing what was discussed.
20   And so the fact that he didn't immediately run over and to
21   object to something he knew nothing about is indicative of
22   nothing, Your Honor.
23        And, Your Honor, based upon that, we believe that the
24   government has not met their burden that there was a consensual
25   search or that they did not deliberately circumvent
```

1    Mr. Gardenhire's refusal to consent, and therefore the search

2    is invalid and any subsequent statements based upon the seizure

3    of the laser must be suppressed.  One moment, Your Honor.

4              Your Honor, the one point the government did not make

5    an issue of it here -- and I will just address -- with regard

6    to the lack of exigent circumstances.  The -- based upon some

7    of the questions that I asked the officer and in the

8    declarations, they talk about how that lasers can be destroyed

9    and things can immediately -- you know, they can dispose of the

10   property and so therefore it's important to go in and seize

11   that before they do so.  But here we have from Officer Wolner

12   that at the initial sighting, he believed that he was stashing

13   or destroying evidence.  And so at that point, it was -- even

14   assuming there was a reasonable belief in exigent

15   circumstances, it was at that moment to go in and prevent any

16   destruction of evidence; however, once Mr. Gardenhire was

17   outside and being interrogated, there was no exigent

18   circumstances, and therefore there was no basis to go in the

19   house.

20             What the government should and had to do in this

21   context was to, if they were that concerned, would have

22   detained the individuals temporarily to obtain a warrant, and

23   they made no attempt here.  So, Your Honor, based upon that, no

24   exception to the warrant requirement applies, and the search is

25   unlawful.

```
 1              THE COURT:  Thank you.
 2              I'll hear from the government briefly.
 3              MS. MILLS:  Thank you, Your Honor.
 4              Defendant here was not in police custody; there was
 5    no police-dominated environment.  The circumstances make it
 6    very clear that the defendant was free leave.  He was in the
 7    front yard of his own home.  He voluntarily came out to talk to
 8    the officers.  He had a very brief conversation, maybe two
 9    minutes, with one officer.  That officer accepted his denials
10    and walked away.  The other officer came over to him.  He had a
11    very brief conversation, maybe one minute, with that officer.
12    The officer -- the officer confronted him with -- in a very
13    limited way with some evidence of why that officer believed the
14    defendant was guilty.  Defendant on the stand today couldn't
15    even remember that.  He didn't remember Officer Wolner asking
16    him or telling him that they knew -- why they knew that they
17    were there.  That goes to show that the defendant was not so
18    overwhelmed by that evidence that it caused him to confess.
19              In some summary on this point, he engaged in a total
20    of about four or five minutes of conversation maximum with two
21    separate officers at separate times in his own front yard.
22    There was no coercion; there were no restraints; there were no
23    threats; there was no isolation.  Defendant says in his
24    declaration he doesn't recall exactly when he was handcuffed.
25    He testified on the stand today that he was handcuffed after he
```

1    confessed.  The circumstances here make it clear the defendant

2    was free to go.  He was free to go back inside of his own

3    house; he was free to go wherever he pleased, and he certainly

4    was never told otherwise, and that is what the evidence here

5    shows.

6            With respect to the search, the aunt's -- defendant's

7    aunt gave valid consent here.  The circumstances show that

8    consent was voluntarily.  There was nobody in custody.

9    Certainly the aunt was not in custody.  Nobody had their guns

10   drawn; no officers had guns drawn.  There were no threats that

11   officers would get a warrant.  The officers testified that the

12   aunt was very cooperative; she was not reluctant.  And I'd like

13   to point out, Your Honor, that defendant's motion was based on

14   some evidence that is not before the court here, including a

15   very inflammatory allegation that several officers entered the

16   house without consent.  There's no evidence at all --

17           THE COURT:  Is that from the aunt's declaration that

18   was withdrawn?

19           MS. MILLS:  Yes, Your Honor, that's correct.

20   Additionally, the aunt's declaration contains certain factual

21   discrepancies.  Again, that evidence is not before the court.

22           THE COURT:  How does the case of *Georgia versus*

23   *Randolph* affect the consent?

24           MS. MILLS:  Your Honor, it doesn't affect the consent

25   here because the defendant did not object.  The officers were

1   not deliberately circumventing any anticipated objection by the

2   defendant.  They had no reason to foresee the defendant would

3   object, and they certainly did not behave in a way that

4   suggests that they were trying to overcome that objection.

5           THE COURT:  What were the facts of *Georgia versus*

6   *Randolph*?

7           MS. MILLS:  *Georgia v. Randolph* -- may I have a

8   moment, Your Honor?

9           THE COURT:  Yes.

10          MS. MILLS:  Thank you.

11              (Pause in the proceedings)

12          THE COURT:  If you don't know, I just have to review

13  the case myself.

14          MS. MILLS:  Your Honor, I don't recall offhand.  The

15  key --

16          THE COURT:  All right.

17          MS. MILLS:  The key point from *Randolph* here, Your

18  Honor, is that the test requires bad faith by the officers.  It

19  requires that the officers deliberately removed the defendant

20  from the scene for the purpose of circumventing his objection.

21          THE COURT:  Did you agree that *Georgia versus*

22  *Randolph* requires bad faith?

23          MR. HARBAUGH:  No, Your Honor.

24          THE COURT:  What is your view of *Georgia v. Randolph*?

25          MR. HARBAUGH:  Your Honor, briefly, *Georgia v.*

1  *Randolph* held that an objecting co-tenant trumps a voluntary

2  consent by another co-tenant.  The exception that they apply

3  to -- or they established to that bright-line rule is where the

4  government deliberately excludes from the scene the potential

5  objecting co-tenant.  And so it doesn't require bad faith, it

6  simply requires that they try to circumvent the potential

7  objection.

8          THE COURT:  Well, it may not say bad faith, but when

9  the government intends to circumvent some known right, that is

10  tantamount to bad faith, even if not expressed that way.  If

11  you deliberately do something to try and avoid someone

12  expressing the right, it may not be bad faith in those words,

13  but it's pretty close.  It's a deliberate action to deprive

14  someone of a right.

15          MR. HARBAUGH:  Yes, Your Honor.  The cases where the

16  Ninth Circuit has applied this exception -- or found that this

17  exception doesn't apply is where the individual had been

18  detained for an unrelated reason separate from the search, and

19  so therefore even though they were excluded at a short

20  distance, they found that it was not deliberate.  Here, we

21  have, in the context of an interrogation, where they stop short

22  of asking the critical question to run inside to ask someone

23  else where they know the individual has, according to Officer

24  Wolner, attempted to hide and stash the evidence, he did in

25  fact hide the evidence at a location not intending that he

```
1    denied culpability --

2              THE COURT:  Not what?

3              MR. HARBAUGH:  Excuse me.  Hid it in a location not

4    intending it to be discovered and then denied culpability, not

5    once but two different officers before finally relenting.  So

6    Your Honor, on -- based upon those factors, it suggests that

7    they intended to circumvent.

8              THE COURT:  All right.

9              MS. MILLS:  Your Honor, just to clarify something

10   that defense raised:  Nobody ran inside to tell Officer

11   Davenport where the laser was.  Officer Davenport's declaration

12   states that he received a radio transmission with that

13   information.  He was already inside with the aunt.  He asked

14   the aunt, Can I look in the grandfather's closet?  She said,

15   Yes, let me show you the way.  That's what happened here.

16             No objection here was reasonable under the

17   circumstances.  It's not reasonable to think that the officers

18   had any reason to foresee an objection by defendant.  Not only

19   did he watch them walk inside and raise no objection, he also

20   told the officers exactly where the laser was.  He himself told

21   the FBI -- this is in the exhibit to the government's

22   opposition in the FBI 302 -- he told the officer that he could

23   go and get the laser.  Officer Arnold this morning testified to

24   the same thing, that he heard Officer Wolner ask the defendant

25   if he could go and get the laser, and the defendant said yes.
```

```
 1              Now, Officer Wolner doesn't remember that.  Officer
 2   Wolner does a lot of investigations.  He doesn't specifically
 3   remember that, so you won't see that in his declaration, and
 4   you didn't hear that in his testimony.  But the important thing
 5   here is that certainly the defendant afterwards told the FBI
 6   that's what happened.  So in his own mind, that's what
 7   happened.  He certainly didn't have any objection.  If he did,
 8   he wouldn't have told the FBI that he told them that he could
 9   go and get -- they could go and get the laser.
10              THE COURT:  Matter will stand submitted.
11              MR. HARBAUGH:  Thank you, Your Honor.
12                 (Proceedings concluded at 4:05 p.m.)
13                        - - - - -
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1                    C E R T I F I C A T E

2

3        I hereby certify that the foregoing is a true and

4   correct transcript from the stenographic record of

5   the proceedings in the foregoing matter.

6

7                                   September 17, 2012

8   /S/_____          _____

9       Deborah K. Gackle                      Date
        Official Court Reporter
10      CSR No. 7106

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**/**
/S [1] 83/8

**1**
10 [1] 66/20
10 o'clock [2] 7/20 7/25
101 [7] 3/21 51/24 52/4 52/13 52/15 52/18 67/16
102 [7] 3/21 51/24 52/13 52/15 54/16 64/17 67/13
103 [5] 3/21 51/24 52/13 52/15 55/2
10:00 o'clock [1] 33/21
1149 [1] 1/25
11:25 [1] 4/1
12 [3] 10/8 10/10 27/9
12-345-SVW [2] 1/9 4/4
1400 [1] 2/8
15 [2] 20/18 40/8
15 feet [2] 27/9 35/12
17 [2] 32/15 83/7
18 [3] 40/21 40/23 43/11
18-year-old [2] 41/6 74/1
1:15 [1] 32/9

**2**
20 [1] 20/18
20 feet [2] 26/11 40/8
2012 [7] 1/17 4/1 9/4 32/15 33/15 52/10 83/7
2100 [1] 10/2
213 [1] 1/25
22 [1] 3/6
2201 [1] 50/18
2213 [1] 50/19
24 [1] 3/7
29 [2] 33/15 52/10
29th [2] 9/4 24/11

**3**
302 [1] 81/22
31 [1] 3/7
312 [2] 1/24 2/8
321 [1] 2/18
33 [1] 3/8
3:00 [1] 32/15

**4**
402A [1] 1/24
4:05 [1] 82/12

**5**
51 [1] 3/14
52 [1] 3/21
56 [1] 3/14

**6**
62 [1] 3/14
620-1149 [1] 1/25
63 [1] 3/9
6416 [7] 9/12 24/12 33/14 34/3 35/1 35/11 52/7

**7**
7106 [1] 83/10

**9**
90012 [3] 1/24 2/9 2/19
9:15 [2] 10/10 21/10
9:30 [1] 33/21

**A**
A-d-a-m [1] 51/18
A-r-n-o-l-d [1] 8/25
A.M [1] 4/1
able [2] 31/4 46/13
about [35] 15/24 16/10 20/5 25/7 34/12 35/6 40/8 42/9 42/24 43/23 44/12 46/3 46/20 48/5 48/14 50/17 50/21 56/18 57/1 57/3 57/11 58/14 59/2 59/11 60/14 62/18 62/19 63/5 66/19 71/6 74/8 74/11 75/21 76/8 77/20
above [1] 20/15
accepted [1] 77/9
access [3] 48/12 74/22 74/25
accident [1] 70/13
according [3] 10/2 19/10 80/23
accurate [3] 48/3 48/6 49/1
accurately [1] 52/9
accuse [2] 62/20 63/5
acting [1] 65/21
action [1] 80/13
actions [3] 46/12 66/15 66/25
activity [1] 39/19
actual [1] 35/11
actually [24] 9/8 13/18 18/8 20/19 23/10 39/16 43/13 44/14 48/7 48/8 64/6 64/21 64/22 65/22 66/11 66/12 66/15 66/21 66/25 69/21 70/4 71/22 72/17 72/21
ADAM [7] 1/10 3/14 4/5 4/11 4/24 51/18 51/20
add [1] 8/13
addition [1] 6/12
additional [1] 5/24
Additionally [1] 78/20
address [15] 9/12 10/10 11/23 12/2 12/3 12/4 20/19 20/19 24/12 24/16 24/17 24/24 25/5 35/1 76/5
adjacent [1] 64/6
admit [2] 27/23 52/13
admitted [4] 22/21 30/1 49/5 59/7
affect [2] 78/23 78/24
affected [1] 25/3
after [29] 10/4 10/6 14/1 14/10 17/25 20/2 20/20 20/25 21/2 22/24 29/3 29/5 30/1 30/2 42/5 43/21 45/13 47/13 59/9 59/11 59/17 60/15 61/11 62/6 62/13 68/20 69/12 70/9 77/25
afternoon [1] 33/13
afterwards [1] 82/5
again [7] 19/16 27/17 35/21 40/15 42/13 54/25 78/21
agency [2] 24/9 24/23
AGENT [7] 2/11 4/9 60/23 61/5 66/15 66/19 75/6
Agent's [1] 61/10
agents [1] 5/12
ago [2] 50/14 66/19
agree [1] 79/21
ahead [2] 48/22 61/3
air [5] 14/17 24/22 25/12 34/11 34/14
air-support [2] 24/22 25/12
aircraft [4] 9/7 25/3 26/15 33/18
aircrafts [2] 34/13 42/15
airplane [1] 14/17
airport [2] 24/10 50/1
airship [2] 10/3 11/25
airships [1] 38/5
airstrike [1] 12/1
all [25] 8/18 11/16 14/6 25/11 30/12 30/13 35/18 37/24 40/13 41/10 41/11 41/13 41/15 48/17 48/21 52/1 55/8 55/24 56/19 63/3 74/6 74/14 78/16 79/16 81/8
allegation [2] 33/17 78/15
alleged [1] 75/5
allows [1] 70/19
along [1] 74/2
already [5] 12/25 59/18 62/6 62/8 81/13
also [8] 2/11 5/3 5/4 6/1 19/17 22/15 43/2
81/19
AMERICA [2] 1/7 4/5
ANDRE [1] 2/6
ANGELES [6] 1/16 1/24 2/9 2/19 4/1 32/15 62/10 80/2
another [7] 13/20 24/22 31/18 57/25 58/17 62/10 80/2
answer [7] 23/3 27/2 31/16 31/17 31/18 31/18 75/4
answering [1] 27/1
anticipate [1] 5/22
anticipated [1] 79/1
any [39] 4/19 5/9 5/15 12/4 13/21 16/24 18/1 20/6 20/21 21/21 22/12 22/12 27/21 28/23 29/9 29/17 29/20 29/22 30/3 30/13 30/13 30/18 32/7 34/4 34/11 38/4 39/19 46/20 56/1 57/23 69/10 73/8 74/11 74/12 76/2 76/15 79/1 81/18 82/7
anybody [6] 14/15 31/11 57/1 57/2 57/6 63/2
anyone [5] 12/4 26/14 39/12 72/10 74/3
anything [16] 8/12 13/13 17/15 17/17 22/4 27/23 29/14 30/22 35/15 42/24 43/23 45/8 50/8 57/3 57/11 73/2
apartment [1] 43/15
apologize [2] 34/4 44/6
appearances [2] 2/1 4/6
appeared [1] 65/12
applied [1] 80/16
applies [1] 76/24
apply [2] 80/2 80/17
approach [2] 49/14 57/20
approached [1] 12/3
approaching [1] 38/10
appropriate [1] 56/4
approximately [14] 10/8 15/22 19/14 20/14 26/10 34/5 34/6 35/12 42/17 44/13 45/23 57/9 67/23 68/1
are [25] 4/15 4/19 5/6 6/7 6/8 6/8 6/10 6/12 6/24 7/5 7/6 7/11 7/11 24/9 26/5 28/8 30/15 32/20 32/21 46/19 47/10 47/21 52/3 52/5 73/8
area [17] 19/17 20/16 25/1 26/21 30/12 35/19 40/9 40/10 40/13 53/21 54/22 55/7 55/16 55/17 65/15 68/4 74/25
areas [2] 16/18 48/6
aren't [1] 5/9
argument [4] 46/17 47/5 47/24 73/21
armed [5] 34/22 37/1 37/13 38/24 74/2
ARNOLD [15] 3/6 5/4 5/6 6/12 6/16 8/17 8/18 8/24 9/1 9/4 22/8 24/21 34/9 40/11 81/23
around [16] 8/12 10/10 10/10 10/11 16/19 19/17 21/19 21/24 24/19 25/1 36/4 38/8 38/11 38/15 45/13 65/13
arrested [1] 60/15
arrival [1] 20/12
arrive [5] 9/14 24/15 24/17 34/7 70/12
arrived [17] 9/17 10/5 10/7 10/10 10/12 10/17 11/3 11/23 20/16 21/10 24/24 26/20 33/14 34/3 35/1 64/24 68/22
as [35] 5/15 8/11 8/11 9/16 11/16 11/16 16/25 16/25 18/2 19/10 19/10 22/13 22/13 24/22 24/22 36/4 41/23 42/25 45/2 45/7 47/3 48/6 48/8 48/11 49/15 49/22 51/12 61/2 67/12 73/21 74/11 74/21 75/6 75/14 75/14 75/18
ascertain [1] 14/15
ask [24] 6/23 22/25 29/10 29/14 31/11 31/19 31/19 39/17 42/16 43/18 46/10 49/8 57/5 59/3 60/14 61/8 61/12 61/14 61/25 70/4 71/2 72/3 80/22 81/24
asked [38] 14/1 14/5 14/22 14/25 16/13 18/14 18/16 36/2 36/3 36/5 37/7 39/8 39/10 39/11 39/15 39/22 39/23 40/16 40/19 40/20 40/21 42/17 42/20 42/24 43/16 43/18 44/9

## A

asked...[11] 4/3 48/5 49/8 56/9 60/10 60/13
62/18 72/21 74/14 75/8 76/7 81/13
asking [20] 4/15 15/8 15/12 16/9 16/16 26/14
47/25 48/17 57/1 57/3 59/2 67/3 70/9 74/17
74/19 74/20 75/3 75/3 77/15 80/22
assess [1] 12/3
ASSISTANT [1] 2/7
assuming [1] 76/14
assumption [1] 19/3
at [112]
attached [1] 55/1
attempt [1] 76/23
attempted [1] 80/24
attempts [1] 75/5
attention [5] 16/17 19/16 52/18 54/16 74/13
attire [2] 11/11 11/12
ATTORNEY [2] 2/6 2/7
August [1] 66/20
August 10 [1] 66/20
aunt [51] 6/1 6/5 13/1 22/9 22/9 22/12 27/5
38/18 39/8 40/19 42/24 43/9 43/19 43/23
44/15 44/24 45/4 45/13 45/16 45/24 46/6
46/13 46/25 47/9 48/11 48/25 49/6 49/9
54/22 56/9 57/18 58/3 58/6 58/8 58/12 59/17
61/9 69/14 69/17 70/2 70/5 74/12 74/16
75/13 75/15 75/16 78/7 78/9 78/12 81/13
81/14
aunt's [6] 6/3 53/16 55/1 78/6 78/17 78/20
authority [1] 74/22
available [2] 7/15 7/22
Avenue [1] 24/13
avoid [1] 80/11
avoided [1] 75/5
avoiding [1] 74/17
aware [2] 45/5 68/17
away [21] 13/18 15/22 16/2 19/14 26/11 27/6
43/4 44/2 44/4 44/12 45/23 46/3 57/12 57/13
57/14 69/24 70/1 72/17 74/5 75/13 77/10

## B

back [26] 7/22 8/3 17/3 17/13 17/19 18/14
18/16 18/17 20/9 25/25 28/3 31/3 32/9 40/4
40/5 40/8 55/10 59/18 59/24 64/15 65/8
66/11 67/18 68/15 68/15 78/2
background [1] 53/5
backyard [1] 55/14
bad [6] 79/18 79/22 80/5 80/8 80/10 80/12
badge [2] 36/16 36/17
Bakman [9] 9/12 10/5 11/23 12/2 24/13
33/14 34/4 35/1 52/7
bald [1] 58/21
based [14] 9/11 33/17 65/25 66/12 66/20
67/4 74/5 75/10 75/23 76/2 76/6 76/23 78/13
81/6
basically [4] 17/4 41/7 53/7 53/14
basis [1] 76/18
be [33] 5/18 5/23 6/12 6/22 7/22 8/22 19/3
20/18 23/6 24/2 33/6 34/22 37/17 38/4 48/6
48/10 51/16 52/23 63/2 63/3 63/17 65/12
65/18 65/23 66/5 71/6 71/6 74/6 75/4 76/3
76/8 80/12 81/4
because [14] 7/11 9/22 16/15 19/5 27/17 37/9
44/2 46/16 51/8 56/9 64/3 67/24 75/4 78/25
bedrooms [1] 53/24
been [16] 12/8 12/23 13/1 14/7 14/16 15/15
17/12 18/8 24/19 34/4 39/15 46/13 49/21
64/18 65/24 80/17
before [18] 18/11 20/1 20/18 23/13 25/8 29/3
29/7 29/25 30/3 42/7 49/19 50/9 60/3 67/10
76/11 78/14 78/21 81/5
began [1] 45/2

beginning [2] 38/20 38/21
behalf [2] 4/8 4/11
behave [1] 79/3
behind [14] 8/19 13/4 16/4 16/19 17/4 19/18
23/23 33/3 51/14 52/23 52/24 53/1 53/19
63/13
being [8] 6/18 22/13 22/13 58/13 68/8 68/9
68/12 76/17
belief [1] 76/14
believe [5] 5/18 6/9 6/20 13/1 15/7 15/11
15/15 16/4 18/8 27/11 31/17 37/23 38/3
44/16 45/25 46/22 48/10 48/13 48/20 50/18
50/20 57/17 64/20 67/9 68/7 75/23
believed [5] 66/12 71/4 74/1 76/12 77/13
belongings [1] 49/13
besides [2] 17/18 30/18
best [2] 20/17 27/4
better [2] 7/12 61/14
between [2] 10/8 33/21
big [2] 47/1 75/12
binder [1] 51/23
BIROTTE [1] 2/6
bit [1] 49/4
bits [1] 22/20
black [1] 58/24
block [1] 57/6
blue [2] 55/12 55/12
both [6] 7/5 23/10 41/21 47/10 48/11 75/7
Boulevard [1] 10/4
boy [1] 41/6
brief [1] 5/23 77/8 77/11
briefly [3] 22/5 77/2 79/25
bright [1] 80/3
bright-line [1] 80/3
bring [1] 75/5
brought [1] 33/17
Brown [1] 41/6
Bugaev [1] 7/2
build [2] 34/18 34/18
building [3] 53/14 54/25 67/14
Bulletproof [1] 36/13
Burbank [2] 24/10 38/3
burden [1] 75/24
busier [1] 6/7
busy [1] 6/6
but [43] 5/14 8/11 15/17 16/6 16/9 16/14
17/11 18/2 19/12 19/14 19/16 19/17 21/2
21/4 23/4 23/8 24/18 24/21 25/13 26/16
28/15 28/18 29/5 29/10 29/23 34/15 35/19
41/10 44/17 45/1 46/1 47/7 47/12 47/13
61/23 68/8 72/12 75/6 76/11 80/8 80/13 81/5
82/4

## C

CALIFORNIA [7] 1/2 1/16 1/24 2/9 2/19 4/1
32/15
call [16] 5/3 6/11 6/18 8/13 8/15 8/16 8/18
10/7 23/20 30/5 30/10 33/1 51/6 51/8 63/10
73/5
called [2] 6/12 56/15
calling [3] 6/4 73/7 73/8
calls [3] 22/1 51/12 63/11
calm [1] 27/18
calming [1] 27/2
came [23] 12/14 12/20 12/22 13/1 15/7 18/14
19/1 20/1 26/18 29/18 37/7 40/5 40/25 41/2
42/5 49/4 56/9 59/24 71/16 71/18 71/19 77/7
77/10
can [23] 5/15 7/14 8/13 9/23 10/23 23/7 32/7
47/22 48/16 51/11 52/22 53/10 53/13 53/17
55/14 58/20 61/3 61/9 63/9 76/8 76/9 76/9
81/14
can't [5] 19/21 29/5 31/10 31/22 75/10

canopy [3] 55/7 55/17 55/22
car [1] 54/19
case [11] 20/6 32/20 47/21 48/2 48/4 73/21
73/24 74/9 74/10 78/22 79/13
cases [1] 80/15
category [1] 32/2
caused [1] 77/18
caution [2] 66/3 66/10
CENTRAL [1] 1/2
certain [4] 47/16 48/18 64/4 78/20
certainly [8] 8/10 47/5 47/24 78/3 78/9 79/3
82/5 82/7
certify [1] 83/3
chain [1] 26/11
chain-link [1] 26/11
chair [1] 62/10
change [2] 6/24 7/12
channel [2] 24/25 38/3
character [2] 23/20
chatter [1] 38/4
check [1] 9/7
circling [1] 70/15
Circuit [1] 80/16
circumstances [7] 76/6 76/15 76/18 77/5
78/1 78/7 81/17
circumvent [5] 75/10 75/25 80/6 80/9 81/7
circumvented [1] 46/18
circumventing [2] 79/1 79/20
claim [1] 4/20
clarify [2] 14/10 81/9
clear [2] 77/6 78/1
clearly [1] 75/1
clerk [1] 49/15
client [1] 7/7
close [6] 15/24 27/9 44/16 69/2 69/21 80/13
closer [2] 15/18 44/5
closest [1] 13/16
closet [8] 48/9 48/12 49/1 49/6 49/10 49/11
74/23 81/14
clue [1] 34/20 35/21
co [10] 47/4 47/7 47/8 47/15 47/17 47/20
47/22 80/1 80/2 80/5
co-tenant [10] 47/4 47/7 47/8 47/15 47/17
47/20 47/22 80/1 80/2 80/5
coercion [2] 77/22
colored [1] 16/13
come [19] 7/22 11/19 13/6 19/6 23/7 23/7
32/9 36/2 36/5 39/10 39/23 40/18 56/10 59/7
59/18 68/7 68/10 68/13 70/5
comes [1] 35/6
coming [4] 12/1 12/2 18/22 25/2
command [1] 12/14
commands [4] 12/16 68/3 68/6 68/9
common [2] 48/6 75/1
commotion [2] 25/22 26/2
communicate [1] 24/25
communicating [1] 11/24
community [2] 49/11 74/25
complete [1] 21/11
completely [2] 16/15 33/24
completes [1] 73/20
concealing [1] 65/17
concerned [3] 19/4 65/22 76/21
concerns [1] 65/25
concluded [1] 82/12
concludes [1] 73/6
conduct [1] 16/22
concluded [1] 29/20
confess [1] 77/18
confessed [6] 60/15 62/6 62/9 62/13 72/6
78/1
confronted [1] 77/12
consensual [1] 75/24

# C

consent [19] 22/9 22/6 23/8 28/23 43/16
43/18 44/9 48/25 72/3 75/4 75/6 75/8 76/1
78/7 78/8 78/16 78/23 78/24 80/2
constant [1] 35/17
contact [10] 12/6 12/19 19/8 19/12 19/13
20/7 20/25 21/3 26/1 26/23
contacted [4] 9/8 9/9 13/3 19/15
contains [1] 78/20
context [2] 76/21 80/21
continued [1] 18/3
control [1] 74/24
conversation [13] 14/19 16/9 16/15 27/17
28/4 30/13 42/3 56/24 57/9 59/1 77/8 77/11
77/20
conversationally [1] 36/3
converted [1] 53/18
cooperating [1] 8/1
cooperative [3] 22/13 22/14 78/12
copy [1] 49/15
correct [106]
could [35] 6/18 6/21 12/3 15/1 16/20 18/17
19/5 20/5 21/4 22/25 27/13 27/15 31/19
31/20 32/5 37/8 39/10 39/23 43/19 45/13
46/7 46/25 47/15 48/19 51/7 60/8 61/6 65/24
67/25 69/4 74/20 81/22 81/25 82/8 82/9
couldn't [3] 26/15 68/8 77/14
counsel [5] 2/1 4/6 4/8 7/1 32/20
couple [4] 14/20 15/22 69/24 72/17
course [1] 5/23
court [12] 1/1 8/19 23/24 32/4 33/3 49/15
51/14 63/14 74/8 78/14 78/21 83/9
Courthouse [2] 1/23 2/8
courtyard [3] 14/7 15/5 15/19
cover [1] 20/6
CR [2] 1/9 4/4
CRAIG [2] 2/17 4/10
critical [1] 80/22
cross [17] 3/3 3/12 4/19 5/2 5/20 5/25 8/9
8/14 9/2 24/7 32/8 32/10 32/22 33/11 56/2
56/7 63/23
cross-examination [7] 8/14 9/2 24/7 32/10
33/11 56/7 63/23
cross-examine [6] 4/19 5/2 5/20 5/25 8/9
56/2
cross-examining [2] 32/8 32/22
CSR [2] 1/23 83/10
culpability [2] 81/1 81/4
custody [8] 6/24 6/25 7/2 7/4 50/20 77/4 78/8
78/9

# D

D-a-n-n-e-l [1] 8/24
D-a-v-e-n-p-o-r-t [1] 33/8
dangerous [4] 66/5 66/6 66/7 66/8
DANNEL [3] 3/6 8/24 9/1
dark [9] 16/18 21/18 21/20 33/24 35/10
35/11 35/19 37/9 67/24
darkness [4] 21/11 35/24 36/22 70/19
Date [1] 83/9
DAVENPORT [63] 3/8 4/25 5/3 6/16 11/5
11/18 11/21 12/11 12/19 12/25 13/3 13/8
14/1 14/9 14/14 14/25 17/17 19/25 20/8 22/9
26/23 27/7 27/7 27/13 27/24 28/2 28/5 28/13
28/16 28/23 29/17 30/5 30/11 30/8 31/7
32/11 32/25 33/1 33/8 33/9 33/13 34/3 45/12
48/24 49/21 56/22 57/16 58/13 59/15 59/17
60/5 60/8 62/19 62/20 68/25 69/13 70/1 70/4
70/7 72/6 75/7 75/15 81/11
Davenport's [1] 81/11
DAVID [6] 2/11 2/17 4/9 4/11 60/23 61/5
day [1] 6/6

days [1] 50/13
deal [1] 35/12
DEBORAH [2] 1/23 83/9
deciding [1] 48/15
declaration [16] 6/1 6/3 33/10 48/24 56/3
61/17 63/22 73/11 73/13 73/17 74/21 77/24
78/17 78/20 81/11 82/3
declarations [6] 4/21 5/9 8/10 8/14 32/22
76/8
defendant [42] 1/11 2/14 5/21 22/16 22/18
22/24 22/25 23/9 23/10 23/12 31/4 31/11
31/16 31/20 32/20 45/19 46/3 46/13 46/16
46/24 47/6 48/10 48/11 48/19 49/5 51/15
56/3 77/4 77/6 77/14 77/14 77/17 77/23 78/1
78/25 79/2 79/2 79/19 81/18 81/24 81/25
82/5
defendant's [7] 4/14 23/3 45/13 45/16 49/9
78/6 78/13
defendants [1] 6/24
DEFENDER [1] 2/16
DEFENDERS [1] 2/16
defense [17] 3/12 3/19 5/24 6/2 8/16 23/21
47/3 51/12 51/20 52/15 52/18 63/11 64/17
67/13 73/10 73/14 81/10
degree [1] 47/14
deliberate [2] 80/13 80/20
deliberately [7] 46/17 75/2 75/25 79/1 79/19
80/4 80/11
demanded [1] 61/17
denials [1] 77/9
denied [2] 16/11 16/12 16/12 42/21 43/2
43/21 57/11 69/8 69/10 74/12 81/1 81/4
deny [3] 47/22 48/16 69/6
denying [2] 18/1 27/21
department [4] 10/16 24/10 30/16 34/9
depend [1] 47/14
depending [1] 5/23
Depends [1] 64/16
depict [1] 52/9
deprive [1] 80/13
DEPUTY [1] 2/18
describe [10] 10/22 10/25 52/19 53/13 53/17
55/14 55/18 56/24 58/20 59/1
destroyed [1] 76/8
destroying [1] 76/13
destruction [1] 76/16
detached [1] 54/20
detained [2] 76/22 80/18
determine [3] 13/13 47/12 47/13
did [128]
didn't [41] 19/12 19/13 20/21 27/22 27/23
27/23 28/9 28/19 29/21 30/20 34/22 36/24
38/13 38/14 38/21 38/24 39/1 39/3 39/5
39/16 40/16 43/18 43/23 46/14 50/6 50/25
57/13 60/1 61/5 61/8 62/22 66/20 69/4
70/12 71/2 72/3 75/20 77/15 82/4 82/7
different [3] 28/18 48/14 81/5
dining [1] 53/20
direct [7] 3/3 3/12 4/24 5/24 33/10 51/21
63/22
directed [3] 19/19 19/21 70/21
directly [2] 9/9 9/9
discovered [1] 81/4
discrepancies [1] 78/21
discussed [2] 75/16 75/19
discussion [2] 7/21 69/12
dispatch [5] 9/5 9/9 50/1 50/8 50/11
dispatchers [1] 50/2
dispose [1] 76/9
dispute [1] 46/20
disregard [1] 74/4
distance [4] 21/5 70/1 75/13 80/20
DISTRICT [3] 1/1 1/2 1/5

do [51] 4/14 4/18 5/20 5/22 5/25 6/16 7/14
8/6 8/15 8/21 10/6 11/7 11/23 12/25 14/11
14/21 16/24 17/17 29/14 23/1 24/21 24/24 26/6
29/3 31/14 33/5 42/2 44/7 44/18 48/19 49/3
49/23 49/24 51/11 56/1 57/6 57/6 58/18
58/19 59/4 61/12 63/1 63/16 65/10 66/23
66/24 71/18 72/8 72/9 76/11 76/20 80/11
document [3] 49/23 50/7 50/15
does [4] 47/7 54/17 78/22 82/2
doesn't [10] 29/11 47/13 47/21 48/16 77/24
78/24 80/5 80/17 82/1 82/2
doing [2] 58/2 65/16
dominated [2] 73/24 77/5
dominion [1] 48/5
don't [63] 8/12 9/15 9/19 9/19 11/9 11/18
11/19 11/20 12/10 15/16 15/17 16/1 16/6
16/9 18/8 18/9 18/13 18/18 18/21 18/21 19/3
20/20 20/24 21/6 21/17 23/4 23/7 23/15
27/11 28/3 28/15 28/17 28/22 28/25 29/9
30/12 31/15 32/4 35/8 37/11 37/13 37/15
41/8 41/9 41/13 42/1 44/14 44/17 44/25
46/22 53/1 56/3 56/20 61/8 61/23 63/3 66/6
66/6 66/18 67/24 72/23 79/12 79/14
done [1] 13/13
door [9] 13/20 13/23 45/22 45/24 45/25
45/25 46/1 46/4 65/15
door that [1] 46/4
doorway [1] 13/5
down [21] 11/25 13/9 18/5 18/6 19/1 19/6
19/9 24/22 27/2 27/18 29/17 34/1 42/7 50/3
55/25 62/4 62/10 62/11 63/9 67/25 73/4
drawn [3] 62/2 78/10 78/10
draws [1] 5/24
drink [2] 72/21 72/22
driveway [1] 12/9
drove [1] 24/21
during [7] 17/25 18/9 20/11 21/23 38/10
60/23 61/5

# E

each [5] 25/1 30/14 42/20 42/23 52/1
earshot [1] 30/14
East [1] 2/18
eastern [1] 65/13
eight [1] 10/8
Either [1] 65/19
eliminate [1] 29/9
else [16] 14/5 14/15 16/20 17/15 17/17 54/12
72/10 80/23
enclosed [2] 35/2 40/9
end [4] 17/4 20/4 32/5 55/13
ended [2] 9/11 25/4
enforcement [8] 6/9 73/24 74/6 74/10 74/11
74/13 74/18 75/2
engaged [2] 65/10 77/19
enough [1] 44/16
enter [3] 13/21 13/25 31/8 52/20
entered [12] 12/25 13/3 13/4 20/2 23/11 31/8
45/2 45/4 54/2 67/17 68/18 78/15
entering [4] 17/10 20/9 25/9 28/24
enters [1] 54/2
entire [4] 16/9 21/23 27/17 45/18
entrance [13] 12/12 13/18 13/19 15/18 16/5
26/11 52/20 52/21 53/25 54/1 54/3 67/15
67/16
entry [3] 39/8 47/23 48/16
environment [2] 73/25 77/5
equal [2] 47/5 48/4
equipment [1] 70/17
established [2] 73/24 80/3
estimate [1] 5/15
even [4] 76/13 77/15 80/10 80/19
evening [1] 50/17

## E

event [1] 6/15
events [1] 50/17
eventually [9] 12/20 18/3 25/4 27/25 29/2 31/7 68/17 68/18 71/25
ever [7] 18/21 34/11 38/14 49/9 60/13 63/5 66/7
every [1] 26/16
everybody [2] 49/12 54/2
everyone [1] 11/16
everything [1] 68/8
evidence [16] 48/9 50/7 52/16 65/17 65/18 65/19 76/13 76/16 77/13 77/18 78/4 78/14 78/16 78/21 80/24 80/25
evidentiary [5] 1/19 4/15 7/10 8/3 73/20
exact [2] 23/8 61/23
exactly [16] 12/11 14/6 16/7 18/10 21/6 23/14 23/15 25/2 26/16 28/20 51/1 53/6 61/22 71/4 77/24 81/20
examination [14] 8/14 9/2 22/6 24/7 31/1 32/10 33/10 33/11 45/10 51/21 56/7 62/16 63/22 63/23
examinations [1] 5/15
examine [6] 4/19 5/2 5/20 5/25 8/9 56/2
examining [2] 32/8 32/22
exception [4] 76/24 80/2 80/16 80/17
exclude [1] 75/2
excluded [1] 80/19
excludes [1] 80/4
excluding [1] 75/11
exclusive [1] 74/24
excuse [10] 11/1 12/1 26/17 26/21 28/6 34/3 53/9 67/17 71/19 81/3
excused [1] 31/24
exhibit [13] 22/12 49/15 49/19 49/21 49/22 51/23 52/18 54/16 55/2 64/17 67/13 67/16 81/21
Exhibit 101 [2] 52/18 67/16
Exhibit 102 [3] 54/16 64/17 67/13
Exhibit 103 [1] 55/2
Exhibits [3] 51/23 52/13 52/15
exigent [3] 76/6 76/14 76/17
existed [1] 13/5
exited [1] 13/2
expedite [1] 6/20
explain [2] 49/3 51/9
explained [2] 39/16 40/19
expressed [1] 80/10
expressing [1] 80/12
extensively [1] 8/11
extent [4] 28/12 29/24 48/4 48/5
eye [1] 19/5

## F

face [1] 21/25
facility [1] 75/1
fact [5] 37/3 38/7 75/12 75/20 80/25
factors [1] 81/6
facts [2] 47/13 79/5
factual [1] 78/20
fairly [2] 6/6 21/20
faith [6] 79/18 79/22 80/5 80/8 80/10 80/12
familiar [1] 30/15
family [4] 26/4 27/1 27/18 28/9
far [6] 11/16 16/25 19/10 26/9 26/10 27/6
father's [1] 49/1
fatigues [1] 25/13
FBI [9] 2/11 4/9 60/18 60/23 61/10 81/21 81/22 82/5 82/8
feet [15] 15/22 15/22 15/24 16/2 16/11 27/9 35/7 35/12 40/8 44/12 45/23 46/1 46/3 69/24 72/17

felt [1] 20/19
female [1] 34/16
fence [9] 35/5 35/6 35/6 35/12 36/1 38/10 40/8 54/14 54/18
few [1] 25/25
figure [2] 29/11 35/24
filed [3] 6/1 8/14 32/22
finally [3] 28/19 55/2 81/5
find [2] 25/22 28/19
Fine [1] 7/18
firearm [2] 10/20 71/12
firearms [2] 41/15 71/14
firing [2] 34/12 64/4
first [18] 8/13 8/15 10/25 11/24 12/19 13/2 15/12 16/12 18/2 22/21 32/24 37/7 39/25 50/9 52/4 52/18 53/14 62/19
five [17] 11/6 12/23 14/7 15/22 17/23 19/16 25/10 26/24 34/10 35/6 41/6 41/10 41/15 50/13 58/1 74/2 77/20
five feet [2] 15/22 19/16
five-and-a-half [1] 35/6
flashed [1] 42/15
flashing [4] 39/11 39/12 39/15 39/17
flashlights [1] 21/21
flight [4] 11/14 11/19 41/20 41/22
fly [1] 44/4
focused [2] 16/18 69/19
followed [1] 18/3
following [3] 16/15 19/10 28/10
footsteps [1] 28/11
forefront [1] 53/4
foregoing [2] 83/3 83/5
foresee [2] 79/2 81/18
formality [2] 9/21 9/22
forth [4] 17/13 17/19 65/8 74/21
forward [4] 7/10 23/23 33/2 63/13
found [7] 20/17 29/3 41/1 48/7 48/8 80/16 80/20
foundation [3] 50/4 50/6 51/8
four [11] 5/16 6/10 11/4 15/22 17/23 19/14 19/16 50/13 57/10 57/10 77/20
four feet [1] 19/14
frantic [1] 65/12
free [8] 18/19 18/24 74/1 74/4 77/6 78/2 78/2 78/3
frequency [1] 38/1
front [24] 12/6 12/7 12/12 13/2 13/15 14/11 17/1 17/16 20/7 25/22 26/1 35/16 45/22 45/24 45/25 53/25 54/1 54/3 55/16 58/10 65/15 68/4 77/7 77/21
front-door [1] 65/15
fruit [1] 61/2
full [7] 8/23 24/3 33/6 36/8 51/16 63/17 63/19
further [16] 13/18 16/2 16/4 22/3 23/17 23/18 30/21 30/22 45/7 45/8 49/3 51/4 55/23 62/15 63/8 73/1
furtive [2] 65/10 65/11

## G

G-a-r-d-e-n-h-i-r-e [1] 51/19
GACKLE [2] 1/23 83/9
garage [2] 53/18 54/20
GARDENHIRE [75] 11/0 3/14 4/5 4/11 4/24 5/2 9/12 15/7 15/25 16/8 16/11 17/2 17/25 18/5 18/7 18/14 18/16 18/19 18/24 19/1 19/13 19/19 20/22 27/8 27/10 27/16 27/20 29/1 29/18 30/1 30/6 30/19 32/20 40/18 42/3 43/5 43/11 43/21 44/9 44/14 44/23 44/24 45/3 47/10 51/8 51/12 51/18 51/20 51/23 56/9 65/4 66/5 68/22 69/6 69/12 69/19 69/21 70/10 70/12 71/22 71/25 72/3 72/6 72/18 72/21 73/13 74/12 74/13 74/17 74/22 75/8

75/13 75/14 75/18 76/16
Gardenhire's [11] 21/16 21/25 24/15 25/5 44/23 64/1 64/8 69/14 73/17 73/25 76/1
gate [34] 12/12 12/20 12/22 12/25 13/16 16/3 16/5 17/1 20/1 25/4 25/9 25/18 25/20 26/21 35/2 35/4 36/5 37/7 38/19 39/9 39/22 39/24 40/2 40/5 40/5 53/10 55/3 64/13 67/15 67/21 67/23 68/11 68/12 68/18
GATES [7] 2/11 4/9 60/24 61/5 66/15 66/20 75/6
gave [6] 22/22 22/24 23/10 31/17 31/18 78/7
general [2] 20/16 35/19
generally [3] 52/3 52/5 53/17
Georgia [8] 47/3 74/9 78/22 79/5 79/7 79/21 79/24 79/25
gestures [1] 65/10
get [14] 8/3 23/1 38/18 40/4 48/6 48/8 60/9 61/6 72/21 78/11 81/23 81/25 82/9 82/9
give [2] 5/15 31/16
given [2] 23/8 68/9
giving [1] 77/14
Glendale [15] 10/16 11/5 11/7 12/10 14/8 15/8 15/10 15/16 16/6 17/3 17/12 20/3 30/15 34/9 41/21
go [45] 4/25 9/20 12/24 14/1 14/22 15/1 18/14 18/16 18/17 22/10 23/1 23/25 28/16 29/21 29/22 30/3 31/20 38/18 40/4 44/9 45/16 46/8 46/13 48/22 52/5 59/21 60/1 60/9 61/3 61/6 61/9 69/16 72/21 75/13 75/17 76/10 76/15 76/18 78/2 78/2 78/3 81/23 81/25 82/9 82/9
goes [1] 77/17
going [7] 6/12 13/6 35/24 46/24 53/23 54/18 67/10
gone [2] 41/14 70/1
Good [3] 4/7 4/10 33/13
got [3] 11/24 24/25 34/14
GOVERMENT [2] 33/9 63/21
governing [1] 46/23
government [17] 4/22 5/11 22/4 24/6 32/3 46/17 73/2 74/21 75/5 75/10 75/12 75/24 76/4 76/20 77/2 80/4 80/9
government's [5] 3/9 9/1 46/12 49/22 81/21
grandfather's [4] 48/9 49/6 49/7 81/14
grandparents [2] 40/20 47/11
grant [1] 73/22
granted [1] 75/6
green [11] 11/15 11/15 16/14 18/1 18/4 18/12 22/19 22/22 25/13 54/11 54/12
Greg [1] 7/1
ground [1] 54/12
guess [3] 27/4 27/5 41/19
guilty [1] 77/14
guns [3] 62/2 78/9 78/10
guy [2] 59/13 59/14
guys [3] 25/12 30/9 71/16

## H

had [72] 5/12 11/9 11/22 13/13 14/16 16/10 16/13 16/14 16/14 18/2 18/4 20/3 20/19 21/24 22/19 22/21 25/12 25/15 28/7 34/8 34/20 35/21 36/9 38/18 38/18 39/15 40/4 41/14 41/15 42/3 42/9 42/14 48/11 48/12 49/5 49/9 56/25 57/1 61/7 62/2 62/6 62/8 63/6 67/4 67/6 70/1 70/21 71/12 71/14 71/25 74/8 74/11 74/22 74/22 74/24 74/24 74/25 75/1 75/15 75/15 75/16 75/16 75/17 75/18 76/20 77/8 77/10 78/9 78/10 79/2 80/17 81/18
hadn't [1] 34/4
half [2] 5/19 35/6
hand [2] 23/24 33/3
handcuffed [11] 18/7 18/9 18/10 18/11 23/12

## H

handcuffed... [6] 23/14 29/1 29/2 62/8 77/24 77/25
handcuffs [1] 62/12
handed [2] 49/21 50/10
hands [3] 37/3 37/5 37/8
handwritten [1] 50/1
hanging [1] 8/12
happened [6] 15/6 29/12 71/6 81/15 82/6 82/7
HARBAUGH [3] 2/17 4/11 4/16
hard [1] 29/11
harm [1] 39/5
has [11] 46/16 46/17 47/3 47/4 47/6 57/6 63/2 64/17 75/24 80/16 80/23
hate [1] 6/10
have [54] 4/23 6/6 6/16 8/7 8/11 8/12 8/14 9/19 11/16 11/17 12/8 12/23 13/1 14/7 14/16 14/16 15/15 17/12 18/8 19/6 19/19 19/21 24/18 36/11 36/15 37/23 38/9 41/23 44/3 44/20 46/7 46/13 46/24 47/12 47/15 48/4 48/18 49/15 49/21 52/1 56/1 57/7 59/4 61/21 65/24 66/18 74/1 76/11 76/21 79/7 79/12 80/21 82/7 82/8
haven't [1] 24/18
having [11] 16/12 22/22 28/4 39/13 43/21 57/7 57/11 59/7 62/20 69/6 74/2
he [201]
He's [1] 50/7
head [4] 13/4 14/11 25/24 58/21
hear [21] 8/10 21/4 22/25 26/2 26/15 27/23 30/10 31/11 31/16 31/19 38/13 44/2 44/7 44/16 50/2 68/8 69/4 70/4 73/21 77/2 82/4
heard [16] 17/11 20/7 22/18 23/8 26/16 31/13 38/13 38/19 44/15 44/19 68/3 68/8 68/9 69/6 75/6 81/24
hearing [9] 1/19 4/13 4/15 4/23 7/11 8/4 32/19 39/13 75/19
hearsay [1] 50/24
held [2] 7/21 80/1
helicopter [15] 6/19 20/11 20/14 20/23 21/1 21/4 32/7 41/21 70/15 70/16 70/21 71/17 71/19 71/22 74/2
helicopter's [1] 6/15
help [3] 29/11 44/5 51/9
helpful [1] 44/2
her [32] 12/19 13/3 13/3 22/9 22/13 36/2 36/3 36/4 36/5 37/3 37/3 37/5 37/5 37/7 37/8 39/10 39/10 39/11 39/15 39/16 39/17 39/17 39/20 39/22 39/23 39/23 40/20 40/20 40/21 48/25 49/8 68/6
here [32] 6/7 7/12 50/21 53/11 53/12 53/15 53/22 54/3 54/8 54/25 55/7 56/21 64/17 64/22 66/15 68/7 75/2 75/11 76/5 76/11 76/23 77/4 78/1 78/4 78/7 78/14 78/25 79/17 80/20 81/15 81/16 82/5
Here's [1] 8/6
hereby [1] 83/3
herein [1] 8/2
herring [1] 75/9
hid [2] 22/23 81/3
hidden [1] 61/7
hide [2] 80/24 80/25
him [59] 15/8 15/13 15/14 15/21 16/10 16/13 18/3 19/21 20/10 22/22 26/1 26/5 27/23 28/4 28/10 28/18 33/1 40/22 41/1 42/7 42/9 42/16 42/20 45/1 45/6 56/24 56/25 58/15 58/20 59/9 59/16 59/19 65/6 66/21 66/25 68/25 69/2 69/17 70/15 70/19 70/21 71/2 71/3 71/4 71/6 71/10 71/23 72/18 74/3 74/14 74/19 74/20 75/3 75/3 77/10 77/12 77/16 77/16 77/18
himself [2] 23/9 81/20
his [38] 6/22 9/23 15/16 16/15 20/8 21/1 25/19 25/24 26/11 45/24 46/6 46/18 48/1 56/3 56/20 58/18 59/13 66/12 66/15 66/25 70/22 72/10 73/25 74/2 74/6 74/14 75/4 75/13 75/16 77/7 77/9 77/21 77/23 78/2 79/20 82/3 82/4 82/6
holsters [1] 42/1
home [7] 25/1 25/19 25/25 26/12 26/14 73/25 77/7
honest [2] 63/3 71/6
Honor [96]
HONORABLE [1] 1/5
hour [1] 5/19
hours [3] 5/19 10/2 24/19
house [105]
hovering [1] 74/3
how [31] 4/14 5/14 5/15 10/6 10/14 11/2 12/22 14/19 15/24 17/21 17/22 20/14 20/25 21/6 25/7 26/10 27/6 34/7 40/20 56/16 57/9 57/25 59/9 64/16 66/19 67/23 67/25 68/1 68/20 76/8 78/22
however [1] 76/16
huh [1] 55/6
hurt [1] 37/17

## I

I'd [8] 7/10 8/6 8/6 8/11 25/10 40/21 64/17 78/12
I'll [5] 47/12 51/2 52/5 73/21 77/2
I'm [27] 5/14 10/24 12/10 14/6 14/25 16/18 16/19 17/11 23/5 28/15 29/11 29/21 29/23 30/17 39/13 39/14 44/2 47/25 48/7 48/15 48/17 53/3 54/3 55/16 67/3 67/15 73/9
idea [4] 47/22 67/4 75/15 75/17
identified [4] 18/11 30/6 34/15 36/4
identify [3] 28/8 34/15 53/10
if [54] 8/7 8/12 12/3 14/1 14/22 14/22 14/25 15/1 16/13 18/17 19/5 19/21 20/5 22/25 26/14 28/22 29/14 31/8 31/19 31/20 32/4 34/22 34/24 37/13 37/15 38/24 39/1 39/5 39/10 39/15 39/17 39/25 42/1 43/19 44/19 44/25 46/18 46/25 47/1 47/20 51/7 56/3 57/1 57/2 61/8 61/10 66/8 73/15 76/21 79/12 80/10 80/10 81/25 82/7
illuminated [1] 35/14
imagine [1] 29/5
immediately [6] 13/22 13/24 53/19 54/6 75/20 76/9
important [2] 76/10 82/4
in [168]
incident [2] 9/5 24/12
including [2] 74/15 78/14
indicate [1] 54/17
indicated [9] 8/8 19/4 28/7 32/4 66/16 66/25 67/1 67/12 71/25
indicative [1] 75/21
individual [5] 25/24 26/5 26/24 80/17 80/23
individually [1] 52/5
individuals [1] 76/22
inflammatory [1] 78/15
information [4] 6/17 34/11 74/11 81/13
initial [3] 17/21 20/12 76/12
initially [9] 11/4 17/23 21/2 28/22 64/3 64/7 64/10 64/24 71/16
inquiring [1] 48/15
inside [27] 12/7 12/20 12/22 13/5 15/2 17/13 17/20 22/10 23/1 28/16 31/20 38/22 40/6 40/15 44/9 53/20 58/9 58/12 59/21 60/1 60/3 68/20 78/2 80/22 81/10 81/13 81/19
instance [1] 39/25
intend [5] 4/14 4/20 5/20 5/25 6/11
intended [3] 4/25 5/2 81/7
intending [2] 80/25 81/4
intends [4] 6/2 73/10 73/14 80/9
interaction [1] 68/9
interest [2] 32/7 47/17
interior [2] 40/6 65/14
internal [1] 5/16
interrogated [2] 55/11 76/17
interrogation [2] 17/22 80/21
interview [3] 60/23 61/6 66/21
interviewed [1] 60/18
into [34] 14/11 21/1 26/18 26/20 35/24 38/18 39/8 39/8 40/2 40/4 40/7 45/12 45/16 45/24 46/8 46/13 46/19 48/7 48/8 48/16 50/20 70/5 70/7 70/9 71/16 71/19 75/17
introduced [1] 64/18
invalid [1] 76/2
investigation [2] 38/20 38/21
investigations [1] 82/2
invited [2] 39/25 40/5
involved [1] 50/8
involvement [4] 18/1 27/21 69/10 74/15
involving [2] 9/5 9/6
iron [1] 35/4
is [108]
isolation [1] 77/23
issue [2] 47/13 76/5
issues [1] 37/6
it [87]
it's [21] 6/2 7/12 19/8 29/7 29/25 35/1 35/4 35/11 35/14 37/9 44/2 46/16 53/18 54/15 61/23 73/9 75/8 76/10 80/13 80/13 81/17
Item [1] 4/4
its [2] 47/3 55/13
itself [2] 34/15 40/7

## J

J-o-h-n [1] 24/4
jail [1] 28/11
job [1] 16/16
JOHN [3] 3/7 24/4 24/6
join [2] 68/13 68/20
JOSEPH [1] 2/17
JR [1] 2/6
JUDGE [1] 1/5
jumpsuit [2] 11/15 11/15
jumpsuits [1] 41/22
jury [1] 9/22
just [47] 5/16 5/18 9/19 11/19 12/3 13/5 14/12 14/20 17/19 19/22 21/19 25/23 26/9 26/14 32/5 32/7 34/14 36/15 36/17 39/17 44/4 47/20 48/15 49/21 50/13 52/3 52/5 53/18 54/9 54/18 55/10 55/21 56/21 57/21 58/4 58/5 58/6 61/23 61/24 62/10 63/2 71/6 72/17 76/5 79/12 81/9

## K

keep [2] 37/8 44/4
keeping [1] 19/5
KENNEDY [1] 2/16
kept [1] 57/3
key [4] 38/19 40/4 79/15 79/17
Kim [1] 7/3
kind [6] 22/12 25/12 26/25 28/3 64/15 67/4
kitchen [1] 53/21
knew [17] 28/9 39/12 39/19 42/24 43/11 43/13 57/1 57/2 62/22 62/23 63/6 70/24 74/11 75/4 75/21 77/16 77/16
know [56] 8/9 15/17 16/25 18/9 26/25 28/3 28/17 28/22 28/25 29/3 31/14 32/4 34/22 34/23 34/25 35/18 36/24 36/25 37/7 37/11 37/13 37/15 38/21 38/24 39/1 39/3 39/5 39/24 40/16 41/8 41/8 41/9 41/13 43/23 44/1

## K

know... [14] 4/14 44/7 44/18 44/25 53/1
55/17 56/3 57/6 58/18 61/14 61/18 61/20
61/24 63/1 66/6 66/8 67/24 72/8 76/9 79/12
80/23
knowing [1] 57/11
knowledge [2] 38/9 74/12
known [1] 80/9

## L

lack [2] 75/19 76/6
LAPD [1] 62/11
large [3] 34/18 35/2 35/14
laser [86]
laser-pointing [2] 9/5 24/12
lasers [9] 26/15 34/13 57/3 57/3 57/6 57/7
57/12 59/2 76/8
last [3] 57/9 63/19 63/20
late [2] 21/10 24/19
later [7] 10/6 25/25 27/12 57/24 62/5 65/4
65/15
law [10] 6/9 46/23 47/3 73/24 74/6 74/10
74/11 74/13 74/18 75/2
lawn [1] 54/11
lay [1] 51/8
layout [1] 53/13
learned [3] 65/4 65/15 69/13
least [1] 20/11
leave [4] 18/20 18/24 74/1 77/6
led [2] 40/2 40/6
left [8] 12/8 16/6 17/1 17/12 20/21 23/13
64/22 67/12
legal [1] 47/13
less [2] 66/19 68/21
let [6] 6/23 17/3 38/18 38/19 39/8 81/15
let's [5] 8/3 8/13 8/18 32/9 33/1
light [11] 16/13 16/14 18/2 21/1 21/3 21/24
21/25 22/21 28/21 29/23 55/21
lighting [4] 21/19 55/14 55/18 55/19
lights [7] 21/5 35/9 35/14 35/16 35/17 35/17
35/18
like [25] 7/9 7/10 8/6 8/6 8/11 11/15 11/15
12/9 19/16 20/24 25/12 25/13 26/6 40/21
51/7 56/2 61/12 61/15 62/22 62/23 63/1 63/2
64/17 68/7 78/12
limited [1] 77/13
line [4] 37/21 37/23 37/25 80/3
link [1] 26/11
listening [1] 30/8
little [3] 25/21 26/8 49/4
lived [1] 43/13
lives [2] 48/15 54/22
living [3] 47/20 53/23 65/1
locate [1] 12/13
located [7] 28/20 29/6 30/6 61/18 64/22
67/12 67/18
location [13] 11/25 20/8 20/17 22/22 22/24
23/10 64/4 64/21 65/1 67/5 74/15 80/25 81/3
locked [2] 39/8 39/24
log [1] 50/1
long [10] 5/15 14/19 17/21 17/22 20/14 20/25
21/6 57/9 57/25 59/9
longer [1] 21/2
look [8] 14/2 14/22 29/23 31/20 43/19 45/13
48/18 81/14
looked [2] 12/9 52/1
looking [10] 9/16 16/19 16/19 21/24 26/5
34/20 35/21 37/11 55/3 64/16
LOS [6] 1/16 1/24 2/9 2/19 4/1 32/15
lost [1] 20/6
lot [1] 82/2

## M

made [7] 12/19 20/25 21/2 26/1 62/24 75/5
76/23
main [2] 17/5 32/8
maintaining [1] 25/23
maintains [1] 47/17
make [12] 12/6 13/5 16/17 16/19 19/3 20/21
27/18 75/12 76/4 77/5 78/1
making [1] 26/23
male [3] 17/13 34/16 74/1
man [2] 50/19 71/7
manner [1] 65/20
many [9] 10/14 11/2 12/22 25/8 34/7 56/16
67/23 67/25 68/1
March [6] 9/4 21/10 24/11 33/15 52/10 64/1
March 29 [2] 33/15 52/10
March 29th [2] 9/4 24/11
marked [1] 49/22
matter [3] 5/24 82/10 83/5
matters [1] 8/2
maximum [1] 77/20
may [11] 18/8 34/22 37/17 44/4 44/20 49/14
55/25 73/4 79/7 80/8 80/12
maybe [9] 12/9 17/23 20/20 24/19 27/5 44/5
68/2 77/8 77/11
MDC [2] 7/5 7/8
me [36] 4/8 5/15 6/23 9/9 11/1 12/2 13/4 16/4
16/19 17/3 19/18 26/17 26/21 28/6 29/11
34/3 40/20 45/18 53/9 55/10 56/15 57/1 57/4
57/22 58/10 59/2 60/10 60/13 61/8 61/20
62/11 62/11 67/17 71/19 81/3 81/15
mean [14] 4/19 14/6 21/13 26/9 30/12 30/13
41/9 47/1 47/7 47/7 47/8 47/12 51/2 61/19
65/10 71/18
meantime [1] 58/2
medallion [1] 36/15
MELISSA [2] 2/7 4/7
members [3] 26/4 27/1 27/18
Mendenhal [2] 6/18 6/21
mentioned [3] 8/7 16/3 28/21
met [4] 11/8 24/21 66/19 75/24
MICHAEL [3] 3/9 63/19 63/21
microphone [1] 44/5
middle [1] 17/7
midnight [1] 24/19
might [5] 13/1 14/16 65/18 65/23 66/5
MILLS [3] 2/7 4/7 66/21
mind [1] 82/6
minute [1] 59/11 68/21 77/11
minutes [13] 10/9 11/6 14/20 17/23 20/18
20/20 25/25 34/5 34/6 57/10 58/1 77/9 77/20
mom [1] 27/5
moment [10] 21/7 44/20 65/22 66/14 69/22
71/5 72/24 76/3 76/15 79/8
MONDAY [3] 1/17 4/1 32/15
month [1] 66/19
months [1] 24/18
more [2] 42/19 49/11
morning [5] 4/7 4/10 7/16 7/19 81/23
motion [6] 4/14 35/17 55/21 60/25 73/22
78/13
move [3] 7/10 8/13 52/12
moved [1] 20/4 40/13 41/1 64/8
moving [1] 65/12
Mr [22] 15/25 18/14 18/19 21/25 27/8 27/16
27/20 42/3 44/9 44/14 51/23 57/16 64/8 65/4
68/22 69/12 69/19 69/21 71/22 71/25 74/1
74/22
Mr. [57] 4/16 5/2 7/2 7/3 9/12 15/7 16/8
16/11 17/2 17/25 18/5 18/7 18/16 18/24 19/1
19/13 19/19 20/22 21/16 24/15 25/5 27/10
29/1 29/18 30/1 30/6 30/19 40/18 43/5 43/11

## N

43/21 44/23 44/24 45/3 47/10 51/8 51/12
56/20 64/1 66/5 69/6 69/14 70/10 70/12 72/3
72/6 72/18 72/21 73/25 74/12 74/13 75/8
75/13 75/14 75/18 76/1 76/16
Mr. Bugaev [1] 7/2
Mr. Gardenhire [46] 5/2 9/12 15/7 16/8
16/11 17/2 17/25 18/5 18/7 18/16 18/24 19/1
19/13 19/19 20/22 27/10 29/1 29/18 30/1
30/6 30/19 40/18 43/5 43/11 43/21 44/24
45/3 47/10 51/8 51/12 56/9 66/5 69/6 70/10
70/12 72/3 72/6 72/18 72/21 74/12 74/13
75/8 75/13 75/14 75/18 76/16
Mr. Gardenhire's [8] 21/16 24/15 25/5
44/23 64/1 69/14 73/25 76/1
Mr. Harbaugh [1] 4/16
Mr. Tynon [1] 7/3
Ms. [5] 7/23 44/23 66/21 73/13 73/17
Ms. Gardenhire [2] 44/23 73/13
Ms. Gardenhire's [1] 73/17
Ms. Mills [1] 66/21
Ms. Translator [1] 7/23
much [2] 10/6 21/2
must [2] 24/18 76/3
my [28] 6/2 7/7 10/16 12/8 12/15 13/4 16/6
16/16 16/17 17/1 17/12 19/16 20/17 21/24
24/21 26/23 27/4 28/3 47/2 52/6 52/20 53/16
55/1 57/6 58/3 58/12 61/9 73/9
myself [11] 10/15 11/4 11/18 11/21 14/8
15/15 19/12 24/21 34/8 36/4 79/13

name [12] 8/23 15/16 24/3 33/6 51/16 56/20
58/18 59/13 63/17 63/19 63/19 63/20
names [1] 11/7
near [5] 12/9 12/12 16/25 45/22 55/21
nearby [1] 22/15
need [1] 49/3
needed [3] 6/11 20/6 66/3
neighborhood [1] 64/3
neighbors [1] 57/7
neither [1] 75/7
nephew [2] 40/20 40/21
Netjets [2] 9/5 9/7
network [1] 30/8
never [5] 39/25 44/9 57/23 60/10 78/4
next [12] 14/11 14/21 15/6 16/2 23/20 44/24
45/1 45/18 51/6 51/10 63/10 73/5
nextdoor [1] 57/7
Nicolaysen [1] 7/1
night [1] 56/16
nighttime [1] 33/22
Ninth [1] 80/16
no [79] 1/9 4/4 5/11 5/12 9/22 13/6 13/10
16/23 16/25 21/17 21/24 23/18 27/11 27/22
29/19 30/4 30/7 30/17 30/20 34/5 34/11 34/7
34/19 34/20 34/21 35/9 35/21 36/14 37/4
38/6 38/9 38/14 39/21 40/1 41/10 42/8 43/20
44/11 44/18 46/22 50/7 54/1 56/20 57/3
57/13 57/14 58/19 58/24 59/6 59/13 59/20
60/1 60/1 60/10 60/13 62/3 63/7 68/14 69/18
72/11 73/3 75/15 75/17 76/17 76/18 76/23
76/23 77/5 77/22 77/22 77/22 78/17 78/19
78/10 78/16 79/2 79/23 81/16 81/19 83/10
nobody [5] 16/20 62/4 78/8 78/9 81/10
None [1] 62/2
Noon [1] 32/13
normal [3] 36/16 36/17 41/19
north [5] 1/24 2/8 12/8 17/4 20/4
northern [1] 64/10
not [100]
notations [1] 50/17
notes [1] 20/21
nothing [11] 22/3 23/17 30/21 45/7 51/4

**N**

nothing... [6] 55/23 62/15 63/8 73/1 75/21 75/22
notified [1] 9/9 10/3
now [31] 6/7 13/18 27/6 27/13 27/20 34/3 37/20 37/22 40/11 42/3 43/11 43/16 48/17 51/8 56/3 56/5 65/1 65/25 67/12 67/15 67/17 68/12 68/22 69/12 69/16 70/1 70/4 70/7 71/9 72/5 82/1
number [3] 7/11 10/25 10/25
numbers [1] 10/23

**O**

o'clock [3] 7/20 7/25 33/21
object [6] 46/14 47/5 50/23 75/21 78/25 79/3
objecting [2] 80/1 80/5
objection [13] 46/18 50/4 50/6 51/2 60/20 79/1 79/4 79/20 80/7 81/16 81/18 81/19 82/7
objects [1] 47/4
observe [2] 25/17 26/22
observed [3] 17/9 17/17 66/11
observing [1] 67/4
obtain [2] 28/23 76/22
occurred [2] 47/15 50/17
off [5] 7/13 7/21 35/11 53/7 53/8
offering [1] 4/19
offhand [2] 11/10 79/14
officer [107]
officer's [1] 47/22
officers [96]
officers' [1] 48/16
offices [1] 57/23
Official [1] 83/9
Oh [3] 38/1 54/9 55/21
okay [35] 12/5 13/15 14/19 15/6 17/25 23/11 23/12 25/21 31/19 46/3 51/25 52/25 53/9 53/12 53/19 53/22 54/10 54/16 54/20 55/2 55/14 56/16 56/22 57/20 57/25 58/5 58/17 59/12 59/17 59/21 60/3 61/10 62/8 66/22 67/2
old [5] 40/21 40/23 41/6 43/11 74/1
on [54] 4/8 4/11 4/13 5/23 5/24 9/4 12/2 16/18 16/20 17/5 17/6 17/8 20/6 21/15 23/7 24/25 25/13 33/15 33/17 36/24 37/15 37/24 41/4 41/25 42/1 45/1 45/20 46/2 50/16 50/17 50/23 52/9 52/24 54/12 54/14 55/13 56/3 57/2 57/6 59/20 60/1 62/10 64/10 64/16 66/20 67/4 69/19 73/15 73/16 77/14 77/19 77/25 78/13 81/6
once [9] 11/8 13/7 16/15 20/6 38/18 42/19 49/4 76/16 81/5
one [37] 6/13 11/9 11/9 11/14 13/2 15/12 15/13 17/6 17/11 17/12 19/22 21/7 31/8 32/1 32/6 32/24 37/6 37/7 38/14 41/4 52/10 53/11 54/23 55/21 56/20 57/20 58/6 60/13 62/23 63/25 65/23 67/18 72/24 76/3 76/4 77/9 77/11
one-piece [1] 11/14
only [11] 6/10 6/11 6/14 7/6 11/8 15/13 17/23 19/17 42/20 74/10 81/18
onto [2] 41/25 59/24
open [2] 38/19 39/22
opened [2] 40/5 68/12
opportunity [2] 5/12 75/19
opposition [1] 81/22
or [62] 6/16 6/17 6/24 7/13 8/8 11/20 12/1 12/4 14/15 14/17 15/22 16/10 17/23 18/21 18/23 20/18 21/21 22/13 23/7 27/9 28/11 29/3 29/17 29/25 34/12 34/16 35/14 35/17 36/7 36/15 37/17 38/5 39/11 39/12 41/25 42/1 42/9 42/12 42/14 42/15 44/14 46/3 48/18 50/13 53/4 54/11 56/18 57/3 58/22

63/5 65/19 65/23 74/3 75/3 75/16 75/19 75/25 76/13 77/16 77/20 80/3 80/16
ordered [2] 36/1 75/16
organize [1] 7/9
oriented [1] 46/7
orienting [1] 53/22
other [62] 5/6 6/13 8/8 8/12 10/12 10/14 10/22 11/2 11/19 13/4 13/6 15/4 15/8 15/15 15/24 16/5 16/18 17/1 17/8 17/10 21/19 25/1 22/24 28/5 28/14 29/17 29/22 30/10 30/14 30/18 32/1 34/8 37/20 37/23 38/4 38/7 41/8 41/14 43/7 45/20 47/15 50/25 54/18 55/9 57/5 57/20 57/23 58/4 58/4 58/11 59/13 60/11 63/5 65/25 67/8 67/18 67/21 71/9 71/14 72/5 72/12 77/10
others [1] 41/19
otherwise [1] 58/8
our [5] 5/16 6/17 34/8 50/11 73/6
out [24] 5/24 12/6 12/14 13/2 13/6 18/14 19/2 19/5 20/7 21/13 25/22 25/24 29/11 29/18 42/5 45/20 49/4 55/18 59/24 71/22 75/5 75/12 77/7 78/13
outside [17] 6/21 15/7 19/20 25/4 25/17 25/19 25/20 40/18 40/25 55/5 56/9 56/10 56/12 59/18 64/13 68/22 76/17
over [24] 5/1 20/8 20/9 34/14 34/14 36/1 36/2 36/5 45/4 48/5 56/14 56/15 57/18 64/8 64/22 67/23 68/7 68/13 69/13 69/16 74/23 74/24 75/20 77/10
overcome [1] 79/1
overhead [4] 70/16 71/17 71/20 74/3
overhear [2] 27/13 27/22
overheard [2] 27/20 72/15
Overruled [1] 60/21
overwhelmed [1] 77/18
own [7] 24/21 47/21 48/16 77/7 77/21 78/2 82/6
owned [1] 47/10
owns [1] 46/25

**P**

p.m [3] 24/19 32/16 82/12
Pacing [1] 65/8
page [1] 50/16
papers [1] 47/4
parked [1] 54/19
parole [2] 36/24 37/15
parolee [2] 34/2 39/1
part [10] 20/24 26/16 33/14 47/16 47/16 48/18 64/10 64/15 67/18 73/20
participated [1] 46/18
parties [4] 4/14 4/23 7/14 48/4
Pasadena [1] 10/3
passed [1] 26/21
past [1] 40/2
pat [2] 19/6 29/17
patio [10] 40/10 41/4 45/1 45/20 46/2 54/9 55/8 55/9 55/11 55/17
Patio-type [1] 40/10
patrolmen [1] 38/5
patted [6] 13/9 19/1 19/8 42/7 62/4 62/11
Pause [1] 79/11
Pearman [1] 7/3
pedestrian [5] 12/12 52/21 67/16 67/21 68/11
people [2] 13/6 40/15
Perhaps [1] 56/5
perimeter [2] 25/1 25/23
period [2] 21/5 50/22
peripheral [1] 8/7
permission [2] 49/10 70/5
permitted [1] 18/19
person [16] 17/17 34/12 34/15 34/22 36/1

36/20 37/13 37/15 38/24 39/3 39/5 70/24 74/8 73/25 74/19 75/11
personally [1] 71/4
perspective [1] 53/14
phone [1] 10/7
photographs [4] 5/1 51/9 52/3 52/9
phraseology [1] 23/8
picture [4] 53/4 53/7 53/8 55/9
piece [1] 11/14
pieces [1] 22/20
pilot [3] 6/19 9/8 58/22
pilots [2] 32/6 41/21
pin [1] 11/25
pinpoint [1] 25/2
place [2] 14/19 28/21
placed [1] 49/19
Plaintiff [2] 1/8 2/4
pleas [2] 6/24 7/13
please [15] 4/6 8/19 8/22 10/25 23/23 24/2 33/6 36/6 51/16 51/23 52/19 54/23 59/1 63/13 63/17
pleased [1] 78/3
point [30] 16/16 18/9 19/22 20/7 23/13 32/21 37/6 37/7 40/17 41/8 43/4 50/15 57/8 58/8 59/4 59/24 60/5 60/8 65/20 67/5 67/24 69/16 71/2 72/10 72/11 76/4 76/13 77/19 78/13 79/17
pointed [2] 63/6 71/22
pointing [6] 9/5 24/12 53/12 54/3 57/2 69/8
poked [1] 13/4
police [28] 7/11 10/17 20/11 20/14 22/13 24/10 25/13 26/5 30/16 34/8 34/9 36/5 36/8 36/18 37/17 39/5 41/7 41/9 41/19 45/20 46/18 58/22 58/24 60/16 70/16 73/24 77/4 77/5
police-dominated [2] 73/24 77/5
pool [2] 55/12 55/12
porch [3] 59/20 59/25 60/2
portion [2] 65/13 65/14
pose [1] 16/20
position [3] 38/8 46/12 75/18
possession [1] 74/24
possible [5] 18/11 29/7 29/11 29/14 29/15
possibly [4] 20/24 32/4 42/18 65/17
potential [3] 74/15 80/4 80/6
potentially [2] 32/5 34/12
prepare [2] 50/7 50/25
prepared [1] 66/20
presence [2] 6/15 32/6
present [19] 2/11 4/12 5/4 7/2 7/4 10/12 11/2 14/3 14/4 14/5 15/14 19/25 20/11 20/15 20/23 25/8 28/13 32/20 66/21
PRESIDING [1] 1/5
pretty [3] 26/25 27/9 80/13
prevent [2] 46/24 76/15
previously [1] 41/11
prior [5] 4/23 17/9 28/24 29/25 68/12
privacy [1] 47/17
private [1] 37/21
probably [11] 5/19 6/21 6/22 26/11 27/9 32/5 33/21 50/13 67/5 68/21 72/15
proceed [4] 4/15 32/7 61/3 66/3
proceedings [4] 1/15 79/11 82/12 83/5
property [7] 16/5 17/7 20/2 20/5 20/10 64/6 76/10
protective [2] 16/22 29/20
protocol [2] 19/6 19/11
provided [2] 4/20 8/10
PUBLIC [2] 2/16 2/18
purpose [1] 79/20
purposes [2] 5/17 6/17
put [3] 7/12 62/11 73/15

**Q**

questioned [1] 15/13
questioning [6] 15/21 17/2 19/23 28/17 72/18 74/4
questions [18] 15/9 15/12 16/10 16/16 23/18 27/1 27/2 29/9 56/1 57/4 57/5 59/2 62/18 70/10 74/8 74/14 75/3 76/7
quick [1] 57/10
quickly [1] 65/13

**R**

radio [9] 24/25 30/5 30/13 37/25 38/1 49/4 50/2 72/5 81/12
radioed [1] 74/16
raise [3] 23/24 33/3 81/19
raised [4] 46/17 47/3 47/6 81/10
ran [1] 81/10
Randolph [10] 47/3 74/9 75/11 78/23 79/6 79/7 79/17 79/22 79/24 80/1
range [1] 10/9
rather [1] 5/23
read [2] 9/23 48/3
real [1] 57/10
really [3] 54/1 63/3 74/3
rear [1] 25/24
reason [3] 79/2 80/18 81/18
reasonable [3] 76/14 81/16 81/17
reasonably [1] 13/7
recall [33] 10/6 10/23 11/20 12/10 16/1 16/6 16/9 17/16 17/19 18/8 18/13 18/18 18/25 19/10 20/20 20/25 21/6 22/2 23/3 23/15 28/15 31/10 31/22 35/8 42/1 42/2 66/6 66/9 66/18 66/23 72/23 77/24 79/14
received [5] 3/19 9/4 52/14 52/15 81/12
receiving [2] 10/4 10/6
recess [1] 32/13
recognize [1] 49/23
recollection [3] 9/16 12/15 20/18
record [8] 7/21 8/23 24/3 33/7 51/17 63/18 73/15 83/4
RECROSS [2] 3/3 3/12
red [5] 16/13 16/14 18/2 22/21 75/8
red-colored [1] 16/13
REDIRECT [6] 3/3 3/12 22/6 31/1 45/10 62/16
refresh [1] 9/16
refusal [1] 76/1
regard [10] 4/18 4/24 6/15 6/23 51/9 74/9 74/14 74/17 75/3 76/3
regarding [3] 6/17 9/5 32/6
regular [1] 58/24
relation [5] 15/20 15/25 52/22 55/11 64/21
relay [1] 34/11
relayed [1] 67/8
relenting [1] 81/5
relevance [1] 60/20
relevant [5] 8/8 46/10 46/15 46/16 48/22
reluctance [1] 22/12
reluctant [2] 22/13 78/12
relying [1] 73/16
remained [1] 68/15
remember [27] 9/15 11/7 11/9 11/18 11/19 14/21 15/16 18/10 18/21 19/3 19/22 22/20 22/20 23/4 23/7 23/14 24/14 28/17 30/12 56/20 61/8 61/23 63/3 77/15 77/15 82/1 82/3
removed [1] 79/19
reply [1] 23/6
report [8] 9/16 9/23 10/2 24/18 38/14 61/10 66/20 72/10
reported [3] 8/2 38/14 63/25
reporter [6] 8/19 23/24 33/3 51/14 63/14 83/9

REPORTER'S [1] 1/15
request [4] 18/21 18/23 43/10 73/14
requested [3] 14/3 50/10 75/15
require [1] 80/5
requirement [1] 76/24
requires [4] 79/18 79/19 79/22 80/6
residence [11] 12/7 12/9 12/12 17/14 17/20 26/18 26/20 64/1 64/8 64/10 64/24
residents [1] 12/7
residing [1] 47/10
respect [1] 78/6
respond [1] 10/3
responded [2] 24/11 64/7
responsible [1] 70/24
rest [1] 54/18
restraints [1] 77/22
restrict [1] 47/16
restricting [1] 5/14
Resuming [1] 32/19
retrieving [2] 65/19 65/23
review [1] 79/12
reviewed [1] 24/18
right [70] 5/10 6/11 8/18 22/10 23/24 31/5 33/3 33/15 33/18 34/5 35/2 35/12 35/22 36/1 37/3 37/18 37/21 38/5 38/8 38/12 38/22 39/22 40/9 40/25 42/5 42/10 42/17 42/23 42/25 43/7 43/17 44/24 45/14 46/19 46/23 47/5 47/15 48/12 48/18 48/20 48/21 52/24 53/11 53/23 54/6 54/25 55/12 55/24 56/10 56/14 57/12 57/14 57/24 58/9 59/22 60/9 60/16 60/18 61/10 62/2 62/4 62/13 64/11 67/5 72/12 79/16 80/9 80/12 80/14 81/8
role [2] 14/10 27/1
room [15] 1/24 13/5 13/15 13/15 13/19 14/11 28/18 28/19 49/7 53/16 53/18 53/20 53/23 55/1 65/1
rooms [1] 13/2
RPR [1] 1/23
rule [1] 80/3
run [3] 17/18 75/20 80/22
running [8] 17/13 17/19 20/4 36/4 36/20 38/11 38/15 50/19

**S**

S-c-h-a-e-f-e-r [1] 24/5
safe [2] 5/19 13/8
said [31] 16/13 16/14 17/3 17/11 17/13 18/2 18/3 19/16 20/24 22/8 22/20 23/6 23/11 26/7 27/25 30/8 36/18 40/21 45/13 46/25 49/11 50/3 53/9 57/3 63/4 66/6 66/10 66/18 68/8 81/14 81/25
Sam [1] 11/20
same [6] 30/12 44/25 55/8 75/18 75/18 81/24
saw [18] 11/16 13/12 17/13 25/24 29/19 31/7 35/24 36/4 38/11 50/19 56/12 58/8 58/15 59/21 65/1 65/4 65/6 75/13
say [21] 10/8 10/11 13/15 16/8 17/15 17/17 19/21 20/17 25/10 26/2 29/5 32/6 35/6 39/19 42/13 44/7 44/25 53/1 59/5 61/19 80/8
saying [10] 20/3 26/13 27/14 27/16 44/3 44/15 47/21 62/24 66/7 69/4
says [3] 10/2 48/2 77/5
scene [13] 5/1 5/5 6/15 10/5 16/20 20/21 23/13 26/25 27/18 37/14 40/21 57/13 67/16 74/9 80/18
SCHAEFER [23] 3/7 5/4 5/7 6/12 6/16 10/15 11/4 11/21 12/11 14/8 15/17 15/17 16/4 16/25 17/8 23/21 24/4 24/6 24/9 31/3 34/9 38/7 40/11
SEAN [1] 2/16
search [16] 29/24 43/16 43/18 43/19 47/4 47/14 47/16 48/25 74/10 74/17 74/20 75/25 76/1 76/24 78/6 80/18
seat [2] 19/19 19/21

seated [7] 8/22 24/2 27/10 27/11 33/6 51/16 63/7
second [5] 2/18 28/21 58/21 59/10 60/25
Secondly [1] 74/8
secure [4] 16/17 26/25 27/19 30/8
see [24] 5/13 6/6 8/7 12/4 12/22 15/1 20/5 20/5 22/12 28/5 29/22 30/3 30/18 31/4 31/7 31/8 37/8 46/13 48/21 50/9 67/25 68/1 70/19 82/3
seeing [1] 52/19
seemed [2] 62/22 62/23
seen [2] 20/3 46/7
seize [1] 76/10
seizure [1] 76/2
send [2] 16/24 28/18
separate [6] 13/19 37/6 37/24 77/21 77/21 80/18
SEPTEMBER [4] 1/17 4/1 32/15 83/7
sergeant [52] 11/5 11/18 11/21 12/11 12/19 12/25 13/2 13/8 14/1 14/8 14/14 14/25 17/7 20/7 22/8 26/23 26/23 27/7 27/13 27/24 28/2 28/5 28/13 28/16 28/23 29/17 30/5 30/11 30/18 31/7 32/25 33/13 45/12 48/24 49/21 56/22 58/13 59/13 59/15 59/17 60/5 60/8 62/19 62/20 68/25 69/12 70/1 70/4 70/7 72/6 75/7 75/15
set [3] 25/1 35/11 74/21
seven [3] 25/10 26/24 56/18
several [4] 11/6 20/20 33/18 78/15
she [29] 13/2 13/5 13/13 23/6 36/24 37/1 37/7 38/18 39/11 39/15 39/17 39/19 39/19 39/25 40/2 40/4 40/6 40/19 40/21 40/23 41/1 42/24 43/2 43/23 45/18 49/9 49/11 78/12 81/14
shine [1] 21/25
shining [7] 14/17 20/15 21/1 21/3 21/21 26/15 70/25
shirt [2] 50/19 65/6
shoes [1] 13/25
short [4] 21/5 50/22 80/19 80/21
shoulder [1] 42/1
show [6] 37/3 37/5 64/17 77/17 78/7 81/15
showing [2] 55/10 67/15
shows [1] 78/5
side [8] 12/8 13/17 17/6 17/8 20/6 21/15 52/24 54/19
sidearm [2] 25/15 36/9
sidearms [1] 41/23
sighting [1] 76/12
simply [4] 4/25 74/5 75/8 80/6
sir [9] 10/21 31/24 51/5 63/9 64/2 64/12 67/14 69/23 73/4
sitting [4] 18/5 18/6 19/22 62/10
situation [1] 74/4
six [2] 6/9 56/18
small [2] 14/18 40/8
Smith [1] 5/3
so [82] 8/9 8/13 10/10 11/5 11/8 11/19 11/23 12/14 12/14 12/20 13/15 14/7 15/11 16/17 16/18 17/25 21/17 25/7 25/17 26/15 26/18 26/25 27/9 27/11 27/19 28/21 29/21 30/12 31/4 33/22 34/10 34/20 36/3 36/18 38/4 38/14 40/23 41/6 43/4 44/14 46/3 46/3 46/18 46/22 46/23 48/5 48/13 50/8 51/12 53/14 54/3 56/12 57/11 57/17 58/5 58/17 59/24 60/3 61/10 64/3 64/20 65/22 67/6 67/9 71/2 72/15 73/18 73/20 74/13 75/1 75/8 75/20 76/10 76/11 76/13 76/23 77/17 80/5 80/19 81/5 82/3 82/6
some [23] 5/1 5/1 8/7 18/9 20/7 21/19 21/19 23/12 24/22 25/22 41/19 47/14 50/16 58/8 59/24 73/21 76/6 77/13 77/19 78/14 80/9

Case 2:12-cr-00345-SVW   Document 30   Filed 09/18/12   Page

**S**

somebody [3] 12/13 20/8 88/10
someone [13] 16/3 19/5 20/3 26/15 28/19 38/11 38/14 38/17 47/20 48/15 80/11 80/14 80/22
something [10] 10/9 28/11 28/12 29/10 44/1 54/11 68/7 75/21 80/11 81/9
sometime [1] 38/19
somewhere [7] 10/8 10/11 15/5 16/6 20/18 21/5 33/21
soon [1] 68/20
sophisticated [1] 70/16
sorry [10] 5/4 10/24 14/25 39/14 48/7 49/8 53/3 54/24 55/16 58/14
sort [1] 44/4
southwestern [1] 65/14
speak [8] 6/21 7/6 39/10 39/23 40/22 44/3 56/16 56/19
speaked [1] 56/20
speaking [8] 13/3 14/14 20/8 41/6 43/9 44/23 45/2 58/17
SPECIAL [5] 2/11 4/9 60/23 61/5 61/10
specific [1] 6/16
specifically [7] 12/5 20/20 23/4 25/7 50/18 70/22 82/2
spell [5] 8/23 24/3 33/7 51/17 63/18
spelled [1] 63/20
spoke [6] 41/2 42/9 45/4 57/25 60/11 74/16
spoken [1] 4/23
spot [1] 41/10
spread [1] 19/17
Spring [1] 1/24 2/8
stand [8] 8/19 23/23 33/2 51/14 63/13 77/14 77/25 82/10
standard [1] 19/6
standing [12] 12/7 15/18 16/25 22/15 25/17 46/2 55/13 57/21 58/4 58/5 75/2 75/13
start [1] 32/10
started [3] 16/16 59/9 70/9
stash [1] 80/24
stashing [3] 65/18 65/19 76/12
state [8] 4/6 8/23 24/3 33/6 51/16 61/17 63/17 65/12
stated [2] 38/11 43/23
statement [3] 61/1 72/10 75/5
statements [2] 74/6 76/2
states [11] 1/1 1/7 1/23 2/6 2/7 2/8 4/4 4/8 48/24 50/18 81/12
station [1] 60/16
steal [1] 54/20
stenographic [1] 83/4
step [6] 23/23 33/2 55/25 63/9 63/13 73/4
STEPHEN [1] 1/5
stick [1] 25/24
sticking [1] 14/10
still [4] 21/4 43/7 45/20 66/14
stipulate [1] 4/23 6/22 32/5
stipulated [1] 74/22
stood [2] 13/8 14/12
stop [1] 80/21
storage [1] 7/1
store [3] 48/12 49/12 49/12
stored [1] 74/23
straight [1] 63/2
strapped [1] 41/25
street [17] 1/24 2/8 2/18 13/17 17/5 21/15 21/16 25/21 26/7 26/9 35/9 52/22 52/23 52/24 53/7 57/2 64/18
strike [2] 10/4 12/1
strikes [2] 33/18 34/4
striking [1] 34/12
stuff [2] 26/6 49/12

subject [3] 19/12 19/17 50/20
submitted [1] 92/10
subsequent [1] 76/2
sufficient [2] 6/17 6/18
suggest [3] 44/4 63/6 74/3
suggesting [1] 48/19
suggests [2] 79/4 81/6
suit [2] 11/14 58/22
suit-type [1] 11/14
summary [1] 77/19
sun [2] 21/13 34/1
support [4] 4/20 24/22 25/12 34/11
supports [2] 47/22 50/21
suppose [1] 64/16
suppress [2] 4/14 61/1
suppressed [2] 74/7 76/3
suppression [1] 32/19
sure [17] 8/9 13/6 13/7 14/6 16/17 16/19 17/11 19/5 19/21 23/6 25/10 27/18 28/15 29/5 29/8 29/21 29/24
surprise [1] 13/7
surrounding [1] 35/9
suspect [10] 15/7 15/20 16/16 17/13 19/7 19/8 24/12 66/13 66/16 66/17
suspicion [2] 67/6 67/8
sustain [1] 51/2
SUTTON [2] 2/17 4/11
SVW [2] 1/9 4/4
sweep [1] 16/22
sweeps [1] 29/20
sworn [10] 8/20 9/1 23/25 24/6 33/4 33/9 51/15 51/20 63/15 63/21

**T**

T-i-m-o-t-h-y [1] 24/5
table [1] 4/8
tactical [3] 34/25 37/21 37/23 38/8
take [3] 5/16 14/19 17/22
taken [2] 50/20 60/15
talk [9] 25/7 28/5 56/14 56/24 57/18 62/19 69/16 76/8 77/7
talked [6] 22/16 56/22 57/23 58/11 61/11 62/18
talking [26] 13/1 15/14 19/25 20/5 20/22 22/9 27/7 28/10 28/13 31/4 45/5 48/5 48/14 50/21 55/16 57/21 58/3 58/5 58/6 58/10 59/9 61/9 68/25 69/2 71/10 71/23
tantamount [1] 80/10
tarp [2] 54/14 54/15
taser [1] 36/11
team [1] 33/14
tell [12] 17/9 22/18 37/5 38/17 49/9 52/22 59/12 61/5 61/21 71/7 72/5 81/6
telling [4] 66/9 71/3 71/4 77/16
temporarily [1] 76/22
ten [7] 34/5 34/6 35/12 44/12 45/23 46/1 46/3
ten feet [4] 44/12 45/23 46/1 46/3
tenant [10] 47/4 47/7 47/8 47/15 47/17 47/20 47/22 80/1 80/2 80/5
tendency [1] 44/3
tent [1] 40/9
test [1] 79/18
testified [15] 9/1 22/15 23/12 24/6 31/3 33/9 37/24 41/11 45/12 51/20 59/21 63/21 77/25 78/11 81/23
testimonies [1] 4/24
testimony [4] 6/22 8/8 51/10 82/4
than [7] 6/7 13/19 21/19 42/19 61/14 66/19 68/21
Thank [24] 7/25 23/16 23/19 31/23 31/24 31/25 32/12 44/8 45/7 48/23 49/18 51/5 56/6 61/4 61/13 62/15 63/9 73/3 73/4 73/23 77/1 77/3 79/10 82/11

that [374]
that's [46] 12/15 13/15 15/8 23/11 33/16 35/23 37/16 38/4 38/23 39/7 41/16 42/11 43/3 43/6 43/22 43/25 44/13 45/15 47/5 47/24 48/3 48/17 48/20 49/6 52/7 52/20 53/16 53/20 53/20 54/1 54/9 54/18 54/20 55/1 55/8 55/8 55/10 55/12 64/7 64/9 64/24 68/5 78/19 81/15 82/6 82/6
their [15] 11/11 11/12 25/12 27/2 29/24 41/21 41/25 47/24 49/13 62/2 73/10 73/13 74/13 75/24 78/9
them [19] 5/9 6/10 6/11 8/13 11/8 27/2 28/20 31/19 37/8 52/1 56/14 56/19 59/21 66/3 68/13 68/20 75/7 81/19 82/8
then [55] 5/2 5/3 6/6 6/18 7/25 9/11 10/4 11/2 11/5 11/21 12/3 13/7 13/8 16/12 20/10 20/16 20/19 22/21 22/22 22/24 25/25 25/25 28/20 31/17 32/9 34/9 40/4 40/5 43/4 44/3 48/21 53/9 53/13 53/19 53/22 54/16 55/2 57/12 57/24 58/8 58/10 58/12 58/17 59/19 59/24 60/5 61/5 62/11 63/2 64/8 68/3 71/6 74/16 74/16 81/4
there [79] 5/9 6/8 7/11 10/7 10/11 10/15 11/4 11/5 11/24 12/10 12/13 12/13 13/6 13/18 13/20 14/15 14/22 14/23 15/1 15/1 16/20 18/23 20/25 21/15 23/4 23/8 24/22 25/22 26/2 26/4 26/24 26/25 27/4 28/7 28/7 28/17 30/1 32/1 33/17 34/4 35/16 35/18 37/6 38/4 39/16 39/18 40/15 41/13 46/20 47/21 48/10 48/12 53/23 54/1 54/14 56/18 57/21 58/4 58/5 59/7 60/18 60/25 62/10 67/19 67/25 68/8 72/12 75/24 76/14 76/17 76/18 77/4 77/17 77/22 77/22 77/22 77/23 78/8 78/16
there's [7] 9/22 35/9 48/9 50/7 50/16 55/21 78/16
therefore [4] 76/1 76/10 76/18 80/19
thereof [1] 75/19
these [3] 8/11 52/9 62/2
they [99]
they're [2] 5/11 19/8
thigh [1] 41/25
thighs [1] 42/2
thing [3] 6/14 81/24 82/4
things [7] 6/20 7/9 48/12 62/14 62/24 70/19 76/9
think [17] 7/12 11/8 15/13 15/18 17/23 21/2 21/17 23/5 25/12 27/11 28/18 28/21 32/21 48/1 48/2 48/3 58/21 58/24 62/25 65/16 81/17
this [78] 4/13 6/23 7/10 14/11 15/4 17/25 18/5 18/7 21/10 21/23 23/20 24/11 24/15 25/8 26/13 27/10 27/20 29/3 32/1 33/20 33/22 34/22 35/1 36/20 37/13 37/15 41/4 42/5 42/17 43/21 45/19 47/21 48/10 50/1 50/7 50/9 50/15 50/17 50/25 52/12 52/22 52/24 53/7 53/11 53/13 53/14 53/14 54/8 54/25 55/2 55/7 55/16 59/17 60/3 64/1 64/15 64/17 64/18 64/21 64/21 67/10 67/12 67/13 67/15 67/15 69/12 71/2 73/24 74/9 74/10 74/11 74/25 76/20 77/19 80/16 80/16 81/21 81/23
THOMAS [3] 3/8 33/8 33/9
those [12] 5/6 5/16 6/24 8/10 8/14 35/17 35/17 52/3 68/6 68/13 80/12 81/6
though [1] 80/19
thought [2] 6/7 65/18
threat [1] 16/20
threats [2] 77/23 78/10
three [3] 38/3 52/1 68/2
through [5] 9/20 20/1 20/4 26/21 66/9
Thursday [1] 7/13
time [49] 4/13 7/12 9/14 9/17 10/5 11/3 15/4 16/23 17/25 18/5 18/7 18/9 18/20 20/9 20/16

**T**

time... [34] 20/21 20/23 20/24 21/5 21/11
21/23 22/1 24/20 25/8 26/13 26/17 27/10
30/3 32/7 33/20 35/22 38/10 38/13 38/16
42/20 42/23 45/17 45/18 45/19 50/3 50/17
50/18 50/22 52/12 54/23 56/4 59/7 71/16
74/23
timeline [1] 50/21
times [1] 77/21
timewise [1] 5/14
Timothy [1] 24/4
today [4] 10/18 50/9 77/14 77/25
together [1] 45/1
told [30] 18/19 18/24 28/20 28/22 37/3 39/17
40/23 58/10 59/13 59/16 59/19 60/5 60/8
60/23 60/24 61/6 61/20 66/3 66/15 70/12
70/15 70/21 71/6 78/4 81/20 81/20 81/22
82/5 82/8 82/8
tomorrow [3] 7/13 7/14 7/23
too [2] 59/2 61/1
took [2] 27/1 38/7
tops [2] 5/19 17/24
total [3] 11/2 34/10 77/19
toward [1] 15/18 16/4 68/10
towards [5] 33/18 40/13 41/12 55/3 65/14
trails [1] 44/1
transcribed [1] 8/2
transcript [2] 1/15 83/4
Translator [1] 7/23
transmission [2] 49/4 81/12
transmissions [1] 50/2
triangulated [1] 12/2
tries [1] 75/12
trouble [1] 39/13
true [2] 67/3 83/3
trumps [1] 80/1
truth [2] 28/22 71/7
try [4] 8/13 25/2 80/6 80/11
trying [10] 11/25 12/6 12/13 23/5 25/22 27/2
27/18 29/11 44/2 79/4
Tujunga [1] 10/4
turn [1] 51/23
turned [3] 28/3 31/3 74/13
turning [2] 52/18 54/16
twice [2] 42/17 42/18
two [21] 5/6 5/19 6/10 10/15 10/16 11/5 12/9
14/7 17/1 27/4 28/7 32/3 34/8 34/9 37/6
41/21 48/14 50/16 77/8 77/20 81/5
Tynon [1] 7/3
type [2] 11/14 40/10
typical [1] 19/8

**U**

U.S [1] 1/5
Uh [1] 55/6
Uh-huh [1] 55/6
ultimately [3] 9/11 12/14 26/18
umbrella [2] 54/8 55/9
uncle [1] 28/11
under [3] 46/23 47/3 81/16
understanding [4] 6/2 29/25 47/2 73/10
uniform [8] 10/17 11/14 25/11 25/13 36/7
36/8 58/23 58/25
uniformed [1] 41/17
uniforms [1] 41/19
unit [2] 14/17 24/21
UNITED [8] 1/1 1/7 1/23 2/6 2/7 2/8 4/4 4/8
units [1] 34/11
unlawful [1] 76/25
unless [1] 6/11
unrelated [2] 8/2 80/18
unsure [2] 65/20 66/14

until [8] 7/13 14/1 20/2 27/11 57/25 62/5
62/6 62/8
up [13] 9/11 17/3 18/22 25/1 25/4 25/21 26/7
26/9 27/1 35/6 37/7 56/21 63/3
upon [11] 9/11 47/14 65/25 66/12 66/20 74/5
75/23 76/2 76/6 76/23 81/6
upset [1] 28/10
us [18] 12/23 13/7 14/7 16/21 28/18 30/13
34/10 38/18 38/19 40/5 41/10 52/19 52/22
52/23 53/1 61/21 70/21 71/7
use [5] 7/12 30/5 49/10 61/22 66/10
used [1] 49/12
usual [2] 30/9 62/21

**V**

valid [1] 78/7
verbiage [1] 23/4
versus [4] 4/5 78/22 79/5 79/21
very [12] 22/5 22/14 50/22 65/13 69/21 70/16
77/6 77/8 77/11 77/12 78/12 78/15
vest [1] 36/13
vicinity [1] 71/9 72/12
Victory [1] 10/3
view [2] 64/18 79/24
viewed [1] 66/9
violent [2] 37/17 39/3
visual [1] 20/6
voice [1] 44/1
voluntarily [2] 77/7 78/8
voluntary [1] 80/1

**W**

W-o-o-l-n-e-r [1] 63/20
Wait [1] 60/25
walk [8] 45/24 57/13 57/18 58/9 58/10 58/15
74/5 81/19
walked [7] 43/4 45/12 56/14 57/12 57/14
74/16 77/10
walking [2] 46/19 52/21
want [8] 8/9 8/15 25/7 29/9 37/17 44/7 58/3
62/19
wanted [5] 28/18 39/5 51/8 61/20 61/24
warned [1] 65/25
warrant [3] 76/22 76/24 78/11
was [300]
wasn't [5] 16/15 21/3 21/13 27/11 41/10
watch [1] 81/19
watching [1] 58/6
water [1] 72/22
way [10] 7/10 15/23 28/9 46/7 54/1 65/20
77/13 79/3 80/10 81/15
we'd [1] 51/7
we'll [2] 8/10 32/9
we're [9] 6/4 32/21 48/5 48/14 50/21 52/19
55/16 73/7 73/16
weapon [2] 65/19 65/23
weapons [8] 11/16 11/17 11/22 13/13 19/1
19/6 19/7 19/9
wearing [11] 10/17 10/18 10/22 11/14 11/20
36/7 36/7 36/15 58/22 58/22 58/24
well [18] 4/19 5/13 5/14 7/9 18/23 19/4 19/12
24/22 41/23 42/20 42/25 48/11 49/16 51/2
62/22 63/1 75/14 80/8
went [19] 13/4 13/8 20/9 20/10 28/19 29/23
37/20 37/24 38/3 41/1 41/13 45/4 56/12

58/12 59/18 60/3 69/13 70/7 70/9
were [146]
weren't [6] 8/9 19/5 21/15 57/21 62/8 64/4
what [94]
what's [4] 50/15 53/19 55/17 59/13
when [70] 10/12 10/17 11/23 11/24 12/25
13/25 14/3 14/5 15/8 15/14 15/20 16/3 18/10
18/14 19/1 19/8 19/14 19/23 19/25 20/2 20/7
20/22 22/15 23/11 23/14 23/15 24/15 24/17
24/24 25/17 26/2 26/20 26/21 27/7 27/7
28/13 28/16 29/10 29/18 29/23 31/7 34/3
35/1 37/6 37/7 38/17 40/18 44/23 49/6 50/2
50/9 50/12 53/1 58/11 59/7 64/24 66/18
66/19 67/17 67/17 68/17 68/22 69/2 71/9
71/19 71/23 72/18 72/18 77/24 80/8
where [57] 9/12 11/25 12/11 12/24 15/4
15/17 15/20 16/7 22/23 24/12 25/2 26/7
28/20 30/6 31/11 37/8 41/8 41/9 41/13 45/19
46/1 47/14 48/7 48/8 49/6 52/20 53/10 53/25
54/7 54/19 54/22 55/7 55/9 55/11 55/12
55/16 55/16 55/17 59/12 59/16 60/5 61/7
61/18 61/20 61/24 61/25 63/1 64/7 70/1
74/23 80/3 80/15 80/17 80/21 80/23 81/11
81/20
wherever [1] 78/3
whether [19] 11/20 13/13 14/15 16/10 18/23
23/6 36/24 37/1 39/11 42/9 42/12 42/14
42/15 42/24 44/14 48/15 48/17 75/6 75/16
which [9] 12/8 17/12 32/24 48/9 49/22 51/9
64/4 65/15 72/8
while [3] 14/12 21/24 74/17
white [1] 35/4
who [42] 4/11 4/18 5/4 6/1 6/18 7/11 8/10
8/14 8/15 12/18 14/5 14/6 14/13 14/24 15/14
17/11 24/20 25/22 27/3 27/4 28/8 28/17 31/4
31/14 32/22 34/12 34/20 35/21 37/11 38/22
40/16 40/19 46/25 47/4 48/15 56/16 57/6
63/25 65/4 69/13 71/3 73/12
whoever [1] 28/3
whose [1] 46/20
why [10] 9/19 39/16 39/17 46/10 46/10 46/15
61/12 73/21 77/13 77/16
will [9] 4/23 5/16 5/23 33/2 44/5 48/10 51/9
76/5 82/10
WILSON [1] 1/5
window [1] 66/10
wish [2] 4/18 8/11
withdraw [3] 6/3 73/10 73/14
withdrawing [1] 73/18
withdrawn [1] 78/18
within [6] 11/6 30/14 46/1 50/13 65/13 68/21
without [3] 50/19 65/6 78/16
witness [19] 8/20 9/1 23/25 24/6 32/1 33/2
33/4 33/9 48/11 49/14 49/19 51/6 51/13
51/20 53/12 63/10 63/15 63/21 73/5
witness's [1] 51/10
witnessed [2] 13/14 22/8
witnesses [7] 3/3 3/12 4/20 32/8 32/22 73/7
73/8
Wolner [41] 4/25 5/3 6/13 6/16 11/8 11/9
15/10 15/14 15/21 15/23 16/8 16/13 17/2
17/3 17/19 18/3 19/19 19/23 20/22 21/25
22/16 22/18 30/15 32/10 32/11 38/11 40/11
44/24 45/2 45/5 63/12 63/25 75/7 75/14
75/17 76/11 77/15 80/24 81/24 82/1 82/2
Wolner's [1] 17/21
woman [4] 12/14 12/16 13/9 14/15 15/2
20/1 28/5 28/14 68/4 68/4 69/13
women [4] 27/4 28/7 28/24 31/9
won't [1] 82/3
WOOLNER [3] 3/9 63/20 63/21
word [3] 23/5 23/5 26/16
words [8] 8/8 44/4 47/15 50/25 61/22 61/23

# W

words... [2] 63/3 80/12
would [38]  6/22 7/9 7/22 8/16 9/16 9/18 10/8
10/11 12/8 12/23 14/1 14/7 14/16 14/22
15/15 17/12 19/3 20/17 23/6 27/5 29/5 32/6
44/25 46/13 46/24 48/6 50/23 52/12 52/23
56/2 66/18 73/14 74/1 74/3 75/4 76/21 78/11
79/2
wouldn't [3]  11/8 38/4 82/8
write [1]  50/3
written [1]  61/10
wrong [1]  31/18
wrought [1]  35/4
wrought-iron [1]  35/4

# Y

yard [18]  16/19 16/22 17/10 21/1 21/18
21/19 26/21 38/18 40/2 40/6 40/7 41/9 54/19
68/20 71/19 74/2 77/7 77/21
yeah [23]  17/6 22/20 25/12 25/14 26/4 26/19
27/15 27/17 38/3 39/10 39/23 41/13 41/21
52/24 53/11 54/15 54/21 56/15 57/15 57/19
59/8 59/16 62/1
year [4]  24/11 41/6 64/1 74/1
years [2]  40/23 43/11
yell [2]  12/14 12/16
yelled [1]  68/7
yelling [4]  26/3 26/4 68/3 68/6
yes [134]
yet [1]  60/1
you [416]
you're [11]  10/18 31/24 37/11 38/10 44/3
48/19 58/17 64/16 68/17 71/2 73/18
you've [1]  4/20
your [133]
yourself [2]  37/20 44/5