ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
MELISSA EPSTEIN MILLS (Cal. State Bar No.: 248529)
Assistant United States Attorney
National Security Section
       1300 United States Courthouse
       312 North Spring Street
       Los Angeles, California 90012
       Telephone: (213) 894-0627
       Facsimile: (213) 894-6436
       E-mail:   Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

               FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )    CR No. 12-345-SVW
                               )
               Plaintiff,      )    STIPULATION REGARDING REQUEST FOR
                               )    (1) CONTINUANCE OF TRIAL DATE AND
               v.              )    (2) FINDINGS OF EXCLUDABLE TIME
                               )    PERIODS PURSUANT TO SPEEDY TRIAL
ADAM GARDENHIRE,               )    ACT
                               )
               Defendant.      )    **CURRENT TRIAL DATE: 10/2/12**
                               )    **PROPOSED TRIAL DATE: 11/27/12**
                               )
                               )
_____)

       Plaintiff United States of America, by and through its

attorney of record, Assistant United States Attorney Melissa

Mills, and defendant Adam Gardenhire, both individually and by

and through his counsel of record, Deputy Federal Public Defender

Craig Harbaugh, hereby stipulate as follows:

       1.    The Indictment in this case was filed on April 17,

2012.  Defendant first appeared before a judicial officer

of the court in which the charges in this case were pending on

April 18, 2012.  The Speedy Trial Act, 18 U.S.C. § 3161,
originally required that the trial commence on or before June 27,
2012.

2.   On April 18, 2012, the Court set a trial date of June
12, 2012.

3.   Defendant is released on bond pending trial.  The
parties estimate that the trial in this matter will last
approximately three to four days.

4.   The Court has previously continued the trial date in
this case from June 12, 2012, to October 2, 2012, and found the
interim period to be excluded in computing the time within which
the trial must commence, pursuant to the Speedy Trial Act.

5.   By this stipulation, defendant moves to continue the
trial date to November 27, 2012.  This is the third request for a
continuance.

6.   The parties request the continuance based upon the
following facts, which the parties believe demonstrate good cause
to support the appropriate findings under the Speedy Trial Act:

a.   Defendant is charged with violations of 18 U.S.C. §
39A: aiming a laser pointer at an aircraft.  The government has
produced discovery to the defense.

b.   In addition to defense counsel's extensive
caseload, he will be working on drafting and finalizing a
petition for writ of certiorari in *Trinidad y Garcia v. Thomas*,
Nos. 12A144 & 12A200 (U.S. 2012), which is due on or before
October 6, 2012.  Accordingly, counsel represents that he will
not have the time that he believes is necessary to prepare to try
this case on the current trial date.

2

1      c.   In light of the foregoing, counsel for defendant
2  also represents that additional time is necessary to confer with
3  defendant, conduct and complete an independent investigation of
4  the case, conduct and complete additional legal research
5  including for potential pre-trial motions, review the discovery
6  and potential evidence in the case, and prepare for trial in the
7  event that a pretrial resolution does not occur.  Defense counsel
8  represents that failure to grant the continuance would deny him
9  reasonable time necessary for effective preparation, taking into
10 account the exercise of due diligence.
11      d. On August 6, 2012, defendant filed a motion to
12 suppress statements and evidence.  The motion was heard on
13 September 4, 2012, and was taken under submission by the Court.
14 No ruling has yet been issued.
15      e.   Defendant believes that failure to grant the
16 continuance will deny him continuity of counsel and adequate
17 representation.
18      f.   The government does not object to the continuance.
19      g.   The requested continuance is not based on
20 congestion of the Court's calendar, lack of diligent preparation
21 on the part of the attorney for the government or the defense, or
22 failure on the part of the attorney for the Government to obtain
23 available witnesses.
24      7.   For purposes of computing the date under the Speedy
25 Trial Act by which defendant's trial must commence, the parties
26 agree that the time period August 14, 2012, through November 27,
27 2012, inclusive, should be excluded pursuant to 18 U.S.C.
28

3

1   §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the
2   delay results from a continuance granted by the Court at
3   defendant's request, without government objection, on the basis
4   of the Court's finding that: (i) the ends of justice served by
5   the continuance outweigh the best interest of the public and
6   defendant in a speedy trial; (ii) failure to grant the
7   continuance would be likely to make a continuation of the
8   proceeding impossible, or result in a miscarriage of justice;
9   and (iii) failure to grant the continuance would unreasonably
10  deny defendant continuity of counsel and would deny defense
11  counsel the reasonable time necessary for effective preparation,
12  taking into account the exercise of due diligence.
13      8.   In addition, the parties agree that the time period of
14  August 6, 2012, to the future reasonable date on which the Court
15  rules on defendant's suppression motion, inclusive, should be
16  excluded pursuant to 18 U.S.C. § 3161(h)(1)(D), because it
17  constitutes a delay resulting from a pretrial motion, from the
18  filing of the motion through the prompt resolution of the motion.
19  ///
20  ///
21  ///
22
23
24
25
26
27
28

4

1     9.   Nothing in this stipulation shall preclude a finding
2  that other provisions of the Speedy Trial Act dictate that
3  additional time periods be excluded from the period within which
4  trial must commence. Moreover, the same provisions and/or other
5  provisions of the Speedy Trial Act may in the future authorize
6  the exclusion of additional time periods from the period within
7  which trial must commence.

8     IT IS SO STIPULATED.

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

September 20, 2012
DATE

/s/ Melissa Mills
MELISSA MILLS
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

09/19/2012  16:24   2138944689                    6TH FLR FPD TRIAL                              PAGE  07/07

1    I am Adam Gardenhire's attorney.  I have carefully discussed

2    every part of this stipulation and the continuance of the trial

3    date with my client. I have fully informed my client of his

4    Speedy Trial rights.  To my knowledge, my client understands

5    those rights and agrees to waive them.  I believe that my

6    client's decision to give up the right to be brought to trial

7    earlier than November 27, 2012, is an informed and voluntary one.

8

9    September 20, 2012            /s/ Craig A. Harbaugh
     DATE                         CRAIG HARBAUGH
10                                Deputy Federal Public Defender

11                                Attorney for Defendant
                                  Adam Gardenhire
12

13    I have read this stipulation and have carefully discussed it

14   with my attorney.  I understand my Speedy Trial rights.  I

15   voluntarily agree to the continuance of the trial date, and give

16   up my right to be brought to trial earlier than October 2, 2012.

17   I understand that I will be ordered to appear in Courtroom 6 of

18   the Federal Courthouse, 312 N. Spring Street, Los Angeles,

19   California on November 27, 2012, at 9:00 a.m.

20

21   Sep. 20, 2012                 ADAM GARDENHIRE
     DATE
22

23

24

25

26

27

28

                                   6