UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 12-345-SVW |
| | ) | |
| Plaintiff, | ) | <u>ORDER CONTINUING  TRIAL DATE AND</u> |
| | ) | <u>FINDINGS REGARDING EXCLUDABLE</u> |
| v. | ) | <u>TIME PERIODS PURSUANT TO SPEEDY</u> |
| | ) | <u>TRIAL ACT</u> |
| ADAM GARDENHIRE, | ) | |
| | ) | **TRIAL DATE: 11/27/12**, 9:00 a.m. |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on September 21, 2012.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

    The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and

defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from October 2, 2012, to November 27, 2012, at 9:00 a.m.

2. The time period of October 2, 2012, through November 27, 2012, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant shall appear in Courtroom 6 of the Federal Courthouse, 312 N. Spring Street, Los Angeles, California on November 27, 2012, at 9:00 a.m.

4. In addition, the time period of August 6, 2012, to the future reasonable date on which the Court rules on defendant's suppression motion, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D), because it constitutes a delay resulting from a pretrial motion, from the filing of the motion through the prompt resolution of the motion.

5. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions

of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

September 21, 2012
DATE

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE