ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
MELISSA EPSTEIN MILLS (Cal. State Bar No.: 248529)
Assistant United States Attorney
National Security Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0627
    Facsimile: (213) 894-6436
    E-mail: Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 12-345-SVW |
| Plaintiff, | **GOVERNMENT'S OBJECTION TO PRESENTENCE INVESTIGATION REPORT** |
| v. | |
| ADAM GARDENHIRE, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby files its objection to the Presentence Investigation Report ("PSR") relating to defendant Adam Gardenhire.

///
///
///

The government's objection is based upon the attached memorandum of points and authorities, the attached declaration and exhibit, the files and records in this case, the Pre-Sentence Investigation Report, and any other evidence or argument that the Court may consider at the time of sentencing.

DATED: January 3, 2013          Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
MELISSA MILLS
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

**MEMORANDUM OF POINTS AND AUTHORITIES**

On March 29, 2012, defendant was charged in a two-count indictment aiming a laser pointer at an aircraft, in violation of 18 U.S.C. § 39A. On October 29, 2012, pursuant to a plea agreement, defendant entered a plea of guilty to count one of the indictment. Defendant reserved the right to appeal the Court's denial of his motion to suppress statements and evidence.

On December 21, 2012, the United States Probation Office ("USPO") issued a Pre-Sentence Investigation Report ("PSR") and a separate sentencing-recommendation letter in this matter. The parties did not stipulate to any sentencing factors, and the United States Sentencing Guidelines ("USSG") do not directly specify a guideline for the statute of conviction. Pursuant to USSG § 2X5.1, which requires application of the most analogous guideline in the absence of a directly applicable guideline, the USPO has recommended that the Court apply USSG § 2A5.2, which governs interference with navigation or operation of a mass transportation vehicle. (PSR ¶¶ 18-20.) The government concurs with this analysis, and with the USPO's conclusion that because defendant's actions recklessly endangered the safety of an aircraft, USSG § 2A5.2(a)(2)(A) applies, with a resulting base offense level of 18. Defendant is entitled to a three-level downward adjustment for acceptance of responsibility. The government concurs with the USPO that defendant is not entitled to any further downward adjustments, and that the total offense level is 15. (PSR ¶ 29.)

The government does not object to the USPO's determination that defendant has one criminal history point and a criminal

history category of I. (PSR ¶¶ 34-38.) The Sentencing Guidelines range corresponding to a total offense level of 15 and a criminal history category of I is 18 to 24 months imprisonment.

The government objects to the statement in the PSR that defendant has been in full compliance with the terms of his pretrial supervision, with the exception of one missed drug test in November 2012. (PSR ¶ 7.) The Pretrial Services Agency has confirmed that, in addition to the missed drug test on November 9, 2012, defendant tested positive for cocaine on May 1, 2012, in violation of the terms of his supervision. (Mills Declaration; Exh. A.) This erroneous statement in the PSR does not affect defendant's sentencing guidelines.

DATED: January 3, 2013        Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


            /s/
MELISSA MILLS
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DECLARATION OF MELISSA MILLS

I, Melissa Mills, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the United States in the matter of United States v. Adam Gardenhire, No. CR 12-345-SVW. I make this declaration in connection with the Government's Objection to the Presentence Investigation Report.

2. On December 21, 2012, and again on January 3, 2013, I communicated with Supervisory United States Pretrial Services ("PSA") Officer Jamille Nicholas about defendant's compliance with the terms of his supervision. PSA Officer Nicholas advised that defendant tested positive for cocaine on May 1, 2012.

3. Attached hereto as Exhibit A is a true and correct copy of my email exchange with PSA Officer Nicholas. While the email states that the positive cocaine test occurred on May 1, 2011, PSA Officer Nicholas subsequently confirmed to me by telephone on January 3, 2013, that "2011" was a typographical error and that the test occurred on May 1, 2012.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge. Executed this 3rd day of January, 2013, in Los Angeles, California.

_____
MELISSA MILLS
Assistant United States Attorney

5