**Mills, Melissa (USACAC) 2**

| | |
|---|---|
| **From:** | Jamille_Nicholas@cacpt.uscourts.gov |
| **Sent:** | Friday, December 21, 2012 8:35 PM |
| **To:** | Mills, Melissa (USACAC) 2 |
| **Subject:** | Re: Adam Gardenhire |

Melissa,

The defendant tested positive for cocaine on 5/1/2011. Since that time, he has not submitted a urine sample that tested positive for any illegal substances. The defendant has remained in compliance since 5/1/2011. If you have any further questions please feel free to contact me.

Happy Holidays!

Jamille D. Nicholas
Supervisory U.S. Pretrial Services Officer Central District of California-Los Angeles
(213)894-1338 Direct
(213)894-5370 Fax


From:   "Mills, Melissa (USACAC) 2" <Melissa.Mills@usdoj.gov>
To:     "jamille_nicholas@cacpt.uscourts.gov"
        <jamille_nicholas@cacpt.uscourts.gov>
Date:   12/21/2012 02:57 PM
Subject: Adam Gardenhire


Jamille, I left you a voicemail message today about this defendant, as the duty officer told me that you are now assigned to the case. It is my understanding that Gardenhire tested positive for cocaine early in his supervision (I think the violation was filed on or around 5/11/12), but the PSR states that all of his drug tests were clean.

When you have a moment, can you confirm whether he did violate, and if so, if it was for a positive cocaine test or something else? And if there were any other violations, I would be interested in that information as well. I would like to talk to Probation if the PSR needs to be amended. Thanks very much for your help, and happy holidays.

Melissa


Melissa Mills
Assistant United States Attorney
United States Attorney's Office | 312 N. Spring St., 13th Floor | Los Angeles, CA 90012
T: 213.894.0627 | F: 213.894.6436 | melissa.mills@usdoj.gov