SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
CRAIG A. HARBAUGH (No. 194309)
Deputy Federal Public Defender
(E-mail: Craig_Harbaugh@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-7865
Facsimile (213) 894-0081

Attorneys for Defendant
ADAM GARDENHIRE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ADAM GARDENHIRE,<br><br>　　　　　　Defendant. | NO. CR 12-00345-SVW<br><br>**EX PARTE APPLICATION REQUESTING CONTINUANCE OF SENTENCING HEARING** |

Defendant Adam Gardenhire, by and through his counsel of record, Deputy Federal Public Defender Craig A. Harbaugh, hereby applies to this Honorable Court for an order granting a continuance of the sentencing hearing presently scheduled for January 28, 2013 at 11:00 a.m. to February 25, 2013 at 11:00 a.m.  The Government does not oppose.  This application is based upon the attached declaration of counsel and all files and records in this case, and such further information as may be provided to the Court.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　SEAN K. KENNEDY
　　　　　　　　　　　　　　　　　　Federal Public Defender

DATED: January 11, 2013　　　　　By  */s/ Craig A. Harbaugh*
　　　　　　　　　　　　　　　　　　CRAIG A. HARBAUGH
　　　　　　　　　　　　　　　　　　Deputy Federal Public Defender

## DECLARATION OF CRAIG A. HARBAUGH

I, Craig A. Harbaugh, hereby state and declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am a Deputy Federal Public Defender in the Central District of California. I represent defendant in this action.

2. I require additional time to prepare Mr. Gardenhire's sentencing position paper. In addition, I am working toward obtaining additional sentencing letters. Accordingly, I am requesting a sentence hearing date of February 25, 2013, with the defendant's sentencing position due on or before February 11, 2013.

3. On January 4, 2013, I sent an email message to Assistant United States Attorney Melissa Mills requesting the Government's position regarding the instant request. AUSA Mills responded that the Government did not oppose the request.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

DATED: January 11, 2013          /s/ Craig A. Harbaugh
                                 CRAIG A. HARBAUGH
                                 Deputy Federal Public Defender