SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail:  Sean_Kennedy@fd.org)
CRAIG A. HARBAUGH (No. 194309)
Deputy Federal Public Defender
(E-mail: Craig_Harbaugh@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-7865
Facsimile (213) 894-0081

Attorneys for Defendant
ADAM GARDENHIRE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                  v.<br><br>ADAM GARDENHIRE,<br><br>                              Defendant. | NO. CR 12-00345-SVW<br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

         GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the

sentencing hearing in this case is continued from January 28, 2013 at 11:00 a.m. to

February 25, 2013 at 11:00 a.m. with the defendant's sentencing position due on or

before  February 11, 2013.

DATED:  January 17, 2013

_____
HON. STEPHEN V. WILSON
United States District Judge