# EXHIBIT A

**The New York Times**                    Search All NYTimes.com [Go]

# Health

WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS

**Search Health** 3,000+ Topics

[                    ] [Go]

**Inside Health**
Research | Fitness & Nutrition | Money & Policy | Views | Health Guide

## Lasers Rise as Threat to Retinas

 

Photographs by Marcus Yam for The New York Times

**BLIND SPOT** Dr. Robert G. Josephberg, a retina specialist, and the eye exam of a teenage patient of his who was injured by a laser.

By CHRISTINE NEGRONI
Published: February 28, 2011

So far, the reports have been scattered and anecdotal. But eye doctors around the world are warning that recent cases of teenagers who suffered eye damage while playing with high-powered green laser pointers are likely to be just the first of many.

"I am certain that this is the beginning of a trend," said Dr. Martin Schmid, a Swiss ophthalmologist who reported one such case last September in The New England Journal of Medicine.

The pointers, which have also been implicated in a ninefold increase over five years in reports of lasers' being aimed at airplanes, are easier than ever to order online, doctors say — even though they are 10 to 20 times as powerful as the legal limit set by the Food and Drug Administration.

At the American Academy of Ophthalmology, a spokeswoman said the group was unaware of any increase in eye injuries caused by lasers. But doctors interviewed for this article said they were shocked by the easy availability of high-powered lasers.

Not long ago a high school student went to see Dr. Robert G. Josephberg, a retina specialist at Westchester Medical Center in Valhalla, N.Y., complaining of a blind spot in his left eye. The boy, who did not want to be identified, said the injury occurred when a friend waved a green laser pointer in front of his face.(Whether it will heal completely is uncertain.)

Dr. Josephberg said that at first he doubted the story. "I didn't believe that a green laser was out there that could cause the damage," he said.

But it turned out the laser put out 50 milliwatts of power, 10 times the F.D.A. limit. And as he investigated his patient's case, Dr. Josephberg went online and bought a 100-milliwatt pointer for $28. He could hardly believe how easy it was.

RECOMMEND
TWITTER
LINKEDIN
SIGN IN TO E-MAIL
PRINT
REPRINTS
SHARE

**What's Popular Now** 

**Price for a New Hip? Many Hospitals Are Stumped**
February 11, 2013, 12:20 PM
**Picking Addiction Help**
February 11, 2013, 12:01 AM
**Think Like a Doctor: A Confused and Terrified Patient Solved**
February 8, 2013
**One Dish, One Hour**
February 8, 2013
**Aging Easy Riders Beware**
February 8, 2013

**Health & Fitness Tools**



BMI Calculator
What's your score? »

**MOST POPULAR - HEALTH**

E-MAILED | BLOGGED | VIEWED

1. Recipes for Health: Mushroom and Spinach Frittata
2. Well: Price for a New Hip? Many Hospitals Are Stumped
3. Well: Picking Addiction Help
4. Recipes for Health: Stir-Fried Cabbage, Tofu and Red Pepper
5. Recipes for Health: Quick Tomato, White Bean and Kale Soup
6. Well: One Dish, One Hour
7. Well: Effective Addiction Treatment
8. Well: Gluten-Free, Whether You Need It or Not
9. Recipes for Health: Couscous With Tomatoes, Kale and Chickpeas
10. Well: Aging Easy Riders Beware

Go to Complete List »

Log in to see what your friends are sharing on nytimes.com.
Privacy Policy | What's This?

Log In With Facebook

000011

"I kept waiting for the error message telling me I could not complete the purchase," he said.

Like household lights, lasers are measured in watts, but the similarity ends there. A 100-watt incandescent bulb produces about five watts of visible light; the five-milliwatt laser is only one-thousandth as powerful. But because the light from a bulb is diffuse and a laser beam is concentrated, the effect of five milliwatts on the eye is 10,000 times as intense, according to Samuel M. Goldwasser, a laser expert and author of the online guide Sam's Laser FAQ.

Dr. Jerald A. Bovino of the American Retina Foundation says the way the eye focuses can also intensify the laser.

"It is going to the fovea, the center of the retina," he said. The darker pigment in the fovea absorbs the light as heat, quickly raising the temperature of the retina the same way a black car seat gets hot as it absorbs the sun.

Dr. Kimia Ziahosseini of the St. Paul's Eye Unit at Royal Liverpool University Hospital in England says the dangers are so acute that even the F.D.A.'s five-milliwatt limit is too high.

"Laser pointers available for sale to general public should be less than one milliwatt," she said. "Anything more than this puts people at risk by the criminally minded or those who are unaware of the risks."

In a consumer update in December, the F.D.A. said it was aware that illegal laser pointers were being sold and warned that "a higher-powered laser gives you less time to look away before injury can occur, and as power increases, eye damage may happen in a microsecond."

Daniel Hewett, a health promotion officer at the agency, said by e-mail, "There are many noncompliant products available for purchase from retailers, importers and, of course, via the Internet." He noted that the agency had seized products from Wicked Lasers, an online store based in Hong Kong.

Steve Liu, chief executive of Wicked Lasers, said in an interview that its products did not violate the F.D.A. restrictions because those over the five-milliwatt limit were not called pointers.

Moreover, he added, "we make it extremely clear on our Web pages that these lasers are not only eye hazards but fire hazards." And he said the company would begin offering laser safety lessons to its customers before online checkout.

Several laser experts say the enforcement of regulations is already insufficient and ineffective. "It's a whole can of worms," Dr. Goldwasser said, recalling that he recently received a 100-milliwatt laser as a gift from Wicked Lasers. To rein in all the hazardous products out there — from virtual stores to flea markets — would be impossible, he said.

And any talk of restricting availability is certain to meet resistance from the large community of laser enthusiasts, including those who use them professionally (like contractors and astronomers) and hobbyists like 18-year-old Alex Triano of Staten Island.

Since middle school, with his parents' permission, Mr. Triano has been building lasers in his home, wearing safety goggles. "You learn so much in a hobby like this: electronics, soldering, physics," he said. "And you learn about light, you learn about optics. You also learn a lot of mechanical things."

The laser injuries Dr. Shepard Bryan has seen at his practice in Mesa, Ariz., involved red lasers, which laser fans like Mr. Triano consider passé. Green is more easily perceived by the eye and the beam is visible along its path.

But green lasers are also more dangerous. Green is more easily absorbed by the retina

000012

than red, so it requires less exposure to cause damage. (Dr. Bryan's cases involved an 11-year-old girl who focused on the light as part of an endurance game and a young man who also looked directly into the pointer.)

"Right now I haven't seen an epidemic of injuries," Dr. Bryan said, but he added that the potential was there. "In the hands of children it's a very scary proposition."

*This article has been revised to reflect the following correction:*

**Correction: March 2, 2011**

An article on Tuesday about eye doctors' warnings of hazards from high-powered green laser pointers sold on the Internet misstated the given name of the chief executive of Wicked Lasers, who said his company's products did not violate Food and Drug Administration restrictions because they are not called pointers. He is Steve Liu, not Sam.

*This article has been revised to reflect the following correction:*

**Correction: March 3, 2011**

An article on Tuesday about eye doctors' warnings of hazards from high-powered green laser pointers misstated part of the name of the physicians' association whose spokeswoman said it was unaware of any increase in eye injuries caused by lasers. It is the American Academy of Ophthalmology, not the American Association of Ophthalmologists.

A version of this article appeared in print on March 1, 2011, on page D5 of the New York edition.

SIGN IN TO E-MAIL

PRINT

REPRINTS

**Get Free E-mail Alerts on These Topics**

Laser (Light Amplification by Stimulated Emission of Radiation)
Eyes and Eyesight
Accidents and Safety
Medicine and Health

**INSIDE NYTIMES.COM**                                                          ◄ | ►

| WORLD » | OPINION » | BUSINESS » | THEATER » | OPINION » | T MAGAZINE » |
|---|---|---|---|---|---|
|  |  |  |  | **What Do the Older Jobless Need?** Job seekers in their 50s and 60s are struggling. Room for Debate asks: Should they train for new fields? Or take internships? |  |
| Conspiracy Buffs Gain in Court Ruling on Crash | Letters: Police Dishonesty in the Courtroom | In Makeover, Channel Takes Cue From Esquire | An Arctic Awakening With Song and Soul | | The Circus of Fashion |

000013

# EXHIBIT B

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription   04/01/2012

ADAM GARDENHIRE, date of birth ███████, social security number ███████, address ███████, North Hollywood, California, home phone number ███████, California identification card number ███████, was interviewed at the Los Angeles Police Department's North Hollywood Station. After being advised of the identity of the interviewing agents and the nature of the interview, GARDENHIRE provided the following:

Before beginning the interview, agents provided GARDENHIRE with an FD-395 Advice of Rights form, which was read out loud to GARDENHIRE as he read along. GARDENHIRE stated that he understood the form and GARDENHIRE agreed to speak with agents. GARDENHIRE signed the form, waiving his rights. That form is attached to and made part of this report.

GARDENHIRE is a student at Aggeler Continuation High School in Chatsworth, California. GARDENHIRE explained that he graduated from high school last year but he did not pass the California exit exams so he had attended Aggeler High School to help him study for the exit test. GARDENHIRE took the exit exam again approximately three months ago and was waiting for the results. GARDENHIRE said since he re-took the test, he had not been attending the school.

GARDENHIRE has not been arrested in the past. He is not a terrorist and he has not been "in trouble" before. GARDENHIRE added that he was bored and shining a laser at airplanes was a "big mistake."

GARDENHIRE does not own a laser. He convinced a friend who also attends Aggeler High School named ALEX RODRIGUEZ to let him borrow RODRIGUEZ's green laser pointer. RODRIGUEZ lives in Canoga Park near the intersection of DeSoto Avenue and Sherman Way but GARDENHIRE refused to provide an exact location or phone number for RODRIGUEZ.

On Tuesday (March 27, 2012), he had dinner with RODRIGUEZ. After dinner, RODRIGUEZ showed GARDENHIRE his green laser. They aimed it at parked cars, stop signs, and other things in the neighborhood. GARDENHIRE said they did not aim the laser at moving

| | | | |
|---|---|---|---|
| Investigation on | 03/30/2012 | at | North Hollywood, California |

File # ███████          Date dictated _____

by   SA David Gates
     SA Kevin Hogg

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of    Adam Gardenhire                                    , On 03/30/2012 , Page    2

cars or at airplanes that night. GARDENHIRE was impressed with the
laser because the beam went very far.

On Wednesday, March 28, 2012 GARDENHIRE went to
RODRIGUEZ's home to hang out. GARDENHIRE asked if he could borrow
the green laser. GARDENHIRE recalled that RODRIGUEZ did not want to
let GARDENHIRE take it, but GARDENHIRE eventually convinced
RODRIGUEZ to let him have it for a few days. RODRIGUEZ warned
GARDENHIRE not to shine the laser at anyone's eyes because it would
blind people. GARDENHIRE added that RODRIGUEZ was very concerned
about the laser because it was expensive, estimated at forty to
fifty dollars, and RODRIGUEZ did not want GARDENHIRE to break it.

After receiving the laser on Wednesday, GARDENHIRE took
it home. That night, he used the laser in his backyard. He used the
laser to play with cats. GARDENHIRE said he was bored and alone as
he played with the laser. GARDENHIRE stated that he did not shine
the laser at any aircraft on Wednesday night.

On Thursday, March 29, 2012 GARDENHIRE spent the day
babysitting his siblings until 5 p.m. GARDENHIRE lives with his
grandparents and after eating dinner with them, GARDENHIRE took the
laser outside. He was alone. Initially, he shined it down the
street.

Thursday night, GARDENHIRE stated that he shined the
laser at a helicopter "a couple times" then he struck two planes
with the laser. GARDENHIRE said he hit the helicopter "two to three
times" and he hit two different planes two times.

GARDENHIRE described holding the laser on the aircraft
for three to four seconds on each strike. GARDENHIRE stated that he
tried intentionally to hit the aircraft. He added, "It was a big
mistake." GARDENHIRE stated he never saw the laser hit the planes
but he pointed the laser at the airplanes.

GARDENHIRE said he was outside for approximately twenty
minutes at first. He hit the helicopter and then went inside
because he thought the helicopter might be a police helicopter.
When the helicopter went away, he went outside and hit two
consecutive planes going into the Burbank Airport. GARDENHIRE
estimated that took five to ten minutes.

Then GARDENHIRE went back in the house because he heard a
helicopter coming and he thought they might be coming for him.

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ___Adam Gardenhire_____ , On _03/30/2012_ , Page ___3___

      GARDENHIRE went to his grandfather's bedroom and put the laser in a shoe box. Then GARDENHIRE put the shoe box on a shelf at the top of his grandfather's closet. GARDENHIRE explained that he was scared because the helicopter had returned and was shining a bright light directly at the house. GARDENHIRE went to his room and closed the door after hiding the laser.

      A few minutes later, police officers knocked on the door. GARDENHIRE heard his aunt, who was in the house, yelling for him to come downstairs. GARDENHIRE went downstairs and police officers asked him if he had a green laser. GARDENHIRE said he did not have a laser. The officers also asked if he had been shining a laser at planes or helicopters. GARDENHIRE said he had not.

      GARDENHIRE said he then admitted to the officers that he had shined a green laser at the helicopter and at planes. GARDENHIRE told the officers where he had hidden the laser. GARDENHIRE told the officers he could go and get the laser.

      GARDENHIRE added that when he shined the laser, he didn't think about the dangers of what he was doing. GARDENHIRE said, "I was just bored." GARDENHIRE added that he would not do it again.

# EXHIBIT C

Untitled

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

NO. 2PY02568                                      PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA     VS.     CURRENT DATE 02/08/13
DEFENDANT 01:  ADAM  GARDENHIRE
LAW ENFORCEMENT AGENCY EFFECTING ARREST: LAPD - NO. HOLLYWOOD AREA

BAIL: APPEARANCE  AMOUNT    DATE     RECEIPT OR  SURETY COMPANY  REGISTER
         DATE     OF BAIL   POSTED   BOND NO.                   NUMBER

CASE FILED ON 05/10/12.
  COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING
COMMITTED, ON OR ABOUT 03/29/12 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING
OFFENSE(S) OF:
    COUNT 01: 247.5 PC MISD
    COUNT 02: 248 PC MISD
    COUNT 03: 247.5 PC MISD
    COUNT 04: 248 PC MISD
NEXT SCHEDULED EVENT:
  05/29/12   830 AM  ARRAIGNMENT   DIST VAN NUYS COURTHOUSE DEPT 101


              FOR ADDITIONAL INFORMATION PRESS PA1 KEY         * MCAS *
  DFS223 09:43:29 PAGE REQUESTED NOT CONTAINED IN CURRENT MESSAGE
CASE NO. 2PY02568                                 PAGE NO.   2
DEF NO.  01                                       DATE PRINTED 02/08/13



ON 05/29/12 AT  830 AM  IN VAN NUYS COURTHOUSE DEPT 101

CASE CALLED FOR ARRAIGNMENT
PARTIES: ALVIN NIERENBERG (TEMPORARY JUDGE)  JOHN E. NELSON  (CLERK)
         DEBBIE WOLLMAN  (REP)     PATRICK HISCOCKS  (CA)
STIPULATED THAT ALVIN NIERENBERG (TEMPORARY JUDGE) MAY HEAR THE CAUSE AS
  TEMPORARY JUDGE.
DEFENDANT DEMANDS COUNSEL.
COURT REFERS DEFENDANT TO THE PUBLIC DEFENDER.
PUBLIC DEFENDER APPOINTED.  MONIQUE HOFFMAYER - P.D.
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY MONIQUE HOFFMAYER DEPUTY
  PUBLIC DEFENDER
A COPY OF THE COMPLAINT AND THE ARREST REPORT GIVEN TO DEFENDANTS COUNSEL.
  COURT ORDERS AND FINDINGS:


              FOR ADDITIONAL INFORMATION PRESS PA1 KEY         * MCAS *
  DFS223 09:43:29 PAGE REQUESTED NOT CONTAINED IN CURRENT MESSAGE
CASE NO. 2PY02568                                 PAGE NO.   3
DEF NO.  01                                       DATE PRINTED 02/08/13

  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
  ENTERED BY: A. ATARYAN.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  UPON MOTION OF DEFENDANT
06/12/12   830 AM  ARRAIGNMENT AND PLEA   DIST VAN NUYS COURTHOUSE DEPT 101

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE


ON 06/12/12 AT  830 AM  IN VAN NUYS COURTHOUSE DEPT 101
                        Page 1

Untitled

CASE CALLED FOR ARRAIGNMENT AND PLEA
PARTIES: THOMAS E GRODIN (JUDGE)  HARUT YEDALYAN  (CLERK)
          DEBBIE WOLLMAN     (REP)  KENNETH D. TSO  (CA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY NEETU S. BADHAN DEPUTY PUBLIC
  DEFENDER


            FOR ADDITIONAL INFORMATION PRESS PA1 KEY        * MCAS *
  DFS223 09:43:29 PAGE REQUESTED NOT CONTAINED IN CURRENT MESSAGE
CASE NO. 2PY02568                          PAGE NO.   4
DEF NO.  01                                DATE PRINTED 02/08/13

STIPULATED THAT A TEMPORARY JUDGE MAY HEAR THE CASE
  CASE IS CONTINUED FOR PEOPLE TO CHECK TO SEE IF MORE CASES ARE
  GOING TO BE FILED.

  ENTERED BY: A. ATARYAN.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  UPON MOTION OF DEFENDANT
  07/06/12   830 AM  ARRAIGNMENT AND PLEA   DIST VAN NUYS COURTHOUSE DEPT 101

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE


ON 07/06/12 AT  830 AM  IN VAN NUYS COURTHOUSE DEPT. 101

CASE CALLED FOR ARRAIGNMENT AND PLEA


            FOR ADDITIONAL INFORMATION PRESS PA1 KEY        * MCAS *
  DFS223 09:43:29 PAGE REQUESTED NOT CONTAINED IN CURRENT MESSAGE
CASE NO. 2PY02568                          PAGE NO.   5
DEF NO.  01                                DATE PRINTED 02/08/13

PARTIES: ALVIN NIERENBERG (TEMPORARY JUDGE)  HAROLD SEMEL  (CLERK)
          DEBBIE WOLLMAN  (REP)     PATRICIA HUNTER  (CA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY MONIQUE HOFFMAYER DEPUTY
  PUBLIC DEFENDER
COUNT (01) : DISPOSITION: DISMISSAL IN FURTH OF JUSTICE PER 1385 PC
COUNT (02) : DISPOSITION: DISMISSAL IN FURTH OF JUSTICE PER 1385 PC
COUNT (03) : DISPOSITION: DISMISSAL IN FURTH OF JUSTICE PER 1385 PC
COUNT (04) : DISPOSITION: DISMISSAL IN FURTH OF JUSTICE PER 1385 PC
  CASE IS DISMISSED PER 1385 P.C.

  ENTERED BY: A. ATARYAN.
NEXT SCHEDULED EVENT:
  PROCEEDINGS TERMINATED


07/13/12  ARREST DISPOSITION REPORT SENT VIA FILE TRANSFER TO DEPARTMENT OF
          JUSTICE


            FOR ADDITIONAL INFORMATION PRESS PA1 KEY        * MCAS *
  DFS223 09:43:29 PAGE REQUESTED NOT CONTAINED IN CURRENT MESSAGE
CASE NO. 2PY02568                          PAGE NO.   6
DEF NO.  01                                DATE PRINTED 02/08/13


ON 07/25/12 AT 1000 AM  IN VAN NUYS COURTHOUSE DEPT REU
                        Page 2

Untitled

```
CASE CALLED FOR 987.8 - ATTORNEY FEES PAYMENT
PARTIES: NONE (JUDGE)  NONE  (CLERK)
             NONE      (REP)  PATRICIA HUNTER  ()
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   PAYMENT RECEIVED FROM GC SERVICES FOR THE OUTSTANDING APPOINTED
   COUNSEL REGISTRATION FEE IN THE AMOUNT OF $50.00 ON INVOICE
   NUMBER 07122023.
NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED
```

END CASE DETAIL INQUIRY

# EXHIBIT D

**From:** John Nguyen (John_Nguyen@fd.org)
**To:** caharbaugh@yahoo.com; Carmen_Kelly@fd.org;
**Date:** Sat, February 2, 2013 12:02:50 PM
**Cc:**
**Subject:** Fwd: Adam Gardenhire Letter

Steve A. Helmace SR & Hazel E. Helmace

25733 Player Drive

Valencia California 91355

February 1, 2013

Your Honor:

This letter is in regards for Adam Gardenhire who has gotten himself into trouble. We have known Adam since he was born. My wife And I have spent a lot of time with him over the years having him over to our house on many occasions and also taken him on family camping trips. From our experience over the years with Adam, what he has done is totally out of character for him. We have been acting Grand Parents to him. We are asking to please give him consideration for this very foolish and irresponsible act. All these years as far as we know he has never gotten into any trouble and has always treated us as his natural grandparents. We both feel that putting him in jail would most likely have a more negative effect on him for as we understand that jail can turn people into more hardened criminals. We understand that he should be punished in some way, and are hoping that some kind of different and more lenient punishment could be given to him. He has expressed to us how very sorry he is for his actions and has thoroughly learned his lesson. He has taken a large step in the right direction by acquiring a job and it seems to be helping him.  We would like to see him put this behind him and move on with working to be a responsible, productive and respectable citizen. My wife and I are going to try to spend more time with him and consul him on how he should become more responsible in his

000020

everyday activities We thank you for your Consideration and deeply appreciate any thing you can do in this matter. And hope the court can find a way to understand and forgive him for what he has done.


Kindest Regards



Steve A. & Hazel E. Helmace

# EXHIBIT E

February 3, 2013

Mike and Sandy Badgley

20630 Alaminos Drive

Santa Clarita, CA 91351

Your Honor,

We have known Adam Gardenhire since the age of 3 and act as Uncle and Aunt to him. . In all of the years we have known Adam, he has never done anything as careless, irresponsible and immature. We think that this act was of him being bored and not thinking straight at the time.  He is always so thoughtful, respectful, has a good head on his shoulders and has good intentions.  Adam has gone on family trips with us and cared for our young children. Adam has expressed to us that he is sorry for what he did and didn't think of the consequences of his actions and didn't have the intention of harming anyone.  It was just out of character for him.

We know Adam has learned his lesson and he does need to be punished, but we don't think going to jail is the answer.  I do think community service, counseling or any other services would be more beneficial to him.   Adam is a hard working young man, as he helps care for his young siblings, helps run his family business and currently is working at a Bakery in the evening.  We will and always will be part of his life and be good role models and mentors to him.


Sincerely,


Mike and Sandy Badgley

# EXHIBIT F

Feb. 6 2013

Dear Judge Wilson,

I have been friends with Adam's family since before he was born. My wife went to high school with his aunt and Steve Helmace Jr.'s sister Sandy. Sandy and my wife are still best friends today. I have known Steve Helmace Jr. since he was in junior high. We attended the same church, where we went on backpack trips together with the youth group, and I was once his vacation bible school teacher. Our families have grown close over the years going on family vacations, celebrating holidays and birthdays, playing H-O-R-S-E and going to basketball games, watching super bowls, and just hanging out. I have tutored Adam in math in junior high. Adam and I were also groomsmen at Steve's wedding. All these things have given me the opportunity to get to know Adam well. I have always made it clear to Adam that he can come to me for help or talk to me about anything. I have strived to develop an open, honest relationship with Adam.

Our families, and Steve Helmace Jr. in particular, have played significant roles in Adam's life, and we care about him a great deal. In return, Adam has shown he cares for his family as well. He has often taken care of his 4 younger siblings. He is always willing to help, and I have found him to be kind, caring and trustworthy. He volunteered at a hospital while he was in high school, and developed a good rapport with patients and co-workers. I have had him take care of my house and pets while we've been away. He is always willing to work hard when I need help with anything, whether it's fixing one of my old Volkswagens, or just doing yard work. Adam has many talents and interests, and has a lot of potential.

Knowing Adam as I do, I was very surprised and disappointed when I heard about what he had done. I can only believe he did it out of boredom and not because he intended to hurt anyone or for some malicious reason. That is not the kind of person I know Adam to be. I know he regrets his actions. He now knows how quickly one's life, and the lives of others, can change because of a momentary lapse in judgment. He may be an adult according to the law, but I feel he is still immature for his age. I think this realization is an important step for him to becoming a more mature person.

I do believe Adam has a lot of potential, and I want to help him achieve it, whether that means more tutoring to help him pass his exit exam, giving him rides to work, or just having someone to talk to. I believe the rest of our families would say the same. With this support and his hard work, Adam can become a more mature, productive, and valuable member of society. However, I do not believe this can happen if he is in prison. He is at the "cusp" of maturity, and can be easily influenced in the wrong ways. I don't think the lessons to be learned in prison will help him in his future.

Sincerely,
Mark R. Graves

# EXHIBIT G

January 13, 2013


Re:  Adam Gardenhire

Honorable Judge and Court:

I am writing this letter on behalf of the young man who appears before you today, Adam Gardenhire.

My name is Scott Silva.  I have a bachelors degree in Economics from Washington University in St. Louis, MO and a Masters in Business Administration, MBA, from California State University – Los Angeles.  I was previously employed as an Assistant Treasurer by a private bank in downtown Los Angeles and I am now working as a Treasury Manager for an IT company in South Orange County.

I have known Adam and his extended family, mother, step-father, siblings, grandmother, grandfather and aunt, since he was a young boy.  Adam has always been an honest and open person with solid principals.  I have known him to do well in school, to attend church and to enjoy sports such as little league and golf.  He is the type of person who doesn't just greet you with a handshake, but gives you a smile, a hug and stays to talk with you.  Until this incident, I have never known him to be in trouble. Not even once.  I do not know what happened to him that evening, but it certainly was not characteristic of his normal behavior or of him as an individual.  I can only surmise that it was the boredom of a young man that led him to this predicament.  As I understand it, he was alone, in his grandmother's yard on a summer evening and was looking for a distraction.  Impulsive and unaware of the law, like many young men, he made a mistake.  This one incident should not define Adam.  He understands it was wrong, is remorseful, and deserves another chance.  He is a young man who does not have any prior history with law enforcement.  Please do not turn you back on Adam; rather, allow him a second chance to prove that he will never repeat this type of behavior.  With so many truly dangerous individuals walking the streets, putting a person like Adam in jail, or prison, would not be a proper administration or execution of justice.

He may appear to be serious in the courtroom; it is because he is scared.  He knows he made a mistake and is unaware of what the future holds for him.  But if you took him aside and spoke with him in your chambers, you would see the nice young man of whom I write.

I would like to request that something in the order of community service and probation be administered.  It would do more good to the Los Angeles community to make Adam speak of his situation to high school audiences in the San Fernando Valley and prevent a student from making such a mistake, than it would to place him in jail or prison.

To Your Honor and the Court, the two pilots and the various local and federal Agencies involved, I would like to thank you for taking the time to read my letter and would like to thank you for any consideration that is given to my request.

Sincerely,

Scott Silva

Scott Silva

# EXHIBIT H

Dear Judge Wilson,

     I am the mother of Adam Gardenhire. Adam has been a great, fun child growing up. He has taken care of his 4 siblings on saturdays from 8am-3pm after he comes home from working his 10pm - 6am shift at work. He knows he was out of line and he did not know it was a crime. He was washing his clothes at his grandparent's house when he committed the act. He is sorry and regrets it. His experiences with the drug testing and going to the probation office monthly has made ...... He's upset that he can't have a management position at Hogue. I have been a very strict parent. I believe in spanking and he still has a curfew at my house. I've had him put school on hold because of this incident.

     I as a mother apologize to all that were affected by my son's actions. When he was young, I know he wanted to follow his grandfather's footsteps and join the military after he passes his high school exit exam. He showed a great interest in volunteering at Valley Presbyterian Hospital while he was attending Birmingham High School.

Sincerely,
Mary Gardenhire

# EXHIBIT I

February 4, 2013

The Honorable Stephen V. Wilson
United States District Judge
Case #12-345-SVW

Dear Judge Wilson,

I'd like to tell you a little bit about myself. I was born in Glendale California and primarily raised in the Burbank and North Hollywood area. From elementary to middle school I lived with Steve Helmace Jr. I moved with him in 2008 when he relocated to Grover Beach California. I spent my high school years with my grandmother at her home in North Hollywood.

When I was living in Burbank Steve always had me in sports and activities that would keep me occupied. Some of the sports I was in were Basketball, Baseball, Golf, Football, Soccer and Swimming. Steve signed me up for a golf academy called Tregan Golf Academy which is located in Griffith Park California. All the other sports I've played were with Burbank leagues and church leagues. I was also in cub and boy scouts since I was five years old. Steve taught me a lot when I was child. He showed me how to grow up in society and he showed me how to have fun. We would always go camping with the family and always hang out, go on bike rides, watch games, go to concerts etc.

I was an only child till the age of ten and then my Mom met her husband and started having kids. I know have four sibling, three sisters and a brother. Their names are Kelly, Jacob, Priscilla and Emily. They go to Village Christian Schools in Sunland California. Since my siblings were born, I've enjoyed spending time with my family. I like to have family barbeques every chance we can get. In my free time I like to paint and listen to music. Also hang out with my friends and go on trips to places I have never been before.

The night this happened I had the laser and I eventually decided to point it in the sky. I feel horrible about this. I understand what I have done and it was the biggest mistake of my life. I regret what I have done. I do apologize for my actions and I would like to say sorry to the pilots and anyone else I have caused any inconvenience to.

I would also like to say that if I am incarcerated I do not think it would help me or my future. Some of my plans for the future are to go to college. I would like to pass my high school exit exam first before I start college. I would like to take some classes and pursue my interest in sign language. Also I would be interested to go to a culinary or a nursing school.

To keep myself away from doing this again or any situations that will get me into trouble I will stay away from people who are always getting into trouble. I will also make better judgment on the actions I make in life. If I start to know better of things I should not be doing I think I'll do better in life. I'm truly sorry for bad decision. If I am given the opportunity, I will work hard to redeem myself in the eyes of my family, friends and society. Thank you for taking the time to read this I really do appreciate it.

Sincerely,
Adam Gardenhire