SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
CRAIG A. HARBAUGH (No. 194309)
Deputy Federal Public Defender
(E-mail: Craig_Harbaugh@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-7865
Facsimile (213) 894-0081

Attorneys for Defendant
ADAM GARDENHIRE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 12-345-SVW |
|---|---|
| Plaintiff, | ) **SUPPLEMENTAL EXHIBITS IN SUPPORT OF OBJECTION TO THE PRESENTENCE REPORT AND SENTENCING POSITION; EXHIBITS** |
| v. | ) |
| ADAM GARDENHIRE, | ) |
| Defendant. | ) |

Defendant Adam Gardenhire, by and through his attorney of record, Deputy Federal Public Defender Craig Harbaugh, hereby submits his Supplemental Exhibits in Support of Objection to the Presentence Report and Sentencing Position for the Court's consideration with regards to sentencing.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: February 14, 2013         By  */s/ Craig A. Harbaugh*
                                     CRAIG A. HARBAUGH
                                     Deputy Federal Public Defender