EXHIBIT J

February 07, 2013

Case Number: 12-345-SVW
Defendant: Adam Gardenhire

Dear Judge Steven V. Wilson,

My name is Ty Gaitan, I am a friend of Adam Gardenhire. I have known
Adam for about 6 years now since 2007. I met Adam thru my wife
Patricia whom is his cousin. I remember telling my wife what a nice kid
Adam is. Adam is a great kid, since I've known him he has taken care of
his 4 smaller siblings. That shows a lot of responsibility. Adam helped
us pack and move 2stories high plus another full set of stairs going to the
parking lot. I offered to pay him and he refused, that says a lot about a
person specially when all he ever asked for was a bottle of water each
day, I asked him why? Adam answered " When you are asked for a favor
that's what you do, you don't need to be paid to do a favor ". We were in
a moving process of 1 week and he helped out every single day from the
Avalon Media Apartments in Burbank. I will always be grateful to him
for that. This says a lot about Adam, great worker, a great person, willing
to help others, going the extra mile. When my wife told me what had
happened, I was in total shock, immediately I asked my wife to contact
him and see if he needed any help. I think that Adam committed the
offense out of being a normal kid with normal curiosities, playing
around, not knowing how serious it was, he made a mistake, he is not a
criminal he really didn't think it could hurt someone one, it did, himself.
Adam came over and expressed how messed up this whole situation was
and he was scared. He cried, he said he didn't want to go to jail, I asked
him why and what happened he said he was just playing around, I told
him he had to find something else to keep busy like school or work, he
needed to put this behind him, move forward. I don't think Adam will
ever go thru this situation again he has learned his lesson I can't cease to
repeat what a great kid he is. I received a call from Adam letting me

Ty Gaitan

know that he had gotten a job at La Brea Bakery. I was and am so proud of him because when I was unemployed I tried applying to La Brea Bakery and even knowing people from there I didn't get hired. Adam is growing up, he got this job all on his own, I don't have any children but I feel like a " Proud Papa ", I think this experience served as a stepping stone for Adam into his future, he works a graveyard shift and that's not easy. I'm here for Adam and he knows it for anything he needs I'm glad he took heed into the talk we had. Your Honor, this would be devastating if Adam went to jail, please take in consideration this letter.

Sincerely,

Ty Gaitan
1426 N. Edison Blvd Apt C
Burbank CA 91505
(818) 799-0254
Tygaitan75@hotmail.com

EXHIBIT K

February 05, 2013

Case Number: 12-345-SVW
Defendant: Adam Gardenhire

Dear Judge Stephen V. Wilson,

My name is Noemy Estrada, I am Adam's aunt. I am a widow to the late
Rev. Edgar F. Estrada. My husband and I were the Pastor's for La Puerta
Abierta Church in North Hollywood until my husband passed away in
1996. I remember when Mary, Adam's mother would bring him to
church and he would sing at such a young age, the congregation just
loved him! Adam has always been such a little helper, he wanted to
always prove to everyone he could handle any task given to him all by
himself. Adam has always been polite, responsible, courteous, well
mannered. When I found out what had happened about the lasers I just
told Adam " Have faith Adam, you are going to be just fine, this is just a
bump in the road there is a lesson to be learned, you'll do just fine ". I
have embraced Adam, he said he was so very sorry, he didn't mean to do
it, he was just playing. I must say this case has been in strong prayer. We
all make mistakes in life, if you are given a second chance you've got to
embrace it. I truly think Adam didn't know the severity of playing
around with the lasers, I didn't even know that the lasers could reach
such high altitudes, teachers use them to point to a projector screen,
animal lovers use them for their dogs and cats to play with them when
pointed in circles they go crazy chasing them. Adam is now employed at
La Brea Bakery, has his drivers license, he's almost 20 years old, life is
taking it course, I think he's growing up to be a fine young man, never
doubted it. He's a busy, responsible young man, please Your Honor, give
him an opportunity to continue doing what he's doing now, putting him
in jail would just be horrible, there are murderers, rapists, drug addicts,

Noemy Estrada

that have done more serious crimes out there, Adam made a mistake that
will haunt him for a long time but he can use this as an example to others
that he was given a chance if granted by you Your Honor, please help
him.

Sincerely,

Noemy Estrada
(818) 221-8548

EXHIBIT L

February 01, 2013

Case Number: 12-345-SVW
Defendant: Adam Gardenhire

Dear Judge Stephen V. Wilson,

My name is Patricia N. Estrada-Gaitan. Adam is my cousin. I work at the
Van Nuys Courthouse as a court referral Specialist. Adam came to me for
help when he found himself in this situation since I have worked with
the Commissioner Leora Kreager in Juvenile Court referring juveniles to
court appointed agencies in order to comply with their court orders. He
was so worried, scared, he said he was just having fun, playing around,
he didn't know how big this was, he wanted to know in my experience
what could happen to him. I frankly told him " Adam this is very serious,
you can't even begin to imagine the severity, the consequences to your
actions, you are the 2nd person in the United States under the Obama law
that will be tried for this Federal offense " his eyes opened wide and
started to cry, he stood quiet for a while, I told him he had to get off of
Facebook, concentrate on school, get his driver's license, and get a job.
Since then he has accomplished 3 out of 4 which is more than you can
get from teenagers these days. I am pleased to say that I see Adam going
in the right direction. Going to jail would just ruin what has taken so
much to build up. Adam has experienced first hand the negativity in the
work place that tentative employers will judge you specially if they saw
you on the news, it gets around, people read the newspaper, twitter, talk,
neighbors gossip. So much damage, now that Adam is employed he
feels like he has been given a tiny chance to redeem himself from the
wrong doing. Your Honor please don't send Adam to Jail. I have worked
within the courts for 5 years now and not because Adam is my little
cousin but I have counseled him professionally to make a difference in

Patricia Gaitan

his life and I'm seeing the benefits.


Thank you Your Honor for you time and consideration to this letter.


Sincerely,


Patricia N. Estrada-Gaitan
1426 N. Edison Blvd Apt C
Burbank, CA 91505
(818)221-8496
Pattydepetroleumservices@yahoo.com



Volunteer Los Angeles / Van Nuys Courthouse / West tower
Patricia N. Estrada-Gaitan / Court Referral Specialist
14400 Erwin St. Mall # 103
Van Nuys, CA 91401
(818)376-1066 Ext. 541
Pgaitan@volunteerlosangeles.org

# EXHIBIT M

David Swanson
555 Ramirez St Space #475
Los Angeles, CA 90012
818-335-4662

RE: United States of America Vs. Adam Gardenhire

Your Honor,

Thank you for taking the time to review this letter. I am writing to request leniency in the
sentencing of Adam Gardenhire. I have been a Police Officer with the Los Angeles Police
Department for 15 years. I am a commercial pilot and certified flight instructor in rotorcraft, and
personally understand the dangers and hazards associated with shining laser lights at aircraft.

I have known Adam for the past couple years in a social context through a Burbank Softball
league where we play on the same church team. I do believe his actions on that night are out of
character for him. I have spoken with him in regards to this case prior to writing this letter, and
he has expressed his sorrow and shame for having done something so juvenile and dangerous
to others. He has said he is sorry not because he got caught doing it, but because he had no
idea the ramifications it would bring to himself, to his family, and the danger to the officers and
pilots flying in the area. The Adam that I know is the young man who admitted to officers the
night of the incident of the wrong doing, and directing them to the hidden laser light. He did this
because he knows it was the right thing to do, even at the cost of the trials he would face later.
He is the type of young man who will learn from this mistake and make sure it will never happen
again.

I have also asked him what he felt his punishment should be for doing such a crime. He stated
he did not want to go jail. I AGREE with him. I know there have been similar instances for the
exact same crime involving the grandson of Clark Gable, where he was arrested for shininig a
laser light at aircraft. He was arrested and sentenced to community service. I asked him if he
felt some type of community service would be an appropriate sentence for the crime, where he
was able to do something to give back to the community. He agreed this would be a good idea,
although hard to do with work and other responsibilities.

In conclusion I believe Adam has learned his lesson through all of this. He has been punished
through the trauma any criminal trial will take on an individual and family. He is also willing and
wants to give back to his community through some type of service, as deemed appropriate by
the court.

Thank you,

David Swanson