1  SEAN K. KENNEDY (No. 145632)
   Federal Public Defender
2  (E-mail:  Sean_Kennedy@fd.org)
   CRAIG A. HARBAUGH (No. 194309)
3  Deputy Federal Public Defender
   (E-mail:  Craig_Harbaugh@fd.org)
4  321 East 2nd Street
   Los Angeles, California  90012-4202
5  Telephone (213) 894-7865
   Facsimile (213) 894-0081
6
   Attorneys for Defendant
7  ADAM GARDENHIRE

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                          WESTERN DIVISION
11

12  UNITED STATES OF AMERICA,          )    NO. CR 12-345-SVW
                                       )
13                 Plaintiff,          )    LETTER RE: SENTENCING
                                       )    (EXHIBIT N )
14          v.                         )
                                       )
15  ADAM GARDENHIRE,                   )
                                       )
16                 Defendant.          )
                                       )
17  _____   )

18       Defendant Adam Gardenhire, by and through his attorney of record, Deputy

19  Federal Public Defender Craig Harbaugh, hereby submits Exhibit N for the Court's

20  consideration with regards to sentencing.

21
                                   Respectfully submitted,
22
                                   SEAN K. KENNEDY
23                                 Federal Public Defender

24

25  DATED:  February 21, 2013        By  /s/ Craig A. Harbaugh
                                         CRAIG A. HARBAUGH
26                                       Deputy Federal Public Defender

27

28

# Exhibit N

15 February 2013

From:  Ted. D Walker, 1737 Picket Fence Dr, Chula Vista CA 91915
       1 (808) 282-1828, mdv.walker@gmail.com
To:    Honorable Judge Stephen V Wilson

Subj:  Adam, Gardenhire

Ref:   (a) Court Case# 12-345-SVW

Via:   Graig Harbaugh Federal Public Defender, Fax# 1 (213) 894-0081

1.      I'm writing on behalf of my nephew Adam Gardenhire. Adam indeed pointed a
laser at an aircraft...I think all agree that this was not the smartest thing he could have
done. I understand the security threat that this may have posed, I have served my country
for 26 years and am still serving. I take security of this Nation very seriously. I have thru
the years seen young people do incredibly stupid things that required discipline. Were
their intentions to purposely bring harm to those of their action? No, it was almost always
a action being committed without thought. The question now stands, is he a criminal or a
thoughtless young man? Being an advocate for Adam, I can tell you he is the latter of the
two. It stands to reason sending him to prison for any amount of time or up to ten years
seems overly excessive. I would ask for the court to be lenient on Mr. Gardenhire and
take in account that his actions were never intended to bring harm to anyone. Thank you

T.D. WALKER

1

PROOF OF SERVICE

2

3

I, the undersigned, declare that I am a resident or employed in Los Angeles

County, California; that my business address is the Office of the Federal Public

4

Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over

5

the age of eighteen years; that I am not a party to the above-entitled action; that I am

6

7

employed by the Federal Public Defender for the Central District of California, who

is a member of the Bar of the United States District Court for the Central District of

8

California, and at whose direction I served a copy of the:

9

10

On February 21, 2013,  following ordinary business practice, service was:

11

| [X] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows: | [ ] By hand-delivery  addressed as follows: | [] Placed in a sealed envelope for collection and mailing  via United States Mail, addressed as follows: |

12

13

14

[] By facsimile as follows:

15

Brandi Foy

16

United States Probation Officer
312 North Spring Street

17

Los Angeles, CA 90012-4708

18

This proof of service is executed at Los Angeles, California, on February 21,

19

2013.

20

I declare under penalty of perjury that the foregoing is true and correct to the

21

best of my knowledge .

22

23

*Carmen I. Kelly*
Carmen I Kelly

24

25

26

27

28