PAGE 3/13 * RCVD AT 4/2/2012 10:30:59 AM [Pacific Daylight Time] * SVR:SLAXFAX01/2 * DNIS:6469283 * CSID: * DURATION (mm-ss):05-56

CONTINUATION SHEET

| PAGE 2 OF 11 | TYPE OF REPORT | | | ARREST | | | BOOKING NO. 3103324 | DR NO. 12-15-00777 |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | QUAN. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC. DESCRIPTION (COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC.) | | DOLLAR VALUE |

**SOURCE OF ACTIVITY:**
On 03/29/12 at approximately 2235 hours my partner (Officer A. Ramirez #39234) and I (Officer G. Whitman #39122) were working North Hollywood uniformed patrol driving a marked black and white police vehicle, unit 15A27-W3. We received a radio call to meet with Burbank Airport Police at 6416 Bakman Ave for a suspect shining a laser at passing aircraft, RD1527, incident #120329005829.

**INVESTIGATION:**
Upon arrival we met with Burbank Airport Police Officer Arnold #1124 (See Officer Arnold's statement page #4). He stated that on 03/29/12 at approximately 2045 hours he was contacted by a pilot (Victim 1 Aaron Puyana) at Burbank Airport. Puyana advised that his aircraft had been struck by a laser as he was landing. Puyana told Officer Arnold that he was the copilot (Right-hand seat) of a private jet operated by Netjet (Cessna Citation, tail #N673QS). On 03/29/12 at approximately 2035 hours he and Captain Robert Didion were flying eastbound approaching Burbank Airport runway #8. Approximately one quarter mile west of the airport at an altitude between 200 and 300 feet above ground level Puyana observed a green light coming from the right side of the aircraft. Puyana observed a green laser beam originating from south of the aircraft. The beam swept over the aircraft from left to right and then struck Puyana's right eye. Puyana was in control of the aircraft at the time of the incident. Puyana landed and notified the Burbank Airport tower. He told Officer Arnold that due to the laser he was still seeing spots in his right eye approximately ten minutes after landing. Puyana believes the laser was originating from the area of Victory Bl and Clybourn Ave.

Officer Arnold notified Burbank/Glendale Joint Air Support. Pasadena Police helicopter unit PD1 (Victim 2 Officer Mendenhall and Officer Smith, tail #N911FA) responded to area to attempt to locate the source of the laser. At approximately 2120 hours unit PD 1 was flying over Laurel Canyon Bl and Victory Bl at an altitude between 400 and 500 feet above ground level. Officer Mendenhall observed a green laser beam strike the left side of the helicopter. The beam originated from the ground approximately one mile east of the aircraft. As unit PD 1 flew towards the source of the laser they were struck 5 additional times from the same source. The laser was actively tracking the aircraft and each strike lasted between 3 to 10 seconds. Officer Mendenhall and Officer Smith were wearing protective goggles at the time of the incident. Officer Mendenhall localized the source of the laser to the area of 6416 Bakman Ave and requested Burbank Airport Police to respond to the location.

Officer Arnold, along with Burbank Airport Police Sergeant Davenport and Glendale Police Officer Woolner #21106, responded to 6416 Bakman Ave. Officer made contact with the occupants of the house. A male (Suspect Adam Gardenhire) exited the location and met with Sergeant Davenport and Officer Woolner (See Officer Woolner's statement page #6). Gardenhire told Officer Woolner "It was me with the laser." Gardenhire stated that he had recently received a laser from a friend. He advised Officer Woolner that he hid the laser in a shoebox in his grandfather's bedroom. Gardenhire gave Officer Woolner verbal consent to retrieve the laser.

15.09.00 (10/81)

Fax      Apr 2 2012 10:40am P003

PAGE 4/13 * RCVD AT 4/2/2012 10:30:59 AM [Pacific Daylight Time] * SVR:SLAXFAX01/2 * DNIS:6469283 * CSID: * DURATION (mm-ss):05-56

CONTINUATION SHEET

| PAGE 3 OF 11 | TYPE OF REPORT ARREST | | | | BOOKING NO. 3103324 | DR NO. 12-15-00777 |
|---|---|---|---|---|---|---|
| ITEM NO. | QUAN. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC. DESCRIPTION (COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC.) | DOLLAR VALUE |

### INVESTIGATION (CONTINUED):
Sergeant Davenport and Officer Woolner discovered a shoebox on the top shelf of the bedroom closet. Inside the shoebox Sergeant Davenport located a pen shaped laser on top of a pair of shoes. Officer Woolner activated the laser and observed that the laser was green. Officer Woolner recovered the laser and gave it to Officer Arnold.

### ARREST:
My partner and I arrested Gardenhire for 247.5 Discharge of Laser at Aircraft. We transported Gardenhire to North Hollywood Station. FBI Special Agents David Gates and Kevin Hogg responded to North Hollywood Station and interviewed Gardenhire. Special Agent Gates admonished Gardenhire of his Miranda Rights (See page #9). Gardenhire told Special Agent Gates that he recently received the laser from a friend and he was just playing around shining the laser at passing aircraft because he was bored.

### INJURY/MEDICAL TREATMENT:
None

### PHOTOGRAPHS:
None

### EVIDENCE:
Officer Arnold gave us a pen shaped laser which projected a green beam. He advised that it was recovered by Officer Woolner from a shoebox inside a bedroom closet. Officer Arnold gave me the laser and we booked it as evidence at Van Nuys Property.

### BOOKING:
My partner and I booked Gardenhire for 247.5 PC Discharge of Laser at Aircraft at Van Nuys Jail with the approval of North Hollywood Watch Commander Sergeant Kammert #24269.

### ADDITIONAL:
Sergeant Zine #36028 met with Mary Gardenhire (818▮▮▮▮▮▮▮) and she identified herself as Adam Gardenhire's mother. She stated that just after police arrived at 6416 Bakman Ave she asked Adam "What were you doing?" and he replied "I was just goofing around." She stated that she had never seen Adam shine lasers at aircraft before.

### COURT INFORMATION:
My partner and I can testify to the report and booking the evidence. Officer Arnold can testify to Victim 1's statement and detaining the suspect. Officer Mendenhall can testify to observing the laser and locating the source. Officer Woolner can testify to locating and recovering the laser.

15.09.00 (10/81)

Apr 2 2012 10:40am  Fax  P004

0004

PAGE 5/13 * RCVD AT 4/2/2012 10:30:59 AM [Pacific Daylight Time] * SVR:SLAXFAX01/2 * DNIS:6469283 * CSID: * DURATION (mm-ss):05-55

## LOS ANGELES POLICE DEPARTMENT
### INVESTIGATIVE ACTION / STATEMENT FORM

Page 4 of 4

| Tape No. | | | | | | | Inc. No. | DR or Bkg. No. 12 15 00 777 |
|---|---|---|---|---|---|---|---|---|
| Witness No. | | If recording an officer's action, complete shaded areas and statement section only. | | | | | | |
| Name | | | Date/Time of Interview 03-29-2012  23:50 | | | | Location of Interview North Hollywood Station | |
| Residence Address | | | City | | | | Zip Code | Phone |
| Business Address | | | City | | | | Zip Code | Phone |
| Sex | Descent | Hair | Eyes | Height | Weight | DOB | Age | Driver Lic. No/Other ID | State |
| Interviewing/Reporting Officer D.Arnold | | | | | | Serial No. 1124 | | Division Burbank Airport |
| | | | | Officer Completing | | | | Serial No. |

**MIRANDA ADMONITION**
1. You have the right to remain silent.
   Do you understand?
2. Anything you say may be used against you in court.
   Do you understand?
3. You have the right to the presence of an attorney before and during any questioning.
   Do you understand?
4. If you cannot afford an attorney, one will be appointed for you, free of charge, before any questioning if you want.
   Do you understand?

If a waiver is desired:
Do you want to talk about what happened?

**Statement:** Include who, what, when, where, why, and how.

On 03/29/12 at approximately 2045 Hrs, I officer Arnold was contacted by Net Jet Pilot Puyana, Aaron while at Million Air, ramp side. Puyana stated he was the victim of a green laser strike while on final approach, 1/4 mile out from runway 8 at an altitude of approximately 300'.

Puyana further stated he was flying the Cessna jet from the right seat and noticed a bright green light hit him on the right side of his face. He looked for the source of the light and observed a green laser light sweep left to right then back to the airplane and hold on the plane for about one second. At the time of the second strike he was momentarily blinded but was still able to see the runway and remain in control of the aircraft. Puyana then showed me a map on his cell phone and said he thought the laser came from the area of Victory Blvd and Clybourne. I notified Airport police dispatch of the laser strike. I asked Puyana if there were any lasting affects from the laser. He said he was still seeing a spot in his vision at the time of the interview.

At approximately 2100 hrs, I was notified by Airport dispatch a Pasadena airship was requesting airport officers respond to the area of Victory Blvd and Tujunga Ave after receiving a laser strike. Myself and Officer Schaefer #1102 responded to the area and where we were met by Glendale and Burbank officers. The Pasadena airship advised us the possible suspect location was 6416 Bakman Ave.

03.11.20 (12/05)

Apr 2 2012 10:41am  Fax  P005

PAGE 6/13 * RCVD AT 4/2/2012 10:30:59 AM [Pacific Daylight Time] * SVR:SLAXFAX01/2 * DNIS:6469283 * CSID: * DURATION (mm-ss):05-56

At that time Airport PD Sgt Davenport arrived on scene. Sgt. Davenport observed a woman in the front yard of the Bakman address and made contact with her. While Sgt Davenport was speaking with her, Glendale officer Woolner, Mike # 21106 was on the north side of the residence. Ofc Woolner advised me he observed a shirtless male running back and forth through the house. After approximately two minutes the male suspect exited the house and was contacted by Sgt Davenport. At that Point Ofc Woolner responded to our location and questioned Suspect Gardenhire, Adam. (See Ofc Woolners report for details of that interview).

While Ofc Woolner was questioning Gardenhire, I heard Gardenhire state he had a green laser that he had put in his grandfathers bedroom closet, on a shelf in a white shoebox.   At approximately 2230 Hrs LAPD units arrived on scene and assumed jurisdiction over the case.

Apr 2 2012 10:41am  P006
Fax