FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  04/01/2012

AARON PUYANA, date of birth ~~~~~~~~~~~~~, phone number ~~~~~~~~~~~~~~ was interviewed at the Million Air facility at the Burbank Airport, located at 2800 North Clybourn Avenue, Burbank, California. After being advised of the identity of the interviewers and the nature of the interview, PUYANA provided the following:

PUYANA works as a pilot for Netjets, a private aircraft charter company. He has been a pilot, which he described as "second in command" since 1999 and he has been a pilot for Netjets for the past six years.

On March 29, 2012, he was the pilot of a Cessna Citation XLS jet for a positioning flight. PUYANA said this plane holds seven passengers and is flown by a captain and a pilot. On this trip, they were moving the flight from the Van Nuys Airport to the Burbank Airport. The flight only took a few minutes and they didn't have any passengers.

PUYANA said the tail number of this particular airplane was N673QS.

During the flight from Van Nuys to Burbank as they were approximately 1/4 of a mile away from landing, PUYANA was hit by a green laser as he tried to land the plane. PUYANA said it was "pretty powerful" like a bright light at a rock concert. The beam hit his eye and it momentarily blinded him. PUYANA turned away from the beam. He commented to the captain of the plane, ROBERT DIDION, that he was struck by a laser. PUYANA said he was able to land the plane safely but the beam was a distraction.

This was the first time in his career being struck by a green laser.

PUYANA stated he was still having "some issues" because of the strike approximately fourteen hours after the incident. PUYANA said there were some residual spots in his vision, like he looked directly at the sun. PUYANA contacted his eye doctor because he has an appointment in a few days for his annual medical exam and he mentioned the residual effects of the laser strike to his eye doctor.

---

Investigation on  03/30/2012  at  Burbank, California

File # ~~~~~~~~~~~~~~~~~~~~~~  Date dictated ~~~~~~~~~~~~~~

by  SA David Gates
    SA Kevin Hogg

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

0043

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ___Aaron Puyana_____ , On _03/30/2012_ , Page __2__

    PUYANA was provided with a blank "Laser Incident Questionnaire" which he completed. That report is attached to and made part of this report.

    After the interview and after completing the Laser Incident Questionnaire, PUYANA escorted the interviewers to the tarmac at Million Air at the Burbank Airport. PUYANA showed a Cessna Citation XL which was essentially the same type of plane he was flying when struck by the laser.

    Interviewers took photographs of the plane and of PUYANA sitting in the pilot's seat of the plane. Copies of each photo taken are attached to and made part of this report.

    PUYANA'S Federal Aviation Administration certificate number is 3333342.