LOS ANGELES POLICE DEPARTMENT
INVESTIGATIVE ACTION / STATEMENT FORM

| Tape No. | | | Page of |
|---|---|---|---|
| Witness No. | If recording an officer's action, complete shaded areas and statement section only. | Inc. No. | DR or Bkg. No. 12 15 00777 |
| Name | | Date/Time of Interview 03-29-2012  23:50 | Location of Interview North Hollywood Station |
| Residence Address | City | Zip Code | Phone |
| Business Address | City | Zip Code | Phone |
| Sex | Descent | Hair | Eyes | Height | Weight | DOB | Age | Driver Lic. No/Other ID | State |
| Interviewing/Reporting Officer D. Arnold | | Serial No. 1124 | Division Burbank Airport |
| | Officer Completing | | Serial No. |

MIRANDA ADMONITION
1. You have the right to remain silent.
   Do you understand? _____
2. Anything you say may be used against you in court.
   Do you understand? _____
3. You have the right to the presence of an attorney before and during any questioning.
   Do you understand? _____
4. If you cannot afford an attorney, one will be appointed for you, free of charge, before any questioning if you want.
   Do you understand? _____
   If a waiver is desired:
   Do you want to talk about what happened? _____

Statement: Include who, what, when, where, why, and how.

On 03/29/12 at approximately 2045 Hrs, I officer Arnold was contacted by Net Jet Pilot Puyana, Aaron while at Million Air, ramp side. Puyana stated he was the victim of a green laser strike while on final approach, 1/4 mile out from runway 8 at an altitude of approximately 300'.

Puyana further stated he was flying the Cessna jet from the right seat and noticed a bright green light hit him on the right side of his face. He looked for the source of the light and observed a green laser light sweep left to right then back to the airplane and hold on the plane for about one second. At the time of the second strike he was momentarily blinded but was still able to see the runway and remain in control of the aircraft. Puyana then showed me a map on his cell phone and said he thought the laser came from the area of Victory Blvd and Clybourne. I notified Airport police dispatch of the laser strike. I asked Puyana if there were any lasting affects from the laser. He said he was still seeing a spot in his vision at the time of the interview.

At approximately 2100 hrs, I was notified by Airport dispatch a Pasadena airship was requesting airport officers respond to the area of Victory Blvd and Tujunga Ave after receiving a laser strike. Myself and Officer Schaefer #1102 responded to the area and where we were met by Glendale and Burbank officers. The Pasadena airship advised us the possible suspect location was 6416 Bakman Ave.

03.11.20 (12/05)

At that time Airport PD Sgt Davenport arrived on scene. Sgt. Davenport observed a woman in the front yard of the Bakman address and made contact with her. While Sgt Davenport was speaking with her, Glendale officer Woolner, Mike # 21106 was on the north side of the residence. Ofc Woolner advised me he observed a shirtless male running back and forth through the house. After approximately two minutes the male suspect exited the house and was contacted by Sgt Davenport. At that Point Ofc Woolner responded to our location and questioned Suspect Gardenhire, Adam. (See Ofc Woolners report for details of that interview).

While Ofc Woolner was questioning Gardenhire, I heard Gardenhire state he had a green laser that he had put in his grandfathers bedroom closet, on a shelf in a white shoebox. At approximately 2230 Hrs LAPD units arrived on scene and assumed jurisdiction over the case.