FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription  04/01/2012

ROBERT DIDION, cell phone number ▓▓▓▓▓▓▓▓▓▓, was interviewed at the Million Air facility at the Burbank Airport, located at 2800 North Clybourn Avenue, Burbank, California. After being advised of the identity of the interviewers and the nature of the interview, DIDION provided the following:

DIDION works as a captain for Netjets, a private aircraft charter company. He has been a captain since 1987 and he has been a captain for Netjets since 2002.

On March 29, 2012, DIDION was the captain for a ferry flight from the Van Nuys Airport to the Burbank Airport. This was a very short flight and there were no passengers. The only people on the plane were DIDION and the pilot, AARON PUYANA. They were in a Cessna Citation XL.

Approximately thirty seconds before landing when they were on final approach to the Burbank Airport, the pilot told DIDION that someone just shot him with a laser. DIDION explained that his head was down as he worked with the instrument panel so he did not see the laser and he was not struck by the laser. DIDION added that PUYANA was flying the plane at the time.

---

Investigation on  03/30/2012  at  Burbank, California

File #  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     Date dictated _____

by  SA David Gates

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

0041