# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:12-cr-00345-SVW |
| Date | February 25, 2013 |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

Interpreter

| Paul M. Cruz | Deborah Gackle | Melissa E. Mills |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Adam Gardenhire | | X | X | Craig A. Harbaugh, DFPD | | X | X |

**Proceedings:**   STATUS CONFERENCE re SENTENCING

The matter is continued to February 28, 2013 at 1:00 p.m.

|  | : | 13 |
|---|---|---|
|  | Initials of Deputy Clerk | PMC |

cc: USPO
   USM
   PSLA