# Exhibit P

WHEN COMPLETE, FAX TO CASE FILE HQ...
202-324-9316

## (U) Laser Incident Questionnaire

(U) The following information should be ascertained/captured during investigation of laser incidents:

General information

1) Name of victim: _Aaron W. Puyana_

2) Age: _43_    3) Phone #: ▓▓▓▓▓▓▓▓▓▓

4) Position (pilot, co-pilot, controller, etc.): _co-pilot_

5) Type of vision correction worn at time of incident (spectacles/contact lenses): _None_

6) Type of aircraft flying: _Cessna Citation 560XLS_

7) Aircraft ID or tail #: _N673QS_

8) Date of incident: _3/29/2012_

9) Time of incident: _@ 2031 Local PST_

Environmental factors

10) Weather conditions: _CLR 7SM_

11) Ambient light level (day, night, sunlight, dawn, dusk, starlight, moonlight, etc.): _night_

Location

12) Phase of flight: _Final Approach 300' AGL runway 8_

12a  Approximate heading: _080°_

12b  Estimated altitude: _1100 MSL_

13) Location of incident (e.g., airport, city, etc.): _KBUR_

14) Location of laser origin: _SSE 1/2 mile KBUR_

0050

Laser Light description

15) Beam color: _____ Green _____

16) Nature of beam (constant/flicker/pulsed): _____ Constant _____

17) Light source (stationary or moving): _____ stationary _____

18) Do you feel you were intentionally tracked?: _____ yes _____

19) Relative intensity (flashbulb, headlight, sunlight): _____ headlight _____

20) Duration of exposure (seconds): _____ 1-2 seconds _____

Angle of Incident

21) Circle the window where the light entered the cockpit:

   Left      Left-front      Center      Right      (Right-front)      Other: _____

22) Did the light hit your eye(s) directly or from the side?: _____ yes rightside _____

Effect on individual

23) Describe visual/psychological/physical effects*: _____ Blinding _____

24) Duration of visual effects (seconds/minutes/hours/days): _____ spots _____

25) Effect on operational or cockpit procedures: _____ none _____

26) Injuries sustained: _____ None _____

27) Has victim been referred to an opthamologist? _____ Yes _____ If so, please list name of
opthamologist: _____ Appointment scheduled 9/5/2012 Dr. Hardon 1430 pst _____

28) Will victim submit results of examination to FBI? _____ Yes _____

29) Previous known eye problems: _____ None _____

30) Date of last eye exam (prior to incident): _____ 6/13/2011 _____

2

Other information

31) Suspect(s) identified: _____

32) Suspect(s) interviewed: _____

33) Suspect(s) arrested: _____

34) Additional comments: _____

_____

_____


*Examples of common visual effects:

- **Afterimage:** A transient image left in the visual field after an exposure to a bright light.
- **Blindspot:** A temporary or permanent loss of vision of part of the visual field.
- **Flashblindness:** A visual interference effect that persists after the source of the illumination has been removed.
- **Disability glare:** Obscuration of an object in a person's field of vision due to a bright light source located near the same line-of-sight.  Glare lasts only as long as the bright light is actually present within the individual's field of vision.


**Forward the above information via e-mail or mail hard copy to:**

The Civil Aviation Security Program

Federal Bureau of Investigation
Attn: SEMU/CASP
Room 4933
935 Pennsylvania Ave. NW
Washington DC
20535

3

0052