# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | 2:12-cr-00345-SVW | | Date | February 28, 2013 |
|----------|-------------------|---|------|-------------------|

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|------------------------|-----------------------------------------|
| Interpreter | |

| Paul M. Cruz | N/A | N/A |
|--------------|-----|-----|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|-------------------------|---------|-------|------|---------------------------|---------|------|------|
| Adam Gardenhire | x | | x | Craig A. Harbaugh, DPFD | x | x | |

**Proceedings:**   STATUS CONFERENCE re SENTENCING

Hearing held.  The Court informed the parties that it is contemplating the possibility of an upward departure from the guidelines range, with particular focus on the role of deterrence.  Fed. R. Crim. P. 32(h).  In addition, the Court informed the parties that it is contemplating relying upon certain publicly available sources in the course of evaluating the sentencing factors under 18 U.S.C. § 3553(a). Pursuant to Rule 32(i), the Court "must give to the defendant and an attorney for the government a written summary of--or summarize in camera--any information excluded from the presentence report under Rule 32(d)(3) on which the court will rely in sentencing, and give them a reasonable opportunity to comment on that information."  Even though the Court has only indicated that it *may* rely on certain sources, it nonetheless discloses them to the parties to give them the opportunity to comment.[1]  The sources are as follows:

- **FAA Press Release dated May 16, 2012**: "FAA Steps Up Enforcement of Laser Penalties," available at: http://www.faa.gov/news/press_releases/news_story.cfm?newsId=13555.

- **FAA Press Release dated January 19, 2011**: "FAA Announces Record Number of Laser Events in 2010," available at: http://www.faa.gov/news/press_releases/news_story.cfm?newsId=12298.

- **FBI News Article dated October 5, 2012:** "Laser Pointer Attacks Taking Off: Pose Serious Threat to Aviation Security," available at: http://www.fbi.gov/news/news_blog/laser-pointer-attacks-taking-off-pose-serious-threat-to-aviation-security.

- **FAA Pilot Safety Brochure:** "Laser Hazards in Navigable Airspace," available at

---

[1]  "[A] sentencing judge may appropriately conduct an inquiry broad in scope, largely unlimited as to the kind of information he may consider, or the source from which it may come." United States v. Fitch, 659 F.3d 788, 797 (9th Cir. 2011) (internal quotation marks omitted); see also U.S.S.G. § 6A1.3(a) ("In resolving any dispute concerning a factor important to the sentencing determination, the court may consider relevant information without regard to its admissibility under the rules of evidence applicable at trial, provided that the information has sufficient indicia of reliability to support its probable accuracy.").

| | : | 12 |
|---|---|---|
| Initials of Deputy Clerk | PMC | |

cc:  USM
     PSA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

http://www.faa.gov/pilots/safety/pilotsafetybrochures/media/laser_hazards_web.pdf.

•     United States v. Sasso, 695 F.3d 25 (1st Cir. 2012).

Finally, the Court notes that the article dated January 19, 2011, states that in 2010, Los Angeles International Airport recorded the highest number of laser strike incidents in the country for an individual airport, with 102 reports.  The greater Los Angeles area tallied nearly twice that number, with 201 reports.  In view of the frequency of such incidents, the Government is ORDERED to apprise the Court of (1) the number of laser incidents in Southern California that have resulted in prosecutions, and (2) of those, the number that have resulted in sentences, and (3) what the lengths of these sentences have been, if any.

As stated during the hearing, the parties are ORDERED to file their supplemental briefing commenting on these issues no later than Thursday, March 14, 2013 at 5:00 p.m.  Sentencing is continued until Monday, March 18, 2013 at 10:00 a.m.

:                    12

Initials of Deputy Clerk     PMC

cc:   USM
      PSA