DECLARATION

I, David Gates, being duly sworn, hereby depose and state the following:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), and I have been so employed for over nine years. Since August 2004, I have been assigned to the Los Angeles International Airport (LAX) Office of the FBI, where I investigate violations of Federal law which occur within the airport environment and on board aircraft.

2. This declaration documents my efforts to determine how many laser incidents in Southern California have resulted in prosecutions, how many prosecutions have resulted in sentences, and details of those sentences.

3. In summary, there is no comprehensive database or list of all laser strike arrests, prosecutions, and outcomes. Through interactions with laser experts at the federal, county, and local level, I have determined that there have been hundreds of laser strikes in Southern California over the past several years, and several dozen documented prosecutions for shining a laser at an aircraft. These include two prior federal prosecutions in Southern California arising prior to the passage of the current laser-strike statute, and approximately 36 state prosecutions in Los Angeles County, as detailed below. The total number of state prosecutions in Southern California counties outside of Los Angeles County is currently unknown.

   a. According to FAA data, Los Angeles International Airport led the nation in laser strikes in 2010. Other Southern California airports in the top 20 laser strike locations included Ontario (16th), Burbank (17th), and John Wayne (19th). Los Angeles International Airport was listed as third in the nation in laser strikes in 2012, and

the Los Angeles region has consistently ranked first or second in the nation in laser strikes over the past several years.

4.  For assistance determining the number of laser-strike prosecutions at the federal level, I contacted via phone and email Supervisory Federal Air Marshal George H. Johnson IV, assigned to the FBI's Transportation Crimes section in Washington, D.C. SA Johnson provides field offices with a weekly laser report, which documents all reported laser strikes against aircraft across the United States and provides details of each strike.

   a.  SA Johnson provided a PowerPoint presentation entitled "2012 Key Findings" that provided statistics for laser strikes across the nation. This presentation indicates that of 3,482 documented laser strike incidents, 106 subjects were identified. Of those, 86 incidents had "law enforcement action" taken, and 20 had no action taken. In total, the presentation indicates that there were 14 federal prosecutions and 3 state prosecutions in 2012. This presentation is attached hereto as Exhibit A.

   b.  SA Johnson also provided information detailing 105 laser strike incidents between 2009 and 2013 that generated FBI cases nationwide.

5.  SA Johnson's federal data, in conjunction with FBI database checks, indicate that two defendants were arrested and prosecuted federally in Southern California prior to the instant case. Both were prosecuted under 18 USC 32(a)(5), as the prosecutions predated the passage of 18 USC 39A in 2012.

   a.  One defendant, Nathan Wells, was prosecuted in Riverside County, was found guilty on October 7, 2010, and was sentenced to 15 months in prison, followed by three years of supervised release including three months in community confinement.

  b. The second federal defendant, Dana Welch, prosecuted in Santa Ana, California, was found guilty on April 22, 2009, and sentenced to two and one half years in prison.

 6. To obtain statistics for arrests, dispositions, and sentences at the state and local level, I contacted aviation and laser points of contact for the Los Angeles Police Department, the Los Angeles Sheriff's Department, and the Los Angeles County District Attorney.

 7. I spoke with Los Angeles County District Attorney Investigator Vittorio Racowschi and requested a list of all prosecutions, to include dispositions, for cases under California Penal Code Section 247.5. Investigator Racowschi forwarded the request to Tracey Lopez, Special Assistant, Deputy District Attorney, Los Angeles County District Attorney's Office.

  a. Ms. Lopez sent an email with the following: "We have run the data for all cases from 2010 through the present, both adult and juvenile, attached below. In order to protect the confidentiality of the defendants, their names and case numbers are omitted. Instead, we have referred to each case by a dummy number. Some cases may have more than one line of data per case, indicating different counts or different terms of sentence. Where there were multiple counts, separate counts and their dispositions are also listed under the same dummy number."

  b. Ms. Lopez provided a spreadsheet showing 36 cases from 2010 to present with filing dates, case status, charges, and dispositions for Los Angeles County prosecutions. There was also sentencing data with the document. This spreadsheet is attached hereto as Exhibit B.

3

8. I spoke with Marco Bolanos, Aviation Safety Officer for the Los Angeles Police Department, Air Support Division. Officer Bolanos reported that the LAPD made nine arrests in 2011 for laser strikes. Criminal filings were obtained in seven of the nine arrests.

    a. The LAPD did not have judicial outcomes for any of the arrests.

    b. No figures for 2012 were available.

9. I spoke with Morrie Zager, a sergeant for the Los Angeles Sheriff's Department's Aero Bureau. Sergeant Zager provided information that the LASD presented five cases to the DA for prosecution in 2012. Sergeant Zager believed four were pled down to misdemeanor convictions under California Penal Code Section 247.5 and the fifth case was turned over to the FBI for federal prosecution (that case is pending).

10. I spoke with FAA Special Agent Bobby White, Internal Security & Investigations Section, who works in Los Angeles. SA White searched the FAA Investigation Tracking System (ITS) for his area of responsibility, which is Los Angeles County, Ventura County, Santa Barbara County, San Luis Obispo County and Monterey County. SA White's search was from October 1, 2011 to March 4, 2013. SA White provided the following numbers, but added that they were "approximate" results:

    a. 15 law enforcement arrests where the FAA pursued a 14 CFR 91.11 (Interference with a flight crew civil violation).

    b. 2 law enforcement contacts where the suspect was identified but no arrests were made.

    c. SA White was able to provide names of the 15 arrestees, but the

4

FAA does not track dispositions of these cases. I provided the names to Los Angeles Police Department Detective Danny Carreras, who was able to obtain criminal history information for the arrestees in Los Angeles County. I was able to obtain information through NCIC records for most of the remaining 15 arrests.

    i. Of the 15 arrests, 2 were for juveniles and no disposition was available.

    ii. Of the 15 arrests, 2 were referred to the FBI for federal prosecution, including the arrest that started this case.

    iii. Of the remaining, some had no dispositions and some had conviction information. Sentences for the convicted included: 3 years probation and 30 days in jail for a misdemeanor conviction, 3 years probation and 2 days in jail for a misdemeanor conviction, and 3 years probation for a felony conviction.

11. I spoke with FAA Special Agent Pearl Bello, who is FAA SA White's partner and who covers the remaining areas of Southern California. SA Bello provided information on 22 additional arrests in her area of responsibility between 2011 and 2013. Only one of these had a disposition: a conviction at the misdemeanor level resulting in a sentence of 120 days in jail and 3 years probation.

12. FAA Special Agents White and Bello acknowledged that their data may not be a complete list of all laser strike arrests in Southern California.

13. I spoke with FBI Special Agent Audeene Ott from the FBI's San Diego Field Office. SA Ott is the Airport Liaison Agent Coordinator for San Diego, and was aware of one prosecution in San Diego over the past year for shining a laser at an aircraft. That prosecution was at the state level. There was no disposition in that case as of this

5

declaration.

14. There are reporting requirements for laser strikes under FAA Advisory Circular 70-2, dated January 5, 2005. However, there are no known laser-case tracking requirements.

15. The document from the Los Angeles County District Attorney's Office (Exhibit B) represents the most complete listing of state charges over the past three years for Los Angeles County. When added with FAA Special Agents White's and Bello's numbers for the Southern California region, it appears that there have been between 50 and 90 laser strike arrests throughout Southern California in the past three years. The full number of prosecutions arising from these arrests, and the resulting sentences, are not known at this time.

16. Sentences have ranged from three years in prison to probation.

17. The information provided above represents my good faith effort to find the number of laser prosecutions and sentences in Southern California.

18. I estimate that to compile and collate more specific and geographically comprehensive data responsive to the Court's order would take approximately one month. To do so, I would need to enlist cooperation from the district attorney's offices of Orange, Riverside, San Bernardino, Ventura, Santa Barbara, San Luis Obispo, San Diego, and Imperial Counties. Additionally, the various law enforcement air wings throughout Southern California would have to be contacted for more complete figures on arrests, and those numbers cross-referenced with the data from the corresponding district attorney's offices. While LAPD and the Los Angeles Sheriff's Department comprise the two largest air wings in Los Angeles County, many local police departments

6

have air wings, and some municipalities pool resources (for example, Pasadena, Burbank, and Glendale have a joint air wing). In addition, the other counties in Southern California beyond Los Angeles have numerous law enforcement air wings of their own. While compiling all of this data across the nine counties of the Southern and Central Districts of California would likely provide a more complete answer regarding laser strike prosecutions and sentences in Southern California, it is still possible that the information would be incomplete due to the lack of a uniform or comprehensive tracking requirement for this violation. In addition, it is unknown whether other district attorney offices track this violation as comprehensively as Los Angeles County.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this March 11, 2013, at Los Angeles, California.

David Gates
Special Agent-FBI