# EXHIBIT A

Case 2:12-cr-00345-SVW   Document 53-2   Filed 03/12/13   Page 1 of 13   Page ID #:406





# Analysis of Laser Illuminations By Month



2012 Laser Incidents: Jan 293, Feb 220, Mar 294, Apr 243, May 278, Jun 236, Jul 312, Aug 346, Sep 339, Oct 328, Nov 320, Dec 273



2011 Laser Incidents: Jan 210, Feb 199, Mar 255, Apr 274, May 261, Jun 304, Jul 352, Aug 287, Sep 360, Oct 332, Nov 348, Dec 309

- 2012 laser illuminations peaked July – November; least frequent months February, April and June.
- 2011 laser illuminations peaked in the Summer and, unlike previous years, did not diminish in the Fall.

UNCLAS // FOUO



Analysis of Laser Events by Day of the Week
January 2005-December 2012 Totals

- Monday: 447
- Tuesday: 470
- Wednesday: 510
- Thursday: 512
- Friday: 545
- Saturday: 533
- Sunday: 464

UNCLAS // FOUO



## 2012 Trends

**Laser strikes in 2012 occurred most frequently from Midnight to 5:00a.m.**

- This is a shift from 2011 in which most incidents occurred between 6:30pm and 11:30pm

UNCLAS // FOUO





## US Laser Illumination Colors by Year 2004-2012

| Year | Green | Red | White | Blue | Yellow | Multi-Colored | Unknown | Totals |
|------|-------|-----|-------|------|--------|---------------|---------|--------|
| 2004 | 16    | 0   | 3     | 0    | 0      | 0             | 2       | 21     |
| 2005 | 217   | 42  | 17    | 6    | 0      | 1             | 30      | 313    |
| 2006 | 357   | 20  | 8     | 6    | 1      | 10            | 18      | 420    |
| 2007 | 545   | 32  | 14    | 7    | 0      | 15            | 32      | 645    |
| 2008 | 853   | 24  | 21    | 4    | 1      | 16            | 28      | 947    |
| 2009 | 1363  | 44  | 25    | 5    | 2      | 16            | 34      | 1489   |
| 2010 | 2643  | 42  | 17    | 15   | 1      | 82            | 37      | 2836   |
| 2011 | 3366  | 65  | 48    | 31   | 5      | 30            | 30      | 3575   |
| 2012 | 3270  | 51  | 31    | 59   | 0      | 35            | 36      | 3482   |

UNCLAS // FOUO

## 2012 States with more than seventy laser events

| State | Number of Events |
|---|---|
| California | 541 |
| Texas | 363 |
| Florida | 298 |
| Arizona | 219 |
| North Carolina | 141 |
| Pennsylvania | 137 |
| New York | 131 |
| South Carolina | 128 |
| Oregon | 117 |
| Illinois | 114 |
| Nevada | 108 |
| Puerto Rico | 75 |
| Ohio | 72 |
| Michigan | 70 |

## 2011 States with more than seventy laser events

| State | Number of Events |
|---|---|
| California | 555 |
| Texas | 360 |
| Florida | 285 |
| Pennsylvania | 239 |
| Arizona | 205 |
| New York | 184 |
| Illinois | 121 |
| New Jersey | 115 |
| Virginia | 98 |
| North Carolina | 91 |
| South Carolina | 81 |
| Colorado | 79 |
| Hawaii | 74 |
| Puerto Rico | 73 |

UNCLAS // FOUO

## Analysis of Top 15 Airports with Laser Events

| City, State | Airport Code | Number of Lasers | Change from 2011 |
|---|---|---|---|
| Phoenix, AZ | PHX | 145 | +30 |
| Portland, OR | PDX | 96 | +49 |
| Los Angeles, CA | LAX | 86 | +15 |
| Charlotte, NC | CLT | 82 | +45 |
| Las Vegas, NV | LAS | 80 | +19 |
| Myrtle Beach, SC | MYR | 68 | +18 |
| Orlando, FL | MCO | 51 | +8 |
| Dallas, TX | DFW | 47 | +2 |
| Chicago, IL | ORD | 47 | -18 |
| Houston, TX | HOU | 47 | +10 |
| Houston, TX | IAH | 46 | New |
| New York, NY | LGA | 43 | -1 |
| Philadelphia, PA | PHL | 42 | -56 |
| Miami, FL | MIA | 41 | -3 |
| Detroit, MI | DTW | 39 | New |

UNCLAS // FOUO

# 2012 Successes

- 106 out of 3,482 incidents where subjects were identified; 121 subjects overall.
- 86 incidents were law enforcement action was taken.
- 14 Federal and 3 State prosecutions.
- 20 where no action was taken.

UNCLAS // FOUO



- FBI and DHS conclude that recent illuminations DO NOT stem from an organized effort to disrupt US air operations.
  - However, the possibility cannot be discounted. (Cluster Attacks & Message Board traffic)
- To date, no lasing incident has resulted in a plane crash or helicopter crash.
  - However, crashes from other bright light sources and injuries from lasers have been reported to date.

UNCLAS // FOUO