EXHIBIT B

DEFENDANTS CHARGED WITH PENAL CODE SECTION 247.5
SENTENCE

| CASE NO | DEF ID | SENTENCE DATE | SENT CNT | CHARGE | SENTENCE | AMT | UNIT | CREDIT AMT | CREDIT UNIT | DOLLAR AMT |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 01 | 10/07/2010 | 1 | PC 247.5 | Formal Probation | 3 | Y | | | |
| 2 | 01 | 10/07/2010 | 1 | PC 247.5 | Jail as a Condition of Probation | 120 | D | | | |
| 3 | 01 | 01/28/2011 | 1 | PC 247.5 | Formal Probation | 3 | Y | | | |
| 4 | 01 | 10/27/2010 | 1 | PC 247.5 | Summary Probation | 36 | M | | | |
| 4 | 01 | 10/27/2010 | 1 | PC 247.5 | Jail as a Condition of Probation | 3 | D | 3 | D | |
| 4 | 01 | 10/27/2010 | 1 | PC 247.5 | Community Service | 30 | D | 3 | D | |
| 4 | 01 | 10/27/2010 | 1 | PC 247.5 | Restitution | | | | | $100.00 |
| 6 | 01 | 01/14/2010 | 1 | PC 247.5 | Summary Probation | 36 | M | | | |
| 6 | 01 | 01/14/2010 | 1 | PC 247.5 | Community Service | 25 | D | | | |
| 6 | 01 | 01/14/2010 | 1 | PC 247.5 | Restitution | | | | | $100.00 |
| 8 | 01 | 08/17/2010 | 1 | PC 247.5 | Summary Probation | 36 | M | | | |
| 8 | 01 | 08/17/2010 | 1 | PC 247.5 | Fine as a Condition of Probation | | | | | $150.00 |
| 8 | 01 | 08/17/2010 | 1 | PC 247.5 | Community Service | 10 | D | | | |
| 8 | 01 | 08/17/2010 | 1 | PC 247.5 | Restitution | | | | | $100.00 |
| 8 | 01 | 08/17/2010 | 1 | PC 247.5 | Search and Seizure Conditions | 36 | M | | | |
| 9 | 01 | 03/16/2010 | 1 | PC 247.5 | Summary Probation | 12 | M | | | |
| 9 | 01 | 03/16/2010 | 1 | PC 247.5 | Jail as a Condition of Probation | 10 | D | | | |
| 9 | 01 | 03/16/2010 | 1 | PC 247.5 | Restitution | | | | | $100.00 |
| 10 | 01 | 06/08/2010 | 1 | PC 247.5 | Summary Probation | 36 | M | | | |
| 10 | 01 | 06/08/2010 | 1 | PC 247.5 | Community Service | 42 | D | | | |
| 10 | 01 | 06/08/2010 | 1 | PC 247.5 | Restitution | | | | | $100.00 |
| 14 | 01 | 02/26/2010 | 1 | PC 247.5 | Summary Probation | 12 | M | | | |
| 14 | 01 | 02/26/2010 | 1 | PC 247.5 | Fine as a Condition of Probation | | | | | $150.00 |
| 14 | 01 | 02/26/2010 | 1 | PC 247.5 | Community Service | 5 | D | | | |
| 14 | 01 | 02/26/2010 | 1 | PC 247.5 | Restitution | | | | | $100.00 |
| 16 | 01 | 03/15/2011 | 1 | PC 247.5 | Formal Probation | 3 | Y | | | |
| 16 | 01 | 03/15/2011 | 1 | PC 247.5 | Jail as a Condition of Probation | 1 | D | 1 | D | |
| 16 | 01 | 03/15/2011 | 1 | PC 247.5 | Search and Seizure Conditions | 3 | Y | | | |
| 19 | 01 | 01/12/2012 | 1 | PC 247.5 F/002 | Formal Probation | 3 | Y | | | |
| 19 | 01 | 01/12/2012 | 1 | PC 247.5 F/002 | Jail as a Condition of Probation | 10 | D | 1 | D | |
| 19 | 01 | 01/12/2012 | 1 | PC 247.5 F/002 | Community Service | 200 | H | 1 | D | |
| 19 | 01 | 01/12/2012 | 1 | PC 247.5 F/002 | Search and Seizure Conditions | 3 | Y | | | |
| 20 | 01 | 11/07/2011 | 1 | PC 247.5 F/001 | Summary Probation | 36 | M | | | |
| 20 | 01 | 11/07/2011 | 1 | PC 247.5 F/001 | Fine as a Condition of Probation | | | | | $150.00 |
| 20 | 01 | 11/07/2011 | 1 | PC 247.5 F/001 | Community Service | 10 | D | | | |
| 20 | 01 | 11/07/2011 | 1 | PC 247.5 F/001 | Restitution | | | | | $100.00 |
| 21 | 01 | 05/25/2011 | 1 | PC 247.5 F/002 | Formal Probation | 3 | Y | | | |
| 21 | 01 | 05/25/2011 | 1 | PC 247.5 F/002 | Jail as a Condition of Probation | 104 | D | | | |
| 21 | 01 | 05/25/2011 | 1 | PC 247.5 F/002 | Search and Seizure Conditions | 3 | Y | | | |
| 23 | 01 | 08/26/2011 | 1 | PC 247.5 | Summary Probation | 3 | Y | | | |
| 23 | 01 | 08/26/2011 | 1 | PC 247.5 | Jail as a Condition of Probation | 90 | D | | | |
| 23 | 01 | 08/26/2011 | 1 | PC 247.5 | Restitution | | | | | $100.00 |
| 25 | 01 | 07/20/2011 | 1 | PC 247.5 F/002 | Formal Probation | 3 | Y | | | |
| 25 | 01 | 07/20/2011 | 1 | PC 247.5 F/002 | Jail as a Condition of Probation | 2 | D | 2 | D | |
| 25 | 01 | 07/20/2011 | 1 | PC 247.5 F/002 | Search and Seizure Conditions | 3 | Y | | | |
| 26 | 01 | 07/21/2011 | 1 | PC 247.5 F/002 | Formal Probation | 3 | Y | | | |
| 26 | 01 | 07/21/2011 | 1 | PC 247.5 F/002 | Jail as a Condition of Probation | 2 | D | 2 | D | |
| 26 | 01 | 07/21/2011 | 1 | PC 247.5 F/002 | Search and Seizure Conditions | 3 | Y | | | |
| 27 | 01 | 05/27/2011 | 1 | PC 247.5 | Formal Probation | 3 | Y | | | |
| 27 | 01 | 05/27/2011 | 1 | PC 247.5 | Jail as a Condition of Probation | 180 | D | | | |
| 28 | 01 | 11/01/2012 | 1 | PC 247.5 F/002 | Serve Prison Time in County Jail | 3 | Y | 200 | D | |
| 28 | 01 | 11/01/2012 | 1 | PC 247.5 F/002 | Suspended Jail | 2 | Y | | | |
| 28 | 01 | 11/01/2012 | 1 | PC 247.5 F/002 | Mandatory Supervision | 2 | Y | | | |
| 28 | 01 | 11/01/2012 | 1 | PC 247.5 F/002 | Total Prison Time | 3 | Y | | | |
| 28 | 01 | 11/01/2012 | 1 | PC 247.5 F/002 | Search and Seizure Conditions | 2 | Y | | | |
| 28 | 02 | 09/07/2012 | 1 | PC 247.5 F/002 | Formal Probation | 3 | Y | | | |
| 28 | 02 | 09/07/2012 | 1 | PC 247.5 F/002 | Jail as a Condition of Probation | 3 | D | | | |
| 28 | 02 | 09/07/2012 | 1 | PC 247.5 F/002 | Community Service | 60 | D | | | |

Run Date 03/05/2013
Extract Date 03/04/2013

DEFENDANTS CHARGED WITH PENAL CODE SECTION 247.5
SENTENCE

| CASE NO | DEF ID | SENTENCE DATE | SENT CNT | CHARGE | SENTENCE | AMT | UNIT | CREDIT AMT | CREDIT UNIT | DOLLAR AMT |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 01 | 09/27/2011 | 1 | PC 247.5  F/001 | Suspended Jail | 90 | D | | | |
| 30 | 01 | 09/27/2011 | 1 | PC 247.5  F/001 | Summary Probation | 36 | M | | | |
| 30 | 01 | 09/27/2011 | 1 | PC 247.5  F/001 | Jail as a Condition of Probation | 5 | D | 5 | D | |
| 30 | 01 | 09/27/2011 | 1 | PC 247.5  F/001 | Community Service | 180 | H | 5 | D | |
| 30 | 01 | 09/27/2011 | 1 | PC 247.5  F/001 | Restitution | | | | | $100.00 |
| 35 | 01 | 04/19/2012 | 1 | PC 247.5  F/001 | Summary Probation | 3 | Y | | | |
| 35 | 01 | 04/19/2012 | 1 | PC 247.5  F/001 | Jail as a Condition of Probation | 2 | D | 2 | D | |
| 35 | 01 | 04/19/2012 | 1 | PC 247.5  F/001 | Community Service | 10 | D | 2 | D | |
| 35 | 01 | 04/19/2012 | 1 | PC 247.5  F/001 | Restitution | | | | | $120.00 |
| 36 | 01 | 01/06/2012 | 1 | PC 247.5  F/001 | Summary Probation | 3 | Y | | | |
| 36 | 01 | 01/06/2012 | 1 | PC 247.5  F/001 | Jail as a Condition of Probation | 30 | D | 8 | D | |
| 36 | 01 | 01/06/2012 | 1 | PC 247.5  F/001 | Restitution | | | | | $120.00 |
| 36 | 01 | 01/06/2012 | 1 | PC 247.5  F/001 | Search and Seizure Conditions | 3 | Y | | | |
| 38 | 01 | 03/19/2012 | 1 | PC 247.5  F/002 | Formal Probation | 3 | Y | | | |
| 38 | 01 | 03/19/2012 | 1 | PC 247.5  F/002 | Search and Seizure Conditions | 3 | Y | | | |
| 38 | 01 | 03/19/2012 | 1 | PC 247.5  F/002 | Weapon(s) ordered confiscated/destroyed | 3 | Y | | | |
| 38 | 01 | 03/19/2012 | 2 | PC 247.5  F/002 | Formal Probation | 3 | Y | | | |
| 38 | 01 | 03/19/2012 | 2 | PC 247.5  F/002 | Search and Seizure Conditions | 3 | Y | | | |
| 38 | 01 | 03/19/2012 | 2 | PC 247.5  F/002 | Weapon(s) ordered confiscated/destroyed | 3 | Y | | | |
| 40 | 01 | 01/10/2013 | 1 | PC 247.5  F/001 | Probation Denied | | | | | |
| 40 | 01 | 01/10/2013 | 1 | PC 247.5  F/001 | Straight Jail | 365 | D | 74 | D | |
| 41 | 01 | 06/18/2012 | 1 | PC 247.5  F/002 | Formal Probation | 3 | Y | | | |
| 41 | 01 | 06/18/2012 | 1 | PC 247.5  F/002 | Jail as a Condition of Probation | 12 | M | 52 | D | |
| 41 | 01 | 06/18/2012 | 1 | PC 247.5  F/002 | Search and Seizure Conditions | 3 | Y | | | |
| 41 | 01 | 06/18/2012 | 2 | HS 11350(A)  F/000 | Formal Probation | 3 | Y | | | |
| 42 | 01 | 02/11/2013 | 1 | PC 247.5  F/002 | Formal Probation | 3 | Y | | | |
| 42 | 01 | 02/11/2013 | 1 | PC 247.5  F/002 | Jail as a Condition of Probation | 90 | D | | | |

Run Date 03/05/2013
Extract Date 03/04/2013

## DEFENDANTS CHARGED WITH PENAL CODE SECTION 247.5 BETWEEN 01/01/2010 AND 03/04/2013

| CASE NO | DEF ID | FILE DATE | CURRENT STATUS | CURR STAT DATE | CNT | CHARGE | LVL | PLEA | RESULT | SENTENCE DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 01 | 08/24/2010 | Case Completed | 10/07/2010 | 1 | PC 247.5 | F | No Contest | Convicted | 10/07/2010 |
| 3 | 01 | 12/20/2010 | Case Completed | 02/16/2012 | 1 | PC 247.5 | M | | Convicted | 01/28/2011 |
| 4 | 01 | 09/24/2010 | Case Completed | 10/27/2010 | 1 | PC 247.5 | M | No Contest | Convicted | 10/27/2010 |
| 5 | 01 | 02/09/2010 | Dismissed | 07/20/2010 | 1 | PC 247.5 | M | | Dismissed | |
| 5 | 01 | 02/09/2010 | Dismissed | 07/20/2010 | 2 | PC 248 | M | | Acquitted | |
| 6 | 01 | 01/14/2010 | Case Completed | 01/14/2010 | 1 | PC 247.5 | M | No Contest | Convicted | 01/14/2010 |
| 8 | 01 | 05/21/2010 | Case Completed | 08/17/2010 | 1 | PC 247.5 | M | No Contest | Convicted | 08/17/2010 |
| 9 | 01 | 02/02/2010 | Case Completed | 03/16/2010 | 1 | PC 247.5 | M | No Contest | Convicted | 03/16/2010 |
| 10 | 01 | 04/19/2010 | Case Completed | 06/08/2010 | 1 | PC 247.5 | M | No Contest | Convicted | 06/08/2010 |
| 10 | 01 | 04/19/2010 | Case Completed | 06/08/2010 | 2 | PC 148(A)(1) F/000 | M | | Dismissed | 06/08/2010 |
| 10 | 01 | 04/19/2010 | Case Completed | 06/08/2010 | 3 | PC 148(A)(1) F/000 | M | | Dismissed | 06/08/2010 |
| 12 | 01 | 02/11/2010 | Dismissed | 08/25/2011 | 1 | PC 247.5 | M | | Dismissed | |
| 14 | 01 | 02/08/2010 | Case Completed | 02/26/2010 | 1 | PC 247.5 | M | No Contest | Convicted | 02/26/2010 |
| 15 | 01 | 11/16/2010 | Dismissed | 03/14/2012 | 1 | PC 247.5 | M | | Dismissed | |
| 16 | 01 | 02/14/2011 | Case Completed | 03/04/2013 | 1 | PC 247.5 | F | Guilty | Convicted | 03/15/2011 |
| 16 | 01 | 02/14/2011 | Case Completed | 03/04/2011 | 2 | PC 247.5 | F | | Dismissed | 03/15/2011 |
| 19 | 01 | 08/23/2011 | Case Completed | 01/12/2012 | 1 | PC 247.5 F/002 | F | Guilty | Convicted | 01/12/2012 |
| 19 | 01 | 08/23/2011 | Case Completed | 01/12/2012 | 2 | PC 247.5 F/002 | F | | Dismissed | 01/12/2012 |
| 19 | 01 | 08/23/2011 | Case Completed | 01/12/2012 | 4 | PC 245(A)(1) F/002 | F | | Dismissed | 01/12/2012 |
| 20 | 01 | 09/13/2011 | Case Completed | 11/07/2011 | 1 | PC 247.5 F/001 | M | No Contest | Convicted | 11/07/2011 |
| 21 | 01 | 04/07/2011 | Case Completed | 05/25/2011 | 1 | PC 247.5 F/001 | M | No Contest | Convicted | 05/25/2011 |
| 21 | 01 | 04/07/2011 | Case Completed | 05/25/2011 | 2 | PC 243(C)(2) F/000 | F | | Dismissed | 05/25/2011 |
| 21 | 01 | 04/07/2011 | Case Completed | 05/25/2011 | 3 | PC 243(C)(2) F/000 | M | | Dismissed | 05/25/2011 |
| 22 | 01 | 08/24/2011 | Bench warrant ordered/issued | 09/02/2011 | 1 | PC 247.5 F/001 | M | | | |
| 23 | 01 | 07/25/2011 | Case Completed | 08/26/2011 | 1 | PC 247.5 | M | No Contest | Convicted | 08/26/2011 |
| 25 | 01 | 07/08/2011 | Case Completed | 07/20/2011 | 1 | PC 247.5 F/002 | F | No Contest | Convicted | 07/20/2011 |
| 26 | 01 | 06/07/2011 | Case Completed | 07/21/2011 | 1 | PC 247.5 F/002 | F | No Contest | Convicted | 07/21/2011 |
| 27 | 01 | 03/03/2011 | Case Completed | 05/27/2011 | 1 | PC 247.5 | M | No Contest | Convicted | 05/27/2011 |
| 28 | 01 | 07/06/2011 | Case Completed | 11/01/2012 | 1 | PC 247.5 F/002 | F | | Convicted by Jury | 11/01/2012 |
| 28 | 01 | 07/06/2011 | Case Completed | 11/01/2011 | 2 | PC 247.5 F/002 | F | | Acquitted by Jury | 11/01/2012 |
| 28 | 02 | 07/06/2011 | Case Completed | 09/07/2012 | 1 | PC 247.5 F/002 | F | No Contest | Convicted | 09/07/2012 |
| 28 | 02 | 07/06/2011 | Case Completed | 09/07/2012 | 2 | PC 247.5 F/002 | F | | Dismissed | 09/07/2012 |
| 30 | 01 | 09/27/2011 | Case Completed | 09/27/2012 | 1 | PC 247.5 F/001 | M | No Contest | Convicted | 09/27/2012 |
| 31 | 01 | 08/16/2011 | Filed | 08/16/2011 | 1 | PC 247.5 F/001 | M | No Contest | | |

Run Date 03/05/2013
Extract Date 03/04/2013

DEFENDANTS CHARGED WITH PENAL CODE SECTION 247.5 BETWEEN 01/01/2010 AND 03/04/2013

| CASE NO | DEF ID | FILE DATE | CURRENT STATUS | CURR STAT DATE | CNT | CHARGE | LVL | PLEA | RESULT | SENTENCE DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 01 | 11/30/2012 | Filed | 11/30/2012 | 1 | PC 247.5  F/002 | F | | | |
| 35 | 01 | 04/19/2012 | Case Completed | 04/19/2012 | 1 | PC 247.5  F/001 | M | No Contest | Convicted | 04/19/2012 |
| 36 | 01 | 01/05/2012 | Case Completed | 01/06/2012 | 1 | PC 247.5  F/001 | M | No Contest | Convicted | 01/06/2012 |
| 36 | 01 | 01/05/2012 | Case Completed | 01/06/2012 | 2 | HS 11377(A) | M | | Court Deleted | 01/06/2012 |
| 36 | 01 | 01/05/2012 | Case Completed | 01/06/2012 | 3 | HS 11550(A) | M | | Court Deleted | 01/06/2012 |
| 38 | 01 | 02/07/2012 | Case Completed | 03/19/2012 | 1 | PC 247.5  F/002 | F | No Contest | Convicted | 03/19/2012 |
| 38 | 01 | 02/07/2012 | Case Completed | 03/19/2012 | 2 | PC 247.5  F/002 | F | No Contest | Convicted | 03/19/2012 |
| 38 | 01 | 02/07/2012 | Case Completed | 03/19/2012 | 3 | PC 247.5  F/002 | F | | Dismissed | 03/19/2012 |
| 39 | 01 | 06/05/2012 | Dismissed | 08/17/2012 | 1 | PC 247.5  F/001 | M | | Dismissed | |
| 40 | 01 | 11/30/2012 | Case Completed | 01/10/2013 | 1 | PC 247.5  F/001 | M | No Contest | Convicted | 01/10/2013 |
| 41 | 01 | 05/29/2012 | Case Completed | 12/05/2012 | 1 | PC 247.5  F/002 | F | No Contest | Convicted | 06/18/2012 |
| 41 | 01 | 05/29/2012 | Case Completed | 12/05/2012 | 2 | HS 11350(A) F/000 | F | No Contest | Convicted | 06/18/2012 |
| 42 | 01 | 02/11/2013 | Case Completed | 02/11/2013 | 1 | PC 247.5  F/002 | F | Guilty | Convicted | 02/11/2013 |

Run Date 03/05/2013
Extract Date 03/04/2013