1  SEAN K. KENNEDY (No. 145632)
   Federal Public Defender
2  (E-mail: Sean_Kennedy@fd.org)
   CRAIG A. HARBAUGH (No. 194309)
3  Deputy Federal Public Defender
   (E-mail: Craig_Harbaugh@fd.org)
4  321 East 2nd Street
   Los Angeles, California  90012-4202
5  Telephone (213) 894-7865
   Facsimile (213) 894-0081
6

7  Attorneys for Defendant
   ADAM GARDENHIRE
8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                          WESTERN DIVISION
11

12  UNITED STATES OF AMERICA,       )   NO. CR 12-00345-SVW
                                    )
13            Plaintiff,            )   **EX PARTE APPLICATION
                                    )   REQUESTING CONTINUANCE
14       v.                         )   OF SENTENCING HEARING**
                                    )
15  ADAM GARDENHIRE,                )
                                    )
16            Defendant.            )
                                    )

17        Defendant Adam Gardenhire, by and through his counsel of record, Deputy
18  Federal Public Defender Craig A. Harbaugh, hereby applies to this Honorable Court for
19  an order granting a continuance of the sentencing hearing presently scheduled for March
20  18, 2013, at 10:30 a.m. to March 25, 2013, at 10:30 a.m.  The Government does not
21  oppose.  This application is based upon the attached declaration of counsel and all files
22  and records in this case, and such further information as may be provided to the Court.
23                                      Respectfully submitted,
24
                                        SEAN K. KENNEDY
25                                      Federal Public Defender
26
27  DATED: March 14, 2013          By  */s/ Craig A. Harbaugh*
                                        CRAIG A. HARBAUGH
28                                      Deputy Federal Public Defender

## **DECLARATION OF CRAIG A. HARBAUGH**

I, Craig A. Harbaugh, hereby state and declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am a Deputy Federal Public Defender in the Central District of California. I represent defendant in this action.

2. I require additional time to prepare Mr. Gardenhire's supplemental sentencing pleading in response to the Court's order dated March 4, 2013. In particular, our office has retained a laser expert who needs additional time to complete and finalize his report. Accordingly, I am seeking a continuance of the sentence hearing for one additional week with the sentencing hearing occurring on March 25, 2013, with the supplemental pleading due on or before March 21, 2013.

3. On March 13, 2013, I sent an email message to Assistant United States Attorney Melissa Mills requesting the Government's position regarding the instant request. AUSA Mills responded that the Government did not oppose the request.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

DATED: March 14, 2013        /s/ Craig A. Harbaugh
                              CRAIG A. HARBAUGH
                              Deputy Federal Public Defender

2