SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
CRAIG A. HARBAUGH (No. 194309)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-7865
Facsimile (213) 894-0081

Attorneys for Defendant
ADAM GARDENHIRE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 12-00345-SVW |
| Plaintiff, ) | **ORDER TO CONTINUE SENTENCING** |
| v. ) | |
| ADAM GARDENHIRE, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED THAT the sentencing hearing date be continued from March 18, 2013 at 10:30 a.m. to March 25, 2013 at 10:30 a.m. with the supplemental briefing due March 21, 2013.

Date:  March 14, 2013

_____
HON. STEPHEN V. WILSON
United States District Judge