# Exhibit R

## DECLARATION OF JOHN C. NGUYEN

I, John C. Nguyen, hereby state and declare as follows:

1. I am an investigator with the Office of the Federal Public Defender for the Central District of California. I am assisting Deputy Federal Public Defender Craig A. Harbaugh with the representation of Adam Gardenhire in the above matter.

2. Our office requested and obtained an electronic spreadsheet from the Los Angeles County Public Defender's Office identifying all cases where the client was charged with a violation of California Penal Code Section 247.5 (Discharge of a Laser at an Aircraft) and 248 (Aircraft; Interference with Operation).

3. Relying upon this list, our office obtained the court dockets for each of these cases through the Los Angeles Superior Court Trial Court Information System. For each case, I reviewed the TCIS docket and inputted the sentence or disposition in the Column entitled "Sentence/Disposition." Attached is the completed table of cases.

4. Our office has retained a copy of these dockets which are available upon request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21 day of March, 2013, at Los Angeles, California.

JOHN C. NGUYEN

| LAST | First | DIST | CASE | DEF | COMP DATE | CHARGE | LEVEL | SENTENCE/DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| MONTES | CESAR | ATP | 0AV09986 | 01 | 11/30/2010 | PC248 | MISD | 10 DAYS JAIL |
| RITA | JERRYL | COM | 0CP01364 | 01 | 2/11/2010 | PC247.5 | MISD | PROCEEDING TERMINATED |
| HOODYE | SHAWN | COM | 0CP04041 | 01 | 5/21/2010 | PC247.5 | MISD | 36 M PROB. |
| ALLEN | CARL | LAA | 0CR24684 | 01 | 3/27/2000 | PC248 | MISD | COUNT DISMISSED |
| URFALYAN | MHER | GLN | 0GN04882 | 01 | 11/16/2010 | PC247.5 | MISD | CASE DISMISSED (10 days CS) |
| LAMPLEY | CYRILL | LB | 0LM08122 | 01 | 8/22/2000 | PC247.5 | MISD | 3 YRS. PROB. |
| MARTINEZ | VICTOR | LAS | 0SF00146 | 01 | 1/10/2000 | PC248 | MISD | 4 DAYS/12 MONTHS PROB. |
| ROGERS | KIMBERLY | COM | 1CP07009 | 01 | 9/27/2011 | PC247.5 | MISD | 5 DAYS/36 MONTHS PROB. |
| DIDEAR | CHARIS | PAS | 1PS00983 | 01 | 3/28/2011 | PC247.5 | MISD | ACQUITTED |
| CABRALES | FRANCISCO | LAS | 1SF04707 | 01 | 11/5/2001 | PC248 | MISD | DISMISSAL |
| ARIAS | JOSE | COM | 2CM01293 | 01 | 2/11/2002 | PC247.5 | MISD | CASE DISMISSED |
| FERREN | JERROD | CIT | 2JB00151 | 01 | 1/5/2012 | PC247.5 | MISD | 30 D JAIL/3 YRS. PROB. |
| MARTINEZ | CHAD | NEW | 2NW01180 | 01 | 4/19/2012 | PC247.5 | MISD | 2 DAYS JAIL/3 YRS. PROB. |
| MARTINEZ | WILLIAM | PAS | 2PS91981 | 01 | 6/5/2012 | PC247.5 | MISD | CASE DISMISSED |
| GARDENHIRE | ADAM | LAV | 2PY02568 | 01 | 5/10/2012 | PC247.5 | MISD | CASE DISMISSED |
| ROBINSON | LADALE | ATP | 3AT04502 | 01 | 9/16/2003 | PC248 | MISD | 7 DAYS/36 MONTHS PROB. |
| CHAVEZ | EDUARDO | LC | 3LC00648 | 01 | 2/20/2003 | PC248 | MISD | ACQUITTED |
| FOROUZAN | MICHAEL | LAX | 3WL01658 | 01 | 6/23/2003 | PC248 | MISD | ACQUITTED |
| KHOURY | PAUL | LAA | 4CR13789 | 01 | 10/18/2004 | PC247.5 | MISD | 10 DAYS/12 MONTHS PROB. |
| ROBERTSON | JOHN | LAA | 5CR06064 | 01 | 3/3/2005 | PC248 | MISD | 50 DAYS/24 MONTHS PROB. |
| MILES | FRANK | LAA | 5CR10838 | 01 | 7/18/2005 | PC248 | MISD | 60 DAYS/24 MONTHS PROB. |
| SMITH | WILLIAM | LAV | 5PN03553 | 01 | 6/17/2005 | PC248 | MISD | 45 DAYS/36 MONTHS PROB. |
| NEW | DONALD | ATP | 6AV00553 | 01 | 1/27/2006 | PC248 | MISD | CASE DISMISSED |
| ARRIOLA | ERIC | ATP | 6AV02498 | 01 | 4/3/2006 | PC248 | MISD | CASE DISMISSED |
| RODBERG | GENE | NEW | 6NE02621 | 01 | 8/15/1996 | PC248 | MISD | 15 DAYS/36 MONTHS PROB. |
| MALDONADO | PAUL | LAA | 7CA08180 | 01 | 5/8/2007 | PC247.5 | MISD | CASE DISMISSED |
| MALDONADO | PAUL | LAA | 7CA08588 | 01 | 5/17/2007 | PC247.5 | MISD | CASE DISMISSED |
| BERNETT | ROBERT | LAV | 7PN02270 | 01 | 3/28/1997 | PC248 | MISD | 20 DAYS CS/24 MONTHS PROB. |
| TRAVIS | RAY | PAS | 7PS04988 | 01 | 10/19/2007 | PC248 | MISD | CASE DISMISSED |
| SMITH | WILLIAM | LAV | 7PY01794 | 01 | 3/29/2007 | PC248 | MISD | 36 MONTHS PROB. |
| HAMNER | JOHN | LAS | 7SF04387 | 01 | 7/2/1997 | PC248 | MISD | 45 DAYS/36 MONTHS PROB. |
| HARRIS | SCOTT | WH | 7WH04240 | 01 | 6/4/1997 | PC248 | MISD | 5 DAYS JAIL/12 MONTHS PROB. |
| BORUNDA | RUDY | WH | 7WH04240 | 02 | 6/4/1997 | PC248 | MISD | DISMISSED |

| Last | First | Court | Case # | Ct | Date | Code | Level | Disposition |
|---|---|---|---|---|---|---|---|---|
| ROSE | JOSEPH | BUR | 8BR04599 | 01 | 11/25/2008 | PC247.5 | MISD | 15 DAYS CS/$410 FINE |
| ADAME | JOVANNY | LAA | 8CA11664 | 01 | 9/23/2008 | PC247.5 | MISD | $50 FINE (SUSPENDED) |
| VILLARREAL | FERNANDO | LAA | 8CA14079 | 01 | 12/18/2008 | PC247.5 | MISD | CASE DISMISSED |
| FRIAS | BRIAN | COM | 8CM07872 | 01 | 9/18/1998 | PC248 | MISD | 2 DAYS/12 MONTHS PROB. |
| YEPSON | AMAURY | LAA | 8CR23054 | 01 | 3/27/1998 | PC248 | MISD | 7 DAYS JAIL/24 MONTHS PROB. |
| GARCIA | MANUEL | DOW | 8DY02887 | 01 | 5/1/2008 | PC247.5 | MISD | CASE DISMISSED |
| ESTRELLA | SEVERINO | LB | 8LM01551 | 01 | 3/26/1998 | PC248 | MISD | 7 DAYS JAIL/3 YRS. PROB. |
| STOVALL | JAMES | POM | 8PM02466 | 01 | 4/15/1998 | PC248 | MISD | 3 YRS. PROB. |
| JUAREZ | HUGO | LAV | 8PN05961 | 01 | 9/14/1998 | PC247.5 | MISD | 24 MONTHS PROB. |
| MARTINEZ | JOHN | COM | 9CM08997 | 01 | 11/30/1999 | PC247.5 | MISD | 6 DAYS/12 MONTHS PROB. |
| QUINTERO | RICARDO | COM | 9CP09725 | 01 | 10/26/2009 | PC248 | MISD | 10 DAYS/12 MONTHS PROB. |
| LEONE | BRYAN | COM | 9CP09903 | 01 | 10/30/2009 | PC247.5 | MISD | 6 DAYS/36 MONTHS PROB. |
| NEVAREZ | ARMANDO | ELA | 9EA11619 | 01 | 11/3/2009 | PC247.5 | MISD | $50 FINE (SUSPENDED) |
| HOIDN | NICOLAI | LB | 9LM08968 | 01 | 10/27/1999 | PC248 | MISD | 2 DAYS JAIL/3 YRS. PROB. |
| VIVES | ALLEN | NEW | 9NW03215 | 01 | 8/11/2009 | PC247.5 | MISD | 30 DAYS/36 MONTHS PROB. |
| MARTINEZ | JOSUE | WH | 9WW05017 | 01 | 8/11/2009 | PC247.5 | MISD | 3 DAYS JAIL/$276.47 FINE |
| RAMOS | FERNANDO | ELA | BA370402 | 01 | 4/19/2010 | PC247.5 | MISD | 36 MONTHS PROB. |
| WHEELER | BRIAN | ALH | GA080945 | 01 | 8/24/2010 | PC247.5 | FELONY | 120 DAYS/3 YRS. PROB. |
| MEDINA | ERICK | GLN | GA083712 | 01 | 7/8/2011 | PC247.5 | FELONY | 2 DAYS/3 YRS. PROB. |
| JUAREZ | RAFAEL | ALH | GA086461 | 01 | 5/29/2012 | PC247.5 | FELONY | 12 MONTHS/3 YRS PROB. |
| GOOD | BRADLEY | PAS | GA088234 | 01 | 11/30/2012 | PC247.5 | FELONY | PENDING PRELIM ON 04/03/13 |
| WILLISON | STEVEN | CIT | KA068803 | 01 | 11/30/2004 | PC248 | MISD | 23 DAYS JAIL/3 YRS. PROB. |
| GUTIERREZ | JOSE | CIT | KA093510 | 01 | 3/3/2011 | PC247.5 | FELONY | 180 DAYS JAIL/3 YRS. PROB. |
| ORTIS | MARCO | CIT | KA100908 | 01 | 2/11/2013 | PC247.5 | FELONY | 90 DAYS JAIL/3 YRS. PROB. |
| HICKS | BRANDON | LAV | LA067553 | 01 | 4/7/2011 | PC247.5 | FELONY | HELD TO ANSWER |
| HICKS | BRANDON | XNW | LA067553 | 01 | 4/19/2011 | PC247.5 | FELONY | 104 DAYS/3 YRS. PROB. |
| GEBRU | KALEM | LB | NA039475 | 01 | 1/14/1999 | PC247.5 | FELONY | UNKNOWN |
| ROWE | STEVEN | LB | NA049781 | 01 | 8/10/2001 | PC248 | MISD**** | 3 YRS. (OTHER CHARGES) |
| SMITH | KELLY | LB | NA088040 | 01 | 2/14/2011 | PC247.5 | FELONY | 1 DAY/3 YRS PROB. |
| FIORENTINO | DANILO | LAS | PA065136 | 01 | 8/4/2009 | PC247.5 | FELONY | 32 MONTHS |
| CHAN | JACOBO | COM | TA097686 | 01 | 6/3/2008 | PC247.5 | FELONY | 90 DAYS JAIL/3 YRS. PROB. |
| FIERROS | LAWRENCE | SG | VA050194 | 01 | 8/25/1998 | PC247.5 | FELONY | 90 DAYS JAIL/3 YRS. PROB. |
| PINEDA | JULIO | ELA | VA116954 | 01 | 9/24/2010 | PC247.5 | MISD | 33 DAYS/36 MONTHS PROB. |
| HOBDY | WILLIAM | SBA | YA024346 | 01 | 5/31/1995 | PC248 | MISD | DISMISSAL |