# Exhibit S

# EXPERT REPORT
### Date: March 21, 2013

**Re: *United States v. Adam Gardenhire*  12-CR-345-SVW**

**Introduction:**
I have been retained by Deputy Federal Public Defender Craig A. Harbaugh by the Federal Public Defender's Office, Central District of California, who represents Adam Gardenhire in the instant matter. My general area of expertise is laser technology including common usage. Mr. Harbaugh has asked me to opine regarding the following areas:

This report evaluates the potential for injury from a green laser pointer on the ground to the aircrew of the Cessna and helicopter involved in the incident based on the laser pointer output power and distance.

(1) General types of lasers.
(2) Regulatory framework governing lasers, including enforcement against illegal lasers and warning requirements.
(3) Public awareness regarding laser strength and potential risks generally, including those to aircraft.
(4) Potential injury to aircraft personnel from lasers.
(5) Regarding this specific case, the potential risk of injury to the pilots of the Cessna and Pasadena Police Helicopter as a result of the laser exposure on March 29, 2013.
(6) The significance, if any, of multiple laser bursts, or "tracking" generally and in Mr. Gardenhire's specific case, in assessing whether an individual was intentionally or recklessly interfering with the operation of an aircraft?

Qualifications:

I am an electrical engineer and have worked in industry, academia, and as a private consultant for many years. My academic affiliations have included the Moore School of Electrical Engineering, University of Pennsylvania and the Center for Microwave/Lightwave Engineering, Drexel University, Philadelphia, Pennsylvania. Beginning in 1994, I began to make available on the internet an extensive body of information about lasers. See Sam's Laser FAQ: A Practical Guide to Lasers for Experimenters and Hobbyists (2013), http://www.repairfaq.org/sam/lasersam.htm. My curriculum vitae is attached to this report.

## (1) General types of lasers:

There are all types of lasers covering a wide range of output power, wavelength (this corresponds to color for visible lasers, but can also be infra-red or ultra-violet), continuous wave (CW), Pulsed, Q-switched, and more. The types of lasers that are of relevance to these incidents are CW (though they may be switched on and off at will), and of a visible wavelength. The most common wavelengths found with these incidents are around 650 nm (red), 532 nm (green), and more recently, 445 nm (blue).

1

**Laser classes:**

The Federal regulatory body responsible for overseeing lasers is the Center for Devices and Radiological Health (CDRH), which is part of the FDA. For visible continuous wave (CW) lasers (where the output is more or less constant as opposed to pulsed lasers) the CDRH laser classification can be summarized as follows:

* Class 1 lasers - Lasers that are not hazardous for continuous viewing or are designed in such a way that prevent human access to laser radiation. These consist of low power lasers or higher power embedded lasers (e.g., laser printers or DVD drives).

* Class 2 visible lasers (400 to 700 nm) - Lasers emitting visible light which because of normal human aversion responses, do not normally present a hazard, but would if viewed directly for extended periods of time. This is like many conventional high intensity light sources.

* Class 2a visible lasers (400 to 700 nm) - Lasers emitting visible light not intended for viewing, and under normal operating conditions would not produce a injury to the eye if viewed directly for less than 1,000 seconds (e.g., bar code scanners).

* Class 3a lasers - Lasers that normally would not cause injury to the eye if viewed momentarily but would present a hazard if viewed using collecting optics (e.g., magnifier or telescope).

* Class 3b lasers - Lasers that present an eye and skin hazard if viewed directly. This includes both intra-beam viewing and specular reflections. Class IIIb lasers do not produce a hazardous diffuse reflection except when viewed at close proximity.

* Class 4 lasers - Lasers that present an eye hazard from direct, specular and diffuse reflections. In addition such lasers may be fire hazards and produce skin burns.

Note that green laser pointers also emit some infra-red (IR) as well as the visible beam as a result of the lasing process if there is no IR-blocking filter. This adds to the amount of output power that may be present and and makes them somewhat more of a risk. High quality pointers will have an IR-blocking filter but many of the cheap imports do not. Normally the additional power is modest (perhaps 30 percent) but under some conditions it could be greater.

The types of lasers in question here are either Class 3a, 3b, or 4.

All laser pointers considered legal to sell and use in public by the FDA will be Class 3a. These were originally intended as presentation pointers but might also be used safely for other purposes including playing with a pet.

However, higher power laser pointers (mostly Class 3b) are readily available on-line, on eBay, and from other mail order. Although technically not legal to sell, most of these are used responsibly for various legitimate purposes including pointing out stars in the night sky for astronomy, and for outdoor pointing in bright sun, for example, within a chemical plant to identify a particular pipe or a leak.

It's not really clear what legitimate purposes Class 4 "hand-held" lasers have beyond popping helium balloons on a high ceiling rather than using a long pointed stick.

**Wavelength/color:**

What we perceive as visible light spans a very small part of the electro-magnetic spectrum. It spans deep violet to deep red covering violet, blue, green, yellow, orange, red, and all colors in between and mixtures of colors. The wavelength is the size of the waves that correspond to a given color. Wavelength is measured in nanometers – billionths of a meter, abbreviated "nm". Violet covers roughly 400-425 nm, green 500-560 nm, and red 635 to 700 nm. Other spectral colors are in between these including blue (425-500 nm), yellow (560-600 nm), and so on.

While there is some variation in the postential for damage to vision of a laser based on wavelength, the most significant difference made by wavelength is in perception: For the same amount of power, green at 555 nm appears the brightest; red and blue/violet appear much dimmer.

In terms of a laser being able to cause damage to vision, there are many factors involved. But the most important would be the amount of laser power that is able to enter the eye and reach the retina, the light sensitive layer at the back of the eye. For these visible lasers, the only effect will be on the retina. All the other structures of the eye including the cornea, lens, and vitreous humor, are transparent to visible light. But being a part of the central nervous system, serious damage to the retina is permanent.

However, well below any threshold where permanent damage can occur, there can be flash blindness (both direct and from glare) and afterimages. Flash blindness can occur from exposure to any bright light and will result in a temporary reduction in visual perception and the loss of darkness adaptation. Pilots flying at night operate in subdued lighting so that the terrain and cockpit instruments are easily visible. A flash of light can render both of these temporarily invisible.

Afterimages result when a bright light like a laser beam is focused onto a local area of the retina. There will then be a reverse color and intensity area the shape of the focused light that can last for minutes or even longer, but will eventually go away.

For example, a camera flash (not a laser) can result in both of these effects. It will instantly make everything appear darker and if the subject is staring at the camera, there will be an afterimage of the flash present for some time. Going inside from bright Sunlight will result in an effect similar to flash blindness as the eye adjusts.

**Beam divergence:**

Real laser beams do not behave like those depicted in Hollywood – they spread or "diverge" as the distance from the laser increases. For example, the typical green laser pointer has a divergence of 1 milliRadian (mR) which means it expands at 1 part per 1,000. So, after 1,000 feet, the spot is around 1 foot in diameter; at 5000 feet it is 5 feet in diameter. Spreading the original power of the laser over that area reduces the amount that can enter the eye dramatically.

Only under point-blank conditions – close enough that the entire beam can enter the subject's eye and could be held there - and where the subject was cooperating (playing chicken) by holding their gaze absolutely steady could there be any permanent harm to vision from a Class IIIA laser (1-5 mW). And documented cases of permanent vision damage from a 5 mW laser are almost non-existent.

Class 4 lasers (above 500 mW) can burn skin and other materials but again, this is only at close range. Their beams expand as well. For a 1 W laser at 100 feet with the same 1 mR divergence, the spot would be a bit over 1 inch in diameter. That would be detectable on the skin as a slight warmth but nothing more. (However, it would definitely be a greater risk to vision since the amount of power that could enter the eye would be proportionally larger.)

## (2) Regulatory framework governing lasers, including enforcement against illegal lasers and warning requirements.

The CDRH, part of the FDA, is responsible for the regulations and enforcement. Generally, for visible lasers like pointers, anything Class 3b or above (5 mW) is not legal to sell to the general public or use in public without a variance. One can possess any size laser - that's not illegal as long as it isn't used in public or sold to the general public.

Enforcement appears to be nearly nonexistent. There are numerous suppliers of laser pointers and "hand-held" lasers, as well as other types of lasers that violate even the basic 5 mW limit. Occasionally, there will be an attempt to crack down on eBay sellers or surplus places but the effects are short lived at best since there may be no real penalties. And sometimes, totally honest sellers are caught up in this and decide the risks aren't worth it, thus denying access to even legal lasers. As far as labeling:

- For Class 1 and 2 lasers, there is usually a yellow Caution sticker.

- For Class 3 and above, it's a red, black, and white Warning sticker.

Thus all common laser pointers should have the Warning sticker and it should state the laser Class and maximum power (under any conditions, not necessarily under normal use).

Many nominally legal <5 mW green pointers have been known to put out much more power than 5 mW due to thermal variations and lack of actual feedback to regulate the power. Even large laser companies have sold such pointers inadvertently.

Note that the variability applies mostly to green pointers due to their different more complex lasing process. Red pointers do not suffer from this. There are many higher power (>5 mW) red pointers but those sold as <5 mW probably are under 5 mW most of the time and don't vary much.

### (3) Public awareness regarding laser strength and potential risks generally, including those to aircraft

This is an area where the general public and even well educated people are generally quite unaware of either the legal power, or the power of their lasers.

The eye is a poor judge of the output power of a laser. Without performing a side-by-side comparison, it would not be easy to reliably tell the difference between a 5 mW legal pointer and one that was 50 mW. Ambient lighting and the eye's variable response make this impossible. And even side-by-side the perceived difference won't be 10X but perhaps 2 or 3X.

### (4) Potential injury to aircraft personnel from lasers.

Based on the use of any readily available portable laser, any permanent injury to vision from the ground is virtually impossible - and even less so for injury to skin or any other material object. For the typical laser pointer and any reasonable distance to the plane, the amount of power entering the eye isn't even close to any injury threshold, but thousands of times lower.

While there have been sensational media reports of such injuries, even the most basic analysis shows them to be either wildly exaggerated or simply impossible based on the laws of physics.

Also worth noting is that for an injury to occur from a source of visible light, such as a CW laser or something else, there would be an accompanying blinding flash. Some people think that the laser is somehow special in that *any* exposure is harmful. This is not true. In terms of the risk of eye injury, the laser is just a source of bright light that can be directed in a beam with very low divergence.

## (5) Regarding this specific case, the potential risk of injury to the pilots of the Cessna and Pasadena Police Helicopter as a result of the laser exposure on March 29, 2013.

**Summary:**

Given the parameters as determined from the material provided, the maximum laser power entering the dark-adapted eye of someone on board the aircraft would be less than 1/6,000th of that necessary to cause any damage to vision even under worst case assumptions including fixating on the laser for an extended period of time. Thus there is absolutely no possibility of the laser pointer on the ground causing injury to anyone in the aircraft.

**Definitions:**

- Beam power: The optical power, measured in watts, within a given area or entering through an aperture (hole) like the pupil of the eye.

    - 1 milliWatt (mW) = 1 thousandth (0.001) watt.
    - 1 microWatt (µW) = 1 millionth (0.000,001) watt.
    - 1 nanoWatt (nW) = 1 billionth (0.000,000,001) watt.

- Divergence: How fast the beam spreads as a function of the distance from the source.

    The divergence for most lasers is measured in milliRadians or mR, 1/1000th of a Radian. A beam with a divergence of 1 mR expands at a rate of 1 per 1,000 (full angle). In other words, the beam increases in diameter by 1 millimeter (mm) for every 1,000 mm, or 1 foot for every 1,000 feet. The total beam diameter is thus the sum of the initial beam diameter and the increase from divergence. For a device with a narrow beam like a laser pointer (e.g., 1 mm), at a distance of more than a few feet, the effective beam diameter arises almost entirely from divergence and the initial beam diameter can be ignored in calculations.

**Given:**

- Green laser pointer with an output power of 35 mW (combined 532/1064/808nm) and divergence of approximately 1.8 mR.

- Distance from pointer to Cessna of at least ½ mile (2640 feet or 805 meters) and to the helicopter of at least ¾ mile (3960 feet or 1,206 meters).

6

**Assumptions:**

- The beam intensity is uniform. This is not strictly true as it typically has a Gaussian or bell-shaped profile from center to edge with some cutoff point deemed to be the edge. However, for the purposes of this discussion this may result in at most a minor error in calculations and no effect on the conclusions.

- The pupil of a dark-adapted eye is around 7 mm in diameter with a corresponding area of 38.5 sq. mm.

**Calculations:**

For a 35 mW laser pointer with a divergence of 1.8 mR, at a distance of ½ mile (2,640 feet), the beam is about 4.75 feet (1.448 meters or 1,448 mm) in diameter. The area is than 1,448x1,448xpi/4 = 1,646,747 sq. mm. (pi ~= 3.1416)

Therefore, the optical power density is 35 mW/1,646,747 or about 21.3 nanoWatts/sq. mm. Since the dark-adapted pupil is about 38.5 sq.mm (from above), the total power entering the eye is about 818 nW. Thus, the power into the eye is reduced by a factor of about 42,770 compared to 35 mW.

This would be visible as at most a twinkle or scintillating flash of light. One pilot described it as similar to a headlight, which given dark adapter conditions could be accurate. Note that the green wavelength (532 nm) will appear slightly brighter than the same optical power for white light, but this doesn't make it more dangerous.

Even a 5 WATT laser (5,000 mW, over 140 times higher power than the 35 mW pointer with similar divergence would result in only about 117 microWatts entering the eye. (As of 2011, 5 W is greater than any readily obtainable laser and especially any hand-held laser.) 117 µW would be perceived as a rather bright light but still far far below the power needed to even remotely have the possibility of causing injury, which according to FDA/CDRH regulations is over 5 mW - and this is conservative. The 5 WATT laser is lower by a factor of over 40. And the 35 mW laser pointer is lower by a factor of over 6,000!

**Comparison with 100 Watt light bulb:**

A common 100 W light bulb (the old fashioned incandescent lamp) produces approximately 5 watts of visible light emitted uniformly in all directions. (Most of the remaining power is in the form of heat.) The area of a sphere 1 foot in radius is 12.57 square feet. Thus, at 1 foot from a 100 W light bulb, the power is approximately 397 mW/sq. foot (4.3 µW /sq.mm) and the power entering a dark adapted pupil (area of 38.5 sq.mm) would therefore be around 165 µW. (Of course, an eye at 1 foot from a 100 W bulb wouldn't be dark adapted for very long with the puil closing down very quickly as well, but this would be valid if the bulb flashed on for an instant in a dark room.

For the power density to result in a similar amount of optical power entering a dark-adapted eye compared to the 35 mW laser pointer, the light bulb would need to be moved to a distance of about 14 feet.

So, the 35 mW green pointer at 1/2 mile would appear about as bright as a 100 W bulb at 14 feet.

For a 5 mW pointer with similar divergence, the equivalent distance would be around 43 feet.

### (6) The significance, if any, of multiple laser bursts, or "tracking" generally and in Mr. Gardenhire's specific case, in assessing whether an individual was intentionally or recklessly interfering with the operation of an aircraft?

I do not consider multiple bursts and/or apparent tracking of the aircraft to be of much significance. Laser pointers and so-called "hand-held lasers" typically have a pushbutton to turn the beam on. So, multiple presses of the button are a natural way to use these, not something special. Tracking is also something that is a consequence of the desire to show an ability to keep the laser spot on the plane. But that isn't necessarily to cause harm but simply to prove they can do it. Holding a laser spot on something a mile away is a challenge. So, the appearance of multiple bursts could also simply be due to a wavering hand in directing a laser pointer at a moving plane a mile or more away.

As a practical matter, a pilot is not going to try to evade a beam of light and wild maneuvers would simply place the pilot at greater risk of losing control.

**Conclusions:**

There is absolutely no possibility that the green laser pointer could cause any type of injury to people in a plane or helicopter at 1/2 mile - or even at 1,000 feet. And indeed, both pilots report no lasting harm to their vision.

For there to even be a remote possibility of permanent injury to vision, for this 35 mW pointer, the distance would need to be less than about 33 feet (~10 meters), where 5 mW would be able to enter a dark-adapted eye. And even then, confirmed cases of actual permanent vision damage from a laser of 5 mW or less are almost non-existent. Such injuries typically required not only higher laser power, but holding the beam steady for an extended period of time. This is simply an impossibility given the conditions of this incident, or even over an extremely large range of more conservative assumptions.

**Signed:**

*[signature]*

Samuel M. Goldwasser, Ph.D., 21-Mar-2013

# CV of Samuel M. Goldwasser

. **Date/Place of Birth):** July 20, 1952/Philadelphia, PA, U.S. Citizen

## Education

Ph.D. E.E. Massachusetts Institute of Technology, Cambridge, MA, 1979.

M.S. E.E. Massachusetts Institute of Technology, Cambridge, MA, 1976.

Engineer's Degree E.E. Massachusetts Institute of Technology, Cambridge, MA, 1976.

B.S.E.E. Drexel University, Philadelphia, PA, 1974.

## Honors and Awards

Adjunct Assistant Professor: Dept. of Computer and Information Science The Moore School of Electrical Engineering/D2, University of Pennsylvania, Philadelphia, PA 19104, 1986-?? (this is almost certainly no longer valid).

IBM Graduate Fellowship, 1978-79, MIT Research Lab of Electronics.

NSF Travel Grant, NATO ASI, 1983.

Member Eta Kappa Nu, Tau Beta Pi, Sigma Xi.

S. Reid Warren, Jr. Award for Distinguished Teaching, 1984.

## Research and Professional Experience

Present(1): Independent Engineering Consultant. Areas of specialty include electronics, lasers, and related technology.

Present(2): Author of Sam's Laser FAQ - A Practical Guide to Lasers for Experimenters and Hobbyists:

> http://www.repairfaq.org/sam/lasersam.htm

This is generally recognized as the most extensive collection of this type of laser information in the explored Universe by far - and some of it isn't available anywhere else in print or on-line. Called the "laser bible" by some, it covers basic laser principles and laser safety, use of commercial lasers and their power supply design, and amateur laser construction, as well as providing hundreds of links to on-line suppliers, manufacturers, and other laser related Web sites. A recent Google search on "Sam's Laser FAQ" (exact wording) turned up 25,000+ hits. Much of the technical material in Sam's Laser FAQ is based on personal experience working with a variety of commercial and home-built lasers and laser-based systems.

Present(3): Author of most of the comprehensive repair guides of the Sci.Electronics.Repair

FAQ Internet Web site:

**http://www.repairfaq.org/REPAIR/**

This is the only such resource on the planet at the present time and is used by thousands of professionals and doit-yourselfers interested in consumer electronics repair.

1999-2005: Research professor/research engineer, Center for Microwave/Lightwave Engineering, ECE Department, Drexel University, Philadelphia, PA. Research areas included microwave-photonics and in particular, microchip solid state lasers for communications, lidar-radar, and medical imaging applications.

1992-1996: Technical Director, Visualization, CT Division of Picker International, 130 Radnor Chester Road, St. Davids, PA 19087 (Picker's main headquarters is in Ohio. Picker changed its name to Marconi Medical Systems and has recently been acquired by Phillips.)

1986-1992: Director of Research and Development, Dynamic Digital Displays, (DDD) Inc., 130 Radnor Chester Road, St. Davids, PA 19087 (last address before merger with Picker International). DDD was a high tech startup founded along with 3 of my students to commercialize the Voxel Processor architecture for real-time three-dimensional visualization developed while at Penn.

1981-1986: Assistant Professor at the University of Pennsylvania, Departments of Computer and Information Science (primary appointment) and Electrical Engineering and Science (secondary appointment).

1979-1980: Post Doctoral Associate for the Cognitive Information Processing Group of the MIT Research Lab of Electronics.

1976-1979: Research Assistant and consultant in the areas of digital system hardware design and picture processing

1974-1976: Teaching Assistant in the Department of Electrical Engineering and Computer Science at MIT.

1971-1974: Digital Systems Design Engineer, RCA Corporation, Camden, NJ.

## Membership in Scientific and Professional Societies

Institute of Electrical and Electronic Engineers

## Publications

S. M. Goldwasser and Ben Edwards, "Hidden Menace: Recognizing and Controlling the Hazards Posed by Smaller and Lower Power Lasers", to be presented at ILSC 2011, San Jose, CA, March 14-17, 2011.

. David Yoo, Yifei Li, Samuel M. Goldwasser, William D. Jemison, and Peter R. Herczfeld,

Coupled Optoelectronic Oscillation via Fundamental Mode-Locking in a Composite-Cavity Electro-Optic Microchip Laser, IEEE Journal of Lightwave Technology, Vol. 26, No. 7, April 1, 2008, pp. 824-831.

. Y. Li, S. M. Goldwasser, P. Herczfeld, and L. M. Narducci, "Dynamics of an Electro-Optically Tunable Microchip Laser", Submitted to the IEEE Journal of Quantum Electronics.

. Yifei Li, David Yoo, Peter Herczfeld, Arye Rosen, Asher Madjar, and Sam Goldwasser, "Receiver for a Coherent Fiber-Optic Link with High Dynamic Range and Low Noise Figure", Accepted for presentation at MWP2005.

. David Yoo, Asher Madjar, Samuel Goldwasser, and Peter Herczfeld, "Fundamental Mode-Locking of a Composite-Cavity Electro-optic Microchip Laser for Microwave Photonics", Accepted for presentation at MWP2005.

. Yifei Li, Maja Bystrom, David Yoo, Samuel M. Goldwasser, and Peter Herczfeld, Coherent Optical Vector Modulation for Fiber Radio Using Electro-Optic Microchip Lasers, IEEE Transactions on Microwave Theory and Techniques.

. Y. Li, S. M. Goldwasser, D. Yoo, and P. Herczfeld, "Direct QAM Modulation of Microwave Subcarrier Using Electro-Optically Tunable Microchip Lasers", MWP2004, International Topical Meeting on Microwave Photonics, Ogunquit, Maine, Oct. 4-6, 2004.

. A. Madjar, D. Yoo, P. R. Herczfeld, W. D. Jemison, S. M. Goldwasser, Y. Li., "Microwave Generation by Regenerative Mode-Locking of a Nd:YVO4/MgO:LiNbO3 Microchip Laser", IEEE MTT International Microwave Symposium, Philadelphia, Pennsylvania, June 8-13, 2003.

. Y. Li and S. M. Goldwasser, "Dynamics Inside a Tunable Microchip Laser", Presented at the Microcoll Conference 2003, Budapest, Hungary, September 10-11, 2003.

. Y. Li, S. Goldwasser, and P. R. Herczfeld, "Optically Generated Dynamically Tunable Low Noise Millimeter Wave Signals Using Microchip Solid State Lasers", IEEE MTT International Microwave Symposium, Philadelphia, Pennsylvania, June 8-13, 2003.

. Y. Li, S. M. Goldwasser, M. Bystrom, P. R. Herczfeld, "Generation of MSK Modulated Millimeter Wave Subcarrier for Radio Over Fiber Applications", Proceedings of the Microwave Photonics 2001 Conference, Long Beach, CA, January 7-9, 2002, pp. 33-36.

. Generation of MSK Modulated Millimeter Wave Subcarrier for Radio Over Fiber Applications, Y. Li, S. M. Goldwasser, M. Bystrom, P. R. Herczfeld, Proceedings of the Microwave Photonics 2001 Conference, Long Beach, CA, January 7-9, 2002, pp. 33-36.

. Y. LI, A. J. C. Vieira, S. M. Goldwasser, P. R. Herczfeld, "Rapidly Tunable Millimeter-Wave Optical Transmitter for Lidar/Radar", (accepted to IEEE MTT Transactions, special issue).

. John Nettleton, Dallas Barr, Brad Schilling and Jonathan Lei, and Sam Goldwasser, "Micro-Laser Range Finder Development: Using the Monolithic Approach", Procedings of the Active IRIS Conference, February, 1999.

. S. M. Goldwasser, R. A. Reynolds, D. A. Talton, E. S. Walsh, "High performance graphics processors for medical imaging applications, Parallel Processing for Computer Vision and Display", P. M. Dew, R. A. Earnshaw and T. R. Heywood, editors. Addison-Wesley Publishing Company, Wokingham, England, 1989, 461-470

. S. M. Goldwasser, R. A. Reynolds, D. A. Talton, and E. S. Walsh. "Techniques For The Rapid Display and Manipulation of 3-D Biomedical Data", Computerized Medical Imaging And Graphics, 12 (1), 1-24, 1988.

. S. M. Goldwasser and E.S. Walsh. "High Speed Volume Rendering of 3-D Biomedical Data", proceedings of the eigth Annual Conference in Frontiers of Engineering and Computing in Health Care, Dallas, Texas, September, 1986.

. S. M. Goldwasser and R.A. Reynolds, "Real-Time Display and Manipulation of 3D Medical Objects: The VOXEL Processor Architecture", Computer Vision, Graphics, and Image Processing).

. S. M. Goldwasser, R. A. Reynolds, D. Talton, and E. Walsh, "Real-Time Interactive Facilities Associated with a 3D Medical Workstation", proceedings of SPIE Medicine XIV/PACS IV, Newport Beach, CA, February, 1986.

. S. M. Goldwasser, R. A. Reynolds, D. Talton, and E. Walsh, "Interactive 3D Workstations for Biomedical Applications", invited paper, proceedings of NCGA Computer Graphics '86, Anaheim, CA, April, 1986.

. S. M. Goldwasser, "Rapid Techniques for the Display and Manipulation of 3-D Biomedical Data", invited tutorial, proceedings of Computer Graphics '86, Anaheim, CA, April, 1986.

. S. M. Goldwasser, R. A. Reynolds, D. Talton, and E. Walsh, "Real-Time Display and Manipulation of 3-D CT, PET, and NMR Data", presented at the International Workshop on Physics and Engineering in Computerized Multidimensional Imaging and Processing, April 2-4, 1986, at UC Irvine.

. D. Smitley, I. Lee, and S. M. Goldwasser, "Design of an Optical Network and its Utilization", proceedings of SPIE O-E LASE '86, Los Angeles, CA, January 19-24, 1986.

. S. M. Goldwasser, R.A. Reynolds, T. Bapty, D. Baraff, J. Summers, D. Talton, and E. Walsh, "A 3-D Physician's Workstation with Real-Time Performance", IEEE Computer Graphics and Applications), December, 1985.

. S. M. Goldwasser, R.A. Reynolds, L. Ashery, E. Walsh, and A. Wolff, "The Voxel Processor for Display of 3D Medical Objects", proceedings of the Seventh Annual Conference in Frontiers of Engineering and Computing in Health Care, Chicago, Illinois,

September 27-30, 1985.

. E. Christiansen, R.A. Reynolds, S. M. Goldwasser, D. Roberts, B. Holtshouser, and J. Thompson, "3-Dimensional TMJ Imaging: A High Speed Processing Program", presented at the 5th Annual TMJ Radiology Seminar, New Orleans, October 12-14, 1985.

. S. M. Goldwasser, "The VOXEL Processor Architecture for Real-Time Display and Manipulation of 3D Medical Objects", invited paper, proceedings of NCGA Computer Graphics '85, Dallas, Texas, April 14-18, 1985.

. I. Lee and S. M. Goldwasser, "A Distributed Testbed for Active Sensory Processing", proceedings of the 1985 IEEE International Conference on Robotics and Automation, St. Louis, Missouri, March 25-28, 1985.

. S. M. Goldwasser, "A Generalized Object Display Processor Architecture,", IEEE Computer Graphics and Applications), October, 1984.

. S. M. Goldwasser and D.E. Troxel, "Page Composition of Continuous Tone Imagery", Computer Graphics and Image Processing), April, 1984.

. S. M. Goldwasser, "A Generalized Object Display Processor Architecture," proceedings of the 11th Annual International Symposium on Computer Architecture, Ann Arbor, Michigan, June 4-7, 1984.

. S. M. Goldwasser, "Architecture for Grasping", proceedings of the IEEE International conference on Robotics, Atlanta, Georgia, March 13-15, 1984.

. S. M. Goldwasser and R.A. Reynolds, "Architecture for the Display and Manipulation of Three-Dimensional Objects," proceedings of the 1983 International Conference on Parallel Processing, Bellaire, Michigan, August 23-26, 1983.

. S. M. Goldwasser, "Computer Architecture for Interactive Display of Segmented Imagery," proceedings of the NATO Advanced Study Institute on Computer Architecture for Spatially Distributed Data, Cetraro (Cosensa), Italy, June 6-17, 1983. @i(Invited Participant).

. S. M. Goldwasser and R.R. Bajcsy, "A Distributed Active Sensory Processor System," Proceedings of the Third Scandinavian Conference on Image Analysis, Copenhagen, Denmark, July 12-14, 1983.

. S. M. Goldwasser, "Hardware Considerations in the Implementation of a Segment Display Processor Architecture", Proceeding of Pattern Recognition and Image Processing), Las Vegas, Nevada, June 13 - 17, 1982.

. S. M. Goldwasser and D.E. Troxel, "Page Composition of Continuous Tone Imagery", Proceeding of Pattern Recognition and Image Processing), Las Vegas, Nevada, June 13 - 17, 1982.

. D. E. Troxel, W.F. Schreiber, G.J. Bunza, T. Eguchi, S. M. Goldwasser, J.E. Jacobson, J.-S.

- Kung, D. Ng, S. Takemoto, and E. Yakoyama, "A Two Channel Picture Coding Scheme - Real-Time Implementation", IEEE Transactions on Communications), pp. 1841-1848, December, 1981.

- D. E. Troxel, W.F. Schreiber, S. M. Goldwasser, M.M.A. Khan, L. Picard, M.A. Ide, and C.J. Turcio, "Automated Engraving of Gravure Cylinders", IEEE Transactions on Systems, Man, and Cybernetics), September, 1981.

- S. M. Goldwasser, "A Generalized Segment Display Processor Architecture", Proceedings of the IEEE Computer Society Workshop on Computer Architecture for Pattern Analysis and Image Database Management), Hot Springs, Virginia, November 11 - 13, 1981.

- S. M. Goldwasser, D.E. Troxel, and W.F. Schreiber, "Page Composition of Continuous Tone Images", Proceedings of Lasers in Graphics Electronic Publishing in the 80's), San Diego, California, September 28 - October 1, 1980.

- S. M. Goldwasser and D.E. Troxel, "A Modular Image Display System", Proceedings of CEC '78), Toronto, Canada, November, 1978.

- D. E. Troxel, S. M. Goldwasser, and J.N. Ratzel, "A Multichannel I/O Processor", Proceedings of the International Symposium on Mini and Micro Computers), Montreal, Quebec, Canada, November, 1977.

## Chapters in Books

- "Computer Architecture for Interactive Display of Segmented Imagery," Computer Architecture for Spatially Distributed Data), H. Freeman and G. Peroni, ed., Springer NATO ASI Series, pp. 75-94, 1985.

- Chapter 12.8 - "Input/Output", Handbook of Modern Electronics and Electrical Engineering, Wiley, 1986.

- "Compact Disc Maintenance and Repair", The Whole Library Handbook, compiled by George M. Eberhart, pp. 411-416, 2000.

## Magazine Articles

- "Lasers in Consumer Electronics: The Optical Pickup", Optics and Photonics News, February, 2011.

- "Service Clinic", Electronics Now magazine. Monthly feature since May 1997 (magazine now called Poptronics).

- "CD Player Fundamentals Part I", Electronic Servicing and Technology, October, 1996.

- "CD Player Fundamentals Part II", Electronic Servicing and Technology, November, 1996.

- "Troubleshooting Techniques, Electronic Servicing and Technology, Decenber, 1999.

- "Basics of Computer Monitors", Electronic Servicing and Technology, January, 2000.

## Patents

4,737,921 - Three Dimensional Medical Image Display System.

7,653,318 - Photonic Phase Locked Loop Detector/Discriminator.