ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
MELISSA MILLS (Cal. State Bar No.: 248529)
Assistant United States Attorney
National Security Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0627
    Facsimile: (213) 894-6436
    E-mail: Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>           Plaintiff,            )<br>                                 )<br>      v.                         )<br>                                 )<br>                                 )<br>ADAM GARDENHIRE,                 )<br>                                 )<br>           Defendant.            )<br>                                 )<br>                                 )<br>_____ ) | CR No. 12-345-SVW<br><br>**<u>NOTICE OF LODGING OF ADDITIONAL EXHIBITS TO GOVERNMENT'S SECOND SUPPLEMENTAL SENTENCING POSITION</u>** |

    Plaintiff United States of America, by and through its attorney of record, the United States Attorney for the Central District of California, hereby lodges copies of the following documents, which are attached as additional exhibits to the government's second supplemental sentencing position relating to defendant Adam Gardenhire.

- <u>Exhibit C</u>: New York Times news article dated January 21, 2011, entitled "High-Powered Laser Pointers Pose Risk To Pilots."
- <u>Exhibit D</u>: Excerpt from a website operated by defendant's laser expert, Samuel M. Goldwasser.
- <u>Exhibit E</u>: Publication by the Federal Aviation Adminstration's Office of Aviation Medicine, dated April 2001, entitled "Laser Pointers: Their Potential Effects on Vision and Aviation Safety."

DATED: March 22, 2013        Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

_/s/ Melissa Mills_

MELISSA MILLS
Assistant United States Attorney

Attorneys for Plaintiff
United States of America