# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

(___ Amended _____)

| | |
|---|---|
| Case No.  2:12-CR-00345 SVW | Date  March 25, 2013 |

Present: The Honorable  **STEPHEN V. WILSON, U.S. District Judge**

| Kane Tien / Julieta Lozano | Deborah Gackle | Melissa E. Mills |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Adam Gardenhire | ☐ | ✓ | Craig A. Harbaugh | ☐ | ✓ | ☐ | Not required |

**PROCEEDINGS:**     **SENTENCING AND JUDGMENT HEARING**    ✓ Contested    ☐ Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.    ✓ Refer to separate Judgment Order.

✓ Imprisonment for  30 months  on each of counts  one (1) of the Indictment
    Count(s) _____ concurrent/consecutive to count(s) _____
    Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

___ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

✓ 3 years Supervised Release/Probation imposed on count(s)  one (1)
    consecutive/concurrent to count(s) _____
    under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

    ___ Perform _____ hours of community service.
    ___ Serve _____ in a CCC/CTC.
    ___ Pay $ _____ fine amounts & times determined by P/O.
    ___ Make $ _____ restitution in amounts & times determined by P/O.
    ___ Participate in a program for treatment of narcotic/alcohol addiction.
    ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
    ___ Other conditions: _____

✓ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

✓ Pay  $100.00  per count, special assessment to the United States for a total of  $100.00

___ Imprisonment for  months/years  and for a study pursuant to 18 USC _____ with results to be furnished to the Court within  days/months  whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

✓ Government's motion, all remaining count(s), ordered dismissed.
✓ Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.    ___ Processed statement of reasons.
✓ Bond exonerated    ✓ upon surrender    ___ upon service of _____
✓ Execution of sentence is stayed until 12 noon,  Thursday, April 25, 2013
    at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Filed and distributed judgment. ENTERED.

✓ Other  Expert witness Dr. Sam Goldwasser is called, sworn, and testified telephonically. Court sustains defense counsel's objection to Officer Walner testifying. Motion for bond on appeal shall be filed by April 3, 2013. Government's response shall be filed by April 10, 2013. The hearing date is set for April 24, 2013 at 11:00 A.M.

                                                                  00 : 32

Initials of Deputy Clerk    kti / jloz