Name  Craig A. Harbaugh (No. 194309)

Address  321 E. 2nd Street

City, State, Zip  Los Angeles, CA 90012

Phone  (213) 894-7865

Fax  (213) 894-0081

E-Mail  Craig_Harbaugh@fd.org

☒ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☐ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CR 12-00345-SVW |
| v. | |
| ADAM GARDENHIRE, | **NOTICE OF APPEAL** |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____ Adam Gardenhire _____ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☒ Judgment

☐ Interlocutory Appeals

☒ Bail status:
   on bond.

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ____ March 25, 2013 ____. Entered on the docket in this action on March 27, 2013 ____.

A copy of said judgment or order is attached hereto.

March 29, 2013 ____

Date

/s/ Craig A. Harbaugh

Signature

☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:**   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).