UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

THE HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE PRESIDING

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | **CERTIFIED COPY** |
| Plaintiff, | ) | |
| vs. | ) | No. CV 13-345-SVW |
| ADAM GARDENHIRE, | ) | |
| Defendant. | ) | |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

MONDAY, APRIL 24, 2013

**BAIL HEARING**

_____

DEBORAH K. GACKLE, CSR, RPR
United States Courthouse
312 North Spring Street, Room 402A
Los Angeles, California 90012
(213) 620-1149

**APPEARANCES OF COUNSEL:**

    **For the Plaintiff:**

        ANDRÉ BIROTTE, JR.
        UNITED STATES ATTORNEY
        BY:   CAMERON SCHROEDER
        ASSISTANT UNITED STATES ATTORNEY
        1400 United States Courthouse
        312 North Spring Street
        Los Angeles, California  90012

    **For the Defendant:**

        SEAN K. KENNEDY
        PUBLIC DEFENDER
        BY:  CRAIG HARBAUGH
        DEPUTY PUBLIC DEFENDER
        321 East Second Street
        Los Angeles, California  90012

                - - - - -

```
 1    LOS ANGELES, CALIFORNIA; MONDAY, APRIL 24, 2013; 3:00 P.M.
 2                              - - - - -
 3
 4              THE CLERK:  Item 2, CR 12-345-SVW, United States of
 5    America versus Adam Gardenhire.
 6              Counsel, please state your appearances.
 7              MS. SCHROEDER:  Good morning, Your Honor.  Cameron
 8    Schroeder on behalf of the United States.
 9              MR. HARBAUGH:  Good morning, Your Honor.  Craig
10    Harbaugh on behalf of Adam Gardenhire, who is present.
11              THE CLERK:  The court at the last hearing gave the
12    parties the opportunity to brief the issue of bond pending
13    appeal.  Both sides have done that, and the court has
14    considered the pleadings.  The court also received a report --
15    I think it was yesterday -- from the Pretrial Services
16    regarding various violations of bail pending appeal.
17              And before I rule, I thought I'd give everyone one
18    last opportunity -- not to repeat everything they've said but
19    to perhaps make one last argument.
20              MR. HARBAUGH:  Thank you, Your Honor.  I intend to
21    only address the Pretrial Services' report.
22              Your Honor, this obviously goes to the first element
23    whether we have established by clear and convincing evidence
24    that he's neither a danger to the community nor a flight risk.
25              Your Honor, I'm not going to dispute the arrest.  The
```

```
 1   failures to report for drug testing, I would point out that
 2   Mr. Gardenhire has been testifying for the past year, and based
 3   upon the numbers roughly provided by Mr. Carter with Pretrial
 4   Services, he has tested approximately 60 times and has appeared
 5   for all of those, and so the last two, according to
 6   Mr. Gardenhire, he simply forget to call in.  That's when
 7   you're informed as to whether you have the test.  So those two
 8   were simply forgetting.
 9             Your Honor, with regard to the misdemeanor conduct,
10   he was arrested.  He was informed the bail amount was $500;
11   however, he didn't have the money and was simply released after
12   approximately five hours on his own recognizance and given a
13   court date.  And, Your Honor, I don't dispute the significance,
14   but I will point out that Mr. Gardenhire -- the issue is not
15   simply whether he is a danger to the community or flight risk
16   but that no conditions could ensure that he is present
17   throughout the appeal or not a danger to the community.
18             I will point that he has fairly lax conditions for
19   his current bond.  It was a $2500 unsecured appearance bond
20   with fairly loose conditions.  We would propose two unsecured
21   bonds, one from the uncle, one from his mother, $25,000 each,
22   because they do not have the property to post.  We would
23   propose intensive pretrial supervision, which would include
24   home detention -- and I apologize, Your Honor.  I forget
25   whether home confinement -- basically be confined to his
```

1  residence, which is -- he resides with his mother.  He would be
2  able to work there, which entails him taking care of his four
3  siblings.  So, Your Honor, we believe that those conditions are
4  sufficient to establish by clear and convincing evidence, and
5  then we submit on the other arguments that we raised.
6          THE COURT:  I'll hear from the government only on
7  that question.  That is, this -- these failures to appear for
8  testing and the arrests for vandalism.
9          MR. HARBAUGH:  I'm so sorry, Your Honor.  In full
10 candor -- I know the court has it in the record, and I want to
11 make sure I'm not -- there's not an appearance that I'm hiding
12 the ball.  He did test positive when he initially started the
13 testing, but he was not violated at that time, and that was
14 back in May of last year, but the government has repeatedly
15 cited in their pleadings, so it's not a surprise.
16         MS. SCHROEDER:  Yes, Your Honor.  In light of the
17 information recently obtained from Pretrial Services, the
18 government believes that this defendant now can no longer show
19 that he -- by clear and convincing evidence that he's not a
20 danger to community.  I think that recent acts demonstrated
21 that he is going in precisely the wrong direction.  He's only
22 been testing three times a month since December, based on my
23 understanding the Pretrial Services.  The fact that he missed
24 two of those is significant, both in light of the relatively
25 limited amount of testing he was obliged to perform, he failed

1  to perform, and in light of his original cocaine positive test,
2  which, as the Pretrial Services officer informed me, cocaine is
3  a substance that goes out of the system very quickly, so
4  there's obviously a strong incentive to not show up for testing
5  on a day when one is randomly supposed to come in.
6          I think the other thing to note is that the standard
7  is different post conviction as it is in this case, and the
8  defendant bears the burden, as the court is well aware, to show
9  by clear and convincing evidence that he is not a danger to the
10 community.  The drug tests, coupled with the vandalism
11 arrest -- and he admitted that he was likely to go back and
12 vandalize the building he was found near and --
13          THE COURT:  Say that again.  Likely to do what?
14          MS. SCHROEDER:  He admitted to the officer, according
15 to the arrest report, that he was probably going to return
16 later to tag the building when he was found in possession of
17 the graffiti-related tools in the arrest report.  And in
18 addition, his failure to appear in regard to his driver's
19 license being suspended says to me that this defendant is not
20 taking his responsibility seriously, he is likely to continue
21 to violate his conditions of release, and I do not believe that
22 the conditions proposed by the defendant satisfy his burden to
23 show by clear and convincing evidence that he is not a danger.
24 I think all the evidence shows quite the opposite.
25          MR. HARBAUGH:  There were two misstatements of fact,

```
 1  Your Honor, I wanted to address by the government.
 2          THE COURT:  Yes.
 3          MR. HARBAUGH:  First, as I stated, the --
 4  Mr. Gardenhire, with regard to the failures to report, he is
 5  required to call in every night and then learns whether the
 6  following day he has to report.  It's not a matter of he is
 7  informed of the test, and he fails to appear.  So the
 8  suggestion he is trying to hide the cocaine use is
 9  preposterous.  Secondly, Your Honor --
10          THE COURT:  You mean the argument about the cocaine
11  going out of your system quickly --
12          MR. HARBAUGH:  The idea that he's ingested cocaine,
13  knows he has a test the following day and doesn't report to
14  that test is not accurate because it's -- he is not aware of
15  the test because it's random, and he only learns about it upon
16  calling the office, and so his forgetting to call the office
17  determined -- resulted in him having lack of notice of the
18  random testing.
19          THE COURT:  But apparently, he always was calling the
20  office except on these occasions.
21          MR. HARBAUGH:  Yes, Your Honor.
22          THE COURT:  Why didn't he call on these occasion?
23          MS. LANE-ERWIN:  Your Honor, he forget.
24          THE COURT:  All right.
25          MR. HARBAUGH:  And then the other point that the
```

1  government states, that Mr. Gardenhire admitted that he was
2  going back to tag the building, is inaccurate, and it is
3  Mr. Reveles who stated this, who was arrested at the same time
4  as Mr. Gardenhire.  Mr. Gardenhire did not make any such
5  statement, and that's at page three of four of the arrest
6  report where it states, "While in jail, I asked Reveles if he
7  and Gardenhire."
8           THE COURT:  Thank you.
9           All right.  The court has considered the pleadings
10 and the arguments, and the court finds that the defendant has
11 not raised a substantial question of law or fact that is likely
12 to result in a reversal, new trial or sentence without a term
13 of imprisonment or reduced sentence.
14          A substantial question is, as the cases teach, is one
15 that is fairly debatable or fairly doubtful.  The court has
16 reconsidered its earlier order and finds that the substantial
17 question of law or fact has not been raised as likely to result
18 in the consequences I've just described; therefore, the
19 defendant is remanded to the custody of the attorney general.
20          Alternatively, the court does find that he has not
21 demonstrated by clear and convincing evidence that pending
22 appeal he will not pose a danger to others and alternatively
23 finds that since he has not met his burden under section 18
24 United States, Code Section 3143(b)(1)(A), that is a further
25 basis for denying him bail on appeal.  Therefore, he is

```
 1   remanded forthwith.
 2           Marshal take him into custody.
 3              (Proceedings concluded at 11:55 a.m.)
 4                         - - - - -
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 2:12-cr-00345-SVW   Document 76   Filed 05/06/13   Page 9 of 13   Page ID #:568

```
 1                      C E R T I F I C A T E
 2
 3          I hereby certify that the foregoing is a true and
 4   correct transcript from the stenographic record of
 5   the proceedings in the foregoing matter.
 6
 7                                          May 4, 2013
 8   /S/_____      _____
 9       Deborah K. Gackle                      Date
         Official Court Reporter
10       CSR No. 7106
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| **$** | **arguments** [2]  5/5 8/10 | **CR** [1]  3/4 |
| $25,000 [1]  4/21 | **arrest** [5]  3/25 6/11 6/17 8/5 | **CRAIG** [2]  2/16 3/9 |
| $2500 [1]  4/19 | **arrested** [2]  4/10 8/3 | **CSR** [1]  1/23 10/10 |
| $500 [1]  4/10 | **arrests** [1]  5/8 | **current** [1]  4/19 |
| **/** | **as** [8]  4/7 6/2 6/7 6/8 7/3 8/4 8/14 8/17 | **custody** [2]  8/19 9/2 |
| /S [1]  10/8 | **asked** [1]  8/6 | **CV** [1]  1/9 |
| | **ASSISTANT** [1]  2/7 | **D** |
| **1** | **at** [5]  3/11 5/13 8/3 8/5 9/3 | **danger** [7]  3/24 4/15 4/17 5/20 6/9 6/23 8/22 |
| 1149 [1]  1/25 | **attorney** [3]  2/6 2/7 8/19 | **date** [2]  4/13 10/9 |
| 11:55 [1]  9/3 | **aware** [2]  6/8 7/14 | **day** [3]  6/5 7/6 7/13 |
| 12-345-SVW [1]  3/4 | **B** | **debatable** [1]  8/15 |
| 13-345-SVW [1]  1/9 | **back** [3]  5/14 6/11 8/2 | **DEBORAH** [2]  1/23 10/9 |
| 1400 [1]  2/8 | **bail** [4]  1/19 3/16 4/10 8/25 | **December** [1]  5/22 |
| 18 [1]  8/23 | **ball** [1]  5/12 | **defendant** [8]  1/11 2/12 5/18 6/8 6/19 6/22 8/10 8/19 |
| **2** | **based** [2]  4/2 5/22 | **DEFENDER** [2]  2/15 2/16 |
| 2013 [3]  1/17 3/1 10/7 | **basically** [1]  4/25 | **demonstrated** [2]  5/20 8/21 |
| 213 [1]  1/25 | **basis** [1]  8/25 | **denying** [1]  8/25 |
| 24 [2]  1/17 3/1 | **be** [2]  4/25 5/1 | **DEPUTY** [1]  2/16 |
| **3** | **bears** [1]  6/8 | **described** [1]  8/18 |
| 312 [2]  1/24 2/8 | **because** [3]  4/22 7/14 7/15 | **detention** [1]  4/24 |
| 3143 [1]  8/24 | **been** [3]  4/2 5/22 8/17 | **determined** [1]  7/17 |
| 321 [1]  2/17 | **before** [1]  3/17 | **did** [2]  5/12 8/4 |
| 3:00 [1]  3/1 | **behalf** [2]  3/8 3/10 | **didn't** [2]  4/11 7/22 |
| **4** | **being** [1]  6/19 | **different** [1]  6/7 |
| 402A [1]  1/24 | **believe** [2]  5/3 6/21 | **direction** [1]  5/21 |
| **6** | **believes** [1]  5/18 | **dispute** [2]  3/25 4/13 |
| 60 [1]  4/4 | **BIROTTE** [1]  2/6 | **DISTRICT** [3]  1/1 1/2 1/5 |
| 620-1149 [1]  1/25 | **bond** [3]  3/12 4/19 4/19 | **DIVISION** [1]  1/3 |
| **7** | **bonds** [1]  4/21 | **do** [3]  4/22 6/13 6/21 |
| 7106 [1]  10/10 | **both** [2]  3/13 5/24 | **does** [1]  8/20 |
| **9** | **brief** [1]  3/12 | **doesn't** [1]  7/13 |
| 90012 [3]  1/24 2/9 2/17 | **building** [3]  6/12 6/16 8/2 | **don't** [1]  4/13 |
| **A** | **burden** [3]  6/8 6/22 8/23 | **done** [1]  3/13 |
| a.m [1]  9/3 | **but** [6]  3/18 4/14 4/16 5/13 5/14 7/19 | **doubtful** [1]  8/15 |
| able [1]  5/2 | **C** | **driver's** [1]  6/18 |
| about [2]  7/10 7/15 | **CALIFORNIA** [6]  1/2 1/16 1/24 2/9 2/17 3/1 | **drug** [2]  4/1 6/10 |
| according [2]  4/5 6/14 | **call** [4]  4/6 7/5 7/16 7/22 | **E** |
| accurate [1]  7/14 | **calling** [2]  7/16 7/19 | **each** [1]  4/21 |
| acts [1]  5/20 | **CAMERON** [2]  2/7 3/7 | **earlier** [1]  8/16 |
| **ADAM** [3]  1/10 3/5 3/10 | **can** [1]  5/18 | **East** [1]  2/17 |
| addition [1]  6/18 | **candor** [1]  5/10 | **element** [1]  3/22 |
| address [2]  3/21 7/1 | **care** [1]  5/2 | **ensure** [1]  4/16 |
| admitted [3]  6/11 6/14 8/1 | **Carter** [1]  4/3 | **entails** [1]  5/2 |
| after [1]  4/11 | **case** [1]  6/7 | **establish** [1]  5/4 |
| again [1]  6/13 | **cases** [1]  8/14 | **established** [1]  3/23 |
| all [4]  4/5 6/24 7/24 8/9 | **CENTRAL** [1]  1/2 | **every** [1]  7/5 |
| also [1]  3/14 | **CERTIFIED** [1]  1/7 | **everyone** [1]  3/17 |
| alternatively [2]  8/20 8/22 | **certify** [1]  10/3 | **everything** [1]  3/18 |
| always [1]  7/19 | **cited** [1]  5/15 | **evidence** [7]  3/23 5/4 5/19 6/9 6/23 6/24 8/21 |
| **AMERICA** [2]  1/7 3/5 | **clear** [6]  3/23 5/4 5/19 6/9 6/23 8/21 | **except** [1]  7/20 |
| amount [2]  4/10 5/25 | **cocaine** [5]  6/1 6/2 7/8 7/10 7/12 | **F** |
| **ANDRÉ** [1]  2/6 | **Code** [1]  8/24 | **fact** [4]  5/23 6/25 8/11 8/17 |
| **ANGELES** [5]  1/16 1/24 2/9 2/17 3/1 | **come** [1]  6/5 | **failed** [1]  5/25 |
| any [1]  8/4 | **community** [5]  3/24 4/15 4/17 5/20 6/10 | **fails** [1]  7/7 |
| apologize [1]  4/24 | **concluded** [1]  9/3 | **failure** [1]  6/18 |
| apparently [1]  7/19 | **conditions** [6]  4/16 4/18 4/20 5/3 6/21 6/22 | **failures** [3]  4/1 5/7 7/4 |
| appeal [5]  3/13 3/16 4/17 8/22 8/25 | **conduct** [1]  4/9 | **fairly** [4]  4/18 4/20 8/15 8/15 |
| appear [3]  5/7 6/18 7/7 | **confined** [1]  4/25 | **find** [1]  8/20 |
| appearance [2]  4/19 5/11 | **confinement** [1]  4/25 | **finds** [3]  8/10 8/16 8/23 |
| appearances [2]  2/1 3/6 | **consequences** [1]  8/18 | **first** [2]  3/22 7/3 |
| appeared [1]  4/4 | **considered** [2]  3/14 8/9 | **five** [1]  4/12 |
| approximately [2]  4/4 4/12 | **continue** [1]  6/20 | **flight** [2]  3/24 4/15 |
| **APRIL** [2]  1/17 3/1 | **conviction** [1]  6/7 | **following** [2]  7/6 7/13 |
| are [1]  5/3 | **convincing** [6]  3/23 5/4 5/19 6/9 6/23 8/21 | **foregoing** [2]  10/3 10/5 |
| argument [2]  3/19 7/10 | **COPY** [1]  1/7 | **forget** [3]  4/6 4/24 7/23 |
| | **correct** [1]  10/4 | **forgetting** [2]  4/8 7/16 |
| | **could** [1]  4/16 | **forthwith** [1]  9/1 |
| | **COUNSEL** [2]  2/1 3/6 | **found** [2]  6/12 6/16 |
| | **coupled** [1]  6/10 | **four** [2]  5/2 8/5 |
| | **court** [12] | **full** [1]  5/9 |
| | **Courthouse** [2]  1/23 2/8 | |

**F**

further [1]  8/24

**G**

GACKLE [2]  1/23 10/9
GARDENHIRE [11]
gave [1]  3/11
general [1]  8/19
give [1]  3/17
given [1]  4/12
go [1]  6/11
goes [2]  3/22 6/3
going [5]  3/25 5/21 6/15 7/11 8/2
Good [2]  3/7 3/9
government [5]  5/6 5/14 5/18 7/1 8/1
graffiti [1]  6/17
graffiti-related [1]  6/17

**H**

HARBAUGH [2]  2/16 3/10
has [15]
have [5]  3/13 3/23 4/7 4/11 4/22
having [1]  7/17
he [44]
he's [4]  3/24 5/19 5/21 7/12
hear [1]  5/6
hearing [2]  1/19 3/11
hereby [1]  10/3
hide [1]  7/8
hiding [1]  5/11
him [4]  5/2 7/17 8/25 9/2
his [14]
home [2]  4/24 4/25
Honor [15]
HONORABLE [1]  1/5
hours [1]  4/12
however [1]  4/11

**I**

I'd [1]  3/17
I'll [1]  5/6
I'm [4]  3/25 5/9 5/11 5/11
I've [1]  8/18
idea [1]  7/12
if [1]  8/6
imprisonment [1]  8/13
in [21]
inaccurate [1]  8/2
incentive [1]  6/4
include [1]  4/23
information [1]  5/17
informed [4]  4/7 4/10 6/2 7/7
ingested [1]  7/12
initially [1]  5/12
intend [1]  3/20
intensive [1]  4/23
into [1]  9/2
is [34]
issue [2]  3/12 4/14
it [7]  3/15 4/19 5/10 6/7 7/15 8/2 8/6
it's [4]  5/15 7/6 7/14 7/15
Item [1]  3/4
its [1]  8/16

**J**

jail [1]  8/6
JR [1]  2/6
JUDGE [1]  1/5
just [1]  8/18

**K**

KENNEDY [1]  2/15
know [1]  5/10

knows [1]  7/13

**L**

lack [1]  7/17
last [5]  3/11 3/18 3/19 4/5 5/14
later [1]  6/16
law [2]  8/11 8/17
lax [1]  4/18
learns [2]  7/5 7/15
license [1]  6/19
light [3]  5/16 5/24 6/1
likely [5]  6/11 6/13 6/20 8/11 8/17
limited [1]  5/25
longer [1]  5/18
loose [1]  4/20
LOS [5]  1/16 1/24 2/9 2/17 3/1

**M**

make [3]  3/19 5/11 8/4
Marshal [1]  9/2
matter [2]  7/6 10/5
May [2]  5/14 10/7
me [2]  6/2 6/19
mean [1]  7/10
met [1]  8/23
misdemeanor [1]  4/9
missed [1]  5/23
misstatements [1]  6/25
MONDAY [2]  1/17 3/1
money [1]  4/11
month [1]  5/22
morning [2]  3/7 3/9
mother [2]  4/21 5/1
Mr [1]  8/4
Mr. [8]  4/2 4/3 4/6 4/14 7/4 8/1 8/3 8/4
Mr. Carter [1]  4/3
Mr. Gardenhire [6]  4/2 4/6 4/14 7/4 8/1 8/4
Mr. Reveles [1]  8/3
my [1]  5/22

**N**

near [1]  6/12
neither [1]  3/24
new [1]  8/12
night [1]  7/5
no [4]  1/9 4/16 5/18 10/10
nor [1]  3/24
North [2]  1/24 2/8
not [24]
note [1]  6/6
notice [1]  7/17
now [1]  5/18
numbers [1]  4/3

**O**

obliged [1]  5/25
obtained [1]  5/17
obviously [2]  3/22 6/4
occasion [1]  7/22
occasions [1]  7/20
office [3]  7/16 7/16 7/20
officer [2]  6/2 6/14
Official [1]  10/9
on [10]  3/8 3/10 4/12 5/5 5/6 5/22 6/5 7/20 7/22 8/25
one [6]  3/17 3/19 4/21 4/21 6/5 8/14
only [4]  3/21 5/6 5/21 7/15
opportunity [2]  3/12 3/18
opposite [1]  6/24
or [7]  4/15 4/17 8/11 8/12 8/13 8/15 8/17
order [1]  8/16
original [1]  6/1
other [3]  5/5 6/6 7/25
others [1]  8/22

out [4]  4/1 4/14 6/3 7/11
own [1]  4/13

**P**

P.M [1]  3/1
page [1]  8/5
parties [1]  3/12
past [1]  4/2
pending [3]  3/12 3/16 8/21
perform [2]  5/25 6/1
perhaps [1]  3/19
Plaintiff [2]  1/8 2/4
pleadings [3]  3/14 5/15 8/9
please [1]  3/6
point [4]  4/1 4/14 4/18 7/25
pose [1]  8/22
positive [2]  5/12 6/1
possession [1]  6/16
post [2]  4/22 6/7
precisely [1]  5/21
preposterous [1]  7/9
present [2]  3/10 4/16
PRESIDING [1]  1/5
pretrial [7]  3/15 3/21 4/3 4/23 5/17 5/23 6/2
probably [1]  6/15
proceedings [3]  1/15 9/3 10/5
property [1]  4/22
propose [2]  4/20 4/23
proposed [1]  6/22
provided [1]  4/3
PUBLIC [2]  2/15 2/16

**Q**

question [4]  5/7 8/11 8/14 8/17
quickly [2]  6/3 7/11
quite [1]  6/24

**R**

raised [3]  5/5 8/11 8/17
random [2]  7/15 7/18
randomly [1]  6/5
received [1]  3/14
recent [1]  5/20
recently [1]  5/17
recognizance [1]  4/12
reconsidered [1]  8/16
record [2]  5/10 10/4
reduced [1]  8/13
regard [3]  4/9 6/18 7/4
regarding [1]  3/16
related [1]  6/17
relatively [1]  5/24
release [1]  6/21
released [1]  4/11
remanded [2]  8/19 9/1
repeat [1]  3/18
repeatedly [1]  5/14
report [9]  3/14 3/21 4/1 6/15 6/17 7/4 7/6 7/13 8/6
Reporter [1]  10/9
REPORTER'S [1]  1/15
required [1]  7/5
residence [1]  5/1
resides [1]  5/1
responsibility [1]  6/20
result [2]  8/12 8/17
resulted [1]  7/17
return [1]  6/15
Reveles [2]  8/3 8/6
reversal [1]  8/12
right [2]  7/24 8/9
risk [2]  3/24 4/15
Room [1]  1/24
roughly [1]  4/3

**R**

RPR [1] 1/23
rule [1] 3/17

**S**

said [1] 3/18
same [1] 8/3
satisfy [1] 6/22
Say [1] 6/13
says [1] 6/19
SCHROEDER [2] 2/7 3/8
SEAN [1] 2/15
Second [1] 2/17
Secondly [1] 7/9
section [2] 8/23 8/24
sentence [2] 8/12 8/13
seriously [1] 6/20
Services [5] 3/15 4/4 5/17 5/23 6/2
Services' [1] 3/21
show [4] 5/18 6/4 6/8 6/23
shows [1] 6/24
siblings [1] 5/3
sides [1] 3/13
significance [1] 4/13
significant [1] 5/24
simply [4] 4/6 4/8 4/11 4/15
since [2] 5/22 8/23
so [8] 4/5 4/7 5/3 5/9 5/15 6/3 7/7 7/16
sorry [1] 5/9
Spring [2] 1/24 2/8
standard [1] 6/6
started [1] 5/12
state [1] 3/6
stated [2] 7/3 8/3
statement [1] 8/5
states [11]
stenographic [1] 10/4
STEPHEN [1] 1/5
Street [3] 1/24 2/8 2/17
strong [1] 6/4
submit [1] 5/5
substance [1] 6/3
substantial [3] 8/11 8/14 8/16
such [1] 8/4
sufficient [1] 5/4
suggestion [1] 7/8
supervision [1] 4/23
supposed [1] 6/5
sure [1] 5/11
surprise [1] 5/15
suspended [1] 6/19
SVW [2] 1/9 3/4
system [2] 6/3 7/11

**T**

tag [2] 6/16 8/2
take [1] 9/2
taking [2] 5/2 6/20
teach [1] 8/14
term [1] 8/12
test [7] 4/7 5/12 6/1 7/7 7/13 7/14 7/15
tested [1] 4/4
testifying [1] 4/2
testing [7] 4/1 5/8 5/13 5/22 5/25 6/4 7/18
tests [1] 6/10
Thank [2] 3/20 8/8
that [43]
that's [2] 4/6 8/5
their [1] 5/15
then [3] 5/5 7/5 7/25
there [2] 5/2 6/25
there's [2] 5/11 6/4
therefore [2] 8/18 8/25

these [3] 5/7 7/20 7/22
they [1] 4/22
they've [1] 3/18
thing [1] 6/6
think [4] 3/15 5/20 6/6 6/24
this [6] 3/22 5/7 5/18 6/7 6/19 8/3
those [4] 4/5 4/7 5/3 5/24
thought [1] 3/17
three [2] 5/22 8/5
throughout [1] 4/17
time [2] 5/13 8/3
times [2] 4/4 5/22
tools [1] 6/17
transcript [2] 1/15 10/4
trial [1] 8/12
true [1] 10/3
trying [1] 7/8
two [5] 4/5 4/7 4/20 5/24 6/25

**U**

U.S [1] 1/5
uncle [1] 4/21
under [1] 8/23
understanding [1] 5/23
UNITED [9] 1/1 1/7 1/23 2/6 2/7 2/8 3/4 3/8 8/24
unsecured [2] 4/19 4/20
up [1] 6/4
upon [2] 4/3 7/15
use [1] 7/8

**V**

vandalism [2] 5/8 6/10
vandalize [1] 6/12
various [1] 3/16
versus [1] 3/5
very [1] 6/3
violate [1] 6/21
violated [1] 5/13
violations [1] 3/16

**W**

want [1] 5/10
wanted [1] 7/1
was [16]
we [6] 3/23 4/20 4/22 5/3 5/5 5/5
well [1] 6/8
were [2] 4/8 6/25
WESTERN [1] 1/3
what [1] 6/13
when [4] 4/6 5/12 6/5 6/16
where [1] 8/6
whether [5] 3/23 4/7 4/15 4/25 7/5
which [4] 4/23 5/1 5/2 6/2
While [1] 8/6
who [3] 3/10 8/3 8/3
Why [1] 7/22
will [3] 4/14 4/18 8/22
WILSON [1] 1/5
without [1] 8/12
work [1] 5/2
would [5] 4/1 4/20 4/22 4/23 5/1
wrong [1] 5/21

**Y**

year [2] 4/2 5/14
Yes [3] 5/16 7/2 7/21
yesterday [1] 3/15
you [4] 3/20 4/7 7/10 8/8
you're [1] 4/7
your [17]