1              UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3                    WESTERN DIVISION

4

5   THE HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE PRESIDING

6

7   THE UNITED STATES OF AMERICA,  )
                                   )
8           Plaintiff,             )
                                   )
9     vs.                          )    No. CR 12-345-SVW
                                   )
10                                 )
    ADAM GARDENHIRE,               )
11                                 )
            Defendant.             )
12  _____)

13

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16              LOS ANGELES, CALIFORNIA

17             MONDAY, FEBRUARY 25, 2013

18

19                    SENTENCING

20

21

22  _____

23            DEBORAH K. GACKLE, CSR, RPR
                United States Courthouse
24          312 North Spring Street, Room 402A
              Los Angeles, California 90012
25                  (213) 620-1149

1   **APPEARANCES OF COUNSEL:**

2

3

4       **For the Plaintiff:**

5

6           ANDRÉ BIROTTE, JR.
            UNITED STATES ATTORNEY
7           BY:  MELISSA MILLS
            ASSISTANT UNITED STATES ATTORNEY
8           1400 United States Courthouse
            312 North Spring Street
9           Los Angeles, California  90012

10

11

12      **For the Defendant:**

13

14          SEAN K. KENNEDY
            PUBLIC DEFENDER
15          BY:  CRAIG HARBAUGH
            DEPUTY PUBLIC DEFENDER
16          321 East Second Street
            Los Angeles, California  90012
17

18                      – – – – –

19

20

21

22

23

24

25

```
 1   LOS ANGELES, CALIFORNIA; MONDAY, FEBRUARY 25, 2013; 11:40 A.M.
 2                          - - - - -
 3
 4            THE CLERK:  Item 5, CR 12-345-SVW, Adam Gardenhire.
 5            Counsel, please state your appearances.
 6            MS. MILLS:  Good morning, Your Honor.  Melissa Mills
 7   on behalf of the United States.
 8            MR. HARBAUGH:  Good morning, Your Honor.  Craig
 9   Harbaugh a behalf of Adam Gardenhire, who is present.
10            THE COURT:  This is the time for sentencing.
11            I'll hear from you, Mr. Harbaugh, and the defendant,
12   if he wishes.
13            MR. HARBAUGH:  Thank you, Your Honor.
14            I'd like to address the addendum by the probation
15   officer regarding the recklessness enhancement.  Your Honor,
16   the defense stands by our position that the enhancement does
17   not apply in this case, that the government has failed to prove
18   by clear and convincing that evidence that he acted with
19   conscious disregard for the danger.
20            Your Honor, the U.S. Probation Office misapprehends
21   the recklessness standard.  The PSR focuses on the plea
22   agreement and the statement that the act was intentional and
23   willful of pointing the laser.  Your Honor, this is general
24   intent crime.  The act must be voluntarily; therefore, there is
25   not question that the act of pointing the laser was
```

1    intentional.  However, that in no way shows that Mr. Gardenhire

2    was aware of the risk and that a reasonable person would not

3    have -- would have been aware of the grave danger and would not

4    have pointed the laser.

5         THE COURT:  So to more fully understanding your

6    argument, you're saying that while he admitted to pointing the

7    laser at -- was it a helicopter, incoming, or a plane?

8         MS. MILLS:  Your Honor, he admitted to hitting two

9    planes and one helicopter.  He was charged with hitting one

10   plane and one helicopter.

11        THE COURT:  And he admits to pointing a laser at

12   aircraft, and you're saying, yes, that suffices to have a

13   factual predicate for the plea, but that is all that the crime

14   requires.  Recklessness requires that he knew when did he that

15   he was endangering the pilot and/or the aircraft.

16        MR. HARBAUGH:  Precisely.

17        THE COURT:  And that the government has not

18   established that.  All they have established is that he pointed

19   the laser at the aircraft.

20        What is your argument as to why he did that, if not

21   to cause the danger and mischief that seems self-evident.

22        MR. HARBAUGH:  Well, Your Honor, I'd like to address

23   first your point that it is self-evident, and as we -- as the

24   report -- or the article that was included as a part of the

25   submission -- it's not self-evident to the average individual

```
 1   and certainly not to teenagers who are not fully aware of the

 2   risks of these laser pointers.  I think most of us were

 3   aware when they initially --

 4              THE COURT:  Why did he do it, then?  What's your

 5   argument?

 6              MR. HARBAUGH:  Your Honor, curiosity, checking the

 7   distance of the laser to see how far it could reach, but it

 8   doesn't --

 9              THE COURT:  You know something?  You have every right

10   to make this argument, but I think this argument is going to

11   require an evidentiary hearing, because how -- I want to hear

12   from the defendant.  Why did he do it?  Why should I rely upon

13   what the government says or what you say?  I think I should

14   hear from him.  That's the best way I can determine whether it

15   was just, you know, the prank of a teenager or whether he knew

16   that when he pointed this beam, he was going to cause danger to

17   the aircraft and the pilot.

18              MR. HARBAUGH:  Your Honor, as we submitted as a part

19   of the submission, Mr. Gardenhire's statement to the FBI a few

20   days later where he explicitly states that he was not aware of

21   the danger to the aircraft at the time.

22              THE COURT:  Well, that's what he said to the FBI.  I

23   wasn't there.  Don't I have a right to hear him and assess his

24   credibility?

25              MR. HARBAUGH:  Yes, Your Honor, but the court is
```

1    shifting the burden to Mr. Gardenhire to prove that he did not

2    act with recklessness rather than require the government to

3    prove by clear and convincing, which is the standard here.

4            THE COURT:  But maybe there's something to that

5    argument.

6            How would you respond?

7            MS. MILLS:  Your Honor, the government has shown that

8    the defendant aimed the laser pointer at the aircraft intending

9    to hit the aircraft.  The evidence shows that the defendant

10   did, in fact, hit the aircraft; that he knew that the beam went

11   that far.  The evidence shows, as well, that defendant was

12   specifically warned by the friend who gave him the laser not to

13   shine the laser at anybody because it could blind somebody.

14           THE COURT:  Who is that friend?

15           MS. MILLS:  Your Honor, it was an individual by the

16   name of Rodriguez, according to defendant, but that was in the

17   FBI report --

18           THE COURT:  In other words, the defendant did say to

19   the FBI that he was told by this friend, Rodriguez, that it

20   would cause this mischief.

21           MS. MILLS:  Yes, Your Honor --

22           THE COURT:  Danger more than mischief.

23           MS. MILLS:  Yes, Your Honor, and to clarify something

24   that defendant --

25           THE COURT:  So why, in light of that -- that seems to

1   be a contested point then.

2            MR. HARBAUGH:  Your Honor, actually it's not.  What

3   he claimed to have been warned was to not point it at an

4   individual directly in front of him, which is a vast difference

5   from shining the laser thousands of feet into the air at

6   aircraft.

7            THE COURT:  What was the statement?  The implication

8   from what you said, Ms. --

9            MS. MILLS:  Mills, Your Honor.

10           THE COURT:  -- Mills was that the FBI agent was told

11  by defendant that the laser could endanger an aircraft.

12           How does it read in the report?

13           MS. MILLS:  No, Your Honor.  He was no

14  warned specifically that it could endanger --

15           THE COURT:  That was what I implied from what you

16  said.

17           What does the statement actually say?

18           MS. MILLS:  Yes, Your Honor.  It says, "Rodriguez

19  warned Gardenhire not to shine the laser at anyone's eyes

20  because it would blind people."

21           THE COURT:  But what is the evidence regarding how --

22  strike that.

23           What is the evidence regarding the effort of the

24  defendant to point the laser at the pilot?

25           MS. MILLS:  Well, Your Honor, the defendant himself

1    says that he intended to hit the airplanes, and he did, in

2    fact -- he says that he did, in fact, hit the airplane.  We

3    also have evidence from the pilot that the laser was

4    intentionally tracking the aircraft.  It was not a one-time

5    accident, shining at a star or something and happening to hit

6    an aircraft; that's not what happened.  Certainly, there are

7    pilots that are piloting these aircraft; they're not drones;

8    there's no evidence that --

9            THE COURT:  I know all of that, but the friend,

10   Rodriguez, told the defendant, Don't point the laser at other

11   human's eyes because you can blind them, and the evidence is

12   that he was pointing the laser at an aircraft -- correct --

13           MS. MILLS:  Yes, Your Honor.

14           THE COURT:  -- or is there any evidence that he was

15   pointing it at a pilot's eyes?

16           MS. MILLS:  Well, the evidence shows that the pilots

17   experienced eye damage, and so it clearly --

18           THE COURT:  I know it hit the pilot and certainly --

19   how precise can one be with these lasers?

20           MS. MILLS:  Very precise, Your Honor.  The defendant

21   was tracking the aircraft -- it's a small aircraft so it's not

22   a matter of -- I think if you hit the aircraft with that laser,

23   you're not just hitting the tail, and when he was hitting the

24   aircraft, it clearly went into the cockpit of both aircraft.

25   Conceivably, the third aircraft that we don't --

```
 1              THE COURT:  Is there any evidence as to why the laser
 2     struck the aircraft in the cockpit or another area of the
 3     plane?
 4              MS. MILLS:  Well, Your Honor, the fact that the
 5     defendant -- pilots sustained eye damage I think suggests that
 6     it hit the cockpit --
 7              THE COURT:  Obviously, it struck the pilot and hit
 8     the cockpit, but is there evidence that it struck other parts
 9     of the plane or just the cockpit?
10              MS. MILLS:  I'm not aware of any evidence that it
11     stuck other parts of the plane, Your Honor.
12              THE COURT:  Well, is there any evidence in that
13     regard?
14              MS. MILLS:  I don't believe so.
15              THE COURT:  How many times did it hit the cockpit?
16              MS. MILLS:  The pilots reported -- I believe both
17     pilots in the incidents that were charged reported being struck
18     multiple times.
19              THE COURT:  And that was one plane or two planes?
20              MS. MILLS:  One helicopter and one airplane.
21              THE COURT:  And in each instance, the cockpit was
22     struck?
23              MS. MILLS:  Your Honor, may I check --
24              THE COURT:  Why don't you know these things?  I'm not
25     satisfied, frankly, that at an important moment like this
```

```
 1    sentencing, you don't know the file upside down and back.

 2              MS. MILLS:  Yes, Your Honor.

 3              With regard to the police helicopter, the officers

 4    experienced six strikes from the same source, from the

 5    defendant's area where he was striking the aircraft.

 6              THE COURT:  I don't understand what you just said.  I

 7    asked you about the cockpit.

 8              What do the pilots say about the cockpit and the

 9    laser beams?  How many times was the cockpit struck?

10              MS. MILLS:  The officers who are piloting were

11    sitting in the cockpit, experienced six laser strikes, so there

12    were six strikes --

13              THE COURT:  Experiencing them in the cockpit area?

14              MS. MILLS:  Yes, Your Honor.

15              THE COURT:  I see.  What are you reading from?

16              MS. MILLS:  I'm reading from my own summary of the

17    evidence, Your Honor.

18              THE COURT:  But where is that to be found in the

19    record?

20              MS. MILLS:  That would be in the FBI report and the

21    police report.

22              THE COURT:  Are you disputing that, Mr. Harbaugh?

23              MR. HARBAUGH:  Your Honor, if she could just point to

24    the report, where it says that.

25              MS. MILLS:  Your Honor, I don't have the full --
```

```
 1            THE COURT:  I want to confirm that because this is an
 2   important sentencing.
 3            Incidentally, what is the maximum sentence in this
 4   case?
 5            MS. MILLS:  Five years, Your Honor.
 6            THE COURT:  Yeah.  I want to know more about this.
 7   You understand that I'm not bound by the guidelines.
 8            MR. HARBAUGH:  Yes, Your Honor.
 9            THE COURT:  They're to be considered, and that's why
10   I'm taking the pains to deal with your argument.  That's a
11   first matter, but this defendant is facing, as far as I'm
12   concerned, a potential of five years, and I need more
13   information; and so I'm going to put this off until Thursday.
14   I want you to give Mr. Harbaugh and me the actual line and
15   verse of -- in fact, I want to see the FBI reports myself.
16            MS. MILLS:  Yes, Your Honor.
17            THE COURT:  Hand them to me -- get them to me today
18   or tomorrow and give them to Mr. Harbaugh.
19            MS. MILLS:  Yes, Your Honor.
20            THE COURT:  Thursday at one o'clock.  Thank you.
21            MR. HARBAUGH:  Thank you, Your Honor.
22               (Proceedings concluded at 11:55)
23                      - - - - -
24
25
```

```
1                    C E R T I F I C A T E

2

3          I hereby certify that the foregoing is a true and

4     correct transcript from the stenographic record of

5     the proceedings in the foregoing matter.

6

7                                          June 10, 2013

8     /S/_____          _____

9        Deborah K. Gackle                       Date
         Official Court Reporter
10       CSR No. 7106

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
COURT REPORTER DEBORAH K. GACKLE

/
/S [1] 12/8

**1**

10 [1] 12/7
1149 [1] 1/25
11:40 [1] 3/1
11:55 [1] 11/22
12-345-SVW [2] 1/9 3/4
1400 [1] 2/8

**2**

2013 [3] 1/17 3/1 12/7
213 [1] 1/25
25 [2] 1/17 3/1

**3**

312 [2] 1/24 2/8
321 [1] 2/16

**4**

402A [1] 1/24

**6**

620-1149 [1] 1/25

**7**

7106 [1] 12/10

**9**

90012 [3] 1/24 2/9 2/16

**A**

A.M [1] 3/1
about [3] 10/7 10/8 11/6
accident [1] 8/5
according [1] 6/16
act [4] 3/22 3/24 3/25 6/2
acted [1] 3/18
actual [1] 11/14
actually [2] 7/2 7/17
ADAM [3] 1/10 3/4 3/9
addendum [1] 3/14
address [2] 3/14 4/22
admits [1] 4/11
admitted [2] 4/6 4/8
agent [1] 7/10
agreement [1] 3/22
aimed [1] 6/8
air [1] 7/5
aircraft [22]
aircraft that [1] 8/25
airplane [2] 8/2 9/20
airplanes [1] 8/1
all [3] 4/13 4/18 8/9
also [1] 8/3
AMERICA [1] 1/7
and/or [1] 4/15
ANDRÉ [1] 2/6
ANGELES [5] 1/16 1/24 2/9 2/16 3/1
another [1] 9/2
any [4] 8/14 9/1 9/10 9/12
anybody [1] 6/13
anyone's [1] 7/19
appearances [2] 2/1 3/5
apply [1] 3/17
are [6] 5/1 8/6 8/7 10/10 10/15 10/22
area [3] 9/2 10/5 10/13
argument [7] 4/6 4/20 5/5 5/10 6/5 11/10
article [1] 4/24
as [10] 4/20 4/23 4/23 4/24 5/18 5/18 6/11 9/1 11/11 11/11

asked [1] 10/7
assess [1] 5/23
ASSISTANT [1] 2/7
at [17]
ATTORNEY [2] 2/6 2/7
average [1] 4/25
aware [6] 4/2 4/3 5/1 5/3 5/20 9/10
aware when [1] 5/3

**B**

back [1] 10/1
be [6] 3/24 7/1 8/19 10/18 10/20 11/9
beam [2] 5/16 6/10
beams [1] 10/9
because [5] 5/11 6/13 7/20 8/11 11/1
been [2] 4/3 7/3
behalf [2] 3/7 3/9
being [1] 9/17
believe [2] 9/14 9/16
best [1] 5/14
BIROTTE [1] 2/6
blind [3] 6/13 7/20 8/11
both [2] 8/24 9/16
bound [1] 11/7
burden [1] 6/1
but [11] 4/13 5/7 5/10 5/25 6/4 6/16 7/21 8/9 9/8 10/18 11/11

**C**

CALIFORNIA [6] 1/2 1/16 1/24 2/9 2/16 3/1
can [3] 5/14 8/11 8/19
case [2] 3/17 11/4
cause [3] 4/21 5/16 6/20
CENTRAL [1] 1/2
certainly [3] 5/1 8/6 8/18
certify [1] 12/3
charged [2] 4/9 9/17
check [1] 9/23
checking [1] 5/6
claimed [1] 7/3
clarify [1] 6/23
clarify something [1] 6/23
clear [2] 3/18 6/3
clearly [2] 8/17 8/24
cockpit [12] 8/24 9/2 9/6 9/8 9/9 9/15 9/21 10/7 10/8 10/9 10/11 10/13
Conceivably [1] 8/25
concerned [1] 11/12
concluded [1] 11/22
confirm [1] 11/1
conscious [1] 3/19
considered [1] 11/9
contested [1] 7/1
convincing [2] 3/18 6/3
correct [2] 8/12 12/4
could [5] 5/7 6/13 7/11 7/14 10/23
COUNSEL [2] 2/1 3/5
court [3] 1/1 5/25 12/9
Courthouse [1] 1/23 2/8
CR [2] 1/9 3/4
CRAIG [2] 2/15 3/8
credibility [1] 5/24
crime [2] 3/24 4/13
CSR [2] 1/23 12/10
curiosity [1] 5/6

**D**

damage [2] 8/17 9/5
danger [6] 3/19 4/3 4/21 5/16 5/21 6/22
Date [1] 12/9
days [1] 5/20
deal [1] 11/10
DEBORAH [2] 1/23 12/9
defendant [17]

defendant's [1] 10/5
DEFENDER [2] 2/14 2/15
defense [1] 3/16
DEPUTY [1] 2/15
determine [1] 5/14
did [10] 4/14 4/20 5/4 5/12 6/1 6/10 6/18 8/1 8/2 9/15
difference [1] 7/4
directly [1] 7/4
disputing [1] 10/22
disregard [1] 3/19
distance [1] 5/7
DISTRICT [3] 1/1 1/2 1/5
DIVISION [1] 1/3
do [3] 5/4 5/12 10/8
does [3] 3/16 7/12 7/17
doesn't [1] 5/8
don't [8] 5/23 8/10 8/25 9/14 9/24 10/1 10/6 10/25
down [1] 10/1
drones [1] 8/7

**E**

each [1] 9/21
East [1] 2/16
effort [1] 7/23
endanger [2] 7/11 7/14
endangering [1] 4/15
enhancement [2] 3/15 3/16
established [2] 4/18 4/18
every [1] 5/9
evidence [15]
evident [3] 4/21 4/23 4/25
evidentiary [1] 5/11
experienced [2] 8/17 10/4 10/11
Experiencing [1] 10/13
explicitly [1] 5/20
eye [2] 8/17 9/5
eyes [3] 7/19 8/11 8/15

**F**

facing [1] 11/11
fact [5] 6/10 8/2 8/2 9/4 11/15
factual [1] 4/13
failed [1] 3/17
far [3] 5/7 6/11 11/11
FBI [7] 5/19 5/22 6/17 6/19 7/10 10/20 11/15
FEBRUARY [2] 1/17 3/1
feet [1] 7/5
few [2] 5/19
file [1] 10/1
first [2] 4/23 11/11
five [2] 11/5 11/12
focuses [1] 3/21
foregoing [2] 12/3 12/5
found [1] 10/18
frankly [1] 9/25
friend [4] 6/12 6/14 6/19 8/9
front [1] 7/4
full [1] 10/25
fully [2] 4/5 5/1

**G**

GACKLE [2] 1/23 12/9
GARDENHIRE [6] 1/10 3/4 3/9 4/1 6/1 7/19
Gardenhire's [1] 5/19
gave [1] 6/12
general [1] 3/23
get [1] 11/17
give [2] 11/14 11/18
going [3] 5/10 5/16 11/13
Good [2] 3/6 3/8
government [5] 3/17 4/17 5/13 6/2 6/7
grave [1] 4/3

**G**

guidelines [1]  11/7

**H**

Hand [1]  11/17
happened [1]  8/6
happening [1]  8/5
HARBAUGH [6]  2/15 3/9 3/11 10/22 11/14
 11/18
has [3]  3/17 4/17 6/7
have [10]  4/3 4/3 4/4 4/12 4/18 5/9 5/23 7/3
 8/3 10/25
he [32]
hear [4]  3/11 5/11 5/14 5/23
hearing [1]  5/11
helicopter [5]  4/7 4/9 4/10 9/20 10/3
here [1]  6/3
hereby [1]  12/3
him [4]  5/14 5/23 6/12 7/4
himself [1]  7/25
his [1]  5/23
hit [10]  6/9 6/10 8/1 8/2 8/5 8/18 8/22 9/6 9/7
 9/15
hitting [4]  4/8 4/9 8/23 8/23
Honor [35]
HONORABLE [1]  1/5
how [8]  5/7 5/11 6/6 7/12 7/21 8/19 9/15 10/9
However [1]  4/1
human's [1]  8/11

**I**

I'd [2]  3/14 4/22
I'll [1]  3/11
I'm [7]  9/10 9/24 10/16 11/7 11/10 11/11
 11/13
if [4]  3/12 4/20 8/22 10/23
implication [1]  7/7
implied [1]  7/15
important [2]  9/25 11/2
in [21]
Incidentally [1]  11/3
incidents [1]  9/17
included [1]  4/24
incoming [1]  4/7
individual [3]  4/25 6/15 7/4
information [1]  11/13
initially [1]  5/3
instance [1]  9/21
intended [1]  8/1
intending [1]  6/8
intent [1]  3/24
intentional [2]  3/22 4/1
intentionally [1]  8/4
into [2]  7/5 8/24
is [25]
it [26]
it's [4]  4/25 7/2 8/21 8/21
Item [1]  3/4

**J**

JR [1]  2/6
JUDGE [1]  1/5
June [1]  1/7
just [5]  5/15 8/23 9/9 10/6 10/23

**K**

KENNEDY [1]  2/14
knew [3]  4/14 5/15 6/10
know [7]  5/9 5/15 8/9 8/18 9/24 10/1 11/6

**L**

laser [22]
laser at [1]  4/7

lasers [1]  8/19
later [1]  5/20
light [3]  6/25
like [3]  3/14 4/22 9/25
line [1]  11/14
LOS [5]  1/16 1/24 2/9 2/16 3/1

**M**

make [1]  5/10
many [2]  9/15 10/9
matter [3]  8/22 11/11 12/5
maximum [1]  11/3
may [1]  9/23
maybe [1]  6/4
me [3]  11/14 11/17 11/17
MELISSA [2]  2/7 3/6
MILLS [1]  2/7 3/6 7/9 7/10
misapprehends [1]  3/20
mischief [3]  4/21 6/20 6/22
moment [1]  9/25
MONDAY [2]  1/17 3/1
more [4]  4/5 6/22 11/6 11/12
morning [2]  3/6 3/8
most [1]  5/2
Mr [2]  4/1 6/1
Mr. [5]  3/11 5/19 10/22 11/14 11/18
Mr. Gardenhire's [1]  5/19
Mr. Harbaugh [4]  3/11 10/22 11/14 11/18
Ms [1]  7/8
multiple [1]  9/18
must [1]  3/24
my [1]  10/16
myself [1]  11/15

**N**

name [1]  6/16
need [1]  11/12
no [6]  1/9 4/1 7/13 7/13 8/8 12/10
North [2]  1/24 2/8
not [23]

**O**

o'clock [1]  11/20
Obviously [1]  9/7
off [1]  11/13
Office [1]  3/20
officer [1]  3/15
officers [2]  10/3 10/10
Official [1]  12/9
on [2]  3/7 3/21
one [9]  4/9 4/9 4/10 8/4 8/19 9/19 9/20 9/20
 11/20
one o'clock [1]  11/20
one-time [1]  8/4
or [11]  4/7 4/15 4/24 5/13 5/15 8/5 8/14 9/2
 9/9 9/19 11/18
other [4]  6/18 8/10 9/8 9/11
our [1]  3/16
own [1]  10/16

**P**

pains [1]  11/10
part [2]  4/24 5/18
parts [2]  9/8 9/11
people [1]  7/20
person [1]  4/2
pilot [6]  4/15 5/17 7/24 8/3 8/18 9/7
pilot's [1]  8/15
piloting [2]  8/7 10/10
pilots [6]  8/7 8/16 9/5 9/16 9/17 10/8
Plaintiff [2]  1/8 2/4
plane [6]  4/7 4/10 9/3 9/9 9/11 9/19
planes [2]  4/9 9/19
plea [2]  3/21 4/13

please [1]  3/5
point [6]  4/13 7/1 7/3 7/24 8/10 10/23
pointed [3]  4/4 4/18 8/16
pointer [1]  6/8
pointers [1]  5/2
pointing [6]  3/23 3/25 4/6 4/11 8/12 8/15
police [2]  10/3 10/21
position [1]  3/16
potential [1]  11/12
prank [1]  5/15
precise [2]  8/19 8/20
Precisely [1]  4/16
predicate [1]  4/13
present [1]  3/9
PRESIDING [1]  1/5
probation [2]  3/14 3/20
proceedings [3]  1/15 11/22 12/5
prove [3]  3/17 6/1 6/3
PSR [1]  3/21
PUBLIC [2]  2/14 2/15
put [1]  11/13

**Q**

question [1]  3/25

**R**

rather [1]  6/2
reach [1]  5/7
read [1]  7/12
reading [2]  10/15 10/16
reasonable [1]  4/2
recklessness [4]  3/15 3/21 4/14 6/2
record [2]  10/19 12/4
regard [2]  9/13 10/3
regarding [3]  3/15 7/21 7/23
rely [1]  5/12
report [6]  4/24 6/17 7/12 10/20 10/21 10/24
reported [2]  9/16 9/17
Reporter [1]  12/9
REPORTER'S [1]  1/15
reports [1]  11/15
require [2]  5/11 6/2
requires [2]  4/14 4/14
respond [1]  6/6
right [2]  5/9 5/23
risk [1]  4/2
risks [1]  5/2
Rodriguez [4]  6/16 6/19 7/18 8/10
Room [1]  1/24
RPR [1]  1/23

**S**

said [4]  5/22 7/8 7/16 10/6
same [1]  10/4
satisfied [1]  9/25
say [4]  5/13 6/18 7/17 10/8
saying [2]  4/6 4/12
says [5]  5/13 7/18 8/1 8/2 10/24
SEAN [1]  2/14
Second [1]  2/16
see [3]  5/7 10/15 11/15
seems [2]  4/21 6/25
self [3]  4/21 4/23 4/25
self-evident [3]  4/21 4/23 4/25
sentence [1]  11/3
sentencing [4]  1/19 3/10 10/1 11/2
she [1]  10/23
shifting [1]  6/1
shine [2]  6/13 7/19
shining [2]  7/5 8/5
should [2]  5/12 5/13
shown [1]  6/7
shows [4]  4/1 6/9 6/11 8/16
sitting [1]  10/11

## S

six [3]  10/4 10/11 10/12
small [1]  8/21
so [7]  4/5 6/25 8/17 8/21 9/14 10/11 11/13
somebody [1]  6/13
something [4]  5/9 6/4 6/23 8/5
source [1]  10/4
specifically [2]  6/12 7/14
Spring [2]  1/24 2/8
standard [2]  3/21 6/3
stands [1]  3/16
star [1]  8/5
state [1]  3/5
statement [4]  3/22 5/19 7/7 7/17
states [8]  1/1 1/7 1/23 2/6 2/7 2/8 3/7 5/20
stenographic [1]  12/4
STEPHEN [1]  1/5
Street [3]  1/24 2/8 2/16
strike [1]  7/22
strikes [3]  10/4 10/11 10/12
striking [1]  10/5
struck [6]  9/2 9/7 9/8 9/17 9/22 10/9
stuck [1]  9/11
submission [2]  4/25 5/19
submitted [1]  5/18
suffices [1]  4/12
suggests [1]  9/5
summary [1]  10/16
sustained [1]  9/5
SVW [2]  1/9 3/4

## T

tail [1]  8/23
taking [1]  11/10
teenager [1]  5/15
teenagers [1]  5/1
than [2]  6/2 6/22
Thank [3]  3/13 11/20 11/21
that [70]
that's [5]  5/14 5/22 8/6 11/9 11/10
them [5]  8/11 10/13 11/17 11/17 11/18
then [2]  5/4 7/1
there [8]  3/24 5/23 8/6 8/14 9/1 9/8 9/12 10/11
there's [2]  6/4 8/8
therefore [1]  3/24
these [4]  5/2 8/7 8/19 9/24
they [2]  4/18 5/3
they're [2]  8/7 11/9
things [1]  9/24
think [5]  5/2 5/10 5/13 8/22 9/5
third [1]  8/25
this [14]
thousands [1]  7/5
Thursday [2]  11/13 11/20
time [3]  3/10 5/21 8/4
times [3]  9/15 9/18 10/9
today [1]  11/17
told [3]  6/19 7/10 8/10
tomorrow [1]  11/18
tracking [2]  8/4 8/21
transcript [2]  1/15 12/4
true [1]  12/3
two [2]  4/8 9/19

## U

U.S [2]  1/5 3/20
understand [2]  10/6 11/7
understanding [1]  4/5
UNITED [7]  1/1 1/7 1/23 2/6 2/7 2/8 3/7
until [1]  11/13
upon [1]  5/12
upside [1]  10/1

us [1]  5/2

## V

vast [1]  7/4
verse [1]  11/15
Very [1]  8/20
voluntarily [1]  3/24

## W

want [5]  5/11 11/1 11/6 11/14 11/15
warned [4]  6/12 7/3 7/14 7/19
warned specifically [1]  7/14
was [30]
wasn't [1]  5/23
way [2]  4/1 5/14
we [4]  4/23 5/18 8/2 8/25
well [7]  4/22 5/22 6/11 7/25 8/16 9/4 9/12
went [2]  6/10 8/24
were [4]  5/2 9/17 10/10 10/12
WESTERN [1]  1/3
what [17]
What's [1]  5/4
when [4]  4/14 5/3 5/16 8/23
where [4]  5/20 10/5 10/18 10/24
whether [2]  5/14 5/15
which [2]  6/3 7/4
while [1]  4/6
who [5]  3/9 5/1 6/12 6/14 10/10
why [8]  4/20 5/4 5/12 5/12 6/25 9/1 9/24 11/9
willful [1]  3/23
WILSON [1]  1/5
wishes [1]  3/12
words [1]  6/18
would [7]  4/2 4/3 4/3 6/6 6/20 7/20 10/20

## Y

Yeah [1]  11/6
years [2]  11/5 11/12
yes [11]  4/12 5/25 6/21 6/23 7/18 8/13 10/2 10/14 11/8 11/16 11/19
you [21]
you're [3]  4/6 4/12 8/23
your [41]