```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3                               ---

 4

 5    THE HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE PRESIDING

 6

 7    THE UNITED STATES OF AMERICA,   )
                                      )
 8             Plaintiff,             )
                                      )
 9       vs.                          )   No. CR 12-345-SVW
                                      )
10                                    )
      ADAM GARDENHIRE,                )
11                                    )
               Defendant.             )
12    _____)

13

14

15            REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                   LOS ANGELES, CALIFORNIA

17                  MONDAY, OCTOBER 29, 2012

18

19                       CHANGE OF PLEA

20

21

22   _____

23              DEBORAH K. GACKLE, CSR, RPR
                   United States Courthouse
24             312 North Spring Street, Room 402A
                 Los Angeles, California 90012
25                     (213) 620-1149
```

```
 1  APPEARANCES OF COUNSEL:

 2

 3

 4      For the Plaintiff:

 5

 6          ANDRÉ BIROTTE, JR.
            UNITED STATES ATTORNEY
 7          BY:  MELISSA MILLS
            ASSISTANT UNITED STATES ATTORNEY
 8          1400 United States Courthouse
            312 North Spring Street
 9          Los Angeles, California  90012

10

11

12      For the Defendant:

13

14          SEAN K. KENNEDY
            PUBLIC DEFENDER
15          BY:  CRAIG HARBAUGH
            DEPUTY PUBLIC DEFENDER
16          321 East Second Street
            Los Angeles, California  90012
17

18                     - - - - -

19

20

21

22

23

24

25
```

```
 1            LOS ANGELES, CALIFORNIA; MONDAY, OCTOBER 29, 2012;
 2                               11:00 A.M.
 3                               - - - - -
 4
 5            THE CLERK:  Item 3, CR 12-345-SVW, United States of
 6   America versus Adam Gardenhire.
 7            Counsel, please state your appearances.
 8            MS. MILLS:  Good morning, Your Honor.  Melissa Mills
 9   on behalf of the United States.
10            MR. HARBAUGH:  Good morning, Your Honor.  Craig
11   Harbaugh on behalf of Adam Gardenhire, who is present.
12            THE CLERK:  The defendant will please state his name.
13            THE DEFENDANT:  Adam Gardenhire.
14            THE CLERK:  Is that your true and correct name?
15            THE DEFENDANT:  Yes.
16            THE CLERK:  Is it now your intention to withdraw your
17   not guilty plea so that you can enter a plea of guilty to count
18   one of the indictment?
19            THE DEFENDANT:  Yes.
20            THE CLERK:  How do you now plead to count one of the
21   indictment, guilty or not guilty?
22            THE DEFENDANT:  Guilty.
23            THE CLERK:  The court is going to ask you some
24   questions while under oath.  Please raise your right hand.
25            (Defendant sworn)
```

```
 1              THE DEFENDANT:  Yes.
 2              THE CLERK:  Thank you.
 3              THE COURT:  Mr. Gardenhire, I'm going to ask you some
 4   questions which are designed to assure me that your guilty plea
 5   is freely and voluntarily made and that there is a factual
 6   basis for your guilty plea.
 7              Have you had enough time to discuss your case and
 8   explore all possible defenses with your lawyer, Mr. Harbaugh?
 9              THE DEFENDANT:  Yes.
10              THE COURT:  Are you satisfied with his
11   representation?
12              THE DEFENDANT:  Yes.
13              THE COURT:  Has anyone made any threats or promises
14   to induce you to plead guilty other than the plea agreement
15   you've reached with the government?
16              THE DEFENDANT:  No.
17              THE COURT:  Have you taken any drugs or medications
18   in the last 24 hours?
19              THE DEFENDANT:  No.
20              THE COURT:  Are you thinking clearly?
21              THE DEFENDANT:  Yes.
22              THE COURT:  My copy of the plea agreement shows that
23   you signed it on October 17th of 2012; is that correct?
24              THE DEFENDANT:  Correct.
25              THE COURT:  Before you signed it, did you read the
```

```
 1   plea agreement?
 2              THE DEFENDANT:  Yeah.
 3              THE COURT:  Did you understand it?
 4              THE DEFENDANT:  Yes, I did.
 5              THE COURT:  Did you discuss it with your lawyer,
 6   Mr. Harbaugh?
 7              THE DEFENDANT:  Yes.
 8              THE COURT:  Mr. Harbaugh, are you satisfied from your
 9   discussions with your client that he fully understands all the
10   provisions of the plea agreement?
11              MR. HARBAUGH:  Yes, Your Honor.
12              THE COURT:  Then I'm going to call upon assistant
13   United States attorney Mills to review in open court certain
14   parts of the plea agreement, namely, the maximum penalty
15   allowed by law; the elements of the offense; the constitutional
16   rights that are waived by pleading guilty; a summary of the
17   plea agreement and the limited waiver of appeal and the waiver
18   of constitutional rights.
19              MS. MILLS:  Yes, Your Honor.
20              The statutory maximum penalty that's available in
21   this case is five years imprisonment; a fine of $250,000, or
22   twice the gross gain or gross loss, which is greatest; three
23   years of supervised release; and a mandatory special assessment
24   of $100.
25              This crime has two elements.  First, that defendant
```

1   knowingly aimed a laser pointer at an aircraft or at the flight
2   path of an aircraft and, second, that the aircraft was in
3   what's known as a special aircraft jurisdiction of the United
4   States; and for these purposes, that means a civil aircraft
5   that is registered in the United States and was flying in the
6   United States.
7            By pleading guilty, the defendant is giving up the
8   following rights:  The right to plead not guilty; the right to
9   a speedy and public trial by jury; the right to be represented
10  by counsel at trial; presumption of innocence; the right to
11  confront and cross-examine witnesses; the right to testify and
12  to present evidence in opposition to the charges; and the right
13  to remain silent and to have that choice not used against
14  defendant.
15           THE COURT:  He is also giving up any Fourth or Fifth
16  Amendment rights he may pursue, but he has pursued Fourth
17  Amendment rights; isn't that correct?
18           MS. MILLS:  Yes, Your Honor.  That is correct.
19           THE COURT:  And what is the essence of the plea
20  agreement and limited waiver of appeal?
21           MS. MILLS:  Your Honor, the defendant is agreeing to
22  plead guilty to count one in exchange for an agreement by the
23  government to dismiss -- move on dismiss count two of the plea.
24  The defendant is waiving his appellate rights to appeal his
25  conviction entirely with two exceptions:  The first is that

1   his -- on a ground that his guilty plea was involuntary and the
2   second is that he is retaining the right to appeal this court's
3   denial of his suppression motion.
4           THE COURT:  Say that last part again.  What did you
5   say about involuntary?
6           MS. MILLS:  Yes, Your Honor.  If the defendant should
7   contend that his guilty plea was involuntary, he does retain
8   that right.
9           THE COURT:  Oh, I see.
10          MS. MILLS:  Second, he has also retained the right to
11  appeal his -- this court's denial of his motion to suppress.
12          THE COURT:  Correct.
13          And is that a correct statement of the plea
14  agreement?
15          MR. HARBAUGH:  Yes, Your Honor.
16          THE COURT:  And would you read the factual basis for
17  the plea as the defendant has stipulated in paragraph ten.
18  Begin on line 27 of page five.
19          MS. MILLS:  Yes, Your Honor.
20          On the evening of March 29, 2012, defendant knowingly
21  and intentionally aimed a green laser pointer at a Cessna
22  Citation, airplane tail No. N673QS, operated by NetJet, while
23  the airplane was preparing to land at Burbank Airport.
24  Defendant's laser struck the pilot of the airplane in the eye
25  multiple times and caused him, as he prepared for landing, to

1  suffer vision impairment.  The airplane's pilot continued to
2  experience vision problems, at least through the day after the
3  event.
4         Later that same evening, defendant knowingly and
5  intentionally aimed the same green laser pointer at a Pasadena
6  Police Department helicopter, tail No. N911FA.  Defendants
7  laser struck the helicopter multiple times.  The pilot was
8  wearing protective eye gear and thus did not suffer eye damage
9  or vision impairment.  Defendant intended to strike both
10 aircraft with the laser; both aircraft were in the special
11 aircraft jurisdiction of the United States at that time.
12        THE COURT:  At the time -- why can't you read what
13 you wrote completely?  Why do you edit it?
14        MS. MILLS:  Yes, Your Honor.
15        THE CLERK:  Read it again.
16        MS. MILLS:  Yes, Your Honor.
17        THE COURT:  Read the whole thing again.
18        MS. MILLS:  The whole factual basis?
19        THE COURT:  Yes.
20        MS. MILLS:  Yes.
21        On the evening of March 29, 2012, defendant knowingly
22 and intentionally aimed a green laser pointer at a Cessna
23 Citation, airplane tail No. N673QS, operated by NetJet, while
24 the airplane was preparing to land at Burbank Airport.
25 Defendant's laser struck the pilot of the airplane in the eye

```
 1   multiple times and caused him, as he prepared for landing, to
 2   suffer vision impairment.  The airplane's pilot continued to
 3   experience vision problems, at least through the day after the
 4   event.
 5            Later that same evening, defendant knowingly and
 6   intentionally aimed the same green laser pointer at a Pasadena
 7   Police Department helicopter, tail No. N911FA.  Defendants
 8   laser struck the helicopter multiple times.  The pilot was
 9   wearing protective eye gear and thus did not suffer eye damage
10   or vision impairment.  Defendant intended to strike both
11   aircraft with the laser; both aircraft were in the special
12   aircraft jurisdiction of the United States at that time.
13            THE COURT:  Did you do what was just read to you by
14   the prosecutor?
15            THE DEFENDANT:  Yes.
16            THE COURT:  And is this plea being made with your
17   concurrence, Mr. Harbaugh?
18            MR. HARBAUGH:  Yes, Your Honor.
19            THE COURT:  The defendant should be aware that at
20   sentencing, the court will consider the arguments of counsel,
21   the plea agreement, the Sentencing Guidelines and the relevant
22   sentencing factors as set forth in the statute, principally,
23   the seriousness of the crime; the need for punishment; the need
24   for deterrence; other possible sentences; and other factors.
25            But what is important for the defendant to know is
```

1   that ultimately the matter of sentencing will be for the court
2   to decide.
3           Do you understand that?
4           THE DEFENDANT:  Yes, I do.
5           THE COURT:  Are there any other matters that need be
6   addressed?
7           MS. MILLS:  No, Your Honor.
8           MR. HARBAUGH:  No, Your Honor.
9           THE COURT:  Then the court having heard and observed
10  the defendant, the court is satisfied that the guilty plea is
11  knowingly and voluntarily made and that there is a factual
12  basis for the guilty plea.  The guilty plea is accepted, and
13  the defendant referred to the Probation Department for
14  preparation of a presentence report with sentencing to occur
15  on?
16          THE CLERK:  January 28th, 2013, at 11:00 a.m.
17          MR. HARBAUGH:  Thank you, Your Honor.
18          MS. MILLS:  Thank you, Your Honor.
19             (Proceedings concluded at 11:17 a.m.)
20                           - - - - -
21
22
23
24
25

C E R T I F I C A T E

I hereby certify that the foregoing is a true and correct transcript from the stenographic record of the proceedings in the foregoing matter.

June 10, 2011

/S/_____     _____

Deborah K. Gackle                Date
Official Court Reporter
CSR No. 7106

**$**

**$100 [1]** 5/24
**$250,000 [1]** 5/21

**/**

**/S [1]** 11/8

**1**

**10 [1]** 11/7
**1149 [1]** 1/25
**11:00 A.M [2]** 3/2 10/16
**11:17 [1]** 10/19
**12-345-SVW [2]** 1/9 3/5
**1400 [1]** 2/8
**17th [1]** 4/23

**2**

**2011 [1]** 11/7
**2012 [5]** 1/17 3/1 4/23 7/20 8/21
**2013 [1]** 10/16
**213 [1]** 1/25
**24 [1]** 4/18
**27 [1]** 7/18
**28th [1]** 10/16
**29 [4]** 1/17 3/1 7/20 8/21

**3**

**312 [2]** 1/24 2/8
**321 [1]** 2/16

**4**

**402A [1]** 1/24

**6**

**620-1149 [1]** 1/25

**7**

**7106 [1]** 11/10

**9**

**90012 [3]** 1/24 2/9 2/16

**A**

**a.m [3]** 3/2 10/16 10/19
**about [1]** 7/5
**accepted [1]** 10/12
**ADAM [4]** 1/10 3/6 3/11 3/13
**addressed [1]** 10/6
**after [2]** 8/2 9/3
**again [3]** 7/4 8/15 8/17
**against [1]** 6/13
**agreeing [1]** 6/21
**agreement [10]** 4/14 4/22 5/1 5/10 5/14 5/17 6/20 6/22 7/14 9/21
**aimed [5]** 6/1 7/21 8/5 8/22 9/6
**aircraft [11]** 6/1 6/2 6/2 6/3 6/4 8/10 8/10 8/11 9/11 9/11 9/12
**airplane [6]** 7/22 7/23 7/24 8/23 8/24 8/25
**airplane's [2]** 8/1 9/2
**Airport [2]** 7/23 8/24
**all [2]** 4/8 5/9
**allowed [1]** 5/15
**also [2]** 6/15 7/10
**Amendment [2]** 6/16 6/17
**AMERICA [2]** 1/7 3/6
**ANDRÉ [1]** 2/6
**ANGELES [5]** 1/16 1/24 2/9 2/16 3/1
**any [4]** 4/13 4/17 6/15 10/5
**anyone [1]** 4/13
**appeal [5]** 5/17 6/20 6/24 7/2 7/11
**appearances [2]** 2/1 3/7
**appellate [1]** 6/24
**are [6]** 4/4 4/10 4/20 5/8 5/16 10/5

**arguments [1]** 9/20
**as [5]** 6/3 7/17 7/25 9/1 9/22
**ask [2]** 3/23 4/3
**assessment [1]** 5/23
**assistant [2]** 2/7 5/12
**assure [1]** 4/4
**at [17]**
**attorney [3]** 2/6 2/7 5/13
**available [1]** 5/20
**aware [1]** 9/19

**B**

**basis [4]** 4/6 7/16 8/18 10/12
**be [4]** 6/9 9/19 10/1 10/5
**Before [1]** 4/25
**Begin [1]** 7/18
**behalf [2]** 3/9 3/11
**being [1]** 9/16
**BIROTTE [1]** 2/6
**both [4]** 8/9 8/10 9/10 9/11
**Burbank [2]** 7/23 8/24
**but [2]** 6/16 9/25

**C**

**CALIFORNIA [6]** 1/2 1/16 1/24 2/9 2/16 3/1
**call [1]** 5/12
**can [1]** 3/17
**can't [1]** 8/12
**case [2]** 4/7 5/21
**caused [2]** 7/25 9/1
**CENTRAL [1]** 1/2
**certain [1]** 5/13
**certify [1]** 11/3
**Cessna [2]** 7/21 8/22
**CHANGE [1]** 1/19
**charges [1]** 6/12
**choice [1]** 6/13
**Citation [2]** 7/22 8/23
**civil [1]** 6/4
**clearly [1]** 4/20
**client [1]** 5/9
**completely [1]** 8/13
**concluded [1]** 10/19
**concurrence [1]** 9/17
**confront [1]** 6/11
**consider [1]** 9/20
**constitutional [2]** 5/15 5/18
**contend [1]** 7/7
**continued [2]** 8/1 9/2
**conviction [1]** 6/25
**copy [1]** 4/22
**correct [8]** 3/14 4/23 4/24 6/17 6/18 7/12 7/13 11/4
**counsel [4]** 2/1 3/7 6/10 9/20
**count [4]** 3/17 3/20 6/22 6/23
**court [8]** 1/1 3/23 5/13 9/20 10/1 10/9 10/10 11/9
**court's [2]** 7/2 7/11
**Courthouse [2]** 1/23 2/8
**CR [2]** 1/9 3/5
**CRAIG [2]** 2/15 3/10
**crime [2]** 5/25 9/23
**cross [1]** 6/11
**cross-examine [1]** 6/11
**CSR [2]** 1/23 11/10

**D**

**damage [2]** 8/8 9/9
**Date [1]** 11/9
**day [2]** 8/2 9/3
**DEBORAH [2]** 1/23 11/9
**decide [1]** 10/2
**defendant [21]**
**Defendant's [2]** 7/24 8/25

**Defendants [2]** 8/6 9/7
**DEFENDER [2]** 2/14 2/15
**defenses [1]** 4/8
**denial [2]** 7/3 7/11
**Department [3]** 8/6 9/7 10/13
**DEPUTY [1]** 2/15
**designed [1]** 4/4
**deterrence [1]** 9/24
**did [8]** 4/25 5/3 5/4 5/5 7/4 8/8 9/9 9/13
**discuss [2]** 4/7 5/5
**discussions [1]** 5/9
**dismiss [2]** 6/23 6/23
**DISTRICT [3]** 1/1 1/2 1/5
**do [5]** 3/20 8/13 9/13 10/3 10/4
**does [1]** 7/7
**drugs [1]** 4/17

**E**

**East [1]** 2/16
**edit [1]** 8/13
**elements [2]** 5/15 5/25
**enough [1]** 4/7
**enter [1]** 3/17
**entirely [1]** 6/25
**essence [1]** 6/19
**evening [4]** 7/20 8/4 8/21 9/5
**event [2]** 8/3 9/4
**evidence [1]** 6/12
**examine [1]** 6/11
**exceptions [1]** 6/25
**exchange [1]** 6/22
**experience [2]** 8/2 9/3
**explore [1]** 4/8
**eye [6]** 7/24 8/8 8/8 8/25 9/9 9/9

**F**

**factors [2]** 9/22 9/24
**factual [4]** 4/5 7/16 8/18 10/11
**Fifth [1]** 6/15
**fine [1]** 5/21
**first [2]** 5/25 6/25
**five [2]** 5/21 7/18
**flight [1]** 6/1
**flying [1]** 6/5
**following [1]** 6/8
**foregoing [2]** 11/3 11/5
**forth [1]** 9/22
**Fourth [2]** 6/15 6/16
**freely [1]** 4/5
**fully [1]** 5/9

**G**

**GACKLE [2]** 1/23 11/9
**gain [1]** 5/22
**GARDENHIRE [5]** 1/10 3/6 3/11 3/13 4/3
**gear [2]** 8/8 9/9
**giving [2]** 6/7 6/15
**going [3]** 3/23 4/3 5/12
**Good [2]** 3/8 3/10
**government [2]** 4/15 6/23
**greatest [1]** 5/22
**green [4]** 7/21 8/5 8/22 9/6
**gross [2]** 5/22 5/22
**ground [1]** 7/1
**Guidelines [1]** 9/21
**guilty [17]**

**H**

**had [1]** 4/7
**hand [1]** 3/24
**HARBAUGH [6]** 2/15 3/11 4/8 5/6 5/8 9/17
**has [5]** 4/13 5/25 6/16 7/10 7/17
**have [3]** 4/7 4/17 6/13
**having [1]** 10/9

## H

he [9]  5/9 6/15 6/16 6/16 7/2 7/7 7/10 7/25
 9/1
heard [1]  10/9
helicopter [4]  8/6 8/7 9/7 9/8
hereby [1]  11/3
him [2]  7/25 9/1
his [10]  3/12 4/10 6/24 6/24 7/1 7/1 7/3 7/7
 7/11 7/11
Honor [16]
HONORABLE [1]  1/5
hours [1]  4/18
How [1]  3/20

## I

I'm [2]  4/3 5/12
If [1]  7/6
impairment [4]  8/1 8/9 9/2 9/10
important [1]  9/25
imprisonment [1]  5/21
in [15]
indictment [2]  3/18 3/21
induce [1]  4/14
innocence [1]  6/10
intended [2]  8/9 9/10
intention [1]  3/16
intentionally [4]  7/21 8/5 8/22 9/6
involuntary [3]  7/1 7/5 7/7
is [28]
isn't [1]  6/17
it [7]  3/16 4/23 4/25 5/3 5/5 8/13 8/15
Item [1]  3/5

## J

January [1]  10/16
January 28th [1]  10/16
JR [1]  2/6
JUDGE [1]  1/5
June [1]  11/7
jurisdiction [3]  6/3 8/11 9/12
jury [1]  6/9
just [1]  9/13

## K

KENNEDY [1]  2/14
know [1]  9/25
knowingly [6]  6/1 7/20 8/4 8/21 9/5 10/11
known [1]  6/3

## L

land [2]  7/23 8/24
landing [2]  7/25 9/1
laser [11]  6/1 7/21 7/24 8/5 8/7 8/10 8/22
 8/25 9/6 9/8 9/11
last [2]  4/18 7/4
Later [2]  8/4 9/5
law [1]  5/15
lawyer [2]  4/8 5/5
least [2]  8/2 9/3
limited [2]  5/17 6/20
line [1]  7/18
LOS [5]  1/16 1/24 2/9 2/16 3/1
loss [1]  5/22

## M

made [4]  4/5 4/13 9/16 10/11
mandatory [1]  5/23
March [2]  7/20 8/21
March 29 [2]  7/20 8/21
matter [2]  10/1 11/5
matters [1]  10/5
maximum [2]  5/14 5/20
may [1]  6/16

me [1]  4/4
means [1]  6/4
medications [1]  4/17
MELISSA [2]  2/7 3/8
MILLS [3]  2/7 3/8 5/13
MONDAY [2]  1/17 3/1
morning [2]  3/8 3/10
motion [2]  7/3 7/11
move [1]  6/23
Mr [1]  9/17
Mr. [4]  4/3 4/8 5/6 5/8
Mr. Gardenhire [1]  4/3
Mr. Harbaugh [3]  4/8 5/6 5/8
multiple [4]  7/25 8/7 9/1 9/8
My [1]  4/22

## N

N673QS [2]  7/22 8/23
N911FA [2]  8/6 9/7
name [2]  3/12 3/14
namely [1]  5/14
need [3]  9/23 9/23 10/5
NetJet [2]  7/22 8/23
No [6]  1/9 4/16 4/19 10/7 10/8 11/10
No. [4]  7/22 8/6 8/23 9/7
No. N673QS [2]  7/22 8/23
No. N911FA [2]  8/6 9/7
North [2]  1/24 2/8
not [6]  3/17 3/21 6/8 6/13 8/8 9/9
now [2]  3/16 3/20

## O

oath [1]  3/24
observed [1]  10/9
occur [1]  10/14
OCTOBER [3]  1/17 3/1 4/23
October 17th [1]  4/23
offense [1]  5/15
Official [1]  11/9
Oh [1]  7/9
on [9]  3/9 3/11 4/23 6/23 7/1 7/18 7/20 8/21
 10/15
one [3]  3/18 3/20 6/22
open [1]  5/13
operated [2]  7/22 8/23
opposition [1]  6/12
or [9]  3/21 4/13 4/17 5/21 5/22 6/1 6/15 8/9
 9/10
other [4]  4/14 9/24 9/24 10/5

## P

page [1]  7/18
paragraph [1]  7/17
part [1]  7/4
parts [1]  5/14
Pasadena [2]  8/5 9/6
path [1]  6/2
penalty [2]  5/14 5/20
pilot [6]  7/24 8/1 8/7 8/25 9/2 9/8
Plaintiff [2]  1/8 2/4
plea [22]
plead [4]  3/20 4/14 6/8 6/22
pleading [2]  5/16 6/7
please [3]  3/7 3/12 3/24
pointer [5]  6/1 7/21 8/5 8/22 9/6
Police [2]  8/6 9/7
possible [2]  4/8 9/24
preparation [1]  10/14
prepared [2]  7/25 9/1
preparing [2]  7/23 8/24
present [2]  3/11 6/12
presentence [1]  10/14
PRESIDING [1]  1/5
presumption [1]  6/10

principally [1]  9/22
Probation [1]  10/13
problems [2]  8/2 9/3
proceedings [3]  1/15 10/19 11/5
promises [1]  4/13
prosecutor [1]  9/14
protective [2]  8/8 9/9
provisions [1]  5/10
public [3]  2/14 2/15 6/9
punishment [1]  9/23
purposes [1]  6/4
pursue [1]  6/16
pursued [1]  6/16

## Q

questions [2]  3/24 4/4

## R

raise [1]  3/24
reached [1]  4/15
read [6]  4/25 7/16 8/12 8/15 8/17 9/13
record [1]  11/4
referred [1]  10/13
registered [1]  6/5
release [1]  5/23
relevant [1]  9/21
remain [1]  6/13
report [1]  10/14
Reporter [1]  11/9
REPORTER'S [1]  1/15
representation [1]  4/11
represented [1]  6/9
retain [1]  7/7
retained [1]  7/10
retaining [1]  7/2
review [1]  5/13
right [10]  3/24 6/8 6/8 6/9 6/10 6/11 6/12 7/2
 7/8 7/10
rights [6]  5/16 5/18 6/8 6/16 6/17 6/24
Room [1]  1/24
RPR [1]  1/23

## S

same [4]  8/4 8/5 9/5 9/6
satisfied [3]  4/10 5/8 10/10
say [2]  7/4 7/5
SEAN [1]  2/14
second [4]  2/16 6/2 7/2 7/10
see [1]  7/9
sentences [1]  9/24
sentencing [5]  9/20 9/21 9/22 10/1 10/14
seriousness [1]  9/23
set [1]  9/22
should [2]  7/6 9/19
shows [1]  4/22
signed [2]  4/23 4/25
silent [1]  6/13
so [1]  3/17
some [2]  3/23 4/3
special [4]  5/23 6/3 8/10 9/11
speedy [1]  6/9
Spring [2]  1/24 2/8
state [2]  3/7 3/12
statement [1]  7/13
STATES [14]
statute [1]  9/22
statutory [1]  5/20
stenographic [1]  11/4
STEPHEN [1]  1/5
stipulated [1]  7/17
Street [3]  1/24 2/8 2/16
strike [2]  8/9 9/10
struck [4]  7/24 8/7 8/25 9/8
suffer [4]  8/1 8/8 9/2 9/9

## S

summary [1] 5/16
supervised [1] 5/23
suppress [1] 7/11
suppression [1] 7/3
SVW [2] 1/9 3/5
sworn [1] 3/25

## T

tail [4] 7/22 8/6 8/23 9/7
taken [1] 4/17
ten [1] 7/17
testify [1] 6/11
than [1] 4/14
Thank [3] 4/2 10/17 10/18
that [33]
that's [1] 5/20
Then [2] 5/12 10/9
there [3] 4/5 10/5 10/11
these [1] 6/4
thing [1] 8/17
thinking [1] 4/20
this [5] 5/21 5/25 7/2 7/11 9/16
threats [1] 4/13
three [1] 5/22
through [2] 8/2 9/3
thus [2] 8/8 9/9
time [4] 4/7 8/11 8/12 9/12
times [4] 7/25 8/7 9/1 9/8
transcript [2] 1/15 11/4
trial [2] 6/9 6/10
true [2] 3/14 11/3
twice [1] 5/22
two [3] 5/25 6/23 6/25

## U

U.S [1] 1/5
ultimately [1] 10/1
under [1] 3/24
understand [2] 5/3 10/3
understands [1] 5/9
UNITED [14]
up [2] 6/7 6/15
upon [1] 5/12
used [1] 6/13

## V

versus [1] 3/6
vision [6] 8/1 8/2 8/9 9/2 9/3 9/10
voluntarily [2] 4/5 10/11

## W

waived [1] 5/16
waiver [3] 5/17 5/17 6/20
waiving [1] 6/24
was [9] 6/2 6/5 7/1 7/7 7/23 8/7 8/24 9/8 9/13
wearing [2] 8/8 9/9
were [2] 8/10 9/11
what [5] 6/19 7/4 8/12 9/13 9/25
what's [1] 6/3
which [2] 4/4 5/22
while [3] 3/24 7/22 8/23
who [1] 3/11
whole [2] 8/17 8/18
why [2] 8/12 8/13
will [3] 3/12 9/20 10/1
WILSON [1] 1/5
withdraw [1] 3/16
witnesses [1] 6/11
would [1] 7/16
wrote [1] 8/13

## Y

Yeah [1] 5/2
years [2] 5/21 5/23
Yes [21]
you [26]
you've [1] 4/15
your [29]