**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 09 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 13-50125 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:12-cr-00345-SVW-1 Central District of California, Los Angeles |
| v. | |
| ADAM GARDENHIRE, | ORDER |
| Defendant - Appellant. | |

RECEIVED
CLERK, U.S. DISTRICT COURT

7/9/13

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MAT___ DEPUTY

Before:  KOZINSKI, Chief Judge, and CANBY, Circuit Judge.

Appellant's motion for release pending appeal is granted.  Appellant has shown, by clear and convincing evidence, that appellant is not likely to flee or to pose a danger to the safety of any other person or the community if released. Appellant has also shown that the appeal raises a "substantial question" of law or fact that is "fairly debatable," and that if that substantial question is determined favorably to appellant on appeal, that decision is likely to result in a sentence that does not include a term of imprisonment or a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process.  *United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985); *see also* 18 U.S.C. § 3143(b).

KE/MOATT

The matter is remanded to the district court for the limited purpose of establishing appropriate non-monetary conditions of release.

The briefing schedule established previously shall remain in effect.