```
              UNITED STATES DISTRICT COURT

             CENTRAL DISTRICT OF CALIFORNIA

                    WESTERN DIVISION



  THE HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE PRESIDING



THE UNITED STATES OF AMERICA,   )
                                )
          Plaintiff,            )
                                )
     vs.                        )   No. CR 12-345-SVW
                                )
                                )
ADAM GARDENHIRE,                )
                                )
          Defendant.            )
_____)




              REPORTER'S TRANSCRIPT OF PROCEEDINGS

                   LOS ANGELES, CALIFORNIA

                  THURSDAY, FEBRUARY 28, 2013


                     STATUS CONFERENCE

_____

                 DEBORAH K. GACKLE, CSR, RPR
                   United States Courthouse
              312 North Spring Street, Room 402A
                  Los Angeles, California 90012
                        (213) 620-1149
```

```
 1  APPEARANCES OF COUNSEL:

 2

 3

 4      For the Plaintiff:

 5

 6          ANDRÉ BIROTTE, JR.
            UNITED STATES ATTORNEY
 7          BY:  MELISSA MILLS
            ASSISTANT UNITED STATES ATTORNEY
 8          1400 United States Courthouse
            312 North Spring Street
 9          Los Angeles, California  90012

10

11

12      For the Defendant:

13

14          SEAN K. KENNEDY
            PUBLIC DEFENDER
15          BY:  CRAIG HARBAUGH
            DEPUTY PUBLIC DEFENDER
16          321 East Second Street
            Los Angeles, California  90012
17

18                   - - - - -

19

20

21

22

23

24

25
```

```
1        LOS ANGELES, CALIFORNIA THURSDAY, FEBRUARY 28, 2013;
2                          1:10 P.M.
3                          - - - - -
4
5           THE CLERK:  Item 1, CR 2012-345-SVW, USA v. Adam
6    Gardenhire.
7           MS. MILLS:  Good afternoon, Your Honor.  Melissa
8    Mills on behalf of the United States.
9           MR. HARBAUGH:  Good afternoon, Your Honor.  Craig
10   Harbaugh on behalf of Adam Gardenhire, who is present.
11          THE COURT:  This is time for further sentence of
12   Mr. Gardenhire.
13          Did I inquire last time whether he read the
14   presentence report?  I don't know if I did.
15          Did he?
16          MR. HARBAUGH:  He has, Your Honor.
17          THE COURT:  He discussed it with you?
18          MR. HARBAUGH:  Yes, Your Honor, both that and the
19   addendum.
20          THE COURT:  You filed a supplemental pleading
21   regarding the enhancement, and that was much of the discussion
22   at the last hearing.
23          Since that hearing, and because in looking at the
24   3553 factors, I have been focused on all of them, of course,
25   but the factor that speaks to deterrence, in my view, is
```

1  particularly relevant; and in that regard, I have come across
2  some public information, documents, that have not been
3  mentioned in the government's pleading or yours; and under the
4  rules, Rule 32, it's improper for the court to rely on
5  materials that were not identified in the presentence report or
6  in a party's submission, and the court must give the parties
7  reasonable notice if it is contemplating such a departure, and
8  in that regard, I am, and I am contemplating -- I underscore
9  contemplating, because I haven't made a resolution, a
10 departure, an upward departure -- what that departure will be,
11 and if it ultimately will be a departure is not resolved, but I
12 am contemplating it.  And in that regard, I have come across
13 certain materials:  Some FAA flight safety brochures; FAA press
14 releases and some cases.  Those are matters that I may, in
15 part, rely on.
16         And so it seems to me that I am required to tell you
17 about those things, and I plan to issue a minute order today,
18 and rather than go through what I'm relying on, or may rely on,
19 line and verse, I'll spell it out for you so you can yourself
20 look at it and comment upon it.
21         So I'll do that today, and then I think, so that we
22 don't have more continuances than are required, I'll reset the
23 sentencing for a week from Monday to give you a chance to make
24 any further responses.
25         Does that seem fair?

```
 1              MR. HARBAUGH:  Your Honor, I have a trial on
 2   March 12th that I'm in the midst of preparing for.  Is there
 3   any way we can do it for the following week, Your Honor?
 4              THE COURT:  That is satisfactory.  I mean, if your
 5   client is willing.
 6              MR. HARBAUGH:  Yes, Your Honor.
 7              THE COURT:  Because this is an important matter, and
 8   certainly it's important to the defendant, it's important to
 9   the public, and the government, and as in many cases, in
10   considering the 3553 factors and weighing their importance one
11   to the other, here we have the personal characteristics and
12   history of the defendant, including his age and lack of a
13   serious criminal history against, in my view, a very serious
14   crime; and how that balance is achieved is something that the
15   court has to examine carefully, and if I am going to rely on
16   things such as these press releases and brochures, I think you
17   ought to -- I don't think you ought to, the law requires that
18   you have them.  In other words, I can't consider anything but
19   what is part of your pleadings and the presentence report or
20   that I reveal to you, and I plan to do that.
21              So the matter will be continued until 10 o'clock on
22   Monday, March 19th -- 18th, March 18th.  I'll issue this minute
23   order revealing what I have referred to with greater
24   specificity, and if the parties have any further pleadings
25   regarding the sentence, they should be received no later than
```

| | |
|---:|---|
| 1 | the Thursday before the sentence, which would be when, Paul? |
| 2 |       THE CLERK:  Yes, Your Honor.  The Thursday before the |
| 3 | sentence would be March 14th. |
| 4 |       THE COURT:  All right.  Thank you. |
| 5 |       MR. HARBAUGH:  Thank you, Your Honor. |
| 6 |       MS. MILLS:  Thank you, Your Honor. |
| 7 |       (Proceedings concluded at 1:15 p.m.) |
| 8 |         - - - - - |

```
 1                    C E R T I F I C A T E

 2

 3         I hereby certify that the foregoing is a true and

 4   correct transcript from the stenographic record of

 5   the proceedings in the foregoing matter.

 6

 7                                         August 1, 2013

 8   /S/_____    _____

 9      Deborah K. Gackle                          Date
        Official Court Reporter
10      CSR No. 7106
```

| / | but [3]  3/25 4/11 5/18 | **GARDENHIRE [4]**  1/10 3/6 3/10 3/12 |
|---|---|---|
| **/S [1]**  7/8 | | give [2]  4/6 4/23 |
| | **C** | go [1]  4/18 |
| **1** | | going [1]  5/15 |
| | **CALIFORNIA [6]**  1/2 1/16 1/24 2/9 2/16 3/1 | **Good [2]**  3/7 3/9 |
| 10 [1]  5/21 | can [2]  4/19 5/3 | government [1]  5/9 |
| 1149 [1]  1/25 | can't [1]  5/18 | government's [1]  4/3 |
| 12-345-SVW [1]  1/9 | carefully [1]  5/15 | greater [1]  5/23 |
| 12th [1]  5/2 | cases [2]  4/14 5/9 | |
| 1400 [1]  2/8 | **CENTRAL [1]**  1/2 | **H** |
| 14th [1]  6/3 | certain [1]  4/13 | |
| 18th [2]  5/22 5/22 | certainly [1]  5/8 | **HARBAUGH [2]**  2/15 3/10 |
| 19th [1]  5/22 | certify [1]  7/3 | has [2]  3/16 5/15 |
| 1:10 P.M [1]  3/2 | chance [1]  4/23 | have [10] |
| 1:15 [1]  6/7 | characteristics [1]  5/11 | haven't [1]  4/9 |
| | client [1]  5/5 | he [4]  3/13 3/15 3/16 3/17 |
| **2** | come [2]  4/1 4/12 | hearing [2]  3/22 3/23 |
| | comment [1]  4/20 | here [1]  5/11 |
| 2012-345-SVW [1]  3/5 | concluded [1]  6/7 | hereby [1]  7/3 |
| 2013 [3]  1/17 3/1 7/7 | **CONFERENCE [1]**  1/19 | his [1]  5/12 |
| 213 [1]  1/25 | consider [1]  5/18 | history [2]  5/12 5/13 |
| 28 [2]  1/17 3/1 | considering [1]  5/10 | **Honor [10]** |
| | contemplating [4]  4/7 4/8 4/9 4/12 | **HONORABLE [1]**  1/5 |
| **3** | continuances [1]  4/22 | how [1]  5/14 |
| | continued [1]  5/21 | |
| 312 [2]  1/24 2/8 | correct [1]  7/4 | **I** |
| 32 [1]  4/4 | **COUNSEL [1]**  2/1 | |
| 321 [1]  2/16 | course [1]  3/24 | I'll [4]  4/19 4/21 4/22 5/22 |
| 3553 [2]  3/24 5/10 | court [5]  1/1 4/4 4/6 5/15 7/9 | I'm [2]  4/18 5/2 |
| | Courthouse [2]  1/23 2/8 | identified [1]  4/5 |
| **4** | CR [2]  1/9 3/5 | if [6]  3/14 4/7 4/11 5/4 5/15 5/24 |
| | **CRAIG [2]**  2/15 3/9 | importance [1]  5/10 |
| 402A [1]  1/24 | crime [1]  5/14 | important [3]  5/7 5/8 5/8 |
| | criminal [1]  5/13 | improper [1]  4/4 |
| **6** | CSR [2]  1/23 7/10 | in [15] |
| | | including [1]  5/12 |
| 620-1149 [1]  1/25 | **D** | information [1]  4/2 |
| | | inquire [1]  3/13 |
| **7** | Date [1]  7/9 | is [13] |
| | **DEBORAH [2]**  1/23 7/9 | issue [2]  4/17 5/22 |
| 7106 [1]  7/10 | defendant [4]  1/11 2/12 5/8 5/12 | it [9] |
| | **DEFENDER [2]**  2/14 2/15 | it's [3]  4/4 5/8 5/8 |
| **9** | departure [5]  4/7 4/10 4/10 4/10 4/11 | Item [1]  3/5 |
| | departure is [1]  4/11 | |
| 90012 [3]  1/24 2/9 2/16 | **DEPUTY [1]**  2/15 | **J** |
| | deterrence [1]  3/25 | |
| **A** | did [3]  3/13 3/14 3/15 | JR [1]  2/6 |
| | discussed [1]  3/17 | **JUDGE [1]**  1/5 |
| about [1]  4/17 | discussion [1]  3/21 | |
| achieved [1]  5/14 | **DISTRICT [3]**  1/1 1/2 1/5 | **K** |
| across [2]  4/1 4/12 | **DIVISION [1]**  1/3 | |
| **ADAM [3]**  1/10 3/5 3/10 | do [3]  4/21 5/3 5/20 | **KENNEDY [1]**  2/14 |
| addendum [1]  3/19 | documents [1]  4/2 | know [1]  3/14 |
| afternoon [2]  3/7 3/9 | Does [1]  4/25 | |
| against [1]  5/13 | don't [3]  3/14 4/22 5/17 | **L** |
| age [1]  5/12 | | |
| all [2]  3/24 6/4 | **E** | lack [1]  5/12 |
| am [5]  4/8 4/8 4/12 4/16 5/15 | | last [2]  3/13 3/22 |
| **AMERICA [1]**  1/7 | East [1]  2/16 | later [1]  5/25 |
| **ANDRÉ [1]**  2/6 | enhancement [1]  3/21 | law [1]  5/17 |
| **ANGELES [5]**  1/16 1/24 2/9 2/16 3/1 | examine [1]  5/15 | line [1]  4/19 |
| any [3]  4/24 5/3 5/24 | | look [1]  4/20 |
| anything [1]  5/18 | **F** | looking [1]  3/23 |
| **APPEARANCES [1]**  2/1 | | **LOS [5]**  1/16 1/24 2/9 2/16 3/1 |
| are [2]  4/14 4/22 | FAA [2]  4/13 4/13 | |
| as [2]  5/9 5/16 | factor [1]  3/25 | **M** |
| **ASSISTANT [1]**  2/7 | factors [2]  3/24 5/10 | |
| at [4]  3/22 3/23 4/20 6/7 | fair [1]  4/25 | made [1]  4/9 |
| **ATTORNEY [2]**  2/6 2/7 | **FEBRUARY [2]**  1/17 3/1 | make [1]  4/23 |
| August [1]  7/7 | filed [1]  3/20 | many [1]  5/9 |
| | flight [1]  4/13 | March [4]  5/2 5/22 5/22 6/3 |
| **B** | focused [1]  3/24 | March 12th [1]  5/2 |
| | following [1]  5/3 | March 14th [1]  6/3 |
| balance [1]  5/14 | foregoing [2]  7/3 7/5 | March 18th [1]  5/22 |
| be [6]  4/10 4/11 5/21 5/25 6/1 6/3 | further [3]  3/11 4/24 5/24 | March 19th [1]  5/22 |
| because [3]  3/23 4/9 5/7 | | materials [2]  4/5 4/13 |
| been [2]  3/24 4/2 | **G** | matter [3]  5/7 5/21 7/5 |
| before [2]  6/1 6/2 | | matters [1]  4/14 |
| behalf [2]  3/8 3/10 | **GACKLE [2]**  1/23 7/9 | may [2]  4/14 4/18 |
| **BIROTTE [1]**  2/6 | | me [1]  4/16 |
| both [1]  3/18 | | |
| brochures [2]  4/13 5/16 | | |

## M

mean [1] 5/4
MELISSA [2] 2/7 3/7
mentioned [1] 4/3
midst [1] 5/2
MILLS [2] 2/7 3/8
minute [2] 4/17 5/22
Monday [2] 4/23 5/22
more [1] 4/22
Mr. [1] 3/12
Mr. Gardenhire [1] 3/12
much [1] 3/21
must [1] 4/6
my [2] 3/25 5/13

## N

no [3] 1/9 5/25 7/10
North [2] 1/24 2/8
not [3] 4/2 4/5 4/11
notice [1] 4/7

## O

o'clock [1] 5/21
Official [1] 7/9
on [10]
one [1] 5/10
or [4] 4/3 4/5 4/18 5/19
order [2] 4/17 5/23
other [2] 5/11 5/18
ought [2] 5/17 5/17
out [1] 4/19

## P

p.m [2] 3/2 6/7
part [2] 4/15 5/19
particularly [1] 4/1
parties [2] 4/6 5/24
party's [1] 4/6
Paul [1] 6/1
personal [1] 5/11
Plaintiff [2] 1/8 2/4
plan [2] 4/17 5/20
pleading [2] 3/20 4/3
pleadings [2] 5/19 5/24
preparing [1] 5/2
present [1] 3/10
presentence [3] 3/14 4/5 5/19
PRESIDING [1] 1/5
press [2] 4/13 5/16
proceedings [3] 1/15 6/7 7/5
public [4] 2/14 2/15 4/2 5/9

## R

rather [1] 4/18
read [1] 3/13
reasonable [1] 4/7
received [1] 5/25
record [1] 7/4
referred [1] 5/23
regard [3] 4/1 4/8 4/12
regarding [2] 3/21 5/25
releases [2] 4/14 5/16
relevant [1] 4/1
rely [4] 4/4 4/15 4/18 5/15
relying [1] 4/18
report [3] 3/14 4/5 5/19
Reporter [1] 7/9
REPORTER'S [1] 1/15
required [2] 4/16 4/22
requires [1] 5/17
reset [1] 4/22
resolution [1] 4/9
resolved [1] 4/11

responses [1] 4/24
reveal [1] 5/20
revealing [1] 5/23
right [1] 6/4
Room [1] 1/24
RPR [1] 1/23
Rule [1] 4/4
Rule 32 [1] 4/4
rules [1] 4/4

## S

safety [1] 4/13
satisfactory [1] 5/4
SEAN [1] 2/14
Second [1] 2/16
seem [1] 4/25
seems [1] 4/16
sentence [4] 3/11 5/25 6/1 6/3
sentencing [1] 4/23
serious [2] 5/13 5/13
should [1] 5/25
Since [1] 3/23
so [5] 4/16 4/19 4/21 4/21 5/21
some [3] 4/2 4/13 4/14
something [1] 5/14
speaks [1] 3/25
specificity [1] 5/24
spell [1] 4/19
Spring [2] 1/24 2/8
STATES [7] 1/1 1/7 1/23 2/6 2/7 2/8 3/8
STATUS [1] 1/19
stenographic [1] 7/4
STEPHEN [1] 1/5
Street [3] 1/24 2/8 2/16
submission [1] 4/6
such [2] 4/7 5/16
supplemental [1] 3/20
SVW [2] 1/9 3/5

## T

tell [1] 4/16
than [3] 4/18 4/22 5/25
Thank [3] 6/4 6/5 6/6
that [23]
their [1] 5/10
them [2] 3/24 5/18
then [1] 4/21
there [1] 5/2
these [1] 5/16
they [1] 5/25
things [2] 4/17 5/16
think [3] 4/21 5/16 5/17
this [3] 3/11 5/7 5/22
those [2] 4/14 4/17
through [1] 4/18
THURSDAY [4] 1/17 3/1 6/1 6/2
time [2] 3/11 3/13
today [2] 4/17 4/21
transcript [2] 1/15 7/4
trial [1] 5/1
true [1] 7/3

## U

U.S [1] 1/5
ultimately [1] 4/11
under [1] 4/3
underscore [1] 4/8
UNITED [7] 1/1 1/7 1/23 2/6 2/7 2/8 3/8
until [1] 5/21
upon [1] 4/20
upward [1] 4/10
USA [1] 3/5

## V

verse [1] 4/19
very [1] 5/13
view [2] 3/25 5/13

## W

was [1] 3/21
way [1] 5/3
we [3] 4/21 5/3 5/11
week [2] 4/23 5/3
weighing [1] 5/10
were [1] 4/5
WESTERN [1] 1/3
what [4] 4/10 4/18 5/19 5/23
when [1] 6/1
whether [1] 3/13
which [1] 6/1
who [1] 3/10
will [3] 4/10 4/11 5/21
willing [1] 5/5
WILSON [1] 1/5
words [1] 5/18
would [2] 6/1 6/3

## Y

Yes [3] 3/18 5/6 6/2
you [13]
your [12]
yours [1] 4/3
yourself [1] 4/19